# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPDS RECALLED CPAP BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>2:21-cv-01447-JFC<br>*Juilette McKinney v. Koninklijke Philips N.V. et al.* | Master Docket: Misc. No. 21-1230<br><br>MDL 3014<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Anthony P. Mastroianni of Parker Waichman LLP hereby enters his appearance as counsel of record for Plaintiff Juilette McKinney in the above-captioned action, and requests that his name be added to the master docket and service list and that copies of all papers in this matter be served upon him.

Dated: November 17, 2021

    Respectfully Submitted,

    */s/* Anthony P. Mastroianni
    Anthony P. Mastroianni
    PARKER WAICHMAN LLP
    6 Harbor Park Drive
    Port Washington, NY 11050
    Phone: (516) 466-6500
    Fax: (516) 466-6665
    amastroianni@yourlawyer.com

    *Attorneys for Plaintiff Juilette McKinney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of filing to all registered users.

*/s/* Anthony P. Mastroianni
Anthony P. Mastroianni