**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-1230 |
| | MDL NO. 3014 |
| This Document Relates To: *All Actions* | |

**PRETRIAL ORDER #4**

**GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE INTERIM PRESERVATION ORDER**

AND NOW, this 14th day of December 2021, in consideration of the parties' Joint Motion for Extension of Time to File Interim Preservation Order, the Joint Motion is hereby GRANTED.

The deadline for the parties to file a proposed interim preservation order, originally established in Pretrial Order No. 2, is hereby extended until Thursday, December 23, 2021.

BY THE COURT:

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Judge