IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## PRETRIAL ORDER #5

**AND NOW,** this 20th day of December 2021, as set forth on the record at the initial status conference held on December 15, 2021, **IT IS HEREBY ORDERED** that the schedule for the court's selection of the Plaintiffs' Steering Committee, lead counsel, and liaison counsel is as follows:

- **Applications Due – January 4, 2022;**

- **Objections Due – January 11, 2022;**

- **Responses to Objections Due – January 18, 2022; and**

- **Interviews will take place on January 27, 2022, at 2:00 p.m., and, if necessary, January 28, 2022, at 2:00 p.m.** in *Courtroom 5A of the Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219*; and

**IT IS FURTHER ORDERED** that the applications, objections, and responses must comply with paragraph 14 of Pretrial Order #1 (Misc. A. No. 21-1230, ECF No. 4 at 5-10).

**IT IS SO ORDERED.**

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Court Judge