IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

This Document Relates to:
ALL ACTIONS

## SUPPLEMENTAL PRETRIAL ORDER #8

AND NOW, on this 24th day of March, 2022, IT IS HEREBY ORDERED that Pretrial Order #8 should be updated as follows:

# CO-LEAD COUNSEL:

| | |
|---|---|
| **Sandra Duggan**<br>Levin Sedran & Berman LLP<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: 215-592-1500<br>Fax: 215-592-4663<br>sduggan@lfsblaw.com | **Christopher A. Seeger**<br>Seeger Weiss LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>Tel: 973-639-9100<br>cseeger@seegerweiss.com |
| **Kelly K. Iverson**<br>Lynch Carpenter, LLP<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>Tel: 412-322-9243<br>kelly@lcllp.com | **Steven A. Schwartz**<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>361 West Lancaster Avenue<br>One Haverford Centre<br>Haverford, PA 19041<br>Tel: 610-642-8500<br>steveschwartz@chimicles.com |

**PSC:**

| | |
|---|---|
| **William M. Audet**<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102<br>Tel: 415-568-2555<br>Fax: 415-568-2556<br>waudet@audetlaw.com | **Ron Anthony Austin**<br>Ron Austin Law, LLC<br>400 Manhattan Boulevard<br>Harvey, LA 70058<br>Tel: 504-227-8100<br>Fax: 504-227-8122<br>raustin@ronaustinlaw.com |
| **Michael J. Blakely, Jr.**<br>Pope McGlamry, P.C.<br>3391 Peachtree Road, NE<br>Suite 300<br>Atlanta, GA 30326<br>Tel: 404-523-7706<br>mjblakely@pmkm.com | **Virginia Marie Buchanan**<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.<br>316 S Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>Tel: 850-435-7023<br>Fax: 850-436-6023<br>vbuchanan@levinlaw.com |
| **Shanon J. Carson**<br>Berger Montague PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel: 215-875-4656<br>Fax: 215-875-4604<br>scarson@bm.net | **Ruth Anne French-Hodson**<br>Sharp Law, LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>Tel: 913-901-0505<br>Fax: 913-901-0419<br>rafrenchhodson@midwest-law.com |
| **Lauren S. Miller**<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Avenue<br>Suite 2000<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>laurenm@hbsslaw.com | **Michael F. Ram**<br>Morgan & Morgan Complex Litigation Group<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102<br>Tel: 415-358-6913<br>Fax: 415-358-6293<br>MRam@forthepeople.com |

| | |
|---|---|
| **Jason Rathod**<br>Migliaccio & Rathod LLP<br>412 H Street, NE<br>Suite 302<br>Washington, DC 20002<br>Tel: 202-509-5951<br>Fax: 202-800-2730<br>jrathod@classlawdc.com | **Joyce Chambers Reichard**<br>Kelley & Ferraro, LLP<br>Ernst & Young Tower<br>950 Main Avenue<br>Suite 1300<br>Cleveland, OH 44113<br>Tel: 216-575-0777<br>Fax: 216-575-0799<br>jreichard@kelley-ferraro.com |
| **Dena C. Sharp**<br>Girard Sharp LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Tel: 415-981-4800<br>dsharp@girardsharp.com | **David S. Stellings**<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013<br>Tel: 212-355-9500<br>dstellings@lchb.com |

## CO-LIAISON COUNSEL:

| | |
|---|---|
| **D. Aaron Rihn**<br>Robert Peirce & Associates, P.C.<br>707 Grant Street<br>Suite 125<br>Pittsburgh, PA 15219<br>Tel: 412-281-7229<br>Fax: 412-281-4229<br>arihn@peircelaw.com | **Peter St. Tienne Wolff**<br>Pietragallo Gordon Alfano Bosick & Raspanti, LLP<br>One Oxford Centre<br>38th Floor<br>Pittsburgh, PA 15219<br>Tel: 412-263-2000<br>Fax: 412-263-2001<br>psw@pietragallo.com |

## SETTLEMENT COMMITTEE:

| | |
|---|---|
| **Roberta D Liebenberg—Chair**<br>Fine, Kaplan and Black, R.P.C.<br>One South Broad Street<br>23rd Floor<br>Philadelphia, PA 19107<br>Tel: 215-567-6565<br>Fax: 215-568-5872<br>rliebenberg@finekaplan.com | **Lisa Ann Gorshe—Vice Chair**<br>Johnson Becker, PLLC<br>444 Cedar Street<br>Suite 1800<br>Saint Paul, MN 55101<br>Tel: 612-436-1852<br>Fax: 612-436-1801<br>lgorshe@johnsonbecker.com |

| | |
|---|---|
| **Arthur H. Stroyd, Jr.—Vice Chair**<br>Del Sole Cavanaugh Stroyd LLC<br>3 PPG Place<br>Suite 600<br>Pittsburgh, PA 15222<br>Tel: 412-261-2172<br>Fax: 412-261-2110<br>astroyd@dscslaw.com | |

## LEADERSHIP DEVELOPMENT COMMITTEE:

| | |
|---|---|
| **Miriam Fresco Agrait**<br>Rubenstein Law, P.A.<br>9130 S. Dadeland Boulevard<br>Suite PH<br>Miami, FL 33156<br>Tel: 305-661-6000<br>Fax: 305-670-7555<br>mfagrait@rubensteinlaw.com | **Kristina Anderson**<br>Hensley Legal Group, PC<br>117 E. Washington Street<br>Suite 200<br>Indianapolis, IN 46204<br>Tel: 317-472-3333<br>kanderson@hensleylegal.com |
| **Claire E. Kreider**<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Tel: 504-522-2304<br>ckreider@gainsben.com | **Ava Cavaco**<br>Meshbesher & Spence<br>1616 Park Avenue<br>Minneapolis, MN 55404<br>Tel: 612-339-9121<br>Fax: 612-339-9188<br>acavaco@meshbesher.com |
| **Syreeta Defrance-Poindexter**<br>Babin Law, LLC<br>22 E. Gay Street<br>Suite 200<br>Columbus OH 43215<br>Tel.: 614-761-8800<br>Fax: 614-706-1775<br>syreeta.poindexter@babinlaws.com | **Ashley B. DiLiberto**<br>Messa & Associates, P.C.<br>123 S. 22nd Street<br>Philadelphia, PA 19103<br>Tel: 215-568-3500<br>Fax: 215-568-3501<br>adiliberto@messalaw.com |

| | |
|---|---|
| **Kathryn L. Harrison**<br>Campbell & Levine, LLC<br>1700 Grant Building<br>Suite 1700<br>Pittsburgh, PA 15219<br>Tel: 412-261-0310<br>Fax: 412-261-5066<br>kharrison@camlev.com | **Inez Johnson Ross**<br>Onder Law, LLC<br>110 East Lockwood<br>2nd Floor<br>St. Louis, MO 63119<br>Tel: 314-227-7674<br>Fax: 314-963-1700<br>iross@onderlaw.com |
| **Ian W. Sloss**<br>Silver Golub & Teitell LLP<br>One Landmark Square<br>15th Floor<br>Stamford, CT 06901<br>Tel: 203-325-4491<br>isloss@sgtlaw.com | **Kevin W. Tucker**<br>East End Trial Group LLC<br>6901 Lynn Way<br>Suite 215<br>Pittsburgh, PA 15208<br>Tel: 412-877-5220<br>ktucker@eastendtrialgroup.com |

## TIME & EXPENSE SUBCOMMITTEE:

| | |
|---|---|
| **Alyson L. Oliver**<br>Oliver Law Group PC<br>1647 W. Big Beaver Road<br>Troy, MI 48084-5380<br>Tel: 248-327-6556<br>Fax: 248-436-3385<br>aoliver@oliverlawgroup.com | **Patrick Wayne Pendley**<br>Pendley, Baudin & Coffin, LLP<br>24110 Eden Street<br>Post Office Drawer 71<br>Plaquemine, LA 70765<br>Tel: 225-687-6396<br>Fax: 225-687-6398<br>pwpendley@pbclawfirm.com |

All other aspects of Pretrial Order #8 remain in full force and effect.

s/Joy Flowers Conti<br>
The Honorable Joy Flowers Conti<br>
Senior United States District Court Judge