# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 2:21-1230 |
| | MDL No. 3014 |
| This Document Relates To: | |
| *Traversa v. Koninklijke Philips N.V., et al.,* Case No: 2:22-cv-00652 | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christina Manfredi McKinley and Babst, Calland, Clements and Zomir, P.C. as counsel of record on behalf of AdaptHealth Corp. and CMMC, Inc. in the above-captioned matter.

Respectfully submitted,

/s/*Christina Manfredi McKinley*_____
Christina Manfredi McKinley (PA No. 320002)
cmckinley@babstcalland.com
Mark D. Shepard (PA No. 36902)
mshepard@babstcalland.com

**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**
Two Gateway Center, 6th Floor
Pittsburgh, PA 15232
412-394-5400

*Counsel for Defendants, AdaptHealth Corp. and CMMC, Inc.,*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed May 6, 2022, electronically through the Court's CM/ECF system, which will send a notice of the electronic filing.

                                              /s/ *Christina Manfredi McKinley*
                                              Christina Manfredi McKinley