IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

This Document Relates to:
All Actions

## JOINT NOTICE

Pursuant to this Honorable Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the May 19, 2022 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Sandra Dugan (Levin, Sedran & Berman, LLP)
Kelly K. Iverson (Lynch Carpenter, LLP)
Steven A Schwartz (Chimicles, Schwartz, Kriner & Donaldson)
Christopher A. Seeger (Seeger Weiss LLP)

**Co-Liaison:**
D. Aaron Rihn (Robert Peirce & Associates)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Other Participants:**
Kristina Anderson (Hensley Legal Group, PC)
Elizabeth Pollock-Avery (Lynch Carpenter, LLP)
David Buchanan (Seeger Weiss, LLP)
Roberta Liebenberg (Fine, Kaplan and Black, R.P.C.)
Charles Shaffer (Levin, Sedran & Berman, LLP)
Joyce Chambers-Reihard (Kelley & Ferraro, LLP)
David Stellings (Lieff, Cabraser, Heimann & Bernstein)

**Speaking on behalf of Philips, Defendant:**
Lisa C. Dykstra (Morgan, Lewis & Bockius, LLP)
John P. Lavelle, Jr. (Morgan, Lewis & Bockius, LLP)
William Monahan (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Burnett:**
Frederick (Rick) William Bode, III (Dickie McCamey)

DATED: May 16, 2022                                 Respectfully submitted,

                                                          */s/ D. Aaron Rihn*
                                                          D. Aaron Rihn, Esquire
                                                          PA Bar No.: 85752
                                                          ROBERT PEIRCE & ASSOCIATES, PC
                                                          707 Grant Street, Suite 125
                                                          Pittsburgh, PA 15219
                                                          Telephone: 412-281-7229
                                                          Facsimile: 412-281-4229
                                                          Email: arihn@peircelaw.com

                                                          *Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 16th day of May 2022 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

3