# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

This Document Relates to: *All Actions*

## JOINT PROPOSED AGENDA FOR THE MAY 19, 2022 STATUS CONFERENCE

1. Discovery Plan Update with Discovery Special Master Carole Katz.

2. Science Tutorial Scheduling (September 1 for Both MDLs Combined).

3. Settlement Special Master Appointment Order.

4. Scheduling Order for Filing of Consolidated/Master Complaints and Rule 12 Briefing.

5. Order Appointing Discovery Liaison Counsel to SoClean MDL.

6. Preservation Orders, including Trilogy Update.

7. Potential Amendment to Confidentiality Protective Order.

8. In Extremis Deposition Protocol.

9. Consideration of In-Chamber Conferences Coordinated with Status Conferences.

10. Update on Burnett Defendants.

11. Update on status of remediation and FDA 518(b) Notice.

| | |
|---|---|
| DATED: May 17, 2022 | Respectfully submitted, |
| */s/ Kelly K. Iverson*<br>Kelly K. Iverson, Esquire<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>kelly@lcllp.com | */s/ Sandra Duggan*<br>Sandra Duggan, Esquire<br>**LEVIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215-592-1500<br>sduggan@lfsblaw.com |

*/s/ Steven A. Schwartz*
Steven A. Schwartz, Esquire
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 1904
610-642-8500
steveschwartz@chimicles.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
212-584-070
cseeger@seegerweiss.com

*Co-Lead Counsel for Plaintiffs*

*/s/ Peter S. Wolff*
Peter S. Wolff, Esquire
**PIETRALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-2000
psw@pietragallo.com

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
412-281-7229
arihn@peircelaw.com

*Co-Liaison Counsel for Plaintiffs*

*/s/ Michael H. Steinberg*
Michael H. Steinberg, Esquire
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
310-712-6670
steinbergm@sullcrom.com

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr., Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5000
John.lavelle@morganlewis.com

*/s/ William B.. Monahan*
William B. Monahan, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
212-558-7375
monahanw@sullcrom.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
412-560-3300
Wendy.feinstein@morganlewis.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, and Philips Holding USA Inc.*

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Frederick W. Bode, III*
Frederick W. Bode, III, Esquire
Kristen Hock Prex, Esquire
Michael A. Muha, Esquire
**DICKIE, MCCAMEY & CHILCOTE, P.C.**
Two PPG Place, Suite 400
Pittsburgh, PA 15222
412-282-7272
rbode@dmclaw.com
kprex@dmclaw.com
mmuha@dmclaw.com

*Counsel for Defendants Wm. T. Burnett Foam LLC, Wm. T. Burnett & Co., Wm. T. Burnett Management, Inc., Wm. T. Burnett Holding LLC, Wm. T. Burnett Fiber LLC, and Wm. T. Burnett IP LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 17th day of May 2022 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
Co-Liaison Counsel