EXHIBIT "F"



Polymer Technologies Inc.
420 Corporate Blvd.
Newark DE 19702
USA

Phone: 302-738-9001
Fax: 302-738-9085

**PO Number:** 165210

## Purchase Order

Page: 1 of 3

| Vendor: | | |
|---|---|---|
| WMTBU1 | **Attn:** Veronica | |
| WM T. BURNETT & CO. INC. | **Fax:** | |
| P. O. BOX 791157 | | |
| BALTIMORE MD 21279-1157 | | |
| USA | | |
| **Phone:** 4108373000 X258 | **Fax:** 410-799-2620 | |
| veronica@wtbfoam.com | | |

**Ship To:**
Polymer Technologies Inc.
420 Corporate Blvd.
Newark DE 19702
USA

| Ship Via: DELIVERED | Order Date: 2/25/2021 | Terms: Net 90 |
|---|---|---|
| F.O.B: ORIGIN | Prepaid Freight: No | Resale No: |
| Carrier: DELIVERED | | |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|---|---|---|---|---|
| 1 | REST1.54LB / - | 100.0000LF | ▮ | ▮ |
| | 1.5 4LB ESTER 54 X 50FT RL | Linear Feet | | |
| | - Shipping Release Requirement - | **Due Date** | **Quantity** | |
| | | 3/12/2021 | 100.0000LF | |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|---|---|---|---|---|
| 2 | REST2.04LB / - | 50.0000LF | ▮ | ▮ |
| | 2.0 4LB ESTER 54 | Linear Feet | | |
| | - Shipping Release Requirement - | **Due Date** | **Quantity** | |
| | | 3/12/2021 | 50.0000LF | |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|---|---|---|---|---|
| 3 | REST.125 / - | 450.0000LF | ▮ | ▮ |
| | .125 2# ESTER 54UT X 150 FT | Linear Feet | | |
| | - Shipping Release Requirement - | **Due Date** | **Quantity** | |
| | | 3/12/2021 | 450.0000LF | |

By accepting this purchase order the supplier ensures that all products / materials supplied conform to all applicable statutory and regulatory requirements

Please review the terms and conditions at www.polytechinc.com located at the bottom of the home page.

Polymer Technologies Green Purchasing Policy does apply. Please visit www.polytechinc.com, see the Green Purchasing Policy at the bottom of the home page.

Effective immediately please send all invoices and requests via Email to ap-invoices@polytechinc.com <

**EXHIBIT B**



Polymer Technologies Inc.
420 Corporate Blvd.
Newark DE 19702
USA

Phone: 302-738-9001
Fax: 302-738-9085

**PO Number: 165210**

**Purchase Order**

Page: 2 of 3

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|------|----------------------------|------------|------------|-----------|
| 4 | RAS9-.50ESTER / –<br>.5 ESTER  54 X 300 FT RL<br>.50 ESTER 54UT X 300 FT ROLL | 1,500.0000LF<br>Linear Feet | ▮ | ▮ |

CERTS AND PACKING-SLIPS MUST INCLUDE:
MANUFACTURING DATE(S) & EXPIRATION DATE
BY LOT NUMBER.

All packaging (boxes, lables, core tags) and paperwork (packing slip) must have
as well as on all future certification and test data.

All orders shall follow PTI's
SUPPLIER QUALITY SYSTEMS REQUIREMENTS
DOCUMENT (SQSR 12/11).
Document can be found at:
https://www.polytechinc.com/pdf/SQSRform.pdf
Acceptance of purchase order represents acknowledgement of PTI's SQSR.

- Shipping Release Requirement -

| Due Date | Quantity |
|----------|----------|
| 3/12/2021 | 1,500.0000LF |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|------|----------------------------|------------|------------|-----------|
| 5 | REST1.0 / –<br>ITEM 151 150' RL 1.0 2LB ESTER | 450.0000LF<br>Linear Feet | ▮ | ▮ |

- Shipping Release Requirement -

| Due Date | Quantity |
|----------|----------|
| 3/12/2021 | 450.0000LF |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|------|----------------------------|------------|------------|-----------|
| 6 | REST4LB-FINE-CELLBUN47W / –<br>4LB FINE CELL NO FR  47 X 96 X 10-12 HIGH | 4,500.0000BF<br>Board Feet | ▮ | ▮ |

- Shipping Release Requirement -

| Due Date | Quantity |
|----------|----------|
| 3/12/2021 | 4,500.0000BF |

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|------|----------------------------|------------|------------|-----------|
| 7 | RLPFBUN54X72X12 / –<br>LP1800 LOW PERM BUN<br>MAX WIDTH FOR BUNS IS 55-56 INCHES | 2,592.0000BF<br>Board Feet | ▮ | ▮ |

- Shipping Release Requirement -

Due Date             Quantity

By accepting this purchase order the supplier ensures that all products / materials supplied conform to all applicable
statutory and regulatory requirements

Please review the terms and conditions at www.polytechinc.com located at the bottom of the home page.

Polymer Technologies Green Purchasing Policy does apply.  Please visit www.polytechinc.com, see the Green
Purchasing Policy at the bottom of the home page.

Effective immediately please send all invoices and requests via Email to ap-invoices@polytechinc.com <

WTB 000016



Polymer Technologies Inc.
420 Corporate Blvd.
Newark DE 19702
USA

Phone: 302-738-9001
Fax: 302-738-9085

**Polymer Technologies Inc.**
Engineering Sound Solutions ™

| PO Number:   165210 | **Purchase Order** | Page:   3 of 3 |
|---|---|---|

3/12/2021                    2,592.0000BF

| Line | Part Number/Rev/Description | Order Qty. | Unit Price | Ext Price |
|---|---|---|---|---|
| 8 | RETH2.0 / - | 1,000.0000LF | ▌ | ▌ |
|  | 2.0 2LB ETHER 54 X 50 | Linear Feet | | |
|  | - Shipping Release Requirement - | **Due Date** | **Quantity** | |
|  | | 3/12/2021 | 1,000.0000LF | |

** A deviation to this order will require written/signed approval from PTI's Purchasing Representative.  **Vendor is required to acknowledge receipt of this purchase order within 48 hours**.  Email confirmation to the attention of the buyer or to purchasing@polytechinc.com  **

Please state our order and item number on all invoices.

**CERTIFICATES OF COMPLIANCE CONTAINING PTI'S PURCHASE ORDER NUMBER ALONG WITH A LOT NUMBER ( BATCH, RUN, SERIAL NUMBER, ETC., AS APPLICABLE) MUST BE EMAILED TO kevin@polytechinc.com AND dani@polytechinc.com. PTI RESERVES THE RIGHT OF ACCESS BY PTI, PTI'S CUSTOMER AND REGULATORY AUTHORITIES TO ALL FACILITIES AT ANY LEVEL OF THE SUPPLY CHAIN TO ALL APPLICABLE RECORDS.**

**ALL ORDERS SHALL FOLLOW PTI'S SUPPLIER QUALITY SYSTEMS REQUIREMENTS DOCUMENT (SQSR 12/11).**
**Document can be found at: https://www.polytechinc.com/pdf/SQSRform.pdf**
**Acceptance of purchase order represents acknowledgement of PTI's SQSR.**

** Polymer Technologies, Inc. is an Equal Opportunity - Affirmative Action Employer **

| Authorized By: *Dani Charron* | Line(s) Subtotal: | ▌ |
|---|---|---|
| Dani@polytechinc.com | Misc. Charge Subtotal: | |
| | **Total:** | ▌ |

**By accepting this purchase order the supplier ensures that all products / materials supplied conform to all applicable statutory and regulatory requirements**

**Please review the terms and conditions at www.polytechinc.com located at the bottom of the home page.**

**Polymer Technologies Green Purchasing Policy does apply.  Please visit www.polytechinc.com, see the Green Purchasing Policy at the bottom of the home page.**

**Effective immediately please send all invoices and requests via Email to ap-invoices@polytechinc.com <**

WTB 000017

| | |
|---|---|
| **From:** | Veronica Jackson |
| **To:** | Danielle Charron (Dani@polytechinc.com) |
| **Cc:** | Jen Bell (JenB@polytechinc.com) |
| **Subject:** | ORDER ACKNOWLEDGEMENTS |
| **Date:** | Friday, February 26, 2021 4:00:15 PM |
| **Attachments:** | scan.pdf |

Veronica Jackson | Customer Service Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.775.6928 | c: 443.208.2448 | f: 410.799.2620 | e: veronica@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: veronica@wtbfoam.com [mailto:veronica@wtbfoam.com]
Sent: Friday, February 26, 2021 3:10 PM
To: Veronica Jackson <veronica@wtbfoam.com>
Subject:

Veronica Jackson | Customer Service Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.775.6928 | c: 443.208.2448 | f: 410.799.2620 | e: veronica@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.

```
    SALES COPY-FLAT            ACKNOWLEDGEMENT                    Page    1
                                              Nick Vero
                                              Orig: VERONICA Last: VERONICA


Sold To:                          Ship To:
POLYMER TECHNOLOGIES, INC.        POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD                420 CORPORATE BLVD
NEWARK          DE 19702          NEWARK          DE 19702      Date
PURCH: 302-738-9001               7389001                       02/23/21
                                                                Time
                                          VJ - DELIVER 3/5/21   16:07:21
P.O. No: 165181                   Delivery Date: 03/05/21
Co/Cust No        Order No    Ter   Slsrep   Ship Via                 Ref#

25/0000073666     57801/00    USA  00008    PREPAID

Terms:Net 90 Days
----------------------------------------------------------------------------
Item Number/Description    U/M   Ordered         Price           Total
----------------------------------------------------------------------------

S82ND2 0529-540-01000-1500F BF    2025.
 54.0" X 1.0" X 150. FT S82ND2 GRAY GY529
  Customer Ordering U/M: ( RL       3.000  )
  REST1.0

S82ND2 0529-540-02000-0500F BF    1800.
 54.0" X 2.00" X 50.0FT S82ND2 GRAY 529 GY529
  Customer Ordering U/M: ( RL       4.000  )
  REST2.0

L1845NE0050-540-00561-3000F BF    1514.
 54.0" X  .561" X 300.0FT L1845NE GRAY50 GY50
  Customer Ordering U/M: ( RL       2.000  )
  RETH.561

L1845NE0050-540-01130-1000F BF    1017.
 54.0" X 1.13"  X 100.0FT L1845NE GRAY50 GY50
  Customer Ordering U/M: ( RL       2.000  )
  RETH1.13

L1845NE0050-540-01180-1500F BF    2389.
 54.0" X  1.18" X 150 FT L1845NE GRAY 50 GY50
  Customer Ordering U/M: ( RL       3.000  )
  RETH1.18

L1845NE0050-540-01570-1000F BF    2826.
 54.0" X  1.57" X 100 FT L1845NE GRAY 50 GY50
  Customer Ordering U/M: ( RL       4.000  )
  RETH1.57



                                                   * CONTINUED *
```

```
SALES COPY-FLAT          ACKNOWLEDGEMENT                    Page    2
                                        Nick Vero
                                        Orig: VERONICA Last: VERONICA


Sold To:                          Ship To:
POLYMER TECHNOLOGIES, INC.        POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD                420 CORPORATE BLVD
NEWARK            DE 19702        NEWARK            DE 19702      Date
PURCH: 302-738-9001              7389001                         02/23/21
                                                                Time
                                              VJ - DELIVER 3/5/21    16:07:21
P.O. No: 165181                   Delivery Date: 02/23/21
Co/Cust No        Order No    Ter  Slsrep  Ship Via              Ref#

25/0000073666     57801/00    USA  00008   PREPAID

Terms:Net 90 Days
-----------------------------------------------------------------------
Item Number/Description    U/M   Ordered         Price          Total
-----------------------------------------------------------------------

L1845NE0050-540-01000-1500F BF      6750.
 54.0" X  1.0"  X 150.0FT L1845NE GRAY50 GY50
  Customer Ordering U/M:  ( RL      10.000  )
  RETH1.0

L1845NE0050-540-02000-0500F BF      5400.
 54.0" X  2.0"  X 50.0FT L1845NE GRAY 50 GY50
 DO NOT SHIP SHORT ROLLS - MUST BE 50 FEET
  Customer Ordering U/M:  ( RL      12.000  )
  RETH2.0

S82ND2 0529-540-00500-3000F BF      2025.
 54.0" X 0.50" X 300.0FT S82ND2 GRAY 529 GY529
  Customer Ordering U/M:  ( RL       3.000  )
  RAS9-.50ESTER
 .
7:00 A.M. DELIVERY
** AIR FLOW FOR G15HBF - TARGET OF APPROX 2 CFM **
2/28/18: PUT ALL PACKAGES ON REAR OF TRUCK




                                        Subto
                                        Sales
                                        Order To
                                        Depo
                                        Amt

    Total Line Items     9

    Approximate Bd Ft    25747.200                        * COMPLETE *
```

WTB 000020

```
  SALES COPY-FLAT          ACKNOWLEDGEMENT                Page    1
                                           Nick Vero
                                           Orig: VERONICA Last: VERONICA


Sold To:                       Ship To:
POLYMER TECHNOLOGIES, INC.     POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD             420 CORPORATE BLVD
NEWARK         DE 19702        NEWARK          DE 19702      Date
PURCH: 302-738-9001            7389001                       02/24/21
                                                             Time
                                           VJ - DELIVER 3/5/21         12:07:10
P.O. No: 165181                Delivery Date: 03/05/21
Co/Cust No        Order No     Ter  Slsrep  Ship Via             Ref#

25/0000073666     57822/00     USA  00008   PREPAID

Terms:Net 90 Days
-----------------------------------------------------------------------
Item Number/Description    U/M   Ordered        Price          Total
-----------------------------------------------------------------------

4LBN   0059-540-01500-0500F BF      337.         ██████████
 54.0" X 1.500" X 50.0FT 4LBN Gray GY59
  Customer Ordering U/M:  ( RL       1.000  )
  REST1.54LB
 .
** SHIP W/WTB 57801 **
 .
7:00 A.M. DELIVERY
** AIR FLOW FOR G15HBF - TARGET OF APPROX 2 CFM **
2/28/18: PUT ALL PACKAGES ON REAR OF TRUCK
```

```
                                     Subto      ████████
                                     Sales
                                  Order To      ████████
                                      Depo
                                       Amt      ████████

   Total Line Items      1                               * COMPLETE *

   Approximate Bd Ft    337.500
```

WTB 000021

```
SALES COPY-FLAT          ACKNOWLEDGEMENT              Page    1
                                    Nick Vero
                                    Orig: VERONICA Last: VERONICA


Sold To:                        Ship To:
POLYMER TECHNOLOGIES, INC.      POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD              420 CORPORATE BLVD
NEWARK          DE 19702        NEWARK          DE 19702      Date
PURCH: 302-738-9001             7389001                       02/26/21
                                                              Time
                                           VJ - DELIVER 3/12/21  12:45:56
P.O. No: 165210                 Delivery Date: 03/12/21
Co/Cust No        Order No    Ter   Slsrep    Ship Via              Ref#

25/0000073666     57893/00    USA   00008     PREPAID

Terms:Net 90 Days
--------------------------------------------------------------------------
Item Number/Description    U/M   Ordered        Price          Total
--------------------------------------------------------------------------

4LBN    0059-540-01500-0500F BF      675.       ████████
 54.0" X 1.500" X 50.0FT 4LBN Gray GY59
  Customer Ordering U/M:  ( RL      2.000  )
  REST1.54LB

4LBN    0059-540-02000-0500F BF      450.       ████████
 54.0" X 2.000" X 50'0" 4LBN Gray GY59
  Customer Ordering U/M:  ( RL      1.000  )
  REST2.04LB

S82ND2 0529-540-00125-1500F BF      253.        ████████
 54.0" X  .125" X 150 FT. S82ND2 Gray GY529
  Customer Ordering U/M:  ( RL      3.000  )
  REST.125

S82ND2 0529-540-00500-3000F BF     3375.        ████████
 54.0" X 0.50" X 300.0FT S82ND2 GRAY 529 GY529
  Customer Ordering U/M:  ( RL      5.000  )
  RAS9-.50ESTER

S82ND2 0529-540-01000-1500F BF     2025.        ████████
 54.0" X 1.0" X 150. FT S82ND2 GRAY GY529
  Customer Ordering U/M:  ( RL      3.000  )
  REST1.0

4LBFINE0059-47-0096       BF     4620.          ████████
 47" X MAX X 96" FLAT BLOCK 4LBFINE GRAY 59 GY59
  Customer Ordering U/M:  ( BUN     14.000  )
  REST4LB-FINE-CELLBUN47W


                                           * CONTINUED *
```

WTB 000022

```
SALES COPY-FLAT          ACKNOWLEDGEMENT                    Page    2
                                            Nick Vero
                                            Orig: VERONICA Last: VERONICA


Sold To:                          Ship To:
POLYMER TECHNOLOGIES, INC.        POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD                420 CORPORATE BLVD
NEWARK          DE 19702          NEWARK          DE 19702    Date
PURCH: 302-738-9001               7389001                     02/26/21
                                                              Time
                                                              12:45:56
                                      VJ - DELIVER 3/12/21
P.O. No: 165210               Delivery Date: 02/26/21
Co/Cust No        Order No     Ter   Slsrep   Ship Via              Ref#

25/0000073666     57893/00     USA   00008    PREPAID

Terms:Net 90 Days
--------------------------------------------------------------------------
Item Number/Description     U/M   Ordered        Price           Total
--------------------------------------------------------------------------

LP1800 0050-54-0072          BF    2592.      ▮▮▮▮▮▮▮▮▮
  54.0" X  PICTURE X 72.0" FLAT BLOCK LP1800 GRAY GY50
  55" - 56" MAXIMUM WIDTH
  Customer Ordering U/M:  ( BUN       8.000  )
  RLPFBUN54X72X12

L1845NE0050-540-02000-0500F BF    9000.      ▮▮▮▮▮▮▮▮
  54.0" X   2.0"  X 50.0FT L1845NE GRAY 50 GY50
  DO NOT SHIP SHORT ROLLS - MUST BE 50 FEET
  Customer Ordering U/M:  ( RL       20.000  )
  RETH2.0
  .
7:00 A.M. DELIVERY
** AIR FLOW FOR G15HBF - TARGET OF APPROX 2 CFM **
2/28/18: PUT ALL PACKAGES ON REAR OF TRUCK




                                        Subto    ▮▮▮▮▮▮▮▮▮
                                        Sales
                                        Order To ▮▮▮▮▮▮▮▮
                                        Depo
                                        Amt      ▮▮▮▮▮▮▮▮

    Total Line Items    8                              * COMPLETE *

    Approximate Bd Ft    22990.125
```

WTB 000023

```
Wm T Burnett & Co                    F L A T   D E T A I L
2112 Montevideo Rd
Jessup, MD 20794                     P A C K I N G   L I S T

                                          175224
                                                              Page:       1
                                                    Print Date:  3/31/2022

Order No   Customer PO#        Ship Date         Trailer#   Carrier
57893  0   165210              03/26/2021 01:35  TA1805     37675 J.M. GARDNER TRUCKING CO

Customer Bill-To                      Ship-To                        MasterBol
73666  POLYMER TECHNOLOGIES, INC.     POLYMER TECHNOLOGIES INC       000294246
       420 CORPORATE BLVD             420 CORPORATE BLVD             BOL No:
                                                                     000294246
       NEWARK                         NEWARK
       DE  19702                      DE  19702
```

S82ND2 0529-540-00125-1500F  (REST.125)          Tare Weight:   1.2 LBS   .5 KG
S82ND2 Gray 54.0" X  .125" X 150 FT.             Tare Yards:    0

                    Foam Type: S82ND2    Color: S82ND2

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002872835 | 1 RL | 54.00 IN | 150.00 FT | .125 IN | 082 | 29 | | B | 11 | 16.0 | 7.3 | CB |
| 002872836 | 1 RL | 54.00 IN | 150.00 FT | .125 IN | 082 | 29 | | B | 11 | 16.3 | 7.4 | CB |
| 002872837 | 1 RL | 54.00 IN | 150.00 FT | .125 IN | 082 | 29 | | B | 11 | 16.3 | 7.4 | CB |
| | 3 PIECES | | 450.00 FT | | | | | | Gross: | 48.6 | 22.1 | |
| | 3 PKGS | | 450.00 FT | 253.1250 BF | | | | | Tare: | 3.6 | 1.5 | |
| 253.1250 | BF | | .0000 SF | .0000 SM | | | | | Net: | 45.0 | 20.6 | |

S82ND2 0529-540-00500-3000F   (RAS9-.50ESTER)     Tare Weight:   1.2 LBS   .5 KG
S82ND2 GRAY 529 54.0" X 0.50" X 300.0FT           Tare Yards:    0

                    Foam Type: S82ND2    Color: 0529

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002872838 | 1 RL | 54.00 IN | 300.00 FT | .500 IN | 082 | 30 | | C | 11 | 111.0 | 50.3 | CB |
| 002872839 | 1 RL | 54.00 IN | 300.00 FT | .500 IN | 082 | 30 | | C | 11 | 111.0 | 50.3 | CB |
| 002872840 | 1 RL | 54.00 IN | 300.00 FT | .500 IN | 082 | 30 | | C | 11 | 111.0 | 50.3 | CB |
| 002872841 | 1 RL | 54.00 IN | 300.00 FT | .500 IN | 082 | 30 | | C | 11 | 111.0 | 50.3 | CB |
| 002872842 | 1 RL | 54.00 IN | 300.00 FT | .500 IN | 082 | 30 | | C | 11 | 111.0 | 50.3 | CB |
| | 5 PIECES | 1500.00 FT | | | | | | | Gross: | 555.0 | 251.5 | |
| | 5 PKGS | 1500.00 FT | 3375.0000 BF | | | | | | Tare: | 6.0 | 2.5 | |
| 3375.0000 | BF | | .0000 SF | .0000 SM | | | | | Net: | 549.0 | 249.0 | |

S82ND2 0529-540-01000-1500F   (REST1.0)          Tare Weight:   1.2 LBS   .5 KG
S82ND2 GRAY 54.0" X 1.0" X 150. FT               Tare Yards:    0

                    Foam Type: S82ND2    Color: 0529

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002872843 | 1 RL | 54.00 IN | 150.00 FT | 1.000 IN | 082 | 30 | | C | 11 | 115.0 | 52.2 | CB |
| 002872844 | 1 RL | 54.00 IN | 150.00 FT | 1.000 IN | 082 | 30 | | C | 11 | 113.0 | 51.3 | CB |
| 002872845 | 1 RL | 54.00 IN | 150.00 FT | 1.000 IN | 082 | 30 | | C | 11 | 113.0 | 51.3 | CB |
| | 3 PIECES | | 450.00 FT | | | | | | Gross: | 341.0 | 154.8 | |
| | 3 PKGS | | 450.00 FT | 2025.0000 BF | | | | | Tare: | 3.6 | 1.5 | |
| 2025.0000 | BF | | .0000 SF | .0000 SM | | | | | Net: | 337.4 | 153.3 | |

4LBFINE0059-47-0096    (REST4LB-FINE-CELLBUN47W)   Tare Weight:   1.2 LBS   .5 KG
FLAT BLOCK 4LBFINE GRAY 59 47.00" X *MAX" X 96"    Tare Yards:    0

                    Foam Type: 4LBFINE    Color: GY59

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002872846 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 154.0 | 69.9 | AP |
| 002872847 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872848 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872849 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872850 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 154.0 | 69.9 | AP |

WTB 000024

```
Wm T Burnett & Co                    F L A T   D E T A I L
2112 Montevideo Rd
Jessup, MD 20794                     P A C K I N G   L I S T

                                         175224
                                                              Page:      2
                                                      Print Date:  3/31/2022

Order No  Customer PO#        Ship Date       Trailer#    Carrier
57893  0  165210              03/26/2021 01:35 TA1805    37675 J.M. GARDNER TRUCKING CO

Customer Bill-To                    Ship-To                      MasterBol
73666   POLYMER TECHNOLOGIES, INC.  POLYMER TECHNOLOGIES INC     000294246
        420 CORPORATE BLVD          420 CORPORATE BLVD           BOL No:
                                                                 000294246
        NEWARK                      NEWARK
        DE  19702                   DE  19702
```

4LBFINE0059-47-0096        (REST4LB-FINE-CELLBUN47W)      Tare Weight:    1.2 LBS    .5 KG
FLAT BLOCK 4LBFINE GRAY 59 47.00" X *MAX* X 96"          Tare Yards:     0
                    Foam Type: 4LBFINE        Color: GY59

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|--------|----------|-------|--------|-----------|------|------|--------|---|-----|--------|--------|--------|
| 002872851 | 1 BUN | 47.00 IN | 96.00 IN | 13.000 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872852 | 1 BUN | 47.00 IN | 96.00 IN | 13.000 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872853 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872854 | 1 BUN | 47.00 IN | 96.00 IN | 13.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872855 | 1 BUN | 47.00 IN | 96.00 IN | 12.500 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872856 | 1 BUN | 47.00 IN | 96.00 IN | 13.000 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872857 | 1 BUN | 47.00 IN | 96.00 IN | 13.000 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |
| 002872858 | 1 BUN | 47.00 IN | 96.00 IN | 13.000 IN | 083 | 230 | | C | 100 | 153.0 | 69.4 | AP |

```
          13 PIECES        1248.00 IN                      Gross:  1991.0   903.2
          13 PKGS          1248.00 IN   5389.3332 BF       Tare:     15.6     6.5
     5389.3332 BF           .0000 SF         .0000 SM      Net:    1975.4   896.7
```

================================================================================

LP1800 0050-54-0072        (RLPFBUN54X72X12)             Tare Weight:    .0 LBS    .5 KGM
FLAT BLOCK LP1800 GRAY 54.0" X  PICTURE X 72.0"         Tare Yards:     0
                    Foam Type: LP1800        Color: 0050

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|--------|----------|-------|--------|-----------|------|------|--------|---|-----|--------|--------|--------|
| 002872958 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872959 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872960 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872961 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872962 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872963 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872964 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |
| 002872965 | 1 BUN | 54.00 IN | 72.00 IN | 11.000 IN | 081 | 291 | | C | 100 | 75.9 | 34.4 | AP |

```
           8 PIECES         576.00 IN                      Gross:   607.2   275.2
           8 PKGS           576.00 IN   2376.0000 BF       Tare:       .0     4.0
     2376.0000 BF           .0000 SF         .0000 SM      Net:     607.2   271.2
```

================================================================================

L1845NE0050-540-02000-0500F   (RETH2.0)                  Tare Weight:    1.2 LBS    .5 KG
L1845NE GRAY 50 54.00" X 2.0000" X 50FT                  Tare Yards:     0
                    Foam Type: L1845NE        Color: 0050

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|--------|----------|-------|--------|-----------|------|------|--------|---|-----|--------|--------|--------|
| 002872860 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 76.3 | 34.6 | WJ |
| 002872861 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.8 | 25.8 | WJ |
| 002872862 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.7 | 25.7 | WJ |
| 002872863 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.7 | 25.7 | WJ |
| 002872864 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.9 | 25.8 | WJ |
| 002872865 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.8 | 25.8 | WJ |
| 002872866 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.2 | 25.9 | WJ |
| 002872867 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.0 | 25.9 | WJ |

WTB 000025

```
Wm T Burnett & Co                    F L A T   D E T A I L
2112 Montevideo Rd
Jessup, MD 20794                     P A C K I N G   L I S T

                                          175224
                                                              Page:       3
                                                     Print Date: 3/31/2022

Order No    Customer PO#      Ship Date        Trailer#   Carrier
57893  0   165210            03/26/2021 01:35  TA1805     37675 J.M. GARDNER TRUCKING CO


Customer Bill-To                          Ship-To                          MasterBol
73666    POLYMER TECHNOLOGIES, INC.       POLYMER TECHNOLOGIES INC         000294246
         420 CORPORATE BLVD               420 CORPORATE BLVD               BOL No:
                                                                          000294246

         NEWARK                           NEWARK
         DE  19702                        DE  19702
```

L1845NE0050-540-02000-0500F   (RETH2.0)              Tare Weight:    1.2 LBS    .5 KG
L1845NE GRAY 50 54.00" X 2.0000" X 50FT              Tare Yards:     0

              Foam Type: L1845NE    Color: 0050

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|--------|----------|-------|--------|-----------|------|------|--------|---|-----|--------|--------|--------|
| 002872868 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.9 | 25.8 | WJ |
| 002872869 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.0 | 25.9 | WJ |
| 002872870 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 56.9 | 25.8 | WJ |
| 002872871 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.2 | 25.9 | WJ |
| 002872872 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.1 | 25.9 | WJ |
| 002872873 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.2 | 25.9 | WJ |
| 002872874 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 57.3 | 26.0 | WJ |
| 002872875 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 72.1 | 32.7 | WJ |
| 002872876 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 65.8 | 29.8 | WJ |
| 002872877 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 69.5 | 31.5 | WJ |
| 002872878 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 70.2 | 31.8 | WJ |
| 002872879 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 69.8 | 31.7 | WJ |
| 002906722 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 73.0 | 33.1 | WJ |
| 002906725 | 1 RL | 54.00 IN | 50.00 FT | 2.000 IN | 081 | 149 | | A | 11 | 74.8 | 33.9 | WJ |

```
          22 PIECES      1100.00 FT                      Gross:   1369.2   620.9
          22 PKGS        1100.00 FT     9900.0000 BF     Tare:      26.4    11.0
   9900.0000  BF          .0000 SF        .0000 SM       Net:     1342.8   609.9
========================================================================
SHIPMENT TOTALS:
          54 PIECES      5324.00 FT                      Gross:   4912.0  2227.7
          54 PKGS        5324.00 FT    23318.4582 BF     Tare:      55.2    27.0
   23318.4582  BF         .0000 SF        .0000 SM       Net:     4856.8  2200.7
```

WTB 000026

Page:   1

# Wm. T. Burnett & Co.

BALTIMORE, MD
(410) 837-3000

JESSUP, MD
(410) 799-1788

STATESVILLE, NC
(704) 872-2477

| ← **Remittance Only To** → |
|---|
| Wm. T. Burnett & Co. |
| P.O. BOX  791157 Baltimore, MD. 21279-1157 |
| **Correspondence To** |
| 2112 MONTEVIDEO ROAD |
| JESSUP, MARYLAND 20794 |
| **FAX** 410-799-2620 |

## INVOICE

Inv#
322569
03/26/21
14:24:57

**Bill to:**

POLYMER TECHNOLOGIES, INC.
420 CORPORATE BLVD
NEWARK          DE 19702

**Ship to:**

POLYMER TECHNOLOGIES INC    322569
420 CORPORATE BLVD
NEWARK          DE 19702

| Co / Cust No | WTB No | Customer PO# | Ter | Sls# |
|---|---|---|---|---|
| 25/0000073666 | 57893/00 | 165210 | USA | 8 VJ - DELIVER 3/12/21 |

Ship Via
Pay Type   PREPAID        Net 90 Days                      Ref #
           Check                                      FL

| Item Number/Description | U/M | Ordered | Shipped | Selling Price | Total |
|---|---|---|---|---|---|
| FOB Description: | | | | | |
| 4LBN   0059-540-01500-0500F | BF | 675.000 | .000 | ██████ | ████ |
| 4LBN Gray 54.0" X 1.500" X 50.0FT | | | | | |
|     Ordered U/M:  ( RL      2.000  )     .000 | | | | | |
| REST1.54LB | | | | | |
| 4LBN   0059-540-02000-0500F | BF | 450.000 | .000 | ██████ | ███ |
| 4LBN Gray 54.0" X 2.000" X 50'0" | | | | | |
|     Ordered U/M:  ( RL      1.000  )     .000 | | | | | |
| REST2.04LB | | | | | |
| S82ND2 0529-540-00125-1500F | BF | 253.125 | 253.125 | ██████ | █████ |
| S82ND2 Gray 54.0" X  .125" X 150 FT. | | | | | |
|     Ordered U/M:  ( RL      3.000  )    3.000 | | | | | |
| REST.125 | | | | | |
| S82ND2 0529-540-00500-3000F | BF | 3375.000 | 3375.000 | ██████ | █████ |
| S82ND2 GRAY 529 54.0" X 0.50" X 300.0FT | | | | | |
|     Ordered U/M:  ( RL      5.000  )    5.000 | | | | | |
| RAS9-.50ESTER | | | | | |
| S82ND2 0529-540-01000-1500F | BF | 2025.000 | 2025.000 | ██████ | █████ |
| S82ND2 GRAY 54.0" X 1.0" X 150. FT | | | | | |
|     Ordered U/M:  ( RL      3.000  )    3.000 | | | | | |
| REST1.0 | | | | | |
| 4LBFINE0059-47-0096 | BF | 4620.000 | 5389.333 | ██████ | █████ |
| FLAT BLOCK 4LBFINE GRAY 59 47" X MAX X 96" | | | | | |
|     Ordered U/M:  ( BUN     14.000  )   16.331 | | | | | |
| REST4LB-FINE-CELLBUN47W | | | | | |

\* CONTINUED \*

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED
AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CUSTOMER ORDER FOR THE PRODUCTS LISTED ABOVE IS CONFIRMED AND ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS OF THIS INVOICE AND ORDER
CONFIRMATION WHICH TERMS AND CONDITIONS INCLUDING WARRANTY DISCLAIMERS ARE SET FORTH ON THE REVERSE SIDE.

Page:   2

# Wm. T. Burnett & Co.

BALTIMORE, MD          JESSUP, MD          STATESVILLE, NC
(410) 837-3000        (410) 799-1788        (704) 872-2477

```
┌─────────────────────────────────────┐
│ ──►   Remittance Only To   ◄──       │
│           Wm. T. Burnett & Co.       │
│  P.O. BOX  791157 Baltimore, MD.  21279-1157 │
├─────────────────────────────────────┤
│         Correspondence To            │
│        2112 MONTEVIDEO ROAD          │
│      JESSUP, MARYLAND 20794          │
│       FAX 410-799-2620               │
└─────────────────────────────────────┘
```

## INVOICE

Inv#

322569
03/26/21
14:24:57

**Bill to:**

POLYMER TECHNOLOGIES, INC.
420 CORPORATE BLVD
NEWARK              DE 19702

**Ship to:**

POLYMER TECHNOLOGIES INC     322569
420 CORPORATE BLVD
NEWARK              DE 19702

| Co / Cust No | WTB No | Customer PO# | Ter | Sls# |
|---|---|---|---|---|
| 25/0000073666 | 57893/00 | 165210 | USA | 8 VJ - DELIVER 3/12/21 |

**Ship Via**

**Pay Type** PREPAID          Net 90 Days                      Ref #
         Check                                            FL

| Item Number/Description | U/M | Ordered | Shipped | Selling Price | Total |
|---|---|---|---|---|---|
| LP1800 0050-54-0072 | BF | 2592.000 | 2376.000 | ▮▮▮▮▮ | ▮▮▮▮▮ |
| FLAT BLOCK LP1800 GRAY 54.0" X  PICTURE X 72.0" | | | | | |
| Ordered U/M:     ( BUN     8.000   )   7.333 | | | | | |
| RLPFBUN54X72X12 | | | | | |
| | | | | | |
| L1845NE0050-540-02000-0500F | BF | 9000.000 | 9900.000 | ▮▮▮▮▮ | ▮▮▮▮▮ |
| L1845NE GRAY 50 54.0" X  2.0"  X 50.0FT | | | | | |
| Ordered U/M:     ( RL      20.000  )  22.000 | | | | | |
| RETH2.0 | | | | | |
| Pack List No: 175224      Trailer No: 1805 | | | | | |
| TOTAL 54 PKGS | | | | | |

INVOICE DUE: 06/24/21

SUBTOTAL:   ▮▮▮▮▮

TOTAL:   ▮▮▮▮▮

DEPOSIT:
AMT DUE:   ▮▮▮▮▮

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED
AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CUSTOMER ORDER FOR THE PRODUCTS LISTED ABOVE IS CONFIRMED AND ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS OF THIS INVOICE AND ORDER
CONFIRMATION WHICH TERMS AND CONDITIONS INCLUDING WARRANTY DISCLAIMERS ARE SET FORTH ON THE REVERSE SIDE.

**INVOICE AND ORDER CONFIRMATION**
**GENERAL TERMS AND CONDITIONS**

**1. PRIOR OFFERS** -- Burnett is not bound by any terms of Customer's purchase order or other offer, whether oral or written, which attempt to impose any conditions inconsistent with Burnett's terms and conditions of sale set forth in this Invoice and Order Confirmation. Burnett's failure to object to provisions contained in any purchase order or other oral or written offer shall not be deemed a waiver of the provisions of the terms and conditions of this Invoice and Order Confirmation, which shall constitute the entire contract between the parties. In the event of any material difference between this Invoice and Order Confirmation and any purchase order or other offer by Customer, the agreement between Burnett and you as Customer shall nonetheless be binding and shall be governed by Section 2-207 (3) of the Uniform Commercial Code.

**2. CREDIT; LATE CHARGES** -- If the financial responsibility of Customer becomes impaired or satisfactory to Burnett, advance cash payment or satisfactory security shall be given by Customer upon demand by Burnett, and shipments may be withheld until such payment or security is received. If Customer fails to pay Burnett in accordance with the terms of this invoice, Customer's balance shall be subject to a late fee in the amount of 1.5% per month. If Customer's account is referred for collection, the costs of collection plus any reasonable attorney's fees incurred will also be assessed.

**3. TITLE, RISK OF LOSS** -- Title to the product and risk of loss shall pass to Customer upon delivery to a carrier or into Customer's transport at Burnett's plant or warehouse unless sold on a delivered price basis. Title to the products shall pass upon delivery to Customer. If Burnett is to pay freight, selection of carrier and routing of shipments shall be at Burnett's option.

**4. SAMPLING AND TESTING** -- Customer shall inspect all material delivered hereunder immediately upon receipt at Customer's plant. If Customer fails to notify Burnett within thirty (30) days after receipt of such product at its plant or warehouse of any damage, shortage or defect, all claims with regard to such product are waived.

**5. DISCLAIMER OF WARRANTIES** -- THERE ARE NO WARRANTIES THAT EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF AND IN BURNETT'S WRITTEN SPECIFICATIONS, IF ANY, AND BURNETT MAKES NO WARRANTY, EXPRESS OR IMPLIED, BASED ON ANY COURSE OF DEALING OR USAGE OF TRADE OR OF FITNESS FOR PARTICULAR USE OR OTHERWISE, THAT THE PRODUCTS SOLD HEREUNDER ARE OF MERCHANTABLE QUALITY OR ARE FIT FOR A PARTICULAR USE. CUSTOMER ASSUMES ALL RISK WHATSOEVER AS TO THE RESULT OF THE USE OF PRODUCTS PURCHASED, WHETHER USED SINGLY OR IN COMBINATION WITH OTHER SUBSTANCES OR IN ANY PROCESS. The fact that a product is formulated with additives intended to retard microbial growth or to reduce the tendency to stain or that the product achieves certain results when subjected to ASTM pinking tests such as E1428 under controlled laboratory conditions does not mean that pinking will not occur in the finished product. In the case of products for which Burnett has provided written specifications as to flammability, the products met the specified test requirements in tests performed under controlled laboratory conditions. These tests were not intended to reflect the performance of the specified product or any other material under actual fire conditions. The use of the specified product in a finished product does not mean that the finished product would necessarily meet the test requirements and does not mean that the finished product will not burn. Due to the great number and variety of applications for which its product may be purchased, Burnett does not recommend specific applications of product designs or assume responsibility for use results obtained or suitability for specific applications.

**6. LIMITATION OF CLAIMS** -- Defective or nonconforming products shall be replaced by Burnett without any additional charge, or in lieu thereof, if Burnett elects, Burnett may upon return of the products at Customer's expense, refund the purchase price. BURNETT'S LIABILITY FOR ANY LOSS OR CLAIM WHATSOEVER SHALL BE LIMITED SOLELY TO REPLACEMENT OF DEFECTIVE OR NONCONFORMING PRODUCTS OR, AT THE ELECTION OF BURNETT, TO RETURN OF THE PRODUCTS AND REPAYMENT OF THE PRICE. BURNETT SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES. Any course of dealing between the parties to the contrary notwithstanding, any claim by Customer shall be deemed waived unless presented in writing to Burnett within thirty (30) days from the date of receipt of the products to which such claim relates. Customer assumes all risk and liability for loss, damage or injury to the person or property of Customer or others arising out of use or possession of any product sold hereunder.

**7. FORCE MAJEURE** -- No liability shall result to either party from delay in performance or non-performance caused by circumstances beyond the control of the party affected, including but not limited to, acts of God, fire, flood, war, accident, labor trouble, shortage of or inability to obtain product, equipment or transportation, or compliance with any regulation, direction or request made by governmental authority or persons reporting to act therefore. If, by reason of any such causes, supplies of any product deliverable hereunder, or products from which it is derived from any of Burnett's then existing sources of supply, are curtailed or cut off, Burnett's obligation hereunder during such curtailment or cessation shall at its option be reduced to the extent necessary in Burnett's judgment to apportion fairly among its customers, whether under contract or not, such product then in storage and such quantity as may be received in the ordinary course of business from any other source of supply for Burnett's business. Burnett shall not be required to increase its taking from such sources of supply or to purchase such product or other products from which it is derived to replace the supplies so curtailed or cut off. Deficiencies in deliveries hereunder due to any such cause shall be cancelled from the contract with no liability to either party therefor. For the purposes of this provision, "Burnett" shall be deemed to include Burnett's supplier and any subsidiary or affiliated company of Burnett.

**8. SPECIFICATIONS AND ASSORTMENTS** -- Where the privilege of descriptions or specifications is given to Customer, notice of any change must be furnished by Customer in writing no later than four (4) weeks before the required delivery date, and deliveries against these new descriptions or specifications are subject to earliest available delivery date when received by Burnett. Customer agrees to give Burnett within five (5) days of demand therefor by Burnett, specifications and assortments in writing as to deliveries on any portion of this Invoice and Order Confirmation as to which specifications and assortments are not given herein, and in addition to pay Burnett any adjustment in price based on such assortment, and deliveries against such specifications and assortments shall be subject to the earliest available delivery date when received by Burnett. Burnett's demand for specifications and for assortments shall not be deemed to be a waiver of the Customer's obligation to give such specifications and assortments under the terms of this Invoice and Order Confirmation. In the event Customer fails to give specifications and/or assortments within the time period specified under this Invoice and Order Confirmation, or as demanded by Burnett, Burnett may cancel the contract with Customer and Customer shall remain liable for all Burnett's damages and losses.

**9. ADJUSTABLE PRICING** -- If the cost to Burnett of filling this order is increased as a result of a general wage increase or because of the imposition of new or increased taxes, excises or governmental charges, or because of new laws governing the working hours or compensation of labor or because of any other new laws or any regulation, promulgations, orders or other governmental action pursuant to existing or new laws, or in the event of increased cost of raw materials and/or transportation, including detention fees arising from handling this order at Customer's facility, the Customer agrees to pay such increased cost to Burnett on any undelivered portion of this order.

**10. MISCELLANEOUS** -- This order shall not be assigned in whole or in part by Customer or Burnett without the written consent of the other party, except that Burnett may upon written notice to customer assign its obligations hereunder to any subsidiary or affiliated company of Burnett. No waiver by either party of any breach of any of the terms and conditions herein contained shall be construed as a waiver of any succeeding breach of the same or any other term and condition. No agent, employee or representative of Burnett has any authority to bind Burnett to any affirmation, representation, promise or warranty concerning any goods sold under this Invoice and Order Confirmation, and unless an affirmation, representation or warranty made by an agent, employee or representative is specifically included within this Invoice and Order Confirmation, it has not formed a part of the basis of this bargain and shall not be enforceable by Customer. The entire contract is contained herein and there are no oral understandings, representations or warranties affecting it. No modification of this contract shall be of any force or effect unless such modification is in writing and signed by the party to be bound thereby, and no modification shall be affected by the acknowledgment or acceptance of purchase order forms containing terms and conditions of variance with those set forth herein. This Invoice and Order Confirmation cancels and supersedes any prior written contract between the parties covering the sale and purchase of the products listed on the face hereof. This Invoice and Order Confirmation shall be governed by the Uniform Commercial Code. Whenever the term "Uniform Commercial Code" is used, it shall be construed as meaning the Uniform Commercial Code as adopted in the State of Maryland as effective and in force on the date of this Invoice and Order Confirmation. If any agreement or covenant contained herein or any part or parts of them shall be held to be invalid by any court of competent jurisdiction, this Invoice and Order Confirmation shall be interpreted as if such invalid covenants or agreements or parts thereof were not contained herein. OUR GOODS ARE SOLD AND SHIPPED F.O.B. FACTORY AND OUR RESPONSIBILITY FOR LOSS OR DAMAGE CEASES AFTER RECEIPT BY TRANSPORTATION COMPANY IN GOOD ORDER. IN CASE OF LOSS OR DAMAGE, HAVE THE AGENT MAKE APPROPRIATE NOTATIONS ON THE FREIGHT BILL IN ORDER TO GIVE YOU A VALID CLAIM AGAINST THE DELIVERING TRANSPORTATION COMPANY. PLEASE DO NOT RETURN PRODUCT TO US WITHOUT PREVIOUSLY SECURING PERMISSION, AS UNAUTHORIZED RETURN SHIPMENTS WILL BE REFUSED AND WILL REMAIN SUBJECT TO CUSTOMER'S RISK. THESE PRODUCTS ARE SOLD SUBJECT TO THE ABOVE TERMS AND CONDITIONS.

---

**WARNING: POLYURETHANE FOAM IS FLAMMABLE!**

POLYURETHANE FOAM WILL BURN IF EXPOSED TO AN OPEN FLAME OR OTHER SUFFICIENT HEAT SOURCE. DO NOT EXPOSE POLYURETHANE FOAM TO OPEN FLAMES OR ANY OTHER DIRECT OR INDIRECT HIGH TEMPERATURE IGNITION SOURCES SUCH AS BURNING OPERATIONS, WELDING, BURNING CIGARETTES, SPACE HEATERS OR NAKED LIGHTS.

ONCE IGNITED POLYURETHANE FOAM WILL BURN RAPIDLY, RELEASING GREAT HEAT AND CONSUMING OXYGEN AT A HIGH RATE. IN AN ENCLOSED SPACE THE RESULTING DEFICIENCY OF OXYGEN WILL PRESENT A DANGER OF SUFFOCATION TO THE OCCUPANTS. HAZARDOUS GASES RELEASED BY THE BURNING FOAM CAN BE INCAPACITATING OR FATAL TO HUMAN BEINGS IF INHALED IN SUFFICIENT QUANTITIES.

ONCE IGNITED POLYURETHANE FOAM IS DIFFICULT TO EXTINGUISH. FOAM FIRES THAT APPEAR TO BE EXTINGUISHED MAY SMOLDER AND REIGNITE. ALWAYS HAVE FIRE OFFICIALS DETERMINE WHETHER A FIRE HAS BEEN EXTINGUISHED.

BULK PURCHASERS OR USERS OF POLYURETHANE FOAM SHOULD TAKE APPROPRIATE PRECAUTIONS TO ENSURE THAT IT IS PROPERLY HANDLED AND STORED AND, DEPENDING UPON THE INTENDED USE OF THE FOAM, THAT SUITABLE WARNINGS ARE PROVIDED TO THE ULTIMATE CONSUMER.

# *Wm. T. Burnett & Co.*



**ilac-MRA**   **A2LA ACCREDITED**

An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

Test Report - Flat

POLYMER TECHNOLOGIES, INC.
420 CORPORATE BLVD

NEWARK, DE  19702

March 27, 2021

Type Of Foam:        S82ND2
Color of Foam:       GY529
Run Number:          082
Part Number:         RAS9-.50ESTER; REST.125; REST1.0
Date Manufactured:   3/23/2021
Purchase Order No:   165210
WTB No:              57893 00

Measured Property

| Type Of Test | Minimum Specification | Test Results |
|---|---|---|
| Density C: (lbs/ft**3) | 1.80 | 1.83 |
| (kg/m**3) | 28.83 | 29.31 |
| Tensile Strength: (psi) | 18.00 | 23.90 |
| (kPa) | 124.11 | 164.78 |
| Tensile Elongation: (%) | 170.00 | 210.00 |
| CFD 25% deflection: (psi) | .40 | .56 |
| (kPa) | 2.76 | 3.86 |
| CFD 50% deflection: (psi) | .45 | .66 |
| (kPa) | 3.10 | 4.55 |
| CFD 70% deflection: (psi) | .80 | 1.76 |
| (kPa) | 5.52 | 12.13 |
| Average Air Flow (SCFM) | .00 | .00 |
| FLAME TEST CLASSIFICATION | MVSS302 | PASSED |
| FLAME TEST CLASSIFICATION | UL94 HF1 | PASSED |

*Test Methods: ASTM D3574-(latest edition) unless otherwise

This is to confirm that our S82ND2 polyurethane foam, color
GY529, run 82 with WTB number 57893-0, produced to your
P.O. # 165210 when shipped from our plant 3/26/2021,
meets the requirements for a flammability classification
of MVSS302.

Compliance with MVSS302 was determined in our laboratories
by testing representative samples in accordance with the
procedures of the standard.

## Wm. T. Burnett & Co.



An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

MVSS302 is a small-scale procedure for testing the relative
flame retardancy of materials and is not intended herein to
reflect hazards presented by this shipment of materials or
any other material under actual fire conditions.

Lab Director
Wm. T. Burnett & Co.

WTB 000031

# *Wm. T. Burnett & Co.*



An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

                         Test Report - Flat

POLYMER TECHNOLOGIES, INC.
420 CORPORATE BLVD

NEWARK, DE   19702                              March 27, 2021

Type Of Foam:          4LBFINE
Color of Foam:         GY59
Run Number:            083
Part Number:           REST4LB-FINE-CELLBUN47W
Date Manufactured:     3/24/2021
Purchase Order No:     165210
WTB No:                57893 00
                         Measured Property

                              Minimum
Type Of Test                Specification        Test Results
=========================   ================     ==================
Density C: (lbs/ft**3)           3.60                 3.77
           (kg/m**3)            57.67                60.39
Tensile Strength: (psi)         12.00                23.70
                 (kPa)          82.74               163.41
Tensile Elongation: (%)        120.00               290.00

*Test Methods: ASTM D3574-(latest edition) unless otherwise


This is to confirm that our 4LBFINE polyurethane foam,
color GY59, run 83 with WTB number 57893-0, shipped
against your PO# 165210, in accordance with your
instructions, complies with the physical property
requirements as published by Wm. T. Burnett & Company.

Compliance with this product data specification was
determined in our laboratories by testing in accordance
with the procedures of ASTM Standard D-3574 (last
edition): Standard Methods Of testing flexible Cellular
Materials - Slab, Bonded, and Molded Urethane Foams.


Lab Director
Wm. T. Burnett & Co.



# Wm. T. Burnett & Co.
### Foam Division - Jessup, MD
**PART NO** REST.125
(P)

**QTY** 150.00
(Q)

**QTY** 1 RL
(Q)

**ITEM DESCRIPTION**
S82ND2 Gray
54.000IN x .1250IN x 150.00FT

**PURCHASE ORDER** 165210
(K)

001580:001526:000000:000000:000000:03/24/2021

**SUPPLIER** WTB
(V)

**DELIVERY LOCATION**
POLYMER TECHNOLOGIES INC
420 CORPORATE BLVD
NEWARK, DE

**TAG#** 002872835

**PRODUCTION INFORMATION**
RUN#: 82
WEIGHT: 16.0 (LBS)
ORDER #: 57893  FL-011-B

WARNING
POLYURETHANE FOAM IS FLAMMABLE
POLYURETHANE FOAM (PF) WILL BURN IF EXPOSED TO AN OPEN FLAME OR OTHER SUFFICIENT HEAT SOURCE, IS NOT EXPOSE AT TO OPEN FLAMES OR ANY OTHER DIRECT OR INDIRECT HIGH TEMPERATURE IGNITION SOURCE. ON IGNITED AT ULL, BURN RAPIDLY, RELEASING GREAT HEAT AND CONSUME OXYGEN AT A HIGH RATE. HAZARDOUS GASES RELEASED BY THE BURNING FOAM CAN BE INCAPACITATING OR FATAL TO HUMAN BEINGS. FOAM FIRES THAT APPEAR TO BE EXTINGUISHED MAY SMOLDER AND REIGNITE. BURN EVEN HOURS AFTER A FIRE HAS BEEN EXTINGUISHED. BULK PURCHASERS OR USERS OF PF SHOULD TAKE APPROPRIATE PRECAUTION TO ENSURE THAT IT IS PROPERLY HANDLED AND STORED AND, DEPENDING UPON THE INTENDED USE OF THE FOF THAT SUITABLE WARNINGS ARE PROVIDED TO THE ULTIMATE CONSUMER.

WARNING: This product can expose you to chemicals including, tris(1,3-dichloro-2-propyl)phosphate, which is known to the State of California to cause cancer. For more information go to www.P65Warnings.ca.gov

WTB 000033





# soundcoat
collaboration in comfort

**PURCHASE ORDER**

1 BURT DRIVE
DEER PARK, NY 11729
Tel: (631) 242-2200
Fax: (631) 242-2246

16901 ARMSTRONG AVE. S E 10002144
IRVINE, CA 92606
Tel: (949) 955-9202
Fax: (940) 222-0834



ISO 9001
AS 9100

The Soundcoat Co.

| Page | -- | 1 |
|---|---|---|
| Date | -- | 04/08/21 |
| Order No. | -- | 98529-000 |
| Brn/Plt | -- | 20510 |

WM T Burnett Co.
2112 Montevideo Road
Jessup MD 20794

SHIP THE SOUNDCOAT CO. INC.
TO  1 BURT DRIVE
    DEER PARK NY 11729

RESALE #
13-2558258

THIS ORDER ENTERED SUBJECT TO TERMS AND CONDITIONS FOUND ON WWW.RECTICEL.COM

Ordered   - 04/08/21  Freight   - FOB-DELIVERED
Requested - 04/23/21  Taken By  - E-MAIL
Delivery  - DELIVERED

| Description / Supplier Item | Ordered | UM | Unit Cost | UM | Extension | Req. Dt |
|---|---|---|---|---|---|---|
| F0400H05 | 1500.000 | LY | ███ | LY | ███ | 04/23/21 |
| Foam Polyester 1.032"X 54"WD | | | | | | |
| 1.032"X 54"WD X 50 LY/RL | | | | | | |
| GRADE: S82ND2  COLOR: GY529 | | | | | | |
| F0600M05 | 330.000 | LY | ███ | LY | ███ | 04/23/21 |
| 1.532"Foam Polyether Urethane | | | | | | |
| 1.532" x 54"wide X 33 LY/RL | | | | | | |
| ITEM 1: 30 ROLLS ----------- (50 LY/RL) | | | | | | |
| GRADE: S82ND2  COLOR: GY529 | | | | | | |
| | | | | | | |
| ITEM 2: 10 ROLLS ----------- (33 LY/RL) | | | | | | |
| GRADE: L-1835N COLOR: GY50 | | | | | | |

DELIVERY: 04/23/21
SHIP VIA: DELIVERED
REQ: JOE ANTAL

TEST DATA REQUIRED FOR ALL ITEMS.
LOT # TO BE ON ALL ROLLS, BUNS OR SHEETS.
CERTIFICATE OF COMPLIANCE REQUIRED FOR ALL ITEMS.
SHOW SOUNDCOAT P/N ON ALL PAPER WORK AND LABELS.
PLEASE DELIVER BEFORE 2:30 P.M.

Terms Net 90 Days          Tax Rt

Sales Tax

Total Order  ███

SCFM-039 REV. C                    ORIGINAL          X                PURCHASING AGENT

WTB 000035

**From:** Veronica Jackson
**To:** Alexandra Lehukey; Brad Shaw
**Subject:** FW: New Purchase Orders #98529 & 98530
**Date:** Thursday, March 31, 2022 3:18:47 PM

Veronica Jackson | Customer Service Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.775.6928 | c: 443.208.2448 | f: 410.799.2620 | e: veronica@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Thursday, March 31, 2022 3:08 PM
To: Veronica Jackson <veronica@wtbfoam.com>
Subject: FW: New Purchase Orders #98529 & 98530

Amber Altvater | Customer Service Support Specialist | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.928.4276 | e: ambera@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Friday, April 9, 2021 9:05 AM
To: 'John Duckworth' <JDuckworth@soundcoat.com>
Subject: RE: New Purchase Orders #98529 & 98530

Hello,

Received,

Thank you.

-----Original Message-----
From: John Duckworth [mailto:JDuckworth@soundcoat.com]
Sent: Thursday, April 8, 2021 3:25 PM
To: Amber Altvater <ambera@wtbfoam.com>
Subject: New Purchase Orders #98529 & 98530

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


John Duckworth
Purchasing Mgr.
Soundcoat Co.,Inc.
1 Burt Drive
Deer Park, NY, NY 11729 - 5701
USA
Tel: 631-782-3555
Mobile: 631-782-3555
Fax: 631-242-2246
www.soundcoat.com


Part of Recticel
www.recticelengineeredfoams.com
EXPORT CONTROL INFORMATION:
Emails with the domain name @soundcoat.com are administered from a location outside the United States.
Please review all e-mails carefully before sending and remove any information that would require an export license under the International Traffic in Arms Regulations (ITAR) or other relevant U.S. export controls.
-----Original Message-----
From: nvukov@soundcoat.com <nvukov@soundcoat.com>
Sent: Thursday, April 8, 2021 3:23 PM
To: John Duckworth <JDuckworth@soundcoat.com>
Subject: Message from "RNP58387912AB24"

This E-mail was sent from "RNP58387912AB24" (MP C6004ex).

Scan Date: 04.08.2021 15:22:49 (-0400)
Queries to: nvukov@soundcoat.com

WTB 000037

| | |
|---|---|
| **From:** | Veronica Jackson |
| **To:** | Alexandra Lehukey; Brad Shaw |
| **Subject:** | FW: Revised Purchase Order #98529 |
| **Date:** | Thursday, March 31, 2022 3:19:01 PM |

Veronica Jackson | Customer Service Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.775.6928 | c: 443.208.2448 | f: 410.799.2620 | e: veronica@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Thursday, March 31, 2022 3:08 PM
To: Veronica Jackson <veronica@wtbfoam.com>
Subject: FW: Revised Purchase Order #98529

Amber Altvater | Customer Service Support Specialist | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.928.4276 | e: ambera@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Monday, April 12, 2021 8:25 AM
To: 'John Duckworth' <JDuckworth@soundcoat.com>
Subject: RE: Revised Purchase Order #98529

Hello,

Received.

-----Original Message-----
From: John Duckworth [mailto:JDuckworth@soundcoat.com]
Sent: Friday, April 9, 2021 2:45 PM
To: Amber Altvater <ambera@wtbfoam.com>
Subject: Revised Purchase Order #98529

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John Duckworth
Purchasing Mgr.
Soundcoat Co.,Inc.
1 Burt Drive
Deer Park, NY, NY 11729 - 5701
USA
Tel: 631-782-3555
Mobile: 631-782-3555
Fax: 631-242-2246
www.soundcoat.com

Part of Recticel
www.recticelengineeredfoams.com
EXPORT CONTROL INFORMATION:
Emails with the domain name @soundcoat.com are administered from a location outside the United States.
Please review all e-mails carefully before sending and remove any information that would require an export license under the International Traffic in Arms Regulations (ITAR) or other relevant U.S. export controls.
-----Original Message-----
From: nvukov@soundcoat.com <nvukov@soundcoat.com>
Sent: Friday, April 9, 2021 2:59 PM
To: John Duckworth <JDuckworth@soundcoat.com>
Subject: Message from "RNP58387912AC00"

This E-mail was sent from "RNP58387912AC00" (MP C6004ex).

Scan Date: 04.09.2021 14:59:25 (-0400)
Queries to: nvukov@soundcoat.com

WTB 000039

**From:** Veronica Jackson
**To:** Alexandra Lehukey; Brad Shaw
**Subject:** FW: New Purchase Orders #98529 & 98530
**Date:** Thursday, March 31, 2022 3:19:46 PM

Veronica Jackson | Customer Service Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.775.6928 | c: 443.208.2448 | f: 410.799.2620 | e: veronica@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Thursday, March 31, 2022 3:09 PM
To: Veronica Jackson <veronica@wtbfoam.com>
Subject: FW: New Purchase Orders #98529 & 98530

Amber Altvater | Customer Service Support Specialist | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | o: 410.928.4276 | e: ambera@wtbfoam.com | i: www.wmtburnett.com

Security Notice: Do not send credit card information to us via email. Email is not a secure method of communication and we want to ensure and protect our customer's privacy.

No agent, employee or representative of Burnett has any authority to bind Burnett to any oral or written affirmation, representation, promise or warranty not included within a Burnett Invoice and Order Confirmation.

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.
-----Original Message-----
From: Amber Altvater
Sent: Monday, April 12, 2021 9:46 AM
To: 'John Duckworth' <JDuckworth@soundcoat.com>
Cc: Nick Vero <nickv@wtbfoam.com>
Subject: RE: New Purchase Orders #98529 & 98530

WTB 000040

Hello,

PO 98529 will deliver on 5/3 instead of 4/23.

-----Original Message-----
From: John Duckworth [mailto:JDuckworth@soundcoat.com]
Sent: Thursday, April 8, 2021 3:25 PM
To: Amber Altvater <ambera@wtbfoam.com>
Subject: New Purchase Orders #98529 & 98530

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


John Duckworth
Purchasing Mgr.
Soundcoat Co.,Inc.
1 Burt Drive
Deer Park, NY, NY 11729 - 5701
USA
Tel: 631-782-3555
Mobile: 631-782-3555
Fax: 631-242-2246
www.soundcoat.com


Part of Recticel
www.recticelengineeredfoams.com
EXPORT CONTROL INFORMATION:
Emails with the domain name @soundcoat.com are administered from a location outside the United States.
Please review all e-mails carefully before sending and remove any information that would require an export license under the International Traffic in Arms Regulations (ITAR) or other relevant U.S. export controls.
-----Original Message-----
From: nvukov@soundcoat.com <nvukov@soundcoat.com>
Sent: Thursday, April 8, 2021 3:23 PM
To: John Duckworth <JDuckworth@soundcoat.com>
Subject: Message from "RNP58387912AB24"

This E-mail was sent from "RNP58387912AB24" (MP C6004ex).

Scan Date: 04.08.2021 15:22:49 (-0400)
Queries to: nvukov@soundcoat.com

```
Wm T Burnett & Co                      F L A T   D E T A I L
2112 Montevideo Rd
Jessup, MD 20794                       P A C K I N G   L I S T

                                     176430
                                                              Page:        1
                                                       Print Date: 3/31/2022
```

| Order No | Customer PO# | Ship Date | Trailer# | Carrier |
|---|---|---|---|---|
| 59279  0 | 98529 | 04/29/2021 20:39 | TAU43272 | 14085 EVANS TRUCKING |

| Customer Bill-To | Ship-To | MasterBol |
|---|---|---|
| 84162   SOUNDCOAT CO., INC. - NY | SOUNDCOAT CO., INC. | 000295323 |
| ONE BURT DRIVE | ONE BURT DRIVE | BOL No: |
| | | 000295323 |
| DEER PARK | DEER PARK | |
| NY  11729 | NY  11729 | |

```
S82ND2 0529-540-01032-0500Y  (FO400H05)         Tare Weight:   1.2 LBS    .5 KG
S82ND2 GRAY 529 54.00" X 1.0320" X 50YDS        Tare Yards:       0
                        Foam Type: S82ND2    Color: 0529
```

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002966416 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 103.0 | 46.7 | FE |
| 002966417 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 103.0 | 46.7 | FE |
| 002966418 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 104.0 | 47.2 | FE |
| 002966419 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 103.0 | 46.7 | FE |
| 002966420 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 104.0 | 47.2 | FE |
| 002966421 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 108.0 | 49.0 | FE |
| 002966422 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 108.0 | 49.0 | FE |
| 002966423 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 108.0 | 49.0 | FE |
| 002966424 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966425 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966426 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966427 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966428 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966429 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966430 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 109.0 | 49.4 | FE |
| 002966431 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 110.0 | 49.9 | FE |
| 002966432 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 111.0 | 50.3 | FE |
| 002966433 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 115.0 | 52.2 | FE |
| 002966434 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 118 | 22 | | B | 11 | 108.0 | 49.0 | FE |
| 002966435 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.0 | 49.0 | FE |
| 002966436 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.0 | 49.0 | FE |
| 002966437 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 107.0 | 48.5 | FE |
| 002966438 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.0 | 49.0 | FE |
| 002966439 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 109.0 | 49.4 | FE |
| 002966440 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 109.0 | 49.4 | FE |
| 002966441 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.6 | 49.3 | FE |
| 002966442 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.6 | 49.3 | FE |
| 002966443 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 108.0 | 49.0 | FE |
| 002966444 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 109.0 | 49.4 | FE |
| 002966445 | 1 RL | 54.00 IN | 50.00 YDS | 1.032 IN | 116 | 56 | | B | 11 | 109.0 | 49.4 | FE |

```
           30 PIECES       1500.00 YDS                    Gross:   3239.2  1469.0
           30 PKGS         1500.00 YDS    20898.0000 BF   Tare:      36.0    15.0
      20898.0000 BF          .0000 SF        .0000 SM     Net:     3203.2  1454.0
===============================================================================
S82ND2 0529-540-02000-0220Y  (FO800H05)         Tare Weight:   1.2 LBS    .5 KG
S82ND2 GRAY 54.00" X 2.0000" X 22YDS            Tare Yards:       0
                        Foam Type: S82ND2    Color: 0529
```

| Tag No | Contents | Width | Length | Thickness | Run# | Blk# | QC Wth | S | Mch | Wgt Lb | Wgt Kg | Loader |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002966451 | 1 RL | 54.00 IN | 22.00 YDS | 2.000 IN | 118 | 16 | | A | 11 | 98.4 | 44.6 | WJ |
| 002966452 | 1 RL | 54.00 IN | 22.00 YDS | 2.000 IN | 118 | 16 | | A | 11 | 98.9 | 44.9 | WJ |

WTB 000042

```
Wm T Burnett & Co                       F L A T   D E T A I L
2112 Montevideo Rd
Jessup, MD 20794                        P A C K I N G   L I S T

                         176430                              Page:      2
                                                    Print Date: 3/31/2022

Order No   Customer PO#        Ship Date        Trailer#    Carrier
59279  0   98529               04/29/2021 20:39 TAU43272    14085 EVANS TRUCKING

Customer Bill-To                   Ship-To                      MasterBol
84162   SOUNDCOAT CO., INC. - NY   SOUNDCOAT CO., INC.          000295323
        ONE BURT DRIVE             ONE BURT DRIVE               BOL No:
                                                               000295323
        DEER PARK                  DEER PARK
        NY  11729                  NY  11729

S82ND2 0529-540-02000-0220Y  (PO800H05)       Tare Weight:   1.2 LBS   .5 KG
S82ND2 GRAY 54.00" X 2.0000" X 22YDS          Tare Yards:    0
                  Foam Type: S82ND2   Color: 0529
Tag No    Contents  Width     Length      Thickness   Run# Blk#  QC Wth  S  Mch  Wgt Lb  Wgt Kg  Loader
002966453  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11   99.0   44.9   WJ
002966454  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11   98.6   44.7   WJ
002966455  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11   99.9   45.3   WJ
002966456  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11  100.0   45.4   WJ
002966457  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11   98.5   44.7   WJ
002966458  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11   97.8   44.4   WJ
002966459  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11  102.0   46.3   WJ
002966460  1 RL   54.00 IN   22.00 YDS   2.000 IN   118  16          A  11  102.1   46.3   WJ
          10 PIECES         220.00 YDS                      Gross:  995.2  451.5
          10 PKGS           220.00 YDS   5940.0000 BF       Tare:    12.0    5.0
     5940.0000 BF           .0000 SF        .0000 SM        Net:    983.2  446.5
==================================================================================
SHIPMENT TOTALS:
          40 PIECES        1720.00 YDS                      Gross: 4234.4 1920.5
          40 PKGS          1720.00 YDS  26838.0000 BF       Tare:    48.0   20.0
    26838.0000 BF           .0000 SF        .0000 SM        Net:   4186.4 1900.5
```

WTB 000043

Page:   1

# Wm. T. Burnett & Co.

BALTIMORE, MD     JESSUP, MD     STATESVILLE, NC
(410) 837-3000    (410) 799-1788   (704) 872-2477

➤ **Remittance Only To** ◄
Wm. T. Burnett & Co.
P.O. BOX  791157 Baltimore, MD.  21279-1157

**Correspondence To**
2112 MONTEVIDEO ROAD
JESSUP, MARYLAND 20794
**FAX** 410-799-2620

## INVOICE

Inv#
323755
04/30/21
15:46:36

**Bill to:**

SOUNDCOAT CO., INC. - NY
ONE BURT DRIVE
DEER PARK          NY 11729

**Ship to:**

SOUNDCOAT CO., INC.        323755
ONE BURT DRIVE
DEER PARK          NY 11729

| Co / Cust No | WTB No | Customer PO# | | Ter | Sls# |
|---|---|---|---|---|---|
| 25/0000084162 | 59279/00 | 98529 | | USA | 8 MS DELIVER 4/23/21 |

**Ship Via**
**Pay Type** PREPAID          Net 90 Days                    **Ref #**
         Check                                    FL

| Item Number/Description | U/M | Ordered | Shipped | Selling Price | Total |
|---|---|---|---|---|---|
| FOB Description: | | | | | |

S82ND2 0529-540-01032-0500Y     LYD   1500.000    1500.000       ███  LYD  ███
S82ND2 GRAY 529 54.0" X 1.032" X 50 YRDS                                    ███
        Ordered U/M:    ( RL      30.000   )   30.000
FO400H05

L1835N 0050-540-01532-0330Y     LYD    165.000       .000       ███  LYD  ███
L1835N GRAY 50 54.0" X 1.532" X 33 YARDS                                    ███
        Ordered U/M:    ( RL       5.000   )    .000
FO600M05

S82ND2 0529-540-02000-0220Y     LYD    110.000    220.000       ███  LYD  ███
S82ND2 GRAY 54.0" X 2.00" X 22.0YDS                                         ███
        Ordered U/M:    ( RL       5.000   )   10.000
FO800H05
** DO NOT SHORT SHIP TRUCKS 2/26/20 **
* OK TO SHIP EXTRA ROLLS IF ALL ORDERED FOAM IS ON TRUCK *
Pack List No: 176430          Trailer No: U43272
TOTAL 40 PKGS

INVOICE DUE: 07/29/21

SUBTOTAL:   ███

TOTAL:   ███

DEPOSIT:
AMT DUE:   ███

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED
AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CUSTOMER ORDER FOR THE PRODUCTS LISTED ABOVE IS CONFIRMED AND ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS OF THIS INVOICE AND ORDER
CONFIRMATION WHICH TERMS AND CONDITIONS INCLUDING WARRANTY DISCLAIMERS ARE SET FORTH ON THE REVERSE SIDE.

WTB 000044

**INVOICE AND ORDER CONFIRMATION**
**GENERAL TERMS AND CONDITIONS**

**1. PRIOR OFFERS** -- Burnett is not bound by any terms of Customer's purchase order or other offer, whether oral or written, which attempt to impose any conditions inconsistent with Burnett's terms and conditions of sale set forth in this Invoice and Order Confirmation. Burnett's failure to object to provisions contained in any purchase order or other oral or written offer shall not be deemed a waiver of the provisions of the terms and conditions of this Invoice and Order Confirmation, which shall constitute the entire contract between the parties. In the event of any material difference between this Invoice and Order Confirmation and any purchase order or other offer by Customer, the agreement between Burnett and you as Customer shall nonetheless be binding and shall be governed by Section 2-207 (3) of the Uniform Commercial Code.

**2. CREDIT; LATE CHARGES** -- If the financial responsibility of Customer becomes impaired or unsatisfactory to Burnett, advance cash payment or satisfactory security shall be given by Customer upon demand by Burnett, and shipments may be withheld until such payment or security is received. If Customer fails to pay Burnett in accordance with the terms of this invoice, Customer's balance shall be subject to a late fee in the amount of 1.5% per month. If Customer's account is referred for collection, the costs of collection plus any reasonable attorney's fees incurred will also be assessed.

**3. TITLE, RISK OF LOSS** -- Title to the product and risk of loss shall pass to Customer upon delivery to a carrier or into Burnett's transport at Burnett's plant or warehouse unless sold on a delivered price basis. Title to the products shall pass upon delivery to Customer. If Burnett is to pay freight, selection of carrier and routing of shipments shall be at Burnett's option.

**4. SAMPLING AND TESTING** -- Customer shall inspect all material delivered hereunder immediately upon receipt at Customer's plant. If Customer fails to notify Burnett within thirty (30) days after receipt of such product at its plant or warehouse of any damage, shortage or defect, all claims with regard to such product are waived.

**5. DISCLAIMER OF WARRANTIES** -- THERE ARE NO WARRANTIES THAT EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF AND IN BURNETT'S WRITTEN SPECIFICATIONS, IF ANY, AND BURNETT MAKES NO WARRANTY, EXPRESS OR IMPLIED, BASED ON ANY COURSE OF DEALING OR USAGE OF TRADE OR OF FITNESS FOR PARTICULAR USE OR OTHERWISE, THAT THE PRODUCTS SOLD HEREUNDER ARE OF MERCHANTABLE QUALITY OR ARE FIT FOR A PARTICULAR USE. CUSTOMER ASSUMES ALL RISK WHATSOEVER AS TO THE RESULT OF THE USE OF PRODUCTS PURCHASED, WHETHER USED SINGLY OR IN COMBINATION WITH OTHER SUBSTANCES OR IN ANY PROCESS. The fact that a product is formulated with additives intended to retard microbial growth or to reduce the tendency to stain or that the product achieves certain results when subjected to ASTM pinking tests such as E1428 under controlled laboratory conditions does not mean that pinking will not occur in the finished product. In the case of products for which Burnett has provided written specifications as to flammability, the products met the specified test requirements in tests performed under controlled laboratory conditions. These tests were not intended to reflect the performance of the specified product or any other material under actual fire conditions. The use of the specified product in a finished product does not mean that the finished product would necessarily meet the test requirements and does not mean that the finished product will not burn. Due to the great number and variety of applications for which its product may be purchased, Burnett does not recommend specific applications of product designs or assume responsibility for use results obtained or suitability for specific applications.

**6. LIMITATION OF CLAIMS** -- Defective or nonconforming products shall be replaced by Burnett without any additional charge, or in lieu thereof, if Burnett elects, Burnett may upon return of the products at Customer's expense, refund the purchase price. BURNETT'S LIABILITY FOR ANY LOSS OR CLAIM WHATSOEVER SHALL BE LIMITED SOLELY TO REPLACEMENT OF DEFECTIVE OR NONCONFORMING PRODUCTS OR, AT THE ELECTION OF BURNETT, TO RETURN OF THE PRODUCTS AND REPAYMENT OF THE PRICE. BURNETT SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES. Any course of dealing between the parties to the contrary notwithstanding, any claim by Customer shall be deemed waived unless presented in writing to Burnett within thirty (30) days from the date of receipt of the products to which such claim relates. Customer assumes all risk and liability for loss, damage or injury to the person or property of Customer or others arising out of use or possession of any product sold hereunder.

**7. FORCE MAJEURE** -- No liability shall result to either party from delay in performance or non-performance caused by circumstances beyond the control of the party affected, including but not limited to, acts of God, fire, flood, war, accident, labor trouble, shortage of or inability to obtain product, equipment or transportation, or compliance with any regulation, direction or request made by governmental authority or persons reporting to act therefore. If, by reason of any such causes, supplies of any product deliverable hereunder, or products from which it is derived from any of Burnett's then existing sources of supply, are curtailed or cut off, Burnett's obligation hereunder during such curtailment or cessation shall at its option be reduced to the extent necessary in Burnett's judgment to apportion fairly among its customers, whether under contract or not, such product then in storage and such quantity as may be received in the ordinary course of business from any other source of supply for Burnett's business. Burnett shall not be required to increase its taking from such sources of supply or to purchase such product or other products from which it is derived to replace the supplies so curtailed or cut off. Deficiencies in deliveries hereunder due to any such cause shall be cancelled from the contract with no liability to either party therefor. For the purposes of this provision, "Burnett" shall be deemed to include Burnett's supplier and any subsidiary or affiliated company of Burnett.

**8. SPECIFICATIONS AND ASSORTMENTS** -- Where the privilege of descriptions or specifications is given to Customer, notice of any change must be furnished by Customer in writing no later than four (4) weeks before the required delivery date, and deliveries against these new descriptions or specifications are subject to earliest available delivery date when received by Burnett. Customer agrees to give Burnett within five (5) days of demand therefor by Burnett, specifications and assortments in writing as to deliveries on any portion of this Invoice and Order Confirmation as to which specifications and assortments are not given herein, and in addition to pay Burnett any adjustment in price based on such assortment, and deliveries against such specifications and assortments shall be subject to the earliest available delivery date when received by Burnett. Burnett's demand for specifications and for assortments shall not be deemed to be a waiver of the Customer's obligation to give such specifications and assortments under the terms of this Invoice and Order Confirmation. In the event Customer fails to give specifications and/or assortments within the time period specified under this Invoice and Order Confirmation, or as demanded by Burnett, Burnett may cancel the contract with Customer and Customer shall remain liable for all Burnett's damages and losses.

**9. ADJUSTABLE PRICING** -- If the cost to Burnett of filling this order is increased as a result of a general wage increase or because of the imposition of new or increased taxes, excises or governmental charges, or because of new laws governing the working hours or compensation of labor or because of any other new laws or any regulation, promulgations, orders or other governmental action pursuant to existing or new laws, or in the event of increased cost of raw materials and/or transportation, including detention fees arising from handling this order at Customer's facility, the Customer agrees to pay such increased cost to Burnett on any undelivered portion of this order.

**10. MISCELLANEOUS** -- This order shall not be assigned in whole or in part by Customer or Burnett without the written consent of the other party, except that Burnett may upon written notice to customer assign its obligations hereunder to any subsidiary or affiliated company of Burnett. No waiver by either party of any breach of any of the terms and conditions herein contained shall be construed as a waiver of any succeeding breach of the same or any other term and condition. No agent, employee or representative of Burnett has any authority to bind Burnett to any affirmation, representation, promise or warranty concerning any goods sold under this Invoice and Order Confirmation, and unless an affirmation, representation or warranty made by an agent, employee or representative is specifically included within this Invoice and Order Confirmation, it has not formed a part of the basis of this bargain and shall not be enforceable by Customer. The entire contract is contained herein and there are no oral understandings, representations or warranties affecting it. No modification of this contract shall be of any force or effect unless such modification is in writing and signed by the party to be bound thereby, and no modification shall be affected by the acknowledgment or acceptance of purchase order forms containing terms and conditions of variance with those set forth herein. This Invoice and Order Confirmation cancels and supersedes any prior written contract between the parties covering the sale and purchase of the products listed on the face hereof. This Invoice and Order Confirmation shall be governed by the Uniform Commercial Code. Whenever the term "Uniform Commercial Code" is used, it shall be construed as meaning the Uniform Commercial Code as adopted in the State of Maryland as effective and in force on the date of this Invoice and Order Confirmation. If any agreement or covenant contained herein or any part or parts of them shall be held to be invalid by any court of competent jurisdiction, this Invoice and Order Confirmation shall be interpreted as if such invalid covenants or agreements or parts thereof were not contained herein. OUR GOODS ARE SOLD AND SHIPPED F.O.B. FACTORY AND OUR RESPONSIBILITY FOR LOSS OR DAMAGE CEASES AFTER RECEIPT BY TRANSPORTATION COMPANY IN GOOD ORDER. IN CASE OF LOSS OR DAMAGE, HAVE THE AGENT MAKE APPROPRIATE NOTATIONS ON THE FREIGHT BILL IN ORDER TO GIVE YOU A VALID CLAIM AGAINST THE DELIVERING TRANSPORTATION COMPANY. PLEASE DO NOT RETURN PRODUCT TO US WITHOUT PREVIOUSLY SECURING PERMISSION, AS UNAUTHORIZED RETURN SHIPMENTS WILL BE REFUSED AND WILL REMAIN SUBJECT TO CUSTOMER'S RISK. THESE PRODUCTS ARE SOLD SUBJECT TO THE ABOVE TERMS AND CONDITIONS.

---

**WARNING: POLYURETHANE FOAM IS FLAMMABLE!**

POLYURETHANE FOAM WILL BURN IF EXPOSED TO AN OPEN FLAME OR OTHER SUFFICIENT HEAT SOURCE. DO NOT EXPOSE POLYURETHANE FOAM TO OPEN FLAMES OR ANY OTHER DIRECT OR INDIRECT HIGH TEMPERATURE IGNITION SOURCES SUCH AS BURNING OPERATIONS, WELDING, BURNING CIGARETTES, SPACE HEATERS OR NAKED LIGHTS.

ONCE IGNITED POLYURETHANE FOAM WILL BURN RAPIDLY, RELEASING GREAT HEAT AND CONSUMING OXYGEN AT A HIGH RATE. IN AN ENCLOSED SPACE THE RESULTING DEFICIENCY OF OXYGEN WILL PRESENT A DANGER OF SUFFOCATION TO THE OCCUPANTS. HAZARDOUS GASES RELEASED BY THE BURNING FOAM CAN BE INCAPACITATING OR FATAL TO HUMAN BEINGS IF INHALED IN SUFFICIENT QUANTITIES.

ONCE IGNITED POLYURETHANE FOAM IS DIFFICULT TO EXTINGUISH. FOAM FIRES THAT APPEAR TO BE EXTINGUISHED MAY SMOLDER AND REIGNITE. ALWAYS HAVE FIRE OFFICIALS DETERMINE WHETHER A FIRE HAS BEEN EXTINGUISHED.

BULK PURCHASERS OR USERS OF POLYURETHANE FOAM SHOULD TAKE APPROPRIATE PRECAUTIONS TO ENSURE THAT IT IS PROPERLY HANDLED AND STORED AND, DEPENDING UPON THE INTENDED USE OF THE FOAM, THAT SUITABLE WARNINGS ARE PROVIDED TO THE ULTIMATE CONSUMER.

WTB 000045

# Wm. T. Burnett & Co.



2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

An accredited materials testing laboratory
A2LA Certificate No.1811.01

Test Report - Flat

SOUNDCOAT CO., INC. - NY
ONE BURT DRIVE

DEER PARK, NY  11729                                        April 30, 2021

Type Of Foam:       S82ND2
Color of Foam:      GY529
Run Number:         116
Part Number:        FO400H05; FO800H05
Date Manufactured:   4/26/2021
Purchase Order No:   98529
WTB No:             59279 00

Measured Property

| Type Of Test | Minimum Specification | Test Results |
|---|---|---|
| Density C: (lbs/ft**3) | 1.80 | 1.80 |
| (kg/m**3) | 28.83 | 28.83 |
| Tensile Strength: (psi) | 18.00 | 21.40 |
| (kPa) | 124.11 | 147.55 |
| Tensile Elongation: (%) | 170.00 | 230.00 |
| CFD 25% deflection: (psi) | .40 | .49 |
| (kPa) | 2.75 | 3.38 |
| CFD 50% deflection: (psi) | .45 | .53 |
| (kPa) | 3.10 | 3.65 |
| FLAME TEST CLASSIFICATION | MVSS302 | PASSED |
| FLAME TEST CLASSIFICATION | UL94 HF1 | PASSED |

*Test Methods: ASTM D3574-(latest edition) unless otherwise

This is to confirm that our S82ND2 polyurethane foam, color
GY529, run 116 with WTB number 59279-0, produced to your
P.O. # 98529 when shipped from our plant  4/30/2021, meets
the requirements for a flammability classification of
MVSS302.

Compliance with MVSS302 was determined in our laboratories
by testing representative samples in accordance with the
procedures of the standard.

MVSS302 is a small-scale procedure for testing the relative
flame retardancy of materials and is not intended herein to
reflect hazards presented by this shipment of materials or

WTB 000046

# Wm. T. Burnett & Co.



An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

any other material under actual fire conditions.

Lab Director
Wm. T. Burnett & Co.

WTB 000047

## *Wm. T. Burnett & Co.*



An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

Test Report - Flat

SOUNDCOAT CO., INC. - NY
ONE BURT DRIVE

DEER PARK, NY  11729                                    April 30, 2021

```
Type Of Foam:        S82ND2
Color of Foam:       GY529
Run Number:          118
Part Number:         FO400H05; FO800H05
Date Manufactured:   4/28/2021
Purchase Order No:   98529
WTB No:              59279 00
```
                          Measured Property

| Type Of Test | Minimum Specification | Test Results |
|---|---|---|
| Density C: (lbs/ft**3) | 1.80 | 1.80 |
| (kg/m**3) | 28.83 | 28.83 |
| Tensile Strength: (psi) | 18.00 | 22.00 |
| (kPa) | 124.11 | 151.68 |
| Tensile Elongation: (%) | 170.00 | 230.00 |
| CFD 25% deflection: (psi) | .40 | .49 |
| (kPa) | 2.75 | 3.38 |
| CFD 50% deflection: (psi) | .45 | .55 |
| (kPa) | 3.10 | 3.79 |
| | | |
| FLAME TEST CLASSIFICATION | MVSS302 | PASSED |
| FLAME TEST CLASSIFICATION | UL94 HF1 | PASSED |

*Test Methods: ASTM D3574-(latest edition) unless otherwise


This is to confirm that our S82ND2 polyurethane foam, color
GY529, run 118 with WTB number 59279-0, produced to your
P.O. # 98529 when shipped from our plant  4/30/2021, meets
the requirements for a flammability classification of
MVSS302.

Compliance with MVSS302 was determined in our laboratories
by testing representative samples in accordance with the
procedures of the standard.

MVSS302 is a small-scale procedure for testing the relative
flame retardancy of materials and is not intended herein to
reflect hazards presented by this shipment of materials or

WTB 000048

## Wm. T. Burnett & Co.



An accredited materials testing laboratory
A2LA Certificate No.1811.01

2112 Montevideo Rd
Jessup, MD 20794
Tel: 410-799-1788
Fax: 410-799-8467

any other material under actual fire conditions.

Lab Director
Wm. T. Burnett & Co.

WTB 000049



# Wm. T. Burnett & Co.
Foam Division - Jessup, MD

PART NO  **F0400H05**
(P)

QTY **1 RL**
(Q)

ITEM DESCRIPTION
S82ND2 GRAY 529
54.000IN x 1.0320IN x 50.00YDS

PURCHASE ORDER  **98529**
(K)

001580:001526:000000:000000:000000:04/29/2021

SUPPLIER **WTB**
(V)

DELIVERY LOCATION
SOUNDCOAT CO., INC.
ONE BURT DRIVE
DEER PARK, NY

TAG# 002966416

PRODUCTION INFORMATION
RUN#: 118
WEIGHT: 103.0  (LBS)
ORDER #: 59279  FL-011-B

**WARNING**
**: POLYURETHANE FOAM IS FLAMMABLE :**
POLYURETHANE FOAM (PF) WILL BURN IF EXPOSED TO AN OPEN FLAME OR OTHER SUFFICIENT HEAT SOURCE. DO
NOT EXPOSE PF TO OPEN FLAMES OR ANY OTHER DIRECT OR INDIRECT HIGH TEMPERATURE IGNITION SOURCE. ON
IGNITED, PF WILL BURN RAPIDLY, RELEASING GREAT HEAT AND CONSUME OXYGEN AT A HIGH RATE. HAZARDOUS
GASES RELEASED BY THE BURNING FOAM CAN BE INCAPACITATING OR FATAL TO HUMAN BEINGS. FOAM
FIRES THAT APPEAR TO BE EXTINGUISHED MAY SMOLDER AND REIGNITE. ALWAYS MAKE FIRE OFFICIALS WHETHER
A FIRE HAS BEEN EXTINGUISHED. BULK PURCHASER OR LESSE OF PF SHOULD TAKE APPROPRIATE PRECAUTION
TO ENSURE THAT IT IS PROPERLY HANDLED AND STORED AND, DEPENDING UPON THE INTENDED USE OF THE FOAM
THAT SUITABLE WARNINGS ARE PROVIDED TO THE ULTIMATE CONSUMER.

WARNING: This product can expose you to chemicals
including, tris(1,3-dichloro-2-propyl)phosphate which is
known to the State of California to cause cancer.For more
information go to www.P65Warnings.ca.gov

WTB 000050