IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This document relates to: Consolidated Second Amended Class Action Complaint for Economic Losses (ECF No. 637) | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

**STIPULATION AND ORDER PRESERVING**
**DEFENDANT KONINKLIJKE PHILIPS N.V.'S JURISDICTIONAL DEFENSE**

This Stipulation and [Proposed] Order is entered into by and between Plaintiffs and Defendant Koninklijke Philips N.V. ("KPNV").

KPNV believes that Plaintiffs have not pled, and also cannot demonstrate, personal jurisdiction over KPNV with respect to the claims asserted in this action. Plaintiffs believe that they have pled, and also can demonstrate, personal jurisdiction over KPNV with respect to the claims asserted in this action. However, to provide for the efficient adjudication of KPNV's potential personal jurisdiction defense, the parties agree to defer KPNV's jurisdictional challenge and related briefing until later in pre-trial proceedings before this Court, on a schedule to be determined. In doing so, the parties agree that in not seeking dismissal on personal jurisdiction grounds at the pleading stage pursuant to a motion under Rule 12, and in participating in further proceedings before its jurisdictional challenge is briefed and decided, KPNV is not waiving, and is expressly preserving, its personal jurisdiction defense in all respects. The parties also agree that by entering into this Stipulation, the parties are not waiving any arguments they may have regarding KPNV's potential personal jurisdiction defense, including but not limited to any arguments based on facts pre-dating the entry of this Stipulation by the Court.

Dated: August 2, 2022

/s/ Sandra Duggan
Sandra Duggan (sduggan@lfsblaw.com)
LEVIN SEDRAN & BERNAN
510 Walnut Street, Ste 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Kelly K. Iverson (kelly@lcllp.com)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Steven A. Schwartz
(steveschwartz@chimicles.com)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500

Christopher A. Seeger (cseeger@seegerweiss.com)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

/s/ Michael H. Steinberg
Michael H. Steinberg (steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600

Tracy Richelle High (hight@sullcrom.com)
William B. Monahan (monahanw@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Defendant Koninklijke Philips N.V.*

DATED: August 3, 2022        IT IS SO ORDERED.

                              /s/ JOY FLOWERS CONTI
                              Joy Flowers Conti
                              Senior United States District Judge