IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

**ORDER SETTING DEADLINES FOR POLYMER TECHNOLOGIES, INC. TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO THE CONSOLIDATED SECOND AMENDED CLASS COMPLAINT FOR ECONOMIC LOSSES**

Upon consideration of the unopposed motion for entry of an agreed-to Scheduling Order for Defendant Polymer Technologies, Inc. ("PolyTech") to answer or otherwise move with respect to the Consolidated Second Amended Class Action Complaint for Economic Losses (Doc. 637), which was served on PolyTech on July 7, 2022, the following deadlines shall apply:

- PolyTech's Answer or Motion to Dismiss:  August 29, 2022
- Plaintiffs' Opposition to Motion to Dismiss:  October 21, 2022
- Reply in Support of Motion to Dismiss:  December 5, 2022

**DONE** and **ORDERED** this 16th day of August, 2022.

s/Joy Flowers Conti
**HONORABLE JOY FLOWERS CONTI**
*Senior United States District Judge*