# EXHIBIT "D"

| | |
|---|---|
| **From:** | Bob Marsh |
| **To:** | Lee Lawler |
| **Subject:** | RE: ester foam degradation revisit |
| **Date:** | Friday, August 5, 2016 1:18:35 PM |

Thanks. I'll let them know they'd be better off with the ether.

I appreciate the quick reply. Have a great weekend!

BobM

---

**From:** Lee Lawler [mailto:leel@wtbfoam.com]
**Sent:** Friday, August 05, 2016 12:42 PM
**To:** Bob Marsh
**Subject:** RE: ester foam degradation revisit

Hi Bob,

I would not be surprised if ester foam, continuously exposed to 40°C (104°F) at high humidity, would exhibit signs of hydrolysis in as short a time as a year. Intermittent exposure would extend the lifetime, but that is not a good environment for polyester foam. Polyether foam could last years in that environment.

Lee

Lee F. Lawler | Technical Director| Wm. T. Burnett & Co., Foam Division | **o:** 410.904.8828| **c:** 443.416.8354| **f:** 410.799.2620 | **e:** leel@wtbfoam.com | **i:** wmtburnett.com

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co.  If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.

**From:** Bob Marsh [mailto:bobm@polytechinc.com]
**Sent:** Friday, August 05, 2016 9:57 AM
**To:** Lee Lawler
**Subject:** ester foam degradation revisit

Lee,

Last fall we tried to address a concern from one of our customers that observed foam degradation in one of their medical devices after five years use. They are asking again, and wondered if we could give them any estimate on lifespan of the foam when exposed to 40 C and high humidity.

Do you have any data or experience that would point to what kind of lifetime an ester could provide with some elevated temperature and some elevated humidity?

Thanks,
BobM

**EXHIBIT E**

cid:image001.jpg@01D1EE55.9D3BFC40

Polymer Technologies, Inc, is a registered manufacturer of defense articles. All Polymer Technologies, Inc. products are subject to the International Traffic in Arms Regulations (ITAR)(22CFR Parts 120-130) or to the Export Administration Regulations (15 CFR Parts 700-799).

The content of this message is intended only for the use of the individual, individuals, organization or entity (otherwise, the recipient) as named above. This message, and any attachments, may contain information that is confidential, proprietary, legally privileged and/or exempt from disclosure under applicable law. If you are not the intended recipient, or an individual responsible for delivering messages to the intended recipient, you are here-by notified that any dissemination, distribution or duplication of any portion of this message, or attachments here-to, is strictly prohibited. If you have received this message in error, please immediately notify the sender at the email address.

WTB 000057