# EXHIBIT "F"

## RE: PAFS Foam Questions

| | |
|---|---|
| **From:** | Bob Marsh <bobm@polytechinc.com> |
| **To:** | Lee Lawler <leel@wtbfoam.com> |
| **Cc:** | Mike Haupt <mikeh@polytechinc.com> |
| **Date:** | Wed, 20 Jun 2018 08:07:09 -0400 |

Lee,

Have you been able to craft a reply that I can pass on?

Thanks,
BobM

**From:** Bob Marsh
**Sent:** Thursday, June 14, 2018 9:30 AM
**To:** 'Lee Lawler'
**Cc:** Mike Haupt
**Subject:** RE: PAFS Foam Questions

Thanks Lee. What Vince told us is that they are investigating alternatives to polyurethane foam (ester and ether) due to the exposure of the absorber to pure oxygen. Why they need the ingredients of what they are using is a good question. Perhaps they are trying to figure out which compound is reacting so that they can avoid it in another material.
BobM

**From:** Lee Lawler [mailto:leel@wtbfoam.com]
**Sent:** Thursday, June 14, 2018 9:11 AM
**To:** Bob Marsh
**Cc:** Mike Haupt
**Subject:** Re: PAFS Foam Questions

Bob,

I am out of the office today, so I will address the questions in the morning. I can be specific in some cases and general in others.

Question I have is, "Why does he need the information?"

If I knew the answer to that I might be able to help more.

Lee F. Lawler | Technical Director| Wm. T. Burnett & Co., Foam Division | o:410.904.8828| c: 443.416.8354| f:410.799.2620 | e: leel@wtbfoam.com | i:wmtburnett.com

This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co.  If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.



EXHIBIT I

WTB 000075

Lee Lawler | Technical and R&D Manager | Wm. T. Burnett & Co., Foam Division | 2112 Montevideo Road | Jessup, MD 20794 | **o:** 410.904.8828 | **c:** 443.416.8354 | **e:** leel@wtbfoam.com | **i:** www.wmtburnett.com

*This e-mail message may contain or attach information from Wm. T. Burnett & Co. that may be confidential. If it does, that information is for the exclusive use of the intended recipient and shall not be retained or disclosed to others without the written permission of Wm. T. Burnett & Co. If you are not the intended recipient of this e-mail, please notify the sender by return e-mail, delete the e-mail from your computer and servers, and do not make or keep any copies of it. Thank you.*

On Jun 14, 2018, at 7:58 AM, Bob Marsh <bobm@polytechinc.com> wrote:

> Lee,
>
> Are there any parts of Vince's questions (below) you can address? I'm sure this kind of deep dive is frowned upon, but are there any generalities that can be conveyed?
>
> Thanks,
> BobM
>
> ---
>
> **From:** Bob Marsh
> **Sent:** Thursday, June 07, 2018 1:44 PM
> **To:** 'Lee Lawler (leel@wtbfoam.com)'
> **Cc:** Mike Haupt
> **Subject:** RE: PAFS Foam Questions
>
> Lee,
>
> Please review the questions below from Philips and answer as you think appropriate.
>
> Thanks,
> BobM
>
> ---
>
> **From:** Testa, Vincent [mailto:vince.testa@philips.com]
> **Sent:** Thursday, June 07, 2018 11:35 AM
> **To:** Bob Marsh
> **Cc:** Hollis, Brian; Beringer, Laura; Jason Neri; Bonnie Peterson; Rob Mays; Tom Yebernetsky
> **Subject:** PAFS Foam Questions
>
> Hi Bob,
>
> As we continue our investigation of the deterioration of the PAFS foam, a few questions has been posed regarding the material. Can you please reach out to your foam supplier regarding the following.
>
> 1. What is the actual composition of the polyurethane-ester foam PAFS-038? (CAS #s/percentages/weight percent/reactive groups etc. any chemistry is very appreciated)
>
> 2. What kind of diisocyanate is used in the polyurethane foam synthesis process and how much?

WTB 000076

3. Is diethylene glycol or another polyol utilized in the foam synthesis process?

4. Have you tested to see if all diisocyanate groups are reacted in your foam or are there unreacted groups even after manufacturing?

Thank you,

Vince Testa
Project Mechanical Engineer
Philips Home Healthcare Solutions
1740 Golden Mile Hwy
Monroeville, PA 15146
**NEW TELEPHONE:** 412.542.3802
F: 724.733.5893
vince.testa@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.