# EXHIBIT "G"

# Trilogy EVO Foam

RJ Lee Analysis Review

Prepared by: Ken Cole

May 17, 2021

**EXHIBIT A**

WTB 000001

# BACKGROUND

- Trilogy EVO Production Level Parts in Question
  - 1126743 – MUFFLER FOAM TOP, HELIX (Rev. 05 Verified)
    - PAF – Acoustic, open cell, flexible **ether-based**, urethane foam
    - 0.375" Thk.
    - BU – Tuffylm Skin (black urethane)
  - 1126744 – MUFFLER FOAM MID, HELIX (Rev. 05 Verified)
    - PAF – Acoustic, open cell, flexible **ether-based**, urethane foam
    - 0.500" Thk.
    - BU – Tuffylm Skin (black urethane)
  - 1126745 – MUFFLER FOAM MAIN, HELIX (Rev. 05 Verified)
    - PAF – Acoustic, open cell, flexible **ether-based**, urethane foam
    - 0.250" Thk.
    - BU – Tuffylm Skin (black urethane)
  - 1126746 – MUFFLER FOAM BASE, HELIX (Rev. 05 Verified)
    - PAF – Acoustic, open cell, flexible **ether-based**, urethane foam
    - 0.375" Thk.
    - BU – Tuffylm Skin (black urethane)

WTB 000002

# BACKGROUND

- Investigation prompted by staff observation of color variance across both current production and previous builds.



1126745 – Current production on left, RDT built unit on right (2018)



OMS pictures clearly show darker foam than current production. OMS pictures likely taken during Pre-Pilot.



1126746 pulled from production floor, on the same day, from the same lot.

WTB 000003

# BACKGROUND



1126743 – Muffler assembly built circa 2018 (dark) compared to current production (light).



Muffler assembly built August of 2019



1126745 – Current production sample taken from line.

WTB 000004

# RJ Lee Report Summary

- RJ Lee contracted to test 6 samples of varying color and lineage.
  - SEM-EDS analysis was used to analyze the structure and composition of each foam.
  - FTIR analysis was used to analyze the chemical composition of the samples.

WTB 000005

# RJ Lee Report Summary



Sample taken from production level muffler assembly built in 2018. This unit was never in the field.



Sample taken from current production stock May 2021.

**Table 1** – Sample names and assigned RJLG numbers

| RJLG Number | Sample Description |
|-------------|-------------------|
| 10536800 | Older 2018 1126743 |
| 10536801 | New 5-6-2021 1126743 |
| 10536802 | RDT 1126743 |
| 10536803 | New Lighter 5-6-2021 1126746 |
| 10536804 | New Darker 5-6-2021 1126746 |
| 10536805 | New 2-Tone 5-6-2021 1126745 |



Sample taken from RDT unit, built circa 2018.





Sample taken from current production stock (on the floor) May 2021.

Sample taken from current production stock (on the floor) May 2021.



Sample taken from current production stock (on the floor) May 2021.

WTB 000006

# RJ Lee Report Summary

*SEM-EDS Comparison 1126743*

<span style="color:red">Analysis shows similar cell structure and indicates similar elemental composition.</span>





**Figure 2** – SEM-EDS analysis of RJLG# 10536800. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536800 – Sample from 2018
Ref. Page 4 of RJ Lee Report





**Figure 4** – SEM-EDS analysis of RJLG# 10536801. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536801 – Sample from current production
Ref. Page 6 of RJ Lee Report





**Figure 6** – SEM-EDS analysis of RJLG# 10536802. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536802 – Sample from 2018
RDT Unit
Ref. Page 8 of RJ Lee Report

WTB 000007

# RJ Lee Report Summary

*SEM-EDS Comparison 1126746*

Analysis shows differing cell structure and indicates similar elemental composition.
- Indication of poor process control.





Figure 8 – SEM-EDS analysis of RJLG# 10536803. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536803 – Sample from current production (light color)
Ref. Page 10 of RJ Lee Report





Figure 10 – SEM-EDS analysis of RJLG# 10536804. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536803 – Sample from current production (dark color)
Ref. Page 12 of RJ Lee Report

WTB 000008

# RJ Lee Report Summary

*SEM-EDS Comparison 1126745 Two-Tone Production Part*



Note differences in cell structure within the same part. The darker region appears to have "unpopped" bubbles with significant contaminants.

Figure 13 – SEM micrographs of RJLG# 10536805A.

Figure 15 – SEM micrographs of RJLG# 10536805B.

RJ Lee #10536805 – Sample from production part (light area)
Ref. Page 15 of RJ Lee Report

RJ Lee #10536805 – Sample from production part (dark area)
Ref. Page 17 of RJ Lee Report

WTB 000009

# RJ Lee Report Summary

*SEM-EDS Comparison 1126745 Two-Tone Production Part*

Significant differences in composition of elements within the same piece. Indication of poor process control and/or contamination.



**Figure 12** – SEM-EDS analysis of RJLG# 10536805A. Top: SEM micrograph. White box shows area of EDS analysis. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536805 – Sample from production part (light area)
Ref. Page 14 of RJ Lee Report



**Figure 14** – SEM-EDS analysis of RJLG# 10536805B. Top: SEM micrograph. Bottom: EDS analysis showing elemental constituents of the sample.

RJ Lee #10536805 – Sample from production part (dark area)
Ref. Page 16 of RJ Lee Report

WTB 000010

# RJ Lee Report Summary

*FTIR Analysis*

- Analysis to determine **ester** or **ether** based polyurethane foam.
  - Ether based foam will have a large, broad peak at ~1100 cm$^{-1}$, while an ester based polyurethane will have a large, sharp peak at ~1740 cm$^{-1}$.



WTB 000011

# RJ Lee Report Summary

*FTIR Analysis – 1126743 Samples*



| P:\TMHData\1061930\ATR Data\10536800.ATR.0 | Older 2018 1126743 | TMH1061930 10536800 ATR | 11/05/2021 |
| P:\TMHData\1061930\ATR Data\10536801.ATR.1 | New 5-6-2021 1126743 | TMH1061930 10536801 ATR | 11/05/2021 |
| P:\TMHData\1061930\ATR Data\10536802.0 | RTD 1126743  10536802 | | 12/05/2021 |

WTB 000012

# RJ Lee Report Summary

*FTIR Analysis – 1126746 Samples*

Indication of an ester-based foam!



| P:\TMHData\1061930\ATR Data\1053683.0 | 10536803 | New Lightrer 5-6-2021 1126746 | 12/05/2021 |
| P:\TMHData\1061930\ATR Data\reflection\10536804.0 | 10536804 | New Darker 5-6-2021 1126746 | 12/05/2021 |

WTB 000013

# Next Steps

1. Engage RJ Lee for further FTIR analysis.
   - Provide 3 to 5 samples of each part number.  Suggest taking from random lots (while lot tracking is only to Paramount).  Suggest weighting the samples more towards the darker colors.
   - Have RJ Lee notify immediately if any other samples are found to be ester-based foams.

2. Engage supply chain to better understand controls and potential for Philip's to receive non-conforming parts (material)

3. Kick off design efforts for alternate, sound abatement proposals.

| Product | Trilogy EVO | Trilogy EVO | Trilogy EVO | Trilogy EVO |
|---|---|---|---|---|
| Foam P/N per the list. | 1126743 | 1126744 | 1126745 | 1126746 |
| Description | MUFFLER FOAM TOP, HELIX | MUFFLER FOAM MID, HELIX | MUFFLER FOAM MAIN, HELIX | MUFFLER FOAM BASE, HELIX |
| Tier 1 Supplier (one that ships to RIMR) | Paramount Die | Paramount Die | Paramount Die | Paramount Die |
| Tier 2 supplier (Die Cut) | Paramount Die | Paramount Die | Paramount Die | Paramount Die |
| Tier 3 supplier (Skiving) | Polymer Tech | Polymer Tech | Polymer Tech | Polymer Tech |
| Tier 4 supplier (Raw Material) | William T Burnett | William T Burnett & FXI | William T Burnett | William T Burnett & FXI |
| Raw Material Type | PAF-038-BU | PAF-050-BU | PAF-025-BU | PAF-038-BU |
| Foam Adhesive (Y/N) | N | N | N | N |
| Is this **dual sourced at any tier?** | N | Y | N | Y |
| What activity is dual sourced: 1) Raw Material 2) Skiving 3) Die Cut 4) Foam Adhesive, Glue | 1) NO 2) NO 3) NO 4) NO | 1) YES 2) NO 3) NO 4) NO | 1) NO 2) NO 3) NO 4) NO | 1) YES 2) NO 3) NO 4) NO |
| Second Source | | | | |
| **If raw material is dual source-** Supplier #2. | N/A | FXI | N/A | FXI |

WTB 000014