**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket:  No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates To:<br><br>Consolidated Second Amended Class Action Complaint for Economic Losses (ECF No. 637) | (Oral Argument Requested) |

**PHILIPS RS NORTH AMERICA LLC, KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, PHILIPS HOLDING USA, INC., AND PHILIPS RS NORTH AMERICA HOLDING CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT UNDER RULE 12(b)(1) FOR LACK OF STANDING**

Defendants Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation, through undersigned counsel, respectfully move to dismiss Plaintiffs' Consolidated Second Amended Class Action Complaint for Economic Losses (ECF No. 637) ("SAC") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Law, Defendants move to dismiss the SAC, in its entirety, on the following grounds:

    i.    Dismissal of Plaintiffs' **Counts I *through* LXX** under Rule 12(b)(1) for lack of Article III standing.  *See* Mem. Section I–II.

    ii.    Dismissal of Plaintiffs' **Counts III, IV, V, VII, and VIII**, to the extent they are based on the laws of the District of Columbia, Nebraska, South Dakota, Utah, or Wyoming, with prejudice for lack of Article III standing under Rule 12(b)(1) because Plaintiffs admit that there is no named Plaintiff for those jurisdictions (SAC ¶ 309).  *See* Mem. Section III.

2

iii. Dismissal of Plaintiffs' **Counts XX, XLV, XLVI, LX, LXIII, LXIV, and LXX** with prejudice for lack of Article III standing under Rule 12(b)(1) because there is no named Plaintiff for the jurisdictions subject of those Counts. *See* Mem. Section III.

iv. Dismissal of Plaintiffs' **Counts I *through* LXX** under Rule 12(b)(1) with prejudice for lack of Article III standing as to device models that were not purchased by any of the named Plaintiffs. *See* Mem. Section IV.

WHEREFORE, Defendants seek dismissal of all Counts on the separate and independent grounds set out above, and other and further relief as the Court deems just and proper.

Dated: August 29, 2022

Respectfully submitted,

*/s/ John P. Lavelle, Jr*
John P. Lavelle, Jr. (PA54279)
john.lavelle@morganlewis.com
Lisa C. Dykstra (PA67271)
lisa.dykstra@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000

Wendy West Feinstein (PA86698)
wendy.feinstein@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300

*Counsel for Defendant Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg (CA143179)
steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: 310.712.6670

Tracy Richelle High
hight@sullcrom.com
William B. Monahan (NY4229027)
monahanw@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

/s/ *John P. Lavelle, Jr.*
John P. Lavelle Jr. (PA54279)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000