IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: All Actions | |

**SCHEDULING ORDER REGARDING AMENDED MASTER/CLASS COMPLAINTS, ANSWERS, MOTIONS TO DISMISS, AND RELATED BRIEFING**

Upon consideration of the parties' agreement and joint motion for entry of a Scheduling Order setting forth deadlines for the filing of amended class and master complaints, answers, motions to dismiss, and briefing related thereto, the following deadlines shall apply:

- Plaintiffs will file a Consolidated Third Amended Class Action Complaint for Economic Losses on October 10, 2022.

- Plaintiffs will file a Consolidated Second Amended Class Action Complaint for Medical Monitoring on October 17, 2022.

- Plaintiffs will file an Amended Master Long Form Complaint for Personal Injuries and Damages on October 24, 2022.

- Defendants will answer or otherwise move to dismiss the Consolidated Third Amended Class Action Complaint for Economic Losses on November 21, 2022, but may request additional time for doing so after having an opportunity to review same, in which case the Parties will confer to reach agreement on a revised date subject to Court approval.

- Defendants will answer or otherwise move to dismiss the Consolidated Second Amended Class Action Complaint for Medical Monitoring on December 16, 2022.

- Defendants will answer or otherwise move to dismiss the Amended Master Long Form Complaint for Personal Injuries on December 23, 2022.

- Plaintiffs will have sixty (60) days to oppose any motions to dismiss that are filed.

- Defendants will have forty-five (45) days to file replies in support of their motions to dismiss.

2

**DONE** and **ORDERED** this 21st day of September, 2022.

/s/ JOY FLOWERS CONTI
**HONORABLE JOY FLOWERS CONTI**
*Senior United States District Judge*
