UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>*Adkins, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01487-JFC<br><br>*Baldwin, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01923-JFC<br><br>*Bartley, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01481-JFC<br><br>*Boudreau, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01385-JFC<br><br>*Hufnus, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01474-JFC<br><br>*Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01640-JFC<br><br>*Manna, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01380-JFC<br><br>*Minder, et al. v. Koninklijke Philips N.V., et al.*, Case No. 2:21-cv-01492-JFC | Case No. 2:21-mc-1230-JFC<br><br>MDL No. 3014<br><br>Hon. Joy Flowers Conti |

## NOTICE OF APPEARANCE

Please take notice that Amanda M. Rolon of Scott+Scott Attorneys at Law LLP hereby enters her appearance as counsel of record for Plaintiffs Maureen Adams, Greg Adkins, Dan Africk, Jamie Ashton, Amb. Mark Asquino, Paquita Baily, Dwayne Baldwin, Shawn Bartley, Roger Bernier, Kenneth Bickman, James Bohn, Prinna Boudreau, Jason Bowles, Christopher

Brown, Ronald Brown, Robert Brown, Cynthia Bullock, James Cahalan, Annilaurie Cammack, John Cammack, Mary Campbell, Ricardo Campos, Sharon Cathers, Mary Churchill, Rita Conte, Carlos Corbett, Donna Cordova, Randy Coulter, Lance Coumerilh, Allen Craig, Roger Crooks, Michael Custer, Ralph Davis, Shelley Davis, Darrell Deck, Jeff Eck-London, Joseph Ehringer, Elmore Community Hospital Rural Health Association d/b/a Elmore Community Hospital, Steven Erickson, Stanley Fields, Joseph Foglio, Gino Formaroli, Jr., Nora Freeman, Aimee Frenzel-Drew, Mike Friedman, Bert Gibbons, Bruce Ginsburg, David Goldstein, Natalie Gottlieb, Glenn Goulding, Dorse Dale Green, Robert Grey, Stephen Grice, Richard Grisham, Patrick Haggerty, Ruben Hammer, Christopher Harford, Jasen Harris, Shomond Harris, Roger Harrison, Diana Hartlerode, Donna Heynes, Jeffrey Hill, Dave Hilt, Cleo Holz, Tyler Holzer, Penny Hudson, Matthew Hufnus, Brian Hughes, Vickey Hunter, Awad Ibrahim, Bob Iwan, Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital, Carl Izzi, Christopher Johnson, Jerry Johnston, Gary Jones, Joseph R. Kay III, Kelsey Kennedy, David Kirk, Jr., Jill Leavenworth, Scott LeBleau, Ronald Little, Christopher Ludgate, Todd Mackey, Daniel Macleod, John Major, Nick Manna, Brandy McGough, Kent McMillan, Patrick McPeak, Edith McRee Bowles, Charles Medford, Jr., Sean Minder, Angela A. Miranda, Michael Mitchell, Edgardo Montalvo, Ophile Northington, Richard Odess, Alex Pagnotta, John Peacher, Keith Penberthy, David Phillips, Jerry Pouncey, Catherine Quinn-Kay, Richard Radack, Robert Reisenwitz, Michael Renken, Harvey Rice, Michelle Dawn Rickard, Medhi Rizvi, Beth Rodgers, Hon. Ray Rodgers, Lary Rosenblatt, Chad Savoure, Ellen Scancella, Bengy Schmidt, Jorge Serrano Magris, Tony Shapiro-Bey, James Shorter, Mary Smith, Matthew Smith, Stephen B. Smith, David Snell, Clifford Stinson, James Stone, Phillip Stotts, Sandra Sutton, John Tennery, Danial Ting, Daniel Tinianow, Barbara Traugh, Randall Traugh, Sauveuer Charles Valesco, Christian Wank, Mark Weiner, Gene White, Sr., Chris

White, Al Williams, Debra Williams, Donna Williams, Jeff Wilson, Jodi Wolfe, Michael Workman, Mark Yafchak, Julius Yeargin, and Andrea Zeman, in the above-captioned actions and requests that her name be added to the master docket and service lists, and that copies of all papers in this matter be served upon her.

Respectfully submitted,

Dated:  October 4, 2022

/s/ *Amanda M. Rolon*
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334
arolon@scott-scott.com

*Attorney for Plaintiffs Maureen Adams, Greg Adkins, Dan Africk, Jamie Ashton, Amb. Mark Asquino, Paquita Baily, Dwayne Baldwin, Shawn Bartley, Roger Bernier, Kenneth Bickman, James Bohn, Prinna Boudreau, Jason Bowles, Christopher Brown, Ronald Brown, Robert Brown, Cynthia Bullock, James Cahalan, Annilaurie Cammack, John Cammack, Mary Campbell, Ricardo Campos, Sharon Cathers, Mary Churchill, Rita Conte, Carlos Corbett, Donna Cordova, Randy Coulter, Lance Coumerilh, Allen Craig, Roger Crooks, Michael Custer, Ralph Davis, Shelley Davis, Darrell Deck, Jeff Eck-London, Joseph Ehringer, Elmore Community Hospital Rural Health Association d/b/a Elmore Community Hospital, Steven Erickson, Stanley Fields, Joseph Foglio, Gino Formaroli, Jr., Nora Freeman, Aimee Frenzel-Drew, Mike Friedman, Bert Gibbons, Bruce Ginsburg, David Goldstein, Natalie Gottlieb, Glenn Goulding, Dorse Dale Green, Robert Grey, Stephen Grice, Richard Grisham, Patrick Haggerty, Ruben Hammer, Christopher Harford, Jasen Harris, Shomond Harris, Roger Harrison, Diana Hartlerode, Donna*

*Heynes, Jeffrey Hill, Dave Hilt, Cleo Holz, Tyler Holzer, Penny Hudson, Matthew Hufnus, Brian Hughes, Vickey Hunter, Awad Ibrahim, Bob Iwan, Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital, Carl Izzi, Christopher Johnson, Jerry Johnston, Gary Jones, Joseph R. Kay III, Kelsey Kennedy, David Kirk, Jr., Jill Leavenworth, Scott LeBleau, Ronald Little, Christopher Ludgate, Todd Mackey, Daniel Macleod, John Major, Nick Manna, Brandy McGough, Kent McMillan, Patrick McPeak, Edith McRee Bowles, Charles Medford, Jr., Sean Minder, Angela A. Miranda, Michael Mitchell, Edgardo Montalvo, Ophile Northington, Richard Odess, Alex Pagnotta, Keith Penberthy, David Phillips, Jerry Pouncey, John Preacher, Catherine Quinn-Kay, Richard Radack, Robert Reisenwitz, Michael Renken, Harvey Rice, Michelle Dawn Rickard, Medhi Rizvi, Beth Rodgers, Hon. Ray Rodgers, Lary Rosenblatt, Chad Savoure, Ellen Scancella, Bengy Schmidt, Jorge Serrano Magris, Tony Shapiro-Bey, James Shorter, Mary Smith, Matthew Smith, Stephen B. Smith, David Snell, Clifford Stinson, James Stone, Phillip Stotts, Sandra Sutton, John Tennery, Danial Ting, Daniel Tinianow, Barbara Traugh, Randall Traugh, Sauveuer Charles Valesco, Christian Wank, Mark Weiner, Gene White, Sr., Chris White, Al Williams, Debra Williams, Donna Williams, Jeff Wilson, Jodi Wolfe, Michael Workman, Mark Yafchak, Julius Yeargin, and Andrea Zeman*