**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: PHILIPS RECALLED CPAP, BI-          Master Docket: Misc. No. 21-1230
LEVEL PAP, AND MECHANICAL
VENTILATOR PRODUCTS LITIGATION          MDL No. 3014

This Document Relates to:
All Actions

**EXHIBITS 49-105 TO THE CONSOLIDATED SECOND AMENDED**
**CLASS ACTION COMPLAINT FOR MEDICAL MONITORING**

Please find these Redacted Exhibits to the Consolidated Second Amended Class

Action Complaint for Medical Monitoring.

| | | | |
|---|---|---|---|
| 1. | Exhibit 49 | 30. | Exhibit 78 |
| 2. | Exhibit 50 | 31. | Exhibit 79 |
| 3. | Exhibit 51 | 32. | Exhibit 80 |
| 4. | Exhibit 52 | 33. | Exhibit 81 |
| 5. | Exhibit 53 | 34. | Exhibit 82 |
| 6. | Exhibit 54 | 35. | Exhibit 83 |
| 7. | Exhibit 55 | 36. | Exhibit 84 |
| 8. | Exhibit 56 | 37. | Exhibit 85 |
| 9. | Exhibit 57 | 38. | Exhibit 86 |
| 10. | Exhibit 58 | 39. | Exhibit 87 |
| 11. | Exhibit 59 | 40. | Exhibit 88 |
| 12. | Exhibit 60 | 41. | Exhibit 89 |
| 13. | Exhibit 61 | 42. | Exhibit 90 |
| 14. | Exhibit 62 | 43. | Exhibit 91 |
| 15. | Exhibit 63 | 44. | Exhibit 92 |
| 16. | Exhibit 64 | 45. | Exhibit 93 |
| 17. | Exhibit 65 | 46. | Exhibit 94 |
| 18. | Exhibit 66 | 47. | Exhibit 95 |
| 19. | Exhibit 67 | 48. | Exhibit 96 |
| 20. | Exhibit 68 | 49. | Exhibit 97 |
| 21. | Exhibit 69 | 50. | Exhibit 98 |
| 22. | Exhibit 70 | 51. | Exhibit 99 |
| 23. | Exhibit 71 | 52. | Exhibit 100 |
| 24. | Exhibit 72 | 53. | Exhibit 101 |
| 25. | Exhibit 73 | 54. | Exhibit 102 |
| 26. | Exhibit 74 | 55. | Exhibit 103 |
| 27. | Exhibit 75 | 56. | Exhibit 104 |
| 28. | Exhibit 76 | 57. | Exhibit 105 |
| 29. | Exhibit 77 | | |

2

DATED: October 17, 2022

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
412-281-7229
arihn@peircelaw.com

*Co-Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the

Court's CM/ECF system on this 17th day of October 2022 and is available for download by all

counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com