# EXHIBIT "63"

9/22/22, 11:59 AM        Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device - News…

Case 2:21-mc-01230-JFC   Document 811-5   Filed 10/17/22   Page 2 of 9





# Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device

## Advanced CPAP offers same clinically-proven therapy as Philips' award-winning DreamStation at half the size for reliable, uninterrupted therapy while on-the-go

**Amsterdam, the Netherlands –** Royal Philips (NYSE: PHG, AEX: PHIA) today announced the launch of DreamStation Go, its newest and smallest positive airway pressure (PAP) device designed to simplify travel for patients living with obstructive sleep apnea (OSA). At half the size of Philips' previous generation devices, DreamStation Go delivers the same clinically-proven performance and comfort, for reliable, convenient therapy on-the-go.

Designed with traveling patient needs in mind, DreamStation Go is the product of over 30 years of sleep therapy innovation.  The discreet, slim-profile device weighs less than two pounds and features a built-in power supply that helps to limit the number of components to pack.  Philips' innovative, new 12mm micro-flexible tubing continues the compact trend across the holistic system, minimizing bulk while improving mobility and comfort. DreamStation Go meets FAA standards for in-flight use, so users can keep up with therapy even when taking an extended or red-eye flight.

"Traveling with a sleep therapy device can be a cumbersome experience for patients with obstructive sleep apnea," said Mark D'Angelo, OSA patient and Sleep Therapy Business Leader at Philips. "While we have made strides to reduce the size and weight of our machines in recent years, most are still carried as a separate piece of luggage—a fact that has led many users to resent and even forego therapy during travel.  We designed the DreamStation Go as a holistic system with compact features and proven performance to help eliminate the need to sacrifice reliable therapy for convenience when traveling and vice versa – allowing for the best possible night's sleep no matter where it happens."

OSA affects more than 100 million people worldwide[i], many of whom rely heavily on PAP therapy to improve their quality of life. DreamStation Go is available in either a fixed-pressure continuous positive airway pressure (CPAP) or auto-titrated APAP model. Both options are Bluetooth-enabled for seamless data transmission to Philips' EncoreAnywhere and Care Orchestrator cloud-based patient management systems for clinicians. Integration with Philip's DreamMapper application enables users to easily monitor therapy adherence across multiple devices from one consolidated dashboard.

DreamStation Go is the latest addition to Philips' award-winning Dream Family of sleep apnea products focused on connecting and supporting the patient, clinician, and homecare provider to enhance patient care and quality of life. Dream Family has impacted more than one million patient lives since launched in 2015. DreamStation Go is now available for direct purchase in the United States through select online retailers found at SleepApnea.com/DreamStationGo. It will expand to additional global markets in summer 2017.

For additional information on Philips' solutions for sleep and respiratory care, follow @PhilipsResp or visit www.sleepapnea.com.

[i] "Prevalence and Incidence," STOP-Bang, accessed February 9, 2017, http://www.stopbang.ca/osa/prevalence.php

## About Royal Philips
Click here to read more »

Cookie Preferences

Case 2:21-ms-01230-JFC   Document 811-15   Filed 10/17/22   Page 3 of 9

## Topics

Sleep & Respiratory care    Home care    Press release

## Contacts



**Meredith Amoroso**
Philips Global Press Office
Tel: +1 724-584-8991



**Elena Calamo Specchia**
Philips Global Press Office
Tel: +31 6 25004735

## Media assets



12.31 MB

Cookie Preferences

9/22/22, 11:59 AM    Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device - News…

Case 2:21-mc-01230-JFC  Document 811-15  Filed 10/17/22  Page 4 of 9





Cookie Preferences



8.08 MB



8.92 MB

Cookie Preferences

9/22/22, 11:59 AM
Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device - News…

Case 2:21-mc-01230-JFC   Document 811-15   Filed 10/17/22   Page 6 of 9



1.31 MB



2.44 MB

**Press releases**

Get our press releases by e-mail

**Share on social media**

Cookie Preferences

9/22/22, 11:59 AM    Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device - News…

Case 2:21-mc-01230-JFC    Document 811-15    Filed 10/17/22    Page 7 of 9

## Related news

September 06, 2022

**Philips Respironics alerts customers worldwide of updated instructions and labeling of specific sleep therapy masks that contain magnetic headgear clips due to potential risk of serious injury ›**

Press release

July 25, 2022

**Summary of a systematic literature review of Positive Airway Pressure device use and cancer risk ›**

News article

June 28, 2022

**Philips provides update on Philips Respironics' PE-PUR sound abatement foam test and research program ›**

Press release

May 24, 2022

**Philips Respironics provides update on filed MDRs in connection with the voluntary recall notification/field safety notice* for specific CPAP, BiPAP and mechanical ventilator devices ›**

Press release

April 22, 2022

**Philips Respironics issues voluntary recall notification/field safety notice* for the V60 ventilator product family ›**

Press release

March 10, 2022

**Philips Respironics provides update for the US on ongoing CPAP, BiPAP and Mechanical Ventilator field action ›**

Press release

December 23, 2021

**Philips provides update on the test and research program in connection with the CPAP, BiPAP and Mechanical Ventilator recall notification* ›**

Press release

November 14, 2021

**Philips provides update on earlier announced voluntary CPAP, BiPAP and Mechanical Ventilator recall notification ›**

Press release

Cookie Preferences

News center

**Consumer products**
Home

Support

Product registration

My Philips

**Healthcare professionals**
Home

Products

Services

Specialties

Solutions

**Other business solutions**
Lighting

Automotive

Hearing solutions

Display solutions

Dictation Solutions

**About us**
Home

News

Investor Relations

Careers

Innovation

Environmental, Social and Governance

Suppliers

**Contact & support**
Customer support

Professional healthcare support

Company contacts

Cookie Preferences



9/22/22, 11:59 AM
Philips simplifies travel for sleep apnea patients with new compact and connected DreamStation Go sleep therapy device - News...

Case 2:21-mc-01230-JFC Document 811-15 Filed 10/17/22 Page 9 of 9



**Stay up-to-date**
Subscribe to our news

Privacy Notice   Terms of use   Cookie notice   © Koninklijke Philips N.V., 2004 - 2022. All rights reserved.

Cookie Preferences