IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-mc-1230-JFC |
| This document relates to: Consolidated Third Amended Class Action Complaint for Economic Losses (ECF No. 785) | MDL No. 3014 |

**JOINT MOTION TO ENTER [PROPOSED] AMENDED STIPULATED ORDER**

Plaintiffs and Defendants, Philips RS North America LLC, Philips North America LLC, Koninklijke Philips N.V., Philips Holding USA, Inc., Philips RS North America Holding Corporation, Polymer Technologies, Inc., and Polymer Molded Products LLC, through their undersigned counsel, hereby jointly move the Court to enter the attached proposed amended stipulated order.

| | |
|---|---|
| Dated: November 4, 2022 | Respectfully submitted, |

/s/ *John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America LLC*

/s/ *Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc. and Philips RS North America Holding Corporation*

/s/ *Sandra Duggan*
Sandra Duggan (sduggan@lfsblaw.com)
**LEVIN SEDRAN & BERNAN**
510 Walnut Street, Ste 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Kelly K. Iverson (kelly@lcllp.com)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Steven A. Schwartz
(steveschwartz@chimicles.com)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH**
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500

Christopher A. Seeger
(cseeger@seegerweiss.com)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

/s/ *Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Ste. 502
Newark, DE 19711
302-594-9780
ethompson@fandpnet.com

*Attorney for Defendant Polymer Technologies, Inc. and Polymer Molded Products LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

/s/ Daniel Sisgoreo
Daniel Sisgoreo