# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: **All Actions** | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## NOTICE OF APPEARANCE

Please enter the appearance of Barrett W. Beck of Fleming, Nolen & Jez, LLP located at 2800 Post Oak Boulevard, Suite 4000 Houston, Texas 77056 as Counsel in the above-captioned case. Copies of all documents and pleadings regarding this litigation, with the exception of original process, are to be served on the undersigned Counsel.

Dated: November 10, 2022

/s/ *Barrett W. Beck*
**Barrett W. Beck**
Texas Bar No. 24103837
FLEMING, NOLEN, & JEZ, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Tel: (713) 621-7944
Fax: (713) 621-9638
bbeck@fleming-law.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, this Notice of Appearance was served on all counsel of record via the Court's CM/ECF filing system, which provides electronic notice of filings to all registered users.

Dated: November 10, 2022              /s/ *Barrett W. Beck*
                                      **Barrett W. Beck**