**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br>This Document Relates to:<br>Ralph W. Miles, Jr. | : : : : : : : | Master Docket: Misc. No. 21-mc-1230-JFC<br>MDL No. 3014<br>DIRECT FILED SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL, PURSUANT TO PRETRIAL ORDER #28 |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.      DEFENDANTS**

1.      Plaintiff(s) name(s) the following Defendants in this action:

___x___ Koninklijke Philips N.V.

___x___ Philips North America LLC.

___x___ Philips RS North America LLC.

    _  x  _   Philips Holding USA Inc.

    _  x  _   Philips RS North America Holding Corporation.

    _  x  _   Polymer Technologies, Inc.

    _  x  _   Polymer Molded Products LLC.

## II.    PLAINTIFF(S)

2.    Name of Plaintiff(s):

> Ralph W. Miles, Jr.

3.    Name of spouse of Plaintiff (if loss of consortium claim is being made):

> Michelle Miles

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> N/A

5.    State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> Pennsylvania

### III.    DESIGNATED FORUM

6.    Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

U.S. District Court for the Middle District of Pennsylvania

### IV.    USE OF A RECALLED DEVICE

7.    Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☐ *DreamStation ASV* | ☐ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| ☐ *OmniLab Advanced +* | |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *DreamStation* | ☐ *A-Series BiPAP A40* |
| ☐ *DreamStation Go* | ☐ *A-Series BiPAP A30* |
| ☐ *Dorma 400* | ☐ *Other Philips Respironics Device*; if other, identify the model: |
| | System One BiPAP Pro 660P |

### V.    INJURIES

8.    Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☒ Cancer  Clear cell renal cell carcinoma  (specify cancer)

3

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☐ Other (specify) _____

## VI.  CAUSES OF ACTION/DAMAGES

9.      As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

____x____  Count I:        Negligence

____x____  Count II:       Strict Liability: Design Defect

____x____  Count III:      Negligent Design

____x____  Count IV:       Strict Liability: Failure to Warn

____x____  Count V:        Negligent Failure to Warn

____x____  Count VI:       Negligent Recall

____x____  Count VII:      Battery

____x____  Count VIII:     Strict Liability: Manufacturing Defect

____x____  Count IX:       Negligent Manufacturing

____x____  Count X:        Breach of Express Warranty

____x____  Count XI:       Breach of the Implied Warranty of Merchantability

____x____  Count XII:      Breach of the Implied Warranty of Usability

____x____  Count XIII:     Fraud

____x____  Count XIV:      Negligent Misrepresentation

____x____  Count XV:       Negligence Per Se

   __x__    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __x__    Count XVII:   Unjust Enrichment

   __x__    Count XVIII: Loss of Consortium

   _____    Count XIX:    Survivorship and Wrongful Death

   __x__    Count XX:     Medical Monitoring

   __x__    Count XXI:    Punitive Damages

   _____    Count XXII:   Other [specify below]

+------------------------------------------------------------+
|                                                            |
|                                                            |
+------------------------------------------------------------+

10.     As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __x__    Count I:       Negligence

   __x__    Count II:      Strict Liability: Design Defect

   __x__    Count III:     Negligent Design

   __x__    Count IV:     Strict Liability: Failure to Warn

   __x__    Count V:      Negligent Failure to Warn

   __x__    Count VI:     Negligent Recall

   __x__    Count VII:    Battery

   __x__    Count VIII: Strict Liability: Manufacturing Defect

   __x__    Count IX:     Negligent Manufacturing

   __x__    Count X:      Breach of Express Warranty

   __x__    Count XI:     Breach of the Implied Warranty of Merchantability

_____x_____ Count XII:     Breach of the Implied Warranty of Usability

_____x_____ Count XIII:    Fraud

_____x_____ Count XIV:     Negligent Misrepresentation

_____x_____ Count XV:      Negligence Per Se

_____x_____ Count XVI:     Consumer Fraud and/or Unfair and Deceptive
                           Practices Under State Law

_____x_____ Count XVII:    Unjust Enrichment

_____x_____ Count XVIII:   Loss of Consortium

_____ Count XIX:     Survivorship and Wrongful Death

_____x_____ Count XX:      Medical Monitoring

_____x_____ Count XXI:     Punitive Damages

_____ Count XXII:    Other [specify below]

|  |
|--|
|  |

11.    As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims
       asserted in the Master Long Form Complaint for Personal Injuries, Damages and
       Demand for Jury Trial, and the allegations and prayer for relief with regard thereto,
       as set forth therein:

_____x_____ Count I:       Negligence

_____x_____ Count II:      Strict Liability: Design Defect

_____x_____ Count III:     Negligent Design

_____x_____ Count IV:      Strict Liability: Failure to Warn

_____x_____ Count V:       Negligent Failure to Warn

_____x_____ Count VI:      Negligent Recall

_____x_____ Count VII:     Battery

6

_____x_____ Count VIII:   Strict Liability: Manufacturing Defect

_____x_____ Count IX:    Negligent Manufacturing

_____x_____ Count X:     Breach of Express Warranty

_____x_____ Count XI:    Breach of the Implied Warranty of Merchantability

_____x_____ Count XII:   Breach of the Implied Warranty of Usability

_____x_____ Count XIII:  Fraud

_____x_____ Count XIV:   Negligent Misrepresentation

_____x_____ Count XV:    Negligence Per Se

_____x_____ Count XVI:   Consumer Fraud and/or Unfair and Deceptive
                         Practices Under State Law

_____x_____ Count XVII:  Unjust Enrichment

_____x_____ Count XVIII: Loss of Consortium

_____ Count XIX:   Survivorship and Wrongful Death

_____ Count XX:    Medical Monitoring

_____x_____ Count XXI:   Punitive Damages

_____ Count XXII:  Other [specify below]

```

```

12.   As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted
      in the Master Long Form Complaint for Personal Injuries, Damages and Demand
      for Jury Trial, and the allegations and prayer for relief with regard thereto, as set
      forth therein:

_____x_____ Count I:      Negligence

_____x_____ Count II:     Strict Liability: Design Defect

_____x_____ Count III:    Negligent Design

7

_____x_____ Count IV:   Strict Liability: Failure to Warn

_____x_____ Count V:   Negligent Failure to Warn

_____x_____ Count VI:   Negligent Recall

_____x_____ Count VII:   Battery

_____x_____ Count VIII:   Strict Liability: Manufacturing Defect

_____x_____ Count IX:   Negligent Manufacturing

_____x_____ Count X:   Breach of Express Warranty

_____x_____ Count XI:   Breach of the Implied Warranty of Merchantability

_____x_____ Count XII:   Breach of the Implied Warranty of Usability

_____x_____ Count XIII:   Fraud

_____x_____ Count XIV:   Negligent Misrepresentation

_____x_____ Count XV:   Negligence Per Se

_____x_____ Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____x_____ Count XVII:   Unjust Enrichment

_____x_____ Count XVIII: Loss of Consortium

_____ Count XIX:   Survivorship and Wrongful Death

_____x_____ Count XX:   Medical Monitoring

_____x_____ Count XXI:   Punitive Damages

_____ Count XXII:   Other [specify below]

| |
|---|
| |

13.   As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __x__    Count I:        Negligence

    __x__    Count II:      Strict Liability: Design Defect

    __x__    Count III:     Negligent Design

    __x__    Count IV:    Strict Liability: Failure to Warn

    __x__    Count V:      Negligent Failure to Warn

    __x__    Count VI:    Negligent Recall

    __x__    Count VII:    Battery

    __x__    Count VIII:  Strict Liability: Manufacturing Defect

    __x__    Count IX:    Negligent Manufacturing

    __x__    Count X:      Breach of Express Warranty

    __x__    Count XI:    Breach of the Implied Warranty of Merchantability

    __x__    Count XII:   Breach of the Implied Warranty of Usability

    __x__    Count XIII:  Fraud

    __x__    Count XIV:  Negligent Misrepresentation

    __x__    Count XV:   Negligence Per Se

    __x__    Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    __x__    Count XVII:  Unjust Enrichment

    __x__    Count XVIII: Loss of Consortium

    _____    Count XIX:  Survivorship and Wrongful Death

    __x__    Count XX:   Medical Monitoring

    __x__    Count XXI:  Punitive Damages

_____ Count XXII:  Other [specify below]

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
│                                                         │
│                                                         │
└─────────────────────────────────────────────────────────┘
```

13.    As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

___x___ Count I:        Negligence

___x___ Count II:       Strict Liability: Design Defect

___x___ Count III:      Negligent Design

___x___ Count IV:       Strict Liability: Failure to Warn

___x___ Count V:        Negligent Failure to Warn

___x___ Count VIII:     Strict Liability: Manufacturing Defect

___x___ Count IX:       Negligent Manufacturing

___x___ Count XIII:     Fraud

___x___ Count XIV:      Negligent Misrepresentation

___x___ Count XVII:     Unjust Enrichment

___x___ Count XVIII:    Loss of Consortium

_____ Count XIX:      Survivorship and Wrongful Death

___x___ Count XX:       Medical Monitoring

___x___ Count XXI:      Punitive Damages

_____ Count XXII:     Other [specify below]

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
│                                                         │
│                                                         │
└─────────────────────────────────────────────────────────┘
```

14.     As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __X__    Count I:       Negligence

    __X__    Count II:      Strict Liability: Design Defect

    __X__    Count III:     Negligent Design

    __X__    Count IV:     Strict Liability: Failure to Warn

    __X__    Count V:      Negligent Failure to Warn

    __X__    Count VIII:   Strict Liability: Manufacturing Defect

    __X__    Count IX:     Negligent Manufacturing

    __X__    Count XIII:   Fraud

    __X__    Count XIV:   Negligent Misrepresentation

    __X__    Count XVII: Unjust Enrichment

    __X__    Count XVIII: Loss of Consortium

    _____    Count XIX:   Survivorship and Wrongful Death

    __X__    Count XX:    Medical Monitoring

    __X__    Count XXI:   Punitive Damages

    _____    Count XXII:  Other [specify below]

15.     If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

16.    Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

17.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

FELDMAN, SHEPHERD, WOHLGELERNTER,
TANNER, WEINSTOCK & DODIG, LLP


BY:     PETER M. NEWMAN, ESQUIRE
PA Attorney ID# 66426
1845 Walnut Street, 21st Floor
Philadelphia, PA 19130
215-567-8300
PNewman@FeldmanShepherd.com
Attorneys for Plaintiff

Dated:   November 29, 2022