IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>Steven Kipnis, Case No. 2:21-cv-07651-JAK-KS | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.  DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

    ✓ Koninklijke Philips N.V.

    ✓ Philips North America LLC.

    ✓ Philips RS North America LLC.

1

_____   Philips Holding USA Inc.

_____   Philips RS North America Holding Corporation.

_____   Polymer Technologies, Inc.

_____   Polymer Molded Products LLC.

**II.   PLAINTIFF(S)**

2. Name of Plaintiff(s):

> Steven Kipnis

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

> N/A

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> N/A

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> Los Angeles, California (Los Angeles County)

**III.   DESIGNATED FORUM**

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> United States District Court Central District of California, Western Division (Los Angeles)

**IV.   USE OF A RECALLED DEVICE**

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ E30 (Emergency Use Authorization) | ☐ Dorma 500 |
| ☐ DreamStation ASV | ☐ REMstar SE Auto |
| ☐ DreamStation ST, AVAPS | ☐ Trilogy 100 |
| ☐ SystemOne ASV4 | ☐ Trilogy 200 |
| ☐ C-Series ASV | ☐ Garbin Plus, Aeris, LifeVent |
| ☐ C-Series S/T and AVAPS | ☐ A-Series BiPAP Hybrid A30 (not marketed in U.S.) |
| ☐ OmniLab Advanced + | ☐ A-Series BiPAP V30 Auto |
| ☐ SystemOne (Q-Series) | ☐ A-Series BiPAP A40 |
| ☑ DreamStation | ☐ A-Series BiPAP A30 |
| ☐ DreamStation Go | ☐ Other Philips Respironics Device; if other, identify the model: _____ |
| ☐ Dorma 400 | |

**V.   INJURIES**

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☐ Cancer _____ (specify cancer)

3

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☑ Other (specify) Nasal congestion and dry nasal passages, chronic sore throat/dry mouth, shortness of breath, wheezing and stridor, lethargy, constant chest congestion, headaches, sinus infections

**VI.   CAUSES OF ACTION/DAMAGES**

9.   As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

✓   Count I:       Negligence

✓   Count II:      Strict Liability: Design Defect

___   Count III:     Negligent Design

✓   Count IV:     Strict Liability: Failure to Warn

___   Count V:      Negligent Failure to Warn

___   Count VI:     Negligent Recall

___   Count VII:    Battery

✓   Count VIII:   Strict Liability: Manufacturing Defect

___   Count IX:     Negligent Manufacturing

✓   Count X:      Breach of Express Warranty

✓   Count XI:     Breach of the Implied Warranty of Merchantability

___   Count XII:    Breach of the Implied Warranty of Usability

___   Count XIII:   Fraud

✓   Count XIV:   Negligent Misrepresentation

___   Count XV:    Negligence Per Se

4

|   |   |   |
|---|---|---|
| _____ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| _____ | Count XVII: | Unjust Enrichment |
| _____ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| ✓ | Count XXI: | Punitive Damages |
| ✓ | Count XXII: | Other [specify below] |

Fraudulent Misrepresentation, Fraud by Omission

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

|   |   |   |
|---|---|---|
| ✓ | Count I: | Negligence |
| ✓ | Count II: | Strict Liability: Design Defect |
| _____ | Count III: | Negligent Design |
| ✓ | Count IV: | Strict Liability: Failure to Warn |
| _____ | Count V: | Negligent Failure to Warn |
| _____ | Count VI: | Negligent Recall |
| _____ | Count VII: | Battery |
| ✓ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| ✓ | Count X: | Breach of Express Warranty |
| ✓ | Count XI: | Breach of the Implied Warranty of Merchantability |

_____ Count XII: Breach of the Implied Warranty of Usability

_____ Count XIII: Fraud

___✓___ Count XIV: Negligent Misrepresentation

_____ Count XV: Negligence Per Se

_____ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____ Count XVII: Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX: Survivorship and Wrongful Death

_____ Count XX: Medical Monitoring

___✓___ Count XXI: Punitive Damages

___✓___ Count XXII: Other [specify below]

| Fraudulent Misrepresentation, Fraud by Omission |
|---|

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

___✓___ Count I: Negligence

___✓___ Count II: Strict Liability: Design Defect

_____ Count III: Negligent Design

___✓___ Count IV: Strict Liability: Failure to Warn

_____ Count V: Negligent Failure to Warn

_____ Count VI: Negligent Recall

_____ Count VII: Battery

6

__✓__ Count VIII: Strict Liability: Manufacturing Defect

_____ Count IX: Negligent Manufacturing

__✓__ Count X: Breach of Express Warranty

__✓__ Count XI: Breach of the Implied Warranty of Merchantability

_____ Count XII: Breach of the Implied Warranty of Usability

_____ Count XIII: Fraud

__✓__ Count XIV: Negligent Misrepresentation

_____ Count XV: Negligence Per Se

_____ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____ Count XVII: Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX: Survivorship and Wrongful Death

_____ Count XX: Medical Monitoring

__✓__ Count XXI: Punitive Damages

__✓__ Count XXII: Other [specify below]

> Fraudulent Misrepresentation, Fraud by Omission

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I: Negligence

_____ Count II: Strict Liability: Design Defect

_____ Count III: Negligent Design

7

_____   Count IV:        Strict Liability: Failure to Warn

_____   Count V:         Negligent Failure to Warn

_____   Count VI:        Negligent Recall

_____   Count VII:       Battery

_____   Count VIII:      Strict Liability: Manufacturing Defect

_____   Count IX:        Negligent Manufacturing

_____   Count X:         Breach of Express Warranty

_____   Count XI:        Breach of the Implied Warranty of Merchantability

_____   Count XII:       Breach of the Implied Warranty of Usability

_____   Count XIII:      Fraud

_____   Count XIV:       Negligent Misrepresentation

_____   Count XV:        Negligence Per Se

_____   Count XVI:       Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____   Count XVII:      Unjust Enrichment

_____   Count XVIII:     Loss of Consortium

_____   Count XIX:       Survivorship and Wrongful Death

_____   Count XX:        Medical Monitoring

_____   Count XXI:       Punitive Damages

_____   Count XXII:      Other [specify below]

```
┌─────────────────────────────────────────────────────┐
│                                                     │
│                                                     │
│                                                     │
└─────────────────────────────────────────────────────┘
```

13.  As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____    Count I:       Negligence

_____    Count II:      Strict Liability: Design Defect

_____    Count III:     Negligent Design

_____    Count IV:      Strict Liability: Failure to Warn

_____    Count V:       Negligent Failure to Warn

_____    Count VI:      Negligent Recall

_____    Count VII:     Battery

_____    Count VIII:    Strict Liability: Manufacturing Defect

_____    Count IX:      Negligent Manufacturing

_____    Count X:       Breach of Express Warranty

_____    Count XI:      Breach of the Implied Warranty of Merchantability

_____    Count XII:     Breach of the Implied Warranty of Usability

_____    Count XIII:    Fraud

_____    Count XIV:     Negligent Misrepresentation

_____    Count XV:      Negligence Per Se

_____    Count XVI:     Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____    Count XVII:    Unjust Enrichment

_____    Count XVIII:   Loss of Consortium

_____    Count XIX:     Survivorship and Wrongful Death

_____    Count XX:      Medical Monitoring

_____    Count XXI:     Punitive Damages

_____   Count XXII:   Other [specify below]

|  |
|---|
|  |

13.   As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____   Count I:        Negligence

_____   Count II:       Strict Liability: Design Defect

_____   Count III:      Negligent Design

_____   Count IV:      Strict Liability: Failure to Warn

_____   Count V:       Negligent Failure to Warn

_____   Count VIII:    Strict Liability: Manufacturing Defect

_____   Count IX:      Negligent Manufacturing

_____   Count XIII:    Fraud

_____   Count XIV:    Negligent Misrepresentation

_____   Count XVII:   Unjust Enrichment

_____   Count XVIII: Loss of Consortium

_____   Count XIX:    Survivorship and Wrongful Death

_____   Count XX:     Medical Monitoring

_____   Count XXI:    Punitive Damages

_____   Count XXII:   Other [specify below]

|  |
|---|
|  |

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    _____ Count I:      Negligence

    _____ Count II:     Strict Liability: Design Defect

    _____ Count III:    Negligent Design

    _____ Count IV:     Strict Liability: Failure to Warn

    _____ Count V:      Negligent Failure to Warn

    _____ Count VIII:   Strict Liability: Manufacturing Defect

    _____ Count IX:     Negligent Manufacturing

    _____ Count XIII:   Fraud

    _____ Count XIV:    Negligent Misrepresentation

    _____ Count XVII:   Unjust Enrichment

    _____ Count XVIII:  Loss of Consortium

    _____ Count XIX:    Survivorship and Wrongful Death

    _____ Count XX:     Medical Monitoring

    _____ Count XXI:    Punitive Damages

    _____ Count XXII:   Other [specify below]

    ┌─────────────────────────────────────────────┐
    │                                             │
    │                                             │
    └─────────────────────────────────────────────┘

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

> N/A

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

> N/A

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

> N/A

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: December 7, 2022

Kristy M. Arevalo
Attorney
MCCUNE LAW GROUP, APC