IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>) | Master Docket:  Misc. No. 21-1230<br><br>MDL No. 3014 |
| This Document Relates to:  2:22-CV-00120-JFC  ) |  |

### DEFENDANT LIFE LINE HOME CARE SERVICES, INC.'S
### MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2), (5), & (6)

Defendant Life Line Home Care Services, Inc. ("Life Line"), by and through its undersigned counsel and without waiving any defenses, hereby moves to **DISMISS** Plaintiff's claims against it **WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(2), (5), & (6). As Life Line explains more fully in its contemporaneously filed brief in support of this motion, Plaintiff fraudulently joined Life Line to defeat removal; Plaintiff has failed to state a plausible claim against Life Line; Plaintiff has failed to effect service of process upon Life Line; and Plaintiff's claims against Life Line are now barred by the applicable limitations period.

Accordingly, Life Line respectfully requests the Court to **GRANT** this Motion and to **DISMISS** Plaintiff's claims against Life Line **WITH PREJUDICE**.

Respectfully submitted, this 9th day of December, 2022.

    */s/ John E. Price*
    JOHN E. PRICE
    Georgia Bar No.: 142012
    Admitted *Pro Hac Vice*
    *Attorney for Defendant Life Line Home Care Services, Inc.*

593234.1

OF COUNSEL:
**FULCHER HAGLER LLP**
One 10th Street, Suite 700
Post Office Box 1477 (30903-1477)
Augusta, GA 30901
Phone:  706-724-0171
Email:  jprice@fulcherlaw.com

593234.1