IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>**This Document Relates to:**<br><br>George Cundiff, heirs to his body, David Edwards Cundiff, Christa Renee Cundiff, Jane Cundiff Jr., and as representatives of the Estate of George Cundiff | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>**SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

I. **DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

    X     Koninklijke Philips N.V.

    X     Philips North America LLC.

    X     Philips RS North America LLC.
    X     Philips Holding USA Inc.

    X     Philips RS North America Holding Corporation.

        __X__     Polymer Technologies, Inc.

        __X__     Polymer Molded Products LLC.

**II.**    **PLAINTIFF(S)**

2. Name of Plaintiff(s):
3. 

    George Cundiff, heirs to his body, David Edward Cundiff, Christina Renee Cundiff, Lauren Jane Cundiff Lami, and George Edward Cundiff Jr., and as representatives of the Estate of George Cundiff

4. Name of spouse of Plaintiff (if loss of consortium claim is being made): NONE

5. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:
6. 

    George Cundiff, heirs to his body, David Edward Cundiff, Christina Renee Cundiff, Lauren Jane Cundiff Lami, and George Edward Cundiff Jr, and as representatives of the Estate of George Cundiff

7. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

    Texas

**DESIGNATED FORUM**

8. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

    Untied States District Court for Western Texas- Waco Division

**III.**    **USE OF A RECALLED DEVICE**

9. Plaintiff used the following Recalled Device(s):

☐E30 (Emergency Use Authorization

☐DreamStation ASV

☐DreamStation ST, AVAPS

☐SystemOne ASV4

☐C-Series ASV

☐C-Series S/T and AVAPS

☐ OmniLab Advanced +

☐ SystemOne (Q-Series)

 ☐DreamStation

☐ DreamStation Go

 ☐Dorma 400

☐Dorma 500

☐REMstar SE Auto

☐Trilogy 100

☐Trilogy 200

☐Garbin Plus, Aeris, LifeVent

☐A-Series BiPAP Hybrid A30 (not marketed in U.S.)

☐A-Series BiPAPV30 Auto

☐ A-Series BiPAP A40

☐A-Series BiPAP A30

☒Other Philips Respironics Device; if other, identify the model:

REMstar Auto 550P

REMstar Auto A-Flex System On 60 Series

Dreamstation , BiPAP S/T

**INJURIES**

10. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☐ ☒Cancer  Acute Myeloid Leukemia (specify cancer)

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☒ Death

☐ Other (specify) _____

**IV.   CAUSES OF ACTION/DAMAGES**

11. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  _X_    Count I:     Negligence

  _X_    Count II:    Strict Liability: Design Defect

  _X_    Count III:   Negligent Design

  _X_    Count IV:    Strict Liability: Failure to Warn

  _X_    Count V:     Negligent Failure to Warn

  __X___ Count VI: Negligent Recall

  __X___ Count VII: Battery

  __X___ Count VIII: Strict Liability: Manufacturing Defect

  __X___ Count IX: Negligent Manufacturing

  __X___ Count X: Breach of Express Warranty

  __X___ Count XI: Breach of the Implied Warranty of Merchantability

  __X___ Count XII: Breach of the Implied Warranty of Usability

  __X___ Count XIII: Fraud

  __X___ Count XIV: Negligent Misrepresentation

  __X___ Count XV: Negligence Per Se

  __X___ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

  __X___ Count XVII: Unjust Enrichment

  _____ Count XVIII: Loss of Consortium

  __X___ Count XIX: Survivorship and Wrongful Death

  _____ Count XX: Medical Monitoring

  __X___ Count XXI: Punitive Damages

  _____ Count XXII: Other [specify below]

12. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  __X___ Count I: Negligence

  __X___ Count II: Strict Liability: Design Defect

  __X___ Count III: Negligent Design

| | | |
|---|---|---|
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VI: | Negligent Recall |
| __X__ | Count VII: | Battery |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| __X__ | Count IX: | Negligent Manufacturing |
| __X__ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |

    __X___    Count XII:    Breach of the Implied Warranty of Usability

    __X___    Count XIII:    Fraud

    __X___    Count XIV:    Negligent Misrepresentation

    __X___    Count XV:    Negligence Per Se

    __X___    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    __X___    Count XVII: Unjust Enrichment

    _____    Count XVIII: Loss of Consortium

    __X___    Count XIX:    Survivorship and Wrongful Death

    _____    Count XX:    Medical Monitoring

    __X___    Count XXI:    Punitive Damages

    _____    Count XXII: Other [specify below]

13. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __X___    Count I:    Negligence

    __X___    Count II:    Strict Liability: Design Defect

    __X___    Count III:    Negligent Design

    __X___    Count IV:    Strict Liability: Failure to Warn

    __X___    Count V:    Negligent Failure to Warn

    __X___    Count VI:    Negligent Recall

    __X___    Count VII:    Battery

    __X___    Count VIII:    Strict Liability: Manufacturing Defect

    __X___    Count IX:    Negligent Manufacturing

      __X___    Count X:      Breach of Express Warranty

      __X___    Count XI:     Breach of the Implied Warranty of Merchantability

      __X___    Count XII:    Breach of the Implied Warranty of Usability

      __X___    Count XIII:   Fraud

      __X___    Count XIV:   Negligent Misrepresentation

      __X___    Count XV:    Negligence Per Se

      __X___    Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

      __X___    Count XVII:  Unjust Enrichment

      _____    Count XVIII: Loss of Consortium

      __X___    Count XIX:   Survivorship and Wrongful Death

      _____    Count XX:    Medical Monitoring

      __X___    Count XXI:   Punitive Damages

      _____    Count XXII:  Other [specify below]

14.    As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

      __X___    Count I:      Negligence

      __X___    Count II:     Strict Liability: Design Defect

      __X___    Count III:    Negligent Design

      __X___    Count IV:    Strict Liability: Failure to Warn

      __X___    Count V:     Negligent Failure to Warn

      __X___    Count VI:    Negligent Recall

      __X___    Count VII:   Battery

    _X_    Count VIII:    Strict Liability: Manufacturing Defect

    _X_    Count IX:    Negligent Manufacturing

    _X_    Count X:    Breach of Express Warranty

    _X_    Count XI:    Breach of the Implied Warranty of Merchantability

    _X_    Count XII:    Breach of the Implied Warranty of Usability

    _X_    Count XIII:    Fraud

    _X_    Count XIV:    Negligent Misrepresentation

    _X_    Count XV:    Negligence Per Se

    _X_    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    _X_    Count XVII:    Unjust Enrichment

    _____    Count XVIII:    Loss of Consortium

    _X_    Count XIX:    Survivorship and Wrongful Death

    _____    Count XX:    Medical Monitoring

    _____    Count XXI:    Punitive Damages

    _____    Count XXII:    Other [specify below]

15. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    _X_    Count I:    Negligence

    _X_    Count II:    Strict Liability: Design Defect

    _X_    Count III:    Negligent Design

    _X_    Count IV:    Strict Liability: Failure to Warn

    _X_    Count V:    Negligent Failure to Warn

| | | |
|---|---|---|
| __X__ | Count VI: | Negligent Recall |
| __X__ | Count VII: | Battery |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| __X__ | Count IX: | Negligent Manufacturing |
| __X__ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| __X__ | Count XII: | Breach of the Implied Warranty of Usability |
| __X__ | Count XIII: | Fraud |
| __X__ | Count XIV: | Negligent Misrepresentation |
| __X__ | Count XV: | Negligence Per Se |
| __X__ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| __X__ | Count XVII: | Unjust Enrichment |
| _____ | Count XVIII: | Loss of Consortium |
| __X__ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| __X__ | Count XXI: | Punitive Damages |

    _____    Count XXII: Other [specify below]

13. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    _X_    Count I:    Negligence

    _X_    Count II:    Strict Liability: Design Defect

    _X_    Count III:    Negligent Design

    _X_    Count IV:    Strict Liability: Failure to Warn

    _X_    Count V:    Negligent Failure to Warn

    _X_    Count VIII:    Strict Liability: Manufacturing Defect

    _X_    Count IX:    Negligent Manufacturing

    _X_    Count XIII:    Fraud

    _X_    Count XIV:    Negligent Misrepresentation

    _X_    Count XVII:    Unjust Enrichment

    _____    Count XVIII: Loss of Consortium

    _X_    Count XIX:    Survivorship and Wrongful Death

    _____    Count XX:    Medical Monitoring

    _X_    Count XXI:    Punitive Damages

    _____    Count XXII:    Other [specify below]

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    _X_    Count I:    Negligence

    _X_    Count II:    Strict Liability: Design Defect

   __ X __    Count III:    Negligent Design

   __ X __    Count IV:    Strict Liability: Failure to Warn

   __ X __    Count V:    Negligent Failure to Warn

   __ X __    Count VIII:    Strict Liability: Manufacturing Defect

   __ X __    Count IX:    Negligent Manufacturing

   __ X __    Count XIII:    Fraud

   __ X __    Count XIV:    Negligent Misrepresentation

   __ X __    Count XVII:    Unjust Enrichment

   _____    Count XVIII:    Loss of Consortium

   __ X __    Count XIX:    Survivorship and Wrongful Death

   _____    Count XX:    Medical Monitoring

   __ X __    Count XXI:    Punitive Damages

   _____    Count XXII:    Other [specify below]

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial: NONE

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):NONE

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:NONE

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: December 12,2022

Respectfully Submitted,

BROCK & GOETZMANN, PLLC
12655 N. Central Expressway, Suite 315
Dallas, Texas 75248
Tel: (214) 739-1843
Fax: (214) 739-1496

/s/ Stephen Goetzmann
Stephen Goetzmann
Texas State Bar No. 08059850
Stephen@brockgoetzmann.com
ATTORNEY FOR PLAINTIFFS

And

DOOLEY NOTED LAW, PLLC

/s/ Michael R. Dooley

Michael R. Dooley
State Bar No. 24123172
4808 Lake Shore Dr.
Waco, Texas 76710
Telephone: 254-284-0093
Email: Michael@dooleynoted.com
***Attorney for Plaintiffs***