**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | : | **Master Docket: Misc. No. 21-mc-1230-JFC** |
| BI-LEVEL PAP, AND MECHANICAL | : | |
| VENTILATOR PRODUCTS | : | **MDL No. 3014** |
| LITIGATION | : | |
| | : | **SHORT FORM COMPLAINT FOR** |
| This Document Relates to: | : | **PERSONAL INJURIES, DAMAGES,** |
| | : | **AND DEMAND FOR JURY TRIAL** |
| **Rubinstein et al v. Koniklijke Philips N.V., et al, 2:22-cv-01298** | | |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.   DEFENDANTS**

    1.    Plaintiff(s) name(s) the following Defendants in this action:

        __X___ Koninklijke Philips N.V.

        __X___ Philips North America LLC.

        __X___ Philips RS North America LLC.

1

___X___ Philips Holding USA Inc.

_____ Philips RS North America Holding Corporation.

_____ Polymer Technologies, Inc.

_____ Polymer Molded Products LLC.

___X_ Philips Healthcare

## II.    PLAINTIFF(S)

2.    Name of Plaintiff(s):

> Richard Rubinstein
> Elizabeth Calleja

3.    Name of spouse of Plaintiff (if loss of consortium claim is being made):

> Elizabeth Calleja

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

5.    State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> Plaintiffs reside in the State of New York

## III.   DESIGNATED FORUM

6.   Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> The United States District Court for the Southern District of New York

## IV.   USE OF A RECALLED DEVICE

7.   Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☒ *DreamStation ASV* | ☐ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| ☐ *OmniLab Advanced +* | |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *DreamStation* | ☐ *A-Series BiPAP A40* |
| ☐ *DreamStation Go* | ☐ *A-Series BiPAP A30* |
| ☐ *Dorma 400* | ☐ *Other Philips Respironics Device*; if other, identify the model: |
| | _____ |

## V.   INJURIES

8.   Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☒ Cancer <u>Kidney & Throat Cancers</u>   (specify cancer)

3

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☐ Other (specify) _____

## VI.    CAUSES OF ACTION/DAMAGES

9.    As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__    Count I:        Negligence

__X__    Count II:       Strict Liability: Design Defect

__X__    Count III:      Negligent Design

__X__    Count IV:       Strict Liability: Failure to Warn

__X__    Count V:        Negligent Failure to Warn

_____    Count VI:       Negligent Recall

_____    Count VII:      Battery

__X__
_____    Count VIII:     Strict Liability: Manufacturing Defect

__X__
_____    Count IX:       Negligent Manufacturing

__X__
_____    Count X:        Breach of Express Warranty

__X__
_____    Count XI:       Breach of the Implied Warranty of Merchantability

_____    Count XII:      Breach of the Implied Warranty of Usability

_____    Count XIII:     Fraud

__X__    Count XIV:      Negligent Misrepresentation

_____    Count XV:       Negligence Per Se

4

_____ Count XVI:    Consumer Fraud and/or Unfair and Deceptive
                                              Practices Under State Law

_____ Count XVII:  Unjust Enrichment

___X___ Count XVIII: Loss of Consortium

_____ Count XIX:   Survivorship and Wrongful Death

_____ Count XX:    Medical Monitoring

___X___ Count XXI:   Punitive Damages

_____ Count XXII:  Other [specify below]

[   ]

10.     As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

___X___ Count I:      Negligence

___X___ Count II:     Strict Liability: Design Defect

___X___ Count III:    Negligent Design

___X___ Count IV:    Strict Liability: Failure to Warn

___X___ Count V:     Negligent Failure to Warn

_____ Count VI:    Negligent Recall

_____ Count VII:   Battery

___X___ Count VIII: Strict Liability: Manufacturing Defect

___X___ Count IX:    Negligent Manufacturing

___X___ Count X:     Breach of Express Warranty

___X___ Count XI:    Breach of the Implied Warranty of Merchantability

_____ Count XII:    Breach of the Implied Warranty of Usability

_____ Count XIII:   Fraud

__X__ Count XIV:   Negligent Misrepresentation

_____ Count XV:    Negligence Per Se

_____ Count XVI:   Consumer Fraud and/or Unfair and Deceptive
                    Practices Under State Law

_____ Count XVII:  Unjust Enrichment

__X__ Count XVIII: Loss of Consortium

_____ Count XIX:   Survivorship and Wrongful Death

_____ Count XX:    Medical Monitoring

__X__ Count XXI:   Punitive Damages

_____ Count XXII:  Other [specify below]

```
┌─────────────────────────────────────┐
│                                     │
│                                     │
│                                     │
└─────────────────────────────────────┘
```

11.     As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims
        asserted in the Master Long Form Complaint for Personal Injuries, Damages and
        Demand for Jury Trial, and the allegations and prayer for relief with regard thereto,
        as set forth therein:

        __X__ Count I:      Negligence

        __X__ Count II:     Strict Liability: Design Defect

        __X__ Count III:    Negligent Design

        __X__ Count IV:     Strict Liability: Failure to Warn

        __X__ Count V:      Negligent Failure to Warn

        _____ Count VI:     Negligent Recall

        _____ Count VII:    Battery

6

   __X__ Count VIII:   Strict Liability: Manufacturing Defect

   __X__ Count IX:   Negligent Manufacturing

   __X__ Count X:   Breach of Express Warranty

   __X__ Count XI:   Breach of the Implied Warranty of Merchantability

   _____ Count XII:   Breach of the Implied Warranty of Usability

   _____ Count XIII:   Fraud

   __X__ Count XIV:   Negligent Misrepresentation

   _____ Count XV:   Negligence Per Se

   _____ Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   _____ Count XVII:   Unjust Enrichment

   __X__ Count XVIII:   Loss of Consortium

   _____ Count XIX:   Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:   Punitive Damages

   _____ Count XXII:   Other [specify below]

12.   As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__ Count I:   Negligence

   __X__ Count II:   Strict Liability: Design Defect

   __X__ Count III:   Negligent Design

_____X_____ Count IV:       Strict Liability: Failure to Warn

_____X_____ Count V:        Negligent Failure to Warn

_____ Count VI:       Negligent Recall

_____ Count VII:      Battery

_____X_____ Count VIII:     Strict Liability: Manufacturing Defect

_____X_____ Count IX:       Negligent Manufacturing

_____X_____ Count X:        Breach of Express Warranty

_____X_____ Count XI:       Breach of the Implied Warranty of Merchantability

_____ Count XII:      Breach of the Implied Warranty of Usability

_____ Count XIII:     Fraud

_____X_____ Count XIV:      Negligent Misrepresentation

_____ Count XV:       Negligence Per Se

_____ Count XVI:      Consumer Fraud and/or Unfair and Deceptive
                            Practices Under State Law

_____ Count XVII:     Unjust Enrichment

_____X_____ Count XVIII:    Loss of Consortium

_____ Count XIX:      Survivorship and Wrongful Death

_____ Count XX:       Medical Monitoring

_____X_____ Count XXI:      Punitive Damages

_____ Count XXII:     Other [specify below]

13.     As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the
        following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____  Count I:          Negligence

_____  Count II:         Strict Liability: Design Defect

_____  Count III:        Negligent Design

_____  Count IV:        Strict Liability: Failure to Warn

_____  Count V:         Negligent Failure to Warn

_____  Count VI:        Negligent Recall

_____  Count VII:       Battery

_____  Count VIII:      Strict Liability: Manufacturing Defect

_____  Count IX:        Negligent Manufacturing

_____  Count X:         Breach of Express Warranty

_____  Count XI:        Breach of the Implied Warranty of Merchantability

_____  Count XII:       Breach of the Implied Warranty of Usability

_____  Count XIII:      Fraud

_____  Count XIV:       Negligent Misrepresentation

_____  Count XV:        Negligence Per Se

_____  Count XVI:       Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____  Count XVII:      Unjust Enrichment

_____  Count XVIII:     Loss of Consortium

_____  Count XIX:       Survivorship and Wrongful Death

_____  Count XX:        Medical Monitoring

_____  Count XXI:       Punitive Damages

_____ Count XXII:  Other [specify below]

[ ]

13.    As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I:        Negligence

_____ Count II:       Strict Liability: Design Defect

_____ Count III:      Negligent Design

_____ Count IV:      Strict Liability: Failure to Warn

_____ Count V:        Negligent Failure to Warn

_____ Count VIII:    Strict Liability: Manufacturing Defect

_____ Count IX:      Negligent Manufacturing

_____ Count XIII:    Fraud

_____ Count XIV:    Negligent Misrepresentation

_____ Count XVII:   Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX:    Survivorship and Wrongful Death

_____ Count XX:      Medical Monitoring

_____ Count XXI:    Punitive Damages

_____ Count XXII:  Other [specify below]

[ ]

10

14.    As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I:      Negligence

_____ Count II:     Strict Liability: Design Defect

_____ Count III:    Negligent Design

_____ Count IV:     Strict Liability: Failure to Warn

_____ Count V:      Negligent Failure to Warn

_____ Count VIII:   Strict Liability: Manufacturing Defect

_____ Count IX:     Negligent Manufacturing

_____ Count XIII:   Fraud

_____ Count XIV:    Negligent Misrepresentation

_____ Count XVII:   Unjust Enrichment

_____ Count XVIII:  Loss of Consortium

_____ Count XIX:    Survivorship and Wrongful Death

_____ Count XX:     Medical Monitoring

_____ Count XXI:    Punitive Damages

_____ Count XXII:   Other [specify below]

|  |
|--|
|  |

15.    If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:



16.    Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

> PHILIPS HEALTHCARE, an entity organized under the laws of the State of Delaware, with its principle place of business located in the State of Massachusetts

17.    Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

> Negligence
> Strict Liability - Design Defect
> Negligent Design
> Strict Liability - Failure to Warn
> Negligent Failure to Warn
> Strict Liability - Manufacturing Defect
> Negligent Manufacturing
> Breach of the Express Warranty
> Breach of the Implied Warranty of Merchantability
> Negligent Misrepresentation
> Loss of Consortium
> Punitive Damages

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date:    12/22/23

Alan Ripka & Associates LLP
*Attorneys for Plaintiffs Richard Rubinstein & Elizabeth Calleja*
400 Madison Avenue (12D)
New York, NY 10017