## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : : : : | Master Docket: Misc. No. 21-mc-1230-JFC |
| | : | MDL No. 3014 |
| This Document Relates to: | : : : | SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |
| Jason Jaquette, Case No. 3:21-cv-07582-EMC | | |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

## I.    DEFENDANTS

1.    Plaintiff(s) name(s) the following Defendants in this action:

_____✓_____ Koninklijke Philips N.V.

_____✓_____ Philips North America LLC.

_____✓_____ Philips RS North America LLC.

1

_____   Philips Holding USA Inc.

_____   Philips RS North America Holding Corporation.

_____   Polymer Technologies, Inc.

_____   Polymer Molded Products LLC.

**II.    PLAINTIFF(S)**

2.    Name of Plaintiff(s):

> Jason Jaquette

3.    Name of spouse of Plaintiff (if loss of consortium claim is being made):

> N/A

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> N/A

5.    State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> Fortuna, California (Humboldt County)

### III.    DESIGNATED FORUM

6.    Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> United States District Court, Northern District of California
> (San Francisco)

### IV.    USE OF A RECALLED DEVICE

7.    Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☐ *DreamStation ASV* | ☑ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed* |
| ☐ *OmniLab Advanced +* | *in U.S.)* |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *DreamStation* | ☐ *A-Series BiPAP A40* |
| ☐ *DreamStation Go* | ☐ *A-Series BiPAP A30* |
| ☐ *Dorma 400* | ☐ *Other Philips Respironics Device*; if other, identify the model: |
| | _____ |

### V.    INJURIES

8.    Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Response

☐ Cancer _____ (specify cancer)

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☑ Other (specify) Headaches, nasal infections, oxygenation issues, pneumonia, chronic runny nose, red watery eyes, breathing issues, sinus infections, chest congestion, nausea, dizziness, shortness of breath, conjunctivitis, bronchitis, pharyngitis

**VI.     CAUSES OF ACTION/DAMAGES**

9.     As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

✓ Count I:          Negligence

✓ Count II:         Strict Liability: Design Defect

_____ Count III:        Negligent Design

✓ Count IV:        Strict Liability: Failure to Warn

_____ Count V:         Negligent Failure to Warn

_____ Count VI:        Negligent Recall

_____ Count VII:       Battery

✓ Count VIII:      Strict Liability: Manufacturing Defect

_____ Count IX:        Negligent Manufacturing

✓ Count X:         Breach of Express Warranty

✓ Count XI:        Breach of the Implied Warranty of Merchantability

_____ Count XII:       Breach of the Implied Warranty of Usability

_____ Count XIII:      Fraud

✓ Count XIV:       Negligent Misrepresentation

_____ Count XV:        Negligence Per Se

4

_____ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____ Count XVII: Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX: Survivorship and Wrongful Death

_____ Count XX: Medical Monitoring

__✓___ Count XXI: Punitive Damages

__✓___ Count XXII: Other [specify below]

| Fraudulent Misrepresentation, Fraud by Omission |
| --- |

10.    As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__✓___ Count I:      Negligence

__✓___ Count II:     Strict Liability: Design Defect

_____ Count III:    Negligent Design

__✓___ Count IV:     Strict Liability: Failure to Warn

_____ Count V:     Negligent Failure to Warn

_____ Count VI:    Negligent Recall

_____ Count VII:   Battery

__✓___ Count VIII:  Strict Liability: Manufacturing Defect

_____ Count IX:    Negligent Manufacturing

__✓___ Count X:      Breach of Express Warranty

__✓___ Count XI:     Breach of the Implied Warranty of Merchantability

5

_____ Count XII:    Breach of the Implied Warranty of Usability

_____ Count XIII:   Fraud

✓ Count XIV:    Negligent Misrepresentation

_____ Count XV:     Negligence Per Se

_____ Count XVI:    Consumer Fraud and/or Unfair and Deceptive
                      Practices Under State Law

_____ Count XVII:   Unjust Enrichment

_____ Count XVIII:  Loss of Consortium

_____ Count XIX:    Survivorship and Wrongful Death

_____ Count XX:     Medical Monitoring

✓ Count XXI:    Punitive Damages

✓ Count XXII:   Other [specify below]

| Fraudulent Misrepresentation, Fraud by Omission |
| --- |

11.   As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

✓ Count I:      Negligence

✓ Count II:     Strict Liability: Design Defect

_____ Count III:    Negligent Design

✓ Count IV:     Strict Liability: Failure to Warn

_____ Count V:      Negligent Failure to Warn

_____ Count VI:     Negligent Recall

_____ Count VII:    Battery

6

✓      Count VIII:    Strict Liability: Manufacturing Defect

_____      Count IX:      Negligent Manufacturing

✓      Count X:       Breach of Express Warranty

✓      Count XI:      Breach of the Implied Warranty of Merchantability

_____      Count XII:      Breach of the Implied Warranty of Usability

_____      Count XIII:      Fraud

✓      Count XIV:      Negligent Misrepresentation

_____      Count XV:      Negligence Per Se

_____      Count XVI:      Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____      Count XVII:      Unjust Enrichment

_____      Count XVIII: Loss of Consortium

_____      Count XIX:      Survivorship and Wrongful Death

_____      Count XX:      Medical Monitoring

✓      Count XXI:      Punitive Damages

✓      Count XXII:      Other [specify below]

| |
|---|
| Fraudulent Misrepresentation, Fraud by Omission |

12.     As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____      Count I:      Negligence

_____      Count II:      Strict Liability: Design Defect

_____      Count III:      Negligent Design

_____ Count IV:      Strict Liability: Failure to Warn

_____ Count V:       Negligent Failure to Warn

_____ Count VI:      Negligent Recall

_____ Count VII:     Battery

_____ Count VIII:    Strict Liability: Manufacturing Defect

_____ Count IX:      Negligent Manufacturing

_____ Count X:       Breach of Express Warranty

_____ Count XI:      Breach of the Implied Warranty of Merchantability

_____ Count XII:     Breach of the Implied Warranty of Usability

_____ Count XIII:    Fraud

_____ Count XIV:     Negligent Misrepresentation

_____ Count XV:      Negligence Per Se

_____ Count XVI:     Consumer Fraud and/or Unfair and Deceptive
                       Practices Under State Law

_____ Count XVII:    Unjust Enrichment

_____ Count XVIII:   Loss of Consortium

_____ Count XIX:     Survivorship and Wrongful Death

_____ Count XX:      Medical Monitoring

_____ Count XXI:     Punitive Damages

_____ Count XXII:    Other [specify below]

13.   As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____   Count I:         Negligence

_____   Count II:        Strict Liability: Design Defect

_____   Count III:       Negligent Design

_____   Count IV:        Strict Liability: Failure to Warn

_____   Count V:         Negligent Failure to Warn

_____   Count VI:        Negligent Recall

_____   Count VII:       Battery

_____   Count VIII:      Strict Liability: Manufacturing Defect

_____   Count IX:        Negligent Manufacturing

_____   Count X:         Breach of Express Warranty

_____   Count XI:        Breach of the Implied Warranty of Merchantability

_____   Count XII:       Breach of the Implied Warranty of Usability

_____   Count XIII:      Fraud

_____   Count XIV:       Negligent Misrepresentation

_____   Count XV:        Negligence Per Se

_____   Count XVI:       Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____   Count XVII:      Unjust Enrichment

_____   Count XVIII:     Loss of Consortium

_____   Count XIX:       Survivorship and Wrongful Death

_____   Count XX:        Medical Monitoring

_____   Count XXI:       Punitive Damages

_____ Count XXII:  Other [specify below]

+-------------------------------------------------------+
|                                                       |
|                                                       |
+-------------------------------------------------------+

13.    As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I:        Negligence

_____ Count II:       Strict Liability: Design Defect

_____ Count III:      Negligent Design

_____ Count IV:       Strict Liability: Failure to Warn

_____ Count V:        Negligent Failure to Warn

_____ Count VIII:     Strict Liability: Manufacturing Defect

_____ Count IX:       Negligent Manufacturing

_____ Count XIII:     Fraud

_____ Count XIV:      Negligent Misrepresentation

_____ Count XVII:     Unjust Enrichment

_____ Count XVIII:    Loss of Consortium

_____ Count XIX:      Survivorship and Wrongful Death

_____ Count XX:       Medical Monitoring

_____ Count XXI:      Punitive Damages

_____ Count XXII:     Other [specify below]

+-------------------------------------------------------+
|                                                       |
|                                                       |
+-------------------------------------------------------+

14.    As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I:        Negligence

_____ Count II:       Strict Liability: Design Defect

_____ Count III:      Negligent Design

_____ Count IV:       Strict Liability: Failure to Warn

_____ Count V:        Negligent Failure to Warn

_____ Count VIII:    Strict Liability: Manufacturing Defect

_____ Count IX:       Negligent Manufacturing

_____ Count XIII:     Fraud

_____ Count XIV:    Negligent Misrepresentation

_____ Count XVII:   Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX:     Survivorship and Wrongful Death

_____ Count XX:       Medical Monitoring

_____ Count XXI:     Punitive Damages

_____ Count XXII:   Other [specify below]

15.    If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

> N/A

16.     Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

> N/A

17.     Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

> N/A

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: __December 19, 2022__

                                        Kristy M. Arevalo
                                        Attorney
                                        MCCUNE LAW GROUP, APC