UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILLIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : Master Docket: No. 21-MC-1230-JFC :<br>: MDL No. 3014 : : |
| CASE #4:22-cv-01505 | : |

## PLAINTIFF'S, ABRAN RAMIREZ, EXPEDITED MOTION FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ABRAN RAMIREZ, by and through the undersigned counsel, and hereby gives notice that said Plaintiff wishes to dismiss the above-styled cause, *without prejudice*, for the reason that Plaintiff no longer wishes to prosecute this cause of action.

**WHEREFORE,** Plaintiff pray this the Court and all interested parties take notice of this Expedited Motion for Dismissal Without Prejudice in connection with this matter, and that the Court hereby dismiss this case, *without prejudice*, to the refiling of same.

Respectfully submitted,

MATTHEWS & FORESTER

_____
CHAD MATTHEWS
TSB # 00787980
FEDERAL ID #17004
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
(281) 535-3000
(281) 535-3010 (FAX)
cmatthews@matforlaw.com
ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This certifies that on January 9, 2023, the foregoing instrument was electronically filed with the Clerk of Court using the ECF system. Notice of this filing will be automatically sent to all known counsel herein who are Filing Users by operation of the Court's electronic filing system.

_____
CHAD MATTHEWS