UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILLIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : Master Docket: No. 21-MC-1230-JFC<br>:<br>: MDL No. 3014<br>:<br>: |
| CASE #2:22-CV-0769 (WDPA) | : |

# ORDER ON PLAINTIFF'S, ABRAN RAMIREZ, EXPEDITED MOTION FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    IT IS HEREBY ORDERED that the claims of ABRAN RAMIREZ are hereby DISMISSED **WITHOUT PREJUDICE** to the refiling of same.

     s/Joy Flowers Conti
Honorable Joy Flowers Conti
Senior United States District Judge

Dated:  January 11, 2023

*Page 1 of  1*