# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014    2:23-CV-50<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |
| This Document Relates to:<br><br>MARGARET HEUER and GREGORY HEUER, on behalf of themselves and all others similarly situated. | |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

I.   **DEFENDANTS**

   1.   Plaintiff(s) name(s) the following Defendants in this action:

   __X__ Koninklijke Philips N.V.

   __X__ Philips North America LLC.

   __X__ Philips RS North America LLC.

    _____ Philips Holding USA Inc.

    _____ Philips RS North America Holding Corporation.

    _____ Polymer Technologies, Inc.

    _____ Polymer Molded Products LLC.

## II. PLAINTIFF(S)

2. Name of Plaintiff(s):

| Margaret Heuer |
|---|

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

| Gregory Heuer |
|---|

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

|   |
|---|

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

| Pennsylvania |
|---|

III. **DESIGNATED FORUM**

    6.    Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> Western District of PA

IV. **USE OF A RECALLED DEVICE**

    7.    Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ *E30 (Emergency Use Authorization)* | ☐ *Dorma 500* |
| ☐ *DreamStation ASV* | ☐ *REMstar SE Auto* |
| ☐ *DreamStation ST, AVAPS* | ☐ *Trilogy 100* |
| ☐ *SystemOne ASV4* | ☐ *Trilogy 200* |
| ☐ *C-Series ASV* | ☐ *Garbin Plus, Aeris, LifeVent* |
| ☐ *C-Series S/T and AVAPS* | ☐ *A-Series BiPAP Hybrid A30 (not marketed in U.S.)* |
| ☐ *OmniLab Advanced +* | ☐ *A-Series BiPAP V30 Auto* |
| ☐ *SystemOne (Q-Series)* | ☐ *A-Series BiPAP A40* |
| ☐ *DreamStation* | ☐ *A-Series BiPAP A30* |
| ☐ *DreamStation Go* | ☒ *Other Philips Respironics Device*; if other, identify the model: __Philips Remstar Pro-C FlexPlus__ |
| ☐ *Dorma 400* | |

V. **INJURIES**

    8.    Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

    ☐ COPD (new or worsening)

    ☐ Asthma (new or worsening)

    ☐ Pulmonary Fibrosis

    ☐ Other Pulmonary Damage/Inflammatory Response

    ☒ Cancer __Liver/Lung__ (specify cancer)

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☒ Other (specify) ___Vasculitis___

VI. **CAUSES OF ACTION/DAMAGES**

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __X__ Count I:      Negligence

    __X__ Count II:     Strict Liability: Design Defect

    _____ Count III:    Negligent Design

    _____ Count IV:     Strict Liability: Failure to Warn

    _____ Count V:      Negligent Failure to Warn

    _____ Count VI:     Negligent Recall

    _____ Count VII:    Battery

    _____ Count VIII:   Strict Liability: Manufacturing Defect

    _____ Count IX:     Negligent Manufacturing

    __X__ Count X:      Breach of Express Warranty

    __X__ Count XI:     Breach of the Implied Warranty of Merchantability

    _____ Count XII:    Breach of the Implied Warranty of Usability

    _____ Count XIII:   Fraud

    __X__ Count XIV:    Negligent Misrepresentation

    _____ Count XV:     Negligence Per Se

4

__X__ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

__X__ Count XVII: Unjust Enrichment

_____ Count XVIII: Loss of Consortium

_____ Count XIX: Survivorship and Wrongful Death

_____ Count XX: Medical Monitoring

__X__ Count XXI: Punitive Damages

_____ Count XXII: Other [specify below]

> Fraudulent Misrepresentation; Fraud by Omission

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__ Count I: Negligence

__X__ Count II: Strict Liability: Design Defect

_____ Count III: Negligent Design

_____ Count IV: Strict Liability: Failure to Warn

_____ Count V: Negligent Failure to Warn

_____ Count VI: Negligent Recall

_____ Count VII: Battery

_____ Count VIII: Strict Liability: Manufacturing Defect

_____ Count IX: Negligent Manufacturing

__X__ Count X: Breach of Express Warranty

__X__ Count XI: Breach of the Implied Warranty of Merchantability

5

\_\_\_\_\_  Count XII:    Breach of the Implied Warranty of Usability

\_\_\_\_\_  Count XIII:   Fraud

__X__  Count XIV:    Negligent Misrepresentation

\_\_\_\_\_  Count XV:     Negligence Per Se

__X__  Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

__X__  Count XVII:   Unjust Enrichment

\_\_\_\_\_  Count XVIII:  Loss of Consortium

\_\_\_\_\_  Count XIX:    Survivorship and Wrongful Death

\_\_\_\_\_  Count XX:     Medical Monitoring

__X__  Count XXI:    Punitive Damages

\_\_\_\_\_  Count XXII:   Other [specify below]

> Fraudulent Misrepresentation; Fraud by Omission

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__  Count I:      Negligence

__X__  Count II:     Strict Liability: Design Defect

\_\_\_\_\_  Count III:    Negligent Design

\_\_\_\_\_  Count IV:     Strict Liability: Failure to Warn

\_\_\_\_\_  Count V:      Negligent Failure to Warn

\_\_\_\_\_  Count VI:     Negligent Recall

\_\_\_\_\_  Count VII:    Battery

    \_\_\_\_\_   Count VIII:   Strict Liability: Manufacturing Defect

    \_\_\_\_\_   Count IX:   Negligent Manufacturing

    \_\_X\_\_   Count X:   Breach of Express Warranty

    \_\_X\_\_   Count XI:   Breach of the Implied Warranty of Merchantability

    \_\_\_\_\_   Count XII:   Breach of the Implied Warranty of Usability

    \_\_\_\_\_   Count XIII:   Fraud

    \_\_X\_\_   Count XIV:   Negligent Misrepresentation

    \_\_\_\_\_   Count XV:   Negligence Per Se

    \_\_X\_\_   Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    \_\_X\_\_   Count XVII:   Unjust Enrichment

    \_\_\_\_\_   Count XVIII:   Loss of Consortium

    \_\_\_\_\_   Count XIX:   Survivorship and Wrongful Death

    \_\_\_\_\_   Count XX:   Medical Monitoring

    \_\_X\_\_   Count XXI:   Punitive Damages

    \_\_\_\_\_   Count XXII:   Other [specify below]

> Fraudulent Misrepresentation; Fraud by Omission

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    \_\_\_\_\_   Count I:   Negligence

    \_\_\_\_\_   Count II:   Strict Liability: Design Defect

    \_\_\_\_\_   Count III:   Negligent Design

_____  Count IV:     Strict Liability: Failure to Warn

_____  Count V:      Negligent Failure to Warn

_____  Count VI:     Negligent Recall

_____  Count VII:    Battery

_____  Count VIII:   Strict Liability: Manufacturing Defect

_____  Count IX:     Negligent Manufacturing

_____  Count X:      Breach of Express Warranty

_____  Count XI:     Breach of the Implied Warranty of Merchantability

_____  Count XII:    Breach of the Implied Warranty of Usability

_____  Count XIII:   Fraud

_____  Count XIV:    Negligent Misrepresentation

_____  Count XV:     Negligence Per Se

_____  Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____  Count XVII:   Unjust Enrichment

_____  Count XVIII:  Loss of Consortium

_____  Count XIX:    Survivorship and Wrongful Death

_____  Count XX:     Medical Monitoring

_____  Count XXI:    Punitive Damages

_____  Count XXII:   Other [specify below]

> Fraudulent Misrepresentation; Fraud by Omission

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| _____ | Count I: | Negligence |
| _____ | Count II: | Strict Liability: Design Defect |
| _____ | Count III: | Negligent Design |
| _____ | Count IV: | Strict Liability: Failure to Warn |
| _____ | Count V: | Negligent Failure to Warn |
| _____ | Count VI: | Negligent Recall |
| _____ | Count VII: | Battery |
| _____ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count X: | Breach of Express Warranty |
| _____ | Count XI: | Breach of the Implied Warranty of Merchantability |
| _____ | Count XII: | Breach of the Implied Warranty of Usability |
| _____ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XV: | Negligence Per Se |
| _____ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| _____ | Count XVII: | Unjust Enrichment |
| _____ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| _____ | Count XXI: | Punitive Damages |

_____ Count XXII:   Other [specify below]

> Fraudulent Misrepresentation; Fraud by Omission

13. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

_____ Count I:         Negligence

_____ Count II:        Strict Liability: Design Defect

_____ Count III:       Negligent Design

_____ Count IV:        Strict Liability: Failure to Warn

_____ Count V:         Negligent Failure to Warn

_____ Count VIII:      Strict Liability: Manufacturing Defect

_____ Count IX:        Negligent Manufacturing

_____ Count XIII:      Fraud

_____ Count XIV:       Negligent Misrepresentation

_____ Count XVII:      Unjust Enrichment

_____ Count XVIII:     Loss of Consortium

_____ Count XIX:       Survivorship and Wrongful Death

_____ Count XX:        Medical Monitoring

_____ Count XXI:       Punitive Damages

_____ Count XXII:      Other [specify below]

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| _____ | Count I: | Negligence |
| _____ | Count II: | Strict Liability: Design Defect |
| _____ | Count III: | Negligent Design |
| _____ | Count IV: | Strict Liability: Failure to Warn |
| _____ | Count V: | Negligent Failure to Warn |
| _____ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XVII: | Unjust Enrichment |
| _____ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| _____ | Count XXI: | Punitive Damages |
| _____ | Count XXII: | Other [specify below] |

```
┌─────────────────────────────────────────────────────────┐
│                                                         │
│                                                         │
│                                                         │
└─────────────────────────────────────────────────────────┘
```

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: 1-11-23

David K. Houck
Ogg, Murphy & Perkosky, PC
245 Fort Pitt Boulevard
Pittsburgh, PA 15222

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Margaret Heuer and Greg Heuer on behalf of themselves

**(b)** County of Residence of First Listed Plaintiff   **Westmoreland County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David Kennedy Houck, Ogg, Murphy & Perkosky, 245 Fort Pitt Boulevard, Pittsburgh, PA 15222 412.471.8500

### DEFENDANTS
Koninklijke Philips N.V.; Philips North America, LLC; and

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [x] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 790 Other Labor Litigation | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332 of the Class Action Fairness Act of 2005.
Brief description of cause:
Consumer fraud, common law fraud, and breaches of warranty stemming from defective products.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Joy Flowers Conti   DOCKET NUMBER   21MC1230

DATE   1/5/23
SIGNATURE OF ATTORNEY OF RECORD   /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44A REVISED June, 2009
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**

This case belongs on the ( ○ Erie   ○ Johnstown   ⦿ Pittsburgh) calendar.

1. **ERIE CALENDAR** – If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venang or Warren, OR any plaintiff or defendant resides in one of said counties.

2. **JOHNSTOWN CALENDAR** – If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset OR any plaintiff or defendant resides in one of said counties.

3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

4. Complete if on **JOHNSTOWN CALENDAR**: I certify that the cause of action arose in _____ County and that the _____ resides in _____ County.

**PART B** (You are to check ONE of the following)

1. ⦿ This case is related to Number 21MC1230. Short Caption PHILIPS RECALLED CPAP BI-LEVEL
2. ○ This case is not related to a pending or terminated case.

**DEFINITIONS OF RELATED CASES:**

**CIVIL:** Civil cases are deemed related when a case filed relates to property included in another suit or involves the same issues of fact or it grows out of the same transactions as another suit or involves the validity or infringement of a patent involved in another suit EMINENT DOMAIN: Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
**HABEAS CORPUS & CIVIL RIGHTS:** All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PART C**

I. CIVIL CATEGORY (Select the applicable category).
  1. ○  Antitrust and Securities Act Cases
  2. ○  Labor-Management Relations
  3. ○  Habeas corpus
  4. ○  Civil Rights
  5. ○  Patent, Copyright, and Trademark
  6. ○  Eminent Domain
  7. ○  All other federal question cases
  8. ⦿  All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest
  9. ○  Insurance indemnity, contract and other diversity cases.
  10. ○ Government Collection Cases (shall include HEW Student Loans (Education), V A Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, SBA Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct

Date: 1/5/23                                      _____[signature]_____
                                                        ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH FORMS MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.