IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : : : : : | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>HON. JOY FLOWERS CONTI |
| This Document Relates to: | : : | ELECTRONIC FILING |
| RICHARD MATZ and JAMIE LYNN MATZ, CIVIL ACTION NO. 2:23-CV-117 | | SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.    DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

    __X__ Koninklijke Philips N.V.

    __X__ Philips North America LLC.

    __X__ Philips RS North America LLC.

1

__X__ Philips Holding USA Inc.

__X__ Philips RS North America Holding Corporation.

__X__ Polymer Technologies, Inc.

__X__ Polymer Molded Products LLC.

**II.     PLAINTIFF(S)**

2. Name of Plaintiff(s):

> RICHARD MATZ, JR.

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

> JAMIE LYNN MATZ

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> 

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> PENNSYLVANIA

### III. DESIGNATED FORUM

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> PENNSYLVANIA

### IV. USE OF A RECALLED DEVICE

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ E30 (Emergency Use Authorization) | ☐ Dorma 500 |
| ☐ DreamStation ASV | ☐ REMstar SE Auto |
| ☐ DreamStation ST, AVAPS | ☐ Trilogy 100 |
| ☐ SystemOne ASV4 | ☐ Trilogy 200 |
| ☐ C-Series ASV | ☐ Garbin Plus, Aeris, LifeVent |
| ☐ C-Series S/T and AVAPS | ☐ A-Series BiPAP Hybrid A30 (not marketed in U.S.) |
| ☐ OmniLab Advanced + | ☐ A-Series BiPAP V30 Auto |
| ☐ SystemOne (Q-Series) | ☐ A-Series BiPAP A40 |
| ☒ DreamStation | ☐ A-Series BiPAP A30 |
| ☐ DreamStation Go | ☒ Other Philips Respironics Device; if other, identify the model: Prior model (believed also to be DreamStation) |
| ☐ Dorma 400 | |

### V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☐ COPD (new or worsening)

☐ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☐ Other Pulmonary Damage/Inflammatory Respons

☒ Other -- Laryngeal Cancer

3

☐ Kidney Damage

☐ Liver Damage

☐ Heart Damage

☐ Death

☐ Other (specify) _____

VI. **CAUSES OF ACTION/DAMAGES**

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __x__ | Count II: | Strict Liability: Design Defect |
| __X__ | Count III: | Negligent Design |
| __x__ | Count IV: | Strict Liability: Failure to Warn |
| __x__ | Count V: | Negligent Failure to Warn |
| _____ | Count VI: | Negligent Recall |
| _____ | Count VII: | Battery |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count X: | Breach of Express Warranty |
| __x__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| _____ | Count XII: | Breach of the Implied Warranty of Usability |
| __X__ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XV: | Negligence Per Se |

\_\_\_X\_\_\_ Count XVI:     Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____ Count XVII:    Unjust Enrichment

\_\_\_X\_\_\_ Count XVIII:   Loss of Consortium

_____ Count XIX:     Survivorship and Wrongful Death

_____ Count XX:      Medical Monitoring

\_\_\_X\_\_\_ Count XXI:     Punitive Damages

_____ Count XXII:    Other [specify below]

[                                                                 ]

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

\_\_\_X\_\_\_ Count I:       Negligence

\_\_\_X\_\_\_ Count II:      Strict Liability: Design Defect

\_\_\_X\_\_\_ Count III:     Negligent Design

\_\_\_X\_\_\_ Count IV:      Strict Liability: Failure to Warn

\_\_\_X\_\_\_ Count V:       Negligent Failure to Warn

_____ Count VI:      Negligent Recall

_____ Count VII:     Battery

\_\_\_X\_\_\_ Count VIII:    Strict Liability: Manufacturing Defect

_____ Count IX:      Negligent Manufacturing

_____ Count X:       Breach of Express Warranty

\_\_\_X\_\_\_ Count XI:      Breach of the Implied Warranty of Merchantability

5

_____ Count XII: Breach of the Implied Warranty of Usability

\_\_X\_\_ Count XIII: Fraud

_____ Count XIV: Negligent Misrepresentation

_____ Count XV: Negligence Per Se

\_\_X\_\_ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____ Count XVII: Unjust Enrichment

\_\_x\_\_ Count XVIII: Loss of Consortium

_____ Count XIX: Survivorship and Wrongful Death

_____ Count XX: Medical Monitoring

\_\_X\_\_ Count XXI: Punitive Damages

_____ Count XXII: Other [specify below]

[                                                                 ]

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

\_\_X\_\_ Count I: Negligence

\_\_X\_\_ Count II: Strict Liability: Design Defect

\_\_x\_\_ Count III: Negligent Design

\_\_X\_\_ Count IV: Strict Liability: Failure to Warn

\_\_X\_\_ Count V: Negligent Failure to Warn

_____ Count VI: Negligent Recall

_____ Count VII: Battery

__x___   Count VIII:   Strict Liability: Manufacturing Defect

_____   Count IX:     Negligent Manufacturing

_____   Count X:      Breach of Express Warranty

__x___   Count XI:     Breach of the Implied Warranty of Merchantability

_____   Count XII:    Breach of the Implied Warranty of Usability

__x___   Count XIII:   Fraud

_____   Count XIV:    Negligent Misrepresentation

_____   Count XV:     Negligence Per Se

__x___   Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

_____   Count XVII:   Unjust Enrichment

__x___   Count XVIII:  Loss of Consortium

_____   Count XIX:    Survivorship and Wrongful Death

_____   Count XX:     Medical Monitoring

__x___   Count XXI:    Punitive Damages

_____   Count XXII:   Other [specify below]

12.   As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__x___   Count I:      Negligence

__x___   Count II:     Strict Liability: Design Defect

__x___   Count III:    Negligent Design

7

| | | |
|---|---|---|
| __x__ | Count IV: | Strict Liability: Failure to Warn |
| __x__ | Count V: | Negligent Failure to Warn |
| _____ | Count VI: | Negligent Recall |
| _____ | Count VII: | Battery |
| __x__ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count X: | Breach of Express Warranty |
| __x__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| _____ | Count XII: | Breach of the Implied Warranty of Usability |
| __x__ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XV: | Negligence Per Se |
| __x__ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| _____ | Count XVII: | Unjust Enrichment |
| __x__ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| __x__ | Count XXI: | Punitive Damages |
| _____ | Count XXII: | Other [specify below] |

[                                                                 ]

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __x__ | Count III: | Negligent Design |
| __x__ | Count IV: | Strict Liability: Failure to Warn |
| __x__ | Count V: | Negligent Failure to Warn |
| _____ | Count VI: | Negligent Recall |
| _____ | Count VII: | Battery |
| __x__ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count X: | Breach of Express Warranty |
| __X__ | Count XI: | Breach of the Implied Warranty of Merchantability |
| _____ | Count XII: | Breach of the Implied Warranty of Usability |
| __x__ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XV: | Negligence Per Se |
| __x__ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| _____ | Count XVII: | Unjust Enrichment |
| __x__ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| __x__ | Count XXI: | Punitive Damages |

_____   Count XXII:   Other [specify below]

```
┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                                                             │
└─────────────────────────────────────────────────────────────┘
```

13. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __X__   Count I:   Negligence

    __X__   Count II:   Strict Liability: Design Defect

    __X__   Count III:   Negligent Design

    __X__   Count IV:   Strict Liability: Failure to Warn

    __X__   Count V:   Negligent Failure to Warn

    __X__   Count VIII:   Strict Liability: Manufacturing Defect

    _____   Count IX:   Negligent Manufacturing

    __X__   Count XIII:   Fraud

    _____   Count XIV:   Negligent Misrepresentation

    _____   Count XVII:   Unjust Enrichment

    __X__   Count XVIII:   Loss of Consortium

    _____   Count XIX:   Survivorship and Wrongful Death

    _____   Count XX:   Medical Monitoring

    __X__   Count XXI:   Punitive Damages

    _____   Count XXII:   Other [specify below]

```
┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                                                             │
└─────────────────────────────────────────────────────────────┘
```

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| __X__ | Count I: | Negligence |
| __X__ | Count II: | Strict Liability: Design Defect |
| __x__ | Count III: | Negligent Design |
| __X__ | Count IV: | Strict Liability: Failure to Warn |
| __X__ | Count V: | Negligent Failure to Warn |
| __X__ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| __X__ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XVII: | Unjust Enrichment |
| __X__ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| __X__ | Count XXI: | Punitive Damages |
| _____ | Count XXII: | Other [specify below] |

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

11

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Dated:  February 14, 2023

RESPECTFULLY SUBMITTED,
s/Adrian N. Roe
Roe & Simon LLC
428 Boulevard of the Allies
Pittsburgh, PA 15219
aroe@roeandsimonllc.com
412-434-8187

12