IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>**This Document Relates to:**<br><br>Melvin Williams<br>2:22-CV-01784-JFC | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>**SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, BiLevel PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

I. **DEFENDANTS**

1. Plaintiff(s) name(s) the following Defendants in this action:

     __X__ Koninklijke Philips N.V.

     __X__ Philips North America LLC.

     __X__ Philips RS North America LLC.

     __X__ Philips Holding USA Inc.

     __X__ Philips RS North America Holding Corporation.

1

    ___X___ Polymer Technologies, Inc.

    ___X___ Polymer Molded Products LLC.

**II.**   **PLAINTIFF(S)**

   2.   Name of Plaintiff(s):

     Melvin Williams

   3.   Name of spouse of Plaintiff (if loss of consortium claim is being made):

   4.   Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   5.   State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

     California

**III.**   **DESIGNATED FORUM**

   6.   Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

     Eastern District of California

**IV.**   **USE OF A RECALLED DEVICE**

   7.   Plaintiff used the following Recalled Device(s):

     ___X___ *Trilogy 100*

**V.**   **INJURIES**

   8.   Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

_____ COPD (new or worsening)

\_\_X\_\_ Asthma (new or worsening) of Child

_____ Pulmonary Fibrosis

_____ Other Pulmonary Damage/Inflammatory Response

_____ Cancer _____ (specify cancer)

_____ Kidney Damage

_____ Liver Damage

_____ Heart Damage

\_\_X\_\_ Death of Child

\_\_X\_\_ Other (specify) _Acute Respiratory Failure of Child_____

**VI.    CAUSES OF ACTION/DAMAGES**

9.  As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    \_\_X\_\_ Count I:        Negligence

    \_\_X\_\_ Count II:       Strict Liability: Design Defect

    \_\_X\_\_ Count III:      Negligent Design

    \_\_X\_\_ Count IV:      Strict Liability: Failure to Warn

    \_\_X\_\_ Count V:       Negligent Failure to Warn

    \_\_X\_\_ Count VI:      Negligent Recall

    \_\_X\_\_ Count VII:     Battery

    \_\_X\_\_ Count VIII:    Strict Liability: Manufacturing Defect

    \_\_X\_\_ Count IX:      Negligent Manufacturing

    \_\_X\_\_ Count X:       Breach of Express Warranty

    \_\_X\_\_ Count XI:      Breach of the Implied Warranty of Merchantability

    __X__ Count XII:    Breach of the Implied Warranty of Usability

    __X__ Count XIII:   Fraud

    __X__ Count XIV:   Negligent Misrepresentation

    __X__ Count XV:    Negligence Per Se

    __X__ Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    __X__ Count XVII:  Unjust Enrichment

    _____ Count XVIII: Loss of Consortium

    __X__ Count XIX:   Survivorship and Wrongful Death

    _____ Count XX:    Medical Monitoring

    __X__ Count XXI:   Punitive Damages

    _____ Count XXII:  Other [specify below]

    [   ]

10.    As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __X__ Count I:      Negligence

    __X__ Count II:     Strict Liability: Design Defect

    __X__ Count III:    Negligent Design

    __X__ Count IV:    Strict Liability: Failure to Warn

    __X__ Count V:     Negligent Failure to Warn

    __X__ Count VI:    Negligent Recall

    __X__ Count VII:   Battery

    __X__ Count VIII:  Strict Liability: Manufacturing Defect

    __X__ Count IX:    Negligent Manufacturing

    __X__ Count X:     Breach of Express Warranty

    __X__ Count XI:    Breach of the Implied Warranty of Merchantability

4

   __X__ Count XII:   Breach of the Implied Warranty of Usability

   __X__ Count XIII:  Fraud

   __X__ Count XIV:  Negligent Misrepresentation

   __X__ Count XV:   Negligence Per Se

   __X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII:  Other [specify below]

|  |
|--|
|  |

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__ Count I:     Negligence

   __X__ Count II:    Strict Liability: Design Defect

   __X__ Count III:   Negligent Design

   __X__ Count IV:   Strict Liability: Failure to Warn

   __X__ Count V:    Negligent Failure to Warn

   __X__ Count VI:   Negligent Recall

   __X__ Count VII:  Battery

   __X__ Count VIII: Strict Liability: Manufacturing Defect

   __X__ Count IX:   Negligent Manufacturing

   __X__ Count X:    Breach of Express Warranty

   __X__ Count XI:   Breach of the Implied Warranty of Merchantability

   __X__ Count XII:   Breach of the Implied Warranty of Usability

   __X__ Count XIII:  Fraud

   __X__ Count XIV:  Negligent Misrepresentation

   __X__ Count XV:   Negligence Per Se

   __X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII:  Other [specify below]

> 

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__ Count I:     Negligence

   __X__ Count II:    Strict Liability: Design Defect

   __X__ Count III:   Negligent Design

   __X__ Count IV:   Strict Liability: Failure to Warn

   __X__ Count V:    Negligent Failure to Warn

   __X__ Count VI:   Negligent Recall

   __X__ Count VII:  Battery

   __X__ Count VIII: Strict Liability: Manufacturing Defect

   __X__ Count IX:   Negligent Manufacturing

   __X__ Count X:    Breach of Express Warranty

   __X__   Count XI:      Breach of the Implied Warranty of Merchantability

   __X__   Count XII:     Breach of the Implied Warranty of Usability

   __X__   Count XIII:    Fraud

   __X__   Count XIV:    Negligent Misrepresentation

   __X__   Count XV:     Negligence Per Se

   __X__   Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__   Count XVII:   Unjust Enrichment

   _____   Count XVIII:  Loss of Consortium

   __X__   Count XIX:    Survivorship and Wrongful Death

   _____   Count XX:     Medical Monitoring

   __X__   Count XXI:    Punitive Damages

   _____   Count XXII:   Other [specify below]

|  |
|---|
|  |

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

        __X__   Count I:        Negligence

        __X__   Count II:       Strict Liability: Design Defect

        __X__   Count III:      Negligent Design

        __X__   Count IV:      Strict Liability: Failure to Warn

        __X__   Count V:       Negligent Failure to Warn

        __X__   Count VI:      Negligent Recall

        __X__   Count VII:     Battery

        __X__   Count VIII:    Strict Liability: Manufacturing Defect

        __X__   Count IX:      Negligent Manufacturing

    __ X __ Count X:      Breach of Express Warranty

    __ X __ Count XI:     Breach of the Implied Warranty of Merchantability

    __ X __ Count XII:    Breach of the Implied Warranty of Usability

    __ X __ Count XIII:   Fraud

    __ X __ Count XIV:   Negligent Misrepresentation

    __ X __ Count XV:    Negligence Per Se

    __ X __ Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    __ X __ Count XVII:  Unjust Enrichment

    _____ Count XVIII: Loss of Consortium

    __ X __ Count XIX:  Survivorship and Wrongful Death

    _____ Count XX:   Medical Monitoring

    __ X __ Count XXI:  Punitive Damages

    _____ Count XXII:  Other [specify below]

 

14. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    __ X __ Count I:      Negligence

    __ X __ Count II:     Strict Liability: Design Defect

    __ X __ Count III:    Negligent Design

    __ X __ Count IV:    Strict Liability: Failure to Warn

    __ X __ Count V:     Negligent Failure to Warn

    __ X __ Count VI:    Negligent Recall

    __ X __ Count VII:   Battery

    __ X __ Count VIII:  Strict Liability: Manufacturing Defect

   __X__ Count IX:     Negligent Manufacturing

   __X__ Count X:      Breach of Express Warranty

   __X__ Count XI:     Breach of the Implied Warranty of Merchantability

   __X__ Count XII:    Breach of the Implied Warranty of Usability

   __X__ Count XIII:   Fraud

   __X__ Count XIV:   Negligent Misrepresentation

   __X__ Count XV:    Negligence Per Se

   __X__ Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII:  Other [specify below]

15. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

__X__ Count IX:   Negligent Manufacturing

__X__ Count X:    Breach of Express Warranty

__X__ Count XI:   Breach of the Implied Warranty of Merchantability

__X__ Count XII:  Breach of the Implied Warranty of Usability

__X__ Count XIII: Fraud

__X__ Count XIV:  Negligent Misrepresentation

__X__ Count XV:   Negligence Per Se

__X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

__X__ Count XVII: Unjust Enrichment

_____ Count XVIII: Loss of Consortium

__X__ Count XIX:  Survivorship and Wrongful Death

_____ Count XX:    Medical Monitoring

__X__ Count XXI:  Punitive Damages

_____ Count XXII:  Other [specify below]

15. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__  Count I:      Negligence

   __X__  Count II:     Strict Liability: Design Defect

   __X__  Count III:    Negligent Design

   __X__  Count IV:    Strict Liability: Failure to Warn

   __X__  Count V:     Negligent Failure to Warn

   __X__  Count VI:    Negligent Recall

   __X__  Count VII:   Battery


   __X__  Count VIII:  Strict Liability: Manufacturing Defect

   __X__  Count IX:    Negligent Manufacturing

   __X__  Count X:     Breach of Express Warranty

   __X__  Count XI:    Breach of the Implied Warranty of Merchantability

   __X__  Count XII:   Breach of the Implied Warranty of Usability

   __X__  Count XIII:  Fraud

   __X__  Count XIV:  Negligent Misrepresentation

   __X__  Count XV:   Negligence Per Se

   __X__  Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__  Count XVII:  Unjust Enrichment

   _____  Count XVIII: Loss of Consortium

   __X__  Count XIX:  Survivorship and Wrongful Death

   _____  Count XX:   Medical Monitoring

   __X__  Count XXI:  Punitive Damages

   _____  Count XXII: Other [specify below]

16. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the

Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

As a direct and proximate result of the defective device and Defendants' conduct, Plaintiff's son suffered acute respiratory failure leading to his death and causing Plaintiff to incur general damages, including extreme emotional pain and suffering and mental anguish from the loss of their child, and the loss of support, comfort and companionship, as well as other compensatory damages.

17. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

18. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: February 17, 2023                    /s/ Arnold D. Samuel
                                           Arnold D. Samuel
                                           (CA Bar No. 180014)
                                           Samuel Law Office, PC
                                           P.O. Box 6434
                                           Folsom, CA 95630
                                           (916) 293-9439
                                           arnold@samuellawoffice.com

                                           Attorney for Plaintiff