IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>Victoria Williams<br>2:22-CV-01784-JFC | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, BiLevel PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.      DEFENDANTS**

      1.      Plaintiff(s) name(s) the following Defendants in this action:

          __X__ Koninklijke Philips N.V.

          __X__ Philips North America LLC.

          __X__ Philips RS North America LLC.

          __X__ Philips Holding USA Inc.

          __X__ Philips RS North America Holding Corporation.

1

        __X__ Polymer Technologies, Inc.

        __X__ Polymer Molded Products LLC.

## II. PLAINTIFF(S)

2. Name of Plaintiff(s):

   Victoria Williams

3. Name of spouse of Plaintiff (if loss of consortium claim is being made):

   [ ]

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

   [ ]

5. State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

   California

## III. DESIGNATED FORUM

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

   Eastern District of California

## IV. USE OF A RECALLED DEVICE

7. Plaintiff used the following Recalled Device(s):

   __X__ *Trilogy 100*

## V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

_____    COPD (new or worsening)

\_\_X\_\_   Asthma (new or worsening) of Child

_____    Pulmonary Fibrosis

_____    Other Pulmonary Damage/Inflammatory Response

_____    Cancer _____ (specify cancer)

_____    Kidney Damage

_____    Liver Damage

_____    Heart Damage

\_\_X\_\_   Death of Child

\_\_X\_\_   Other (specify) _Acute Respiratory Failure of Child_____

**VI.    CAUSES OF ACTION/DAMAGES**

9.  As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    \_\_X\_\_   Count I:        Negligence

    \_\_X\_\_   Count II:       Strict Liability: Design Defect

    \_\_X\_\_   Count III:      Negligent Design

    \_\_X\_\_   Count IV:      Strict Liability: Failure to Warn

    \_\_X\_\_   Count V:       Negligent Failure to Warn

    \_\_X\_\_   Count VI:      Negligent Recall

    \_\_X\_\_   Count VII:     Battery

    \_\_X\_\_   Count VIII:    Strict Liability: Manufacturing Defect

    \_\_X\_\_   Count IX:      Negligent Manufacturing

    \_\_X\_\_   Count X:       Breach of Express Warranty

    \_\_X\_\_   Count XI:      Breach of the Implied Warranty of Merchantability

   __X__ Count XII:   Breach of the Implied Warranty of Usability

   __X__ Count XIII:  Fraud

   __X__ Count XIV:  Negligent Misrepresentation

   __X__ Count XV:   Negligence Per Se

   __X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII:  Other [specify below]

```
┌─────────────────────────────────────────┐
│                                         │
│                                         │
└─────────────────────────────────────────┘
```

10.    As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__ Count I:     Negligence

   __X__ Count II:    Strict Liability: Design Defect

   __X__ Count III:   Negligent Design

   __X__ Count IV:   Strict Liability: Failure to Warn

   __X__ Count V:    Negligent Failure to Warn

   __X__ Count VI:   Negligent Recall

   __X__ Count VII:  Battery

   __X__ Count VIII: Strict Liability: Manufacturing Defect

   __X__ Count IX:   Negligent Manufacturing

   __X__ Count X:    Breach of Express Warranty

   __X__ Count XI:   Breach of the Implied Warranty of Merchantability

   __X__ Count XII:   Breach of the Implied Warranty of Usability

   __X__ Count XIII:  Fraud

   __X__ Count XIV:  Negligent Misrepresentation

   __X__ Count XV:   Negligence Per Se

   __X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII:  Other [specify below]

[                                                                      ]

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__ Count I:     Negligence

   __X__ Count II:    Strict Liability: Design Defect

   __X__ Count III:   Negligent Design

   __X__ Count IV:   Strict Liability: Failure to Warn

   __X__ Count V:    Negligent Failure to Warn

   __X__ Count VI:   Negligent Recall

   __X__ Count VII:  Battery

   __X__ Count VIII: Strict Liability: Manufacturing Defect

   __X__ Count IX:   Negligent Manufacturing

   __X__ Count X:    Breach of Express Warranty

   __X__ Count XI:   Breach of the Implied Warranty of Merchantability

5

   X    Count XII:    Breach of the Implied Warranty of Usability

   X    Count XIII:   Fraud

   X    Count XIV:   Negligent Misrepresentation

   X    Count XV:    Negligence Per Se

   X    Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   X    Count XVII:  Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   X    Count XIX:   Survivorship and Wrongful Death

   _____ Count XX:    Medical Monitoring

   X    Count XXI:   Punitive Damages

   _____ Count XXII:  Other [specify below]

|  |
|---|

12. As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   X    Count I:     Negligence

   X    Count II:    Strict Liability: Design Defect

   X    Count III:   Negligent Design

   X    Count IV:   Strict Liability: Failure to Warn

   X    Count V:    Negligent Failure to Warn

   X    Count VI:   Negligent Recall

   X    Count VII:  Battery

   X    Count VIII: Strict Liability: Manufacturing Defect

   X    Count IX:   Negligent Manufacturing

   X    Count X:    Breach of Express Warranty

   __X__  Count XI:     Breach of the Implied Warranty of Merchantability

   __X__  Count XII:    Breach of the Implied Warranty of Usability

   __X__  Count XIII:   Fraud

   __X__  Count XIV:   Negligent Misrepresentation

   __X__  Count XV:    Negligence Per Se

   __X__  Count XVI:   Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__  Count XVII:  Unjust Enrichment

   _____  Count XVIII: Loss of Consortium

   __X__  Count XIX:   Survivorship and Wrongful Death

   _____  Count XX:    Medical Monitoring

   __X__  Count XXI:   Punitive Damages

   _____  Count XXII:  Other [specify below]

 

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

      __X__  Count I:       Negligence

      __X__  Count II:      Strict Liability: Design Defect

      __X__  Count III:     Negligent Design

      __X__  Count IV:     Strict Liability: Failure to Warn

      __X__  Count V:      Negligent Failure to Warn

      __X__  Count VI:     Negligent Recall

      __X__  Count VII:    Battery

      __X__  Count VIII:   Strict Liability: Manufacturing Defect

      __X__  Count IX:     Negligent Manufacturing

   __X__ Count X:     Breach of Express Warranty

   __X__ Count XI:    Breach of the Implied Warranty of Merchantability

   __X__ Count XII:   Breach of the Implied Warranty of Usability

   __X__ Count XIII:  Fraud

   __X__ Count XIV:  Negligent Misrepresentation

   __X__ Count XV:   Negligence Per Se

   __X__ Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII: Unjust Enrichment

   _____ Count XVIII: Loss of Consortium

   __X__ Count XIX:  Survivorship and Wrongful Death

   _____ Count XX:   Medical Monitoring

   __X__ Count XXI:  Punitive Damages

   _____ Count XXII: Other [specify below]

<div style="border:1px solid #000; height:3em;"></div>

14.    As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

      __X__ Count I:     Negligence

      __X__ Count II:    Strict Liability: Design Defect

      __X__ Count III:   Negligent Design

      __X__ Count IV:   Strict Liability: Failure to Warn

      __X__ Count V:    Negligent Failure to Warn

      __X__ Count VI:   Negligent Recall

      __X__ Count VII:  Battery

      __X__ Count VIII: Strict Liability: Manufacturing Defect

   __X__ Count IX:    Negligent Manufacturing

   __X__ Count X:    Breach of Express Warranty

   __X__ Count XI:    Breach of the Implied Warranty of Merchantability

   __X__ Count XII:    Breach of the Implied Warranty of Usability

   __X__ Count XIII:    Fraud

   __X__ Count XIV:    Negligent Misrepresentation

   __X__ Count XV:    Negligence Per Se

   __X__ Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__ Count XVII:    Unjust Enrichment

   _____ Count XVIII:    Loss of Consortium

   __X__ Count XIX:    Survivorship and Wrongful Death

   _____ Count XX:    Medical Monitoring

   __X__ Count XXI:    Punitive Damages

   _____ Count XXII:    Other [specify below]

15. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

   __X__  Count I:    Negligence

   __X__  Count II:   Strict Liability: Design Defect

   __X__  Count III:  Negligent Design

   __X__  Count IV:   Strict Liability: Failure to Warn

   __X__  Count V:    Negligent Failure to Warn

   __X__  Count VI:   Negligent Recall

   __X__  Count VII:  Battery

   __X__  Count VIII: Strict Liability: Manufacturing Defect

   __X__  Count IX:   Negligent Manufacturing

   __X__  Count X:    Breach of Express Warranty

   __X__  Count XI:   Breach of the Implied Warranty of Merchantability

   __X__  Count XII:  Breach of the Implied Warranty of Usability

   __X__  Count XIII: Fraud

   __X__  Count XIV:  Negligent Misrepresentation

   __X__  Count XV:   Negligence Per Se

   __X__  Count XVI:  Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

   __X__  Count XVII: Unjust Enrichment

   _____  Count XVIII: Loss of Consortium

   __X__  Count XIX:  Survivorship and Wrongful Death

   _____  Count XX:   Medical Monitoring

   __X__  Count XXI:  Punitive Damages

   _____  Count XXII: Other [specify below]

16. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the

Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

As a direct and proximate result of the defective device and Defendants' conduct, Plaintiff's son suffered acute respiratory failure leading to his death and causing Plaintiff to incur general damages, including extreme emotional pain and suffering and mental anguish from the loss of their child, and the loss of support, comfort and companionship, as well as other compensatory damages.

17. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

18. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: February 17, 2023                              /s/ Arnold D. Samuel
                                                     Arnold D. Samuel
                                                     (CA Bar No. 180014)
                                                     Samuel Law Office, PC
                                                     P.O. Box 6434
                                                     Folsom, CA 95630
                                                     (916) 293-9439
                                                     arnold@samuellawoffice.com

                                                     Attorney for Plaintiff