# EXHIBIT A

| | |
|---|---|
| **From:** | Bob Marsh <bobm@polytechinc.com> |
| **Sent:** | Tuesday, August 30, 2016 4:00 PM |
| **To:** | Alfieri, Richard |
| **Cc:** | Chuck Drost; Bonnie Peterson; Tom Yebernetsky; Clementi, Frank; 'cflynn@paramountdie.com' |
| **Subject:** | RE: PAFS Foam Question |

Rich,

We use several foam suppliers interchangeably for PAF. They all meet our performance expectations. I would not be surprised to find that the samples tested came from several sources and demonstrated analytical differences like what was found.

Best Regards,
BobM

**From:** Alfieri, Richard [mailto:rich.alfieri@philips.com]
**Sent:** Tuesday, August 30, 2016 3:31 PM
**To:** Bob Marsh
**Cc:** Chuck Drost; Bonnie Peterson; Tom Yebernetsky; Clementi, Frank; 'cflynn@paramountdie.com'
**Subject:** RE: PAFS Foam Question

Bob,

We received PAF die cut samples of our parts from Paramount Die recently.

We plan an accelerated life test to compare the humidity resistance of PAF and PAFS foams. During the initial inspection at the lab, they identified differences in the PAF foam supplied.

Please review the attached file for a brief description of the differences. Is this common to see differences between batches and thicknesses?

Rich


Rich Alfieri
Senior Staff Mechanical Engineer
Core Technology Research
Sleep & Respiratory Care
Philips Home Healthcare Solutions
1740 Golden Mile Highway
Monroeville, PA 15146
724-387-5693
rich.alfieri@philips.com

1

**From:** Bob Marsh [mailto:bobm@polytechinc.com]
**Sent:** Friday, August 05, 2016 9:49 AM
**To:** Alfieri, Richard <rich.alfieri@philips.com>
**Cc:** Chuck Drost <chuck@polytechinc.com>; Bonnie Peterson <bonnie@polytechinc.com>; Tom Yebernetsky <TYebernetsky@brandonsales.com>; Clementi, Frank <frank.clementi@philips.com>
**Subject:** RE: PAFS Foam Question

Rich,

Chuck already relayed that the only change to the composite was indeed the PSA. That would not contribute to the foam degradation that you are seeing.

The operating temperature high limit is around 225 F continuous. Continuous exposure to this temperature will eventually break down the foam. I do not have an estimation of the lifespan at that temperature, but we were given the life to be 10 years at 80 F and 95% RH. It was also given to us that there was no significant decrease in tensile or elongation after 5 hours of steam autoclaving at 121°C (250°F) per ASTM D3574-91, Test J.

I will ask for any information our suppliers might have for the 40 C and high humidity you asked about. My estimation is that the composite is being exposed to high heat and/or harsh chemicals to cause the degradation shown. We use PMF (melamine foam) for high temperature and chemical exposure acoustical absorption. Would that be of interest to you?

Best Regards,
BobM

---

**From:** Alfieri, Richard [mailto:rich.alfieri@philips.com]
**Sent:** Thursday, August 04, 2016 1:42 PM
**To:** Bob Marsh; Chuck Drost
**Cc:** Bonnie Peterson; Tom Yebernetsky; Clementi, Frank
**Subject:** RE: PAFS Foam Question

Bob/Chuck,

Some time ago we discussed the information below regarding degradation of foam in our units. There is still activity around this and we have a couple more questions that I hope you can help with.

1. In our Trilogy unit, we made a change from PAFS-038-BUA3 to PAFS-038-BUL4. I feel this was a change to the adhesive only. Is that correct? Would this have any impact on the life of the foam?
2. What are the temperature/humidity limits of the PAFS foam?
3. Have long term tests ever been performed at high temperature (40 C) and/or humidity levels?

Thanks,

Rich

---

**From:** Alfieri, Richard [mailto:rich.alfieri@philips.com]
**Sent:** Friday, October 30, 2015 11:54 AM
**To:** Bob Marsh
**Cc:** Bonnie Peterson; Chuck Drost; Tom Yebernetsky
**Subject:** RE: Re:PAFS Foam Question

Bob,

2

It is in the inlet airpath. It should be just exposed to room air during operation.

I have only seen the photo attached. They did mention that bits of foam have broken away and are pulled into the device.

Rich

**From:** Bob Marsh [mailto:bobm@polytechinc.com]
**Sent:** Friday, October 30, 2015 11:41 AM
**To:** Alfieri, Richard <rich.alfieri@philips.com>
**Cc:** Bonnie Peterson <bonnie@polytechinc.com>; Chuck Drost <chuck@polytechinc.com>; Tom Yebernetsky <TYebernetsky@brandonsales.com>
**Subject:** RE: Re:PAFS Foam Question

Rich,

I have not seen this kind of degradation before. It looks like the BU film facing is mostly gone, right?

Is this oriented above a motor/blower? Is it in contact? Does the motor/blower run hot?
or
Is it in the air path? Is it humidified air?

I have asked our foam supplier if they can give us any possible causes.

We will get back to you soon.

Best Regards,
BobM


Bob Marsh
Technical Director
Polymer Technologies, Inc.
http://www.polytechinc.com
ph: 302-738-9001

*Engineered Solutions for Noise, Vibration and Temperature Challenges*

*Click here to learn about our new line of Shock and Vibration Mounts*

Although this e-mail and any attachments are believed to be free of any virus or other defect which might affect any computer system, it is the responsibility of the recipient to check that it is virus-free and the sender accepts no responsibility or liability for any loss, injury, damage, cost or expense arising in any way from receipt or use thereof by the recipient.

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Tom Yebernetsky [mailto:TYebernetsky@brandonsales.com]
**Sent:** Friday, October 30, 2015 11:17 AM
**To:** Alfieri, Richard
**Cc:** Bonnie Peterson; Chuck Drost; Bob Marsh
**Subject:** Re:PAFS Foam Question

Rich,

Carl retired and I am your 1st contact. Let me run this by our team for further review and we will report back.

Sent from IBM Notes Traveler

Thank you,

Tom Yebernetsky
Sales Engineer
BRANDON ASSOCIATES
74 E Josie Drive
BELLEFONTE, PA 16823
MOBILE: 610-212-7774
FAX: 610-738-9554


Alfieri, Richard --- PAFS Foam Question ---

**From:** "Alfieri, Richard" <rich.alfieri@philips.com>
**To:** tyebernetsky@brandonsales.com, carl@polytechinc.com
**Date:** Fri, Oct 30, 2015 10:51 AM
**Subject:** PAFS Foam Question

Hi Guys,

I was not sure who to direct this to, so I thought I would start with you two.

We use PAFS-038-BUL4 foam in one of our products and have been for years now. I recently received a message from a customer that the foam was degrading over time. They claim that over the course of up to 5 years, the foam begins to look like the photo below.

I have never seen this happen to foam we have here and believe it is more likely caused by exposure to seem chemical – possibly a cleaning solution.

1. Have you ever seen this occur to the foam?
2. Any suggestions as to what may cause this?
3. Are there any chemicals or possibly ozone that are used for cleaning and disinfecting that you are aware of that can cause this?

4



Thanks,

Rich

Rich Alfieri
Senior Staff Mechanical Engineer
Home Respiratory Care
Philips Respironics
Home Healthcare Solutions
1740 Golden Mile Highway
Monroeville, PA 15146
724-387-5693
rich.alfieri@philips.com

The information contained in this message may be confidential and legally protected under applicable law. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, forwarding, dissemination, or reproduction of this message is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

Polymer Technologies, Inc. is a registered manufacturer of defense articles. All Polymer Technologies, Inc. products are subject to the International Traffic in Arms Regulations (ITAR)(22CFR Parts 120-130) or to the Export Administration Regulations (15 CFR Parts 700-799).

The content of this message is intended only for the use of the individual, individuals, organization or entity (otherwise, the recipient) as named above. This message, and any attachments, may contain information that is confidential, proprietary, legally privileged and/or exempt from disclosure under applicable law. If you are not the intended recipient, or an individual responsible for delivering messages to the intended recipient, you are here-by notified that any dissemination, distribution or duplication of any portion of this message, or attachments here-to, is strictly prohibited. If you have received this message in error, please immediately notify the sender at the email address.