## **CERTIFICATE OF SERVICE**

      I, ERIC SCOTT THOMPSON, ESQUIRE, hereby certify that on April 20, 2023, the foregoing *Reply Memorandum of Defendants Polymer Technologies Inc. And Polymer Molded Products, LLC In Further Support of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(2) And 12(B)(6)* was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification.

                                        **FRANKLIN & PROKOPIK**

                                        */s/ Eric Scott Thompson*
                                        ERIC SCOTT THOMPSON
                                        DE Bar No.:
                                        500 Creek View Road, Ste. 502
                                        Newark, DE  19711
                                        *Attorneys for Polymer Technologies, Inc. and Polymer Molded Products, LLC*