**PLAINTIFF'S EXHIBIT 1**

# CERTIFICATION OF DEATH RECORD

## WILL COUNTY LOCAL REGISTRAR
## JOLIET, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2022 0082472
DATE ISSUED: 9/16/2022

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JEFFERY WAYNE HOOD |
| SEX | MALE |
| DATE OF DEATH | SEPTEMBER 14, 2022 |
| COUNTY OF DEATH | WILL |
| AGE AT LAST BIRTHDAY | 45 YEARS |
| DATE OF BIRTH | DECEMBER 08, 1976 |
| CITY OR TOWN | BRAIDWOOD |
| HOSPITAL OR OTHER INSTITUTION NAME | 250 PARTRIDGE RUN DRIVE |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | JOLIET, IL |
| SOCIAL SECURITY NUMBER | [REDACTED] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | ALISSIA DAWN KRUG |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 250 PARTRIDGE RUN DRIVE |
| APT. NO. | |
| CITY OR TOWN | BRAIDWOOD |
| INSIDE CITY LIMITS? | YES |
| COUNTY | WILL |
| STATE | IL |
| ZIP CODE | 60408 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | RONALD WAYNE HOOD |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | DARENDA SUZETTE WAGGONER |
| INFORMANT'S NAME | ALISSIA DAWN HOOD |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 250 PARTRIDGE RUN DRIVE, BRAIDWOOD, IL, 60408 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | RIVER'S EDGE CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | JOLIET, IL |
| DATE OF DISPOSITION | SEPTEMBER 16, 2022 |
| FUNERAL HOME | REEVES FUNERAL HOMES LTD, 75 NORTH BROADWAY, COAL CITY, IL, 60416 |
| FUNERAL DIRECTOR'S NAME | MATTHEW R BASKERVILLE |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015197 |
| LOCAL REGISTRAR'S NAME | SUSAN OLENEK |
| DATE FILED WITH LOCAL REGISTRAR | SEPTEMBER 16, 2022 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. COLON CANCER — 6 MONTHS
b.
c.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | AUGUST 01, 2022 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 09:17 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | SEPTEMBER 15, 2022 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR. MARK PASSERMAN, 389 EAST MAIN STREET, BRAIDWOOD, ILLINOIS, 60408 |
| PHYSICIAN'S LICENSE NUMBER | 036- |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Susan Olenek*
Susan Olenek
Executive Director and Local Registrar
Will County Health Department

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**