DocuSign Envelope ID: A6C2964D-3571-424A-B5A0-5F4144B5426C
Case 2:21-mc-01230-JFC   Document 1892-2   Filed 05/15/23   Page 1 of 3

**PLAINTIFF'S EXHIBIT 2**

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022PR000803
Filed Date: 12/29/2022 11:21 AM
Envelope: 2083551
Clerk: SJA

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS - IN PROBATE

**Estate of**

_____JEFFERY HOOD_____

Hearing on petition set for:
_____, 20____
_____ a.m., Room _____
100 W. Jefferson Street
Joliet, IL 60432

CASE NO: __2022PR000803__

## PETITION FOR LETTERS OF ADMINISTRATION

_____ALISSIA DAWN HOOD_____ states under penalties of perjury:

1. _____JEFFERY WAYNE HOOD_____, whose place of residence at the time of death was _250 Partridge Run Drive_  _Braidwood_  _Will_  _IL_,
(address) (city) (county) (state)
died ____SEPTEMBER 14____, 20_22_, at _BRAIDWOOD_  _IL_
(city) (state)
leaving no will.

2. The approximate value of the estate in this state is:

   Personal $ _cause of action_   Real $_____   Annual Income from Real Estate $_____

3. The names and post-office addresses of decedent's heirs are set forth on Exhibit A and made a part of this petition. (Indicate the relationship and whether an heir is a minor or disabled person.)

4. The names and post office addresses of persons who are entitled to nominate an administrator in preference to (P) or equally with (E) petitioner are set forth on Exhibit A made a part of this petition. If none, so state.

   _____

5. Petitioner is a _wife/heir_ of decedent and is legally qualified to act, or to nominate a resident of Illinois to act as administrator.

\*6. The name and post office address of the personal fiduciary designated to act during independent administration for each heir who is a minor or disabled person are shown on Exhibit A made part of this petition.

\*If supervised administration is requested, so state and strike Paragraph 6.

**(SEE REVERSE SIDE)**

**36 C** (Revised 12/20)

Petitioner asks that Letters of Administration issue to the following, qualified, and willing to act:

| Name | Post-Office Address |
|------|---------------------|
| ALISSIA HOOD | 250 Partridge Run Drive |
|  | Braidwood, IL 60408 |

*[Signature: alissia Hood]*
BAC1681D7B88492...
Petitioner

Address: 250 Partridge Run Drive

Braidwood, IL 60408

*[Signature]*
Attorney Certification

If a consul or consular agent is to be notified, name country: _____

Attorney Name  Bryan J. O'Connor
ARDC#  6285062
Firm Name  Whiteside & Goldberg, Ltd.
Attorney for  Estate
Address  155 N. Michigan Ave., #540
City & Zip  Chicago, IL 60601
Telephone  312-334-6875

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS – IN PROBATE

ESTATE OF                                               )
                                                        )
    Jeffery Hood, deceased                              )
                                                        )

**EXHIBIT (A) TO PETITION**

The following are the heirs of Jeffery Hood

1. Alissia Hood - WIFE
   250 Partridge Run Drive
   Braidwood, IL 60408

2. Tyler Hood - CHILD
   85 West Center Street
   Coal City, IL 60416

3. Atiana Hood, minor (DOB 2/19/2009) CHILD residing with Mother/Guardian Alissia Hood
   250 Partridge Run Drive
   Braidwood, IL 60408