

**PLAINTIFF'S EXHIBIT 3**

| Parties | Offenses | Financials | Schedule | Events | Search | End |

| Case: | 2022PR000803 | Status: | Open Case | Opened: | 12/29/2022 |
| Title: | JEFFERY WAYNE HOOD | | | | |
| Type: | PROBATE | File Type: | Administration of Decedent's Estate | Closed: | N/A |

| Event Date | Docket Entry |
| --- | --- |
| 05/10/2023 | **Letters Issued** |
| 05/10/2023 | **Oath and Bond Approved with surety** |
| 05/10/2023 | **Order Declaring Heirship** |
| 05/10/2023 | **Order Appointing** |
| 05/10/2023 | **PC - Order Declaring Heirship** <br> Cause comes on for Petition for Letters of Administration. Attorney Bryan O'Connor, appear on behalf of the Estate. Order declaring heirship presented. See order appointing an Independent Administrator. Oath and Bond with surety in the amount of $1,000.00 is presented and approved. Letters prepared and issued to ALISSIA D. HOOD, 250 PARTRIDGE RUN DRIVE, BRAIDWOOD IL 60408. Court appoints Attorney Andrea Jordan as Guardian ad Litem on behalf of minor child. Matter is continued for status to 5/09/2025. |
| 05/03/2023 | **CERTIFICATE OF PUBLICATION** |
| 05/03/2023 | **NOTICE OF MOTION** |
| 12/29/2022 | **AFFIDAVIT FILED FOR TYLER WOOD** |

© 2011-2023, The Clerk of the 12th Judicial Circuit Court, Will County, Illinois, All Rights Reserved.
By using this service, the user agrees and understands that he or she is bound by the on-line access to court records User Agreement and