## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION ) ) ) ) ) | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to All Actions ) | |

**PLAINTIFFS' EXPEDITED/EMERGENCY MOTION FOR EXPEDITED
PRE-HEARING TELECONFERENCE AND TO EXCLUDE WITNESS TESTIMONY
OF DEBORAH ROUX AT THE MAY 25th EVIDENTIARY HEARING**

Plaintiffs, through Plaintiffs' Co-Lead Counsel, hereby request entry of the attached Order (1) setting an expedited pre-hearing teleconference and (2) excluding the testimony of Deborah Roux at the May 25th evidentiary hearing on Defendant Royal Philips' Motions to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2).

The parties have been working to resolve evidentiary issues and determine a procedure for the May 25th evidentiary hearing and although they have made significant progress, a fundamental threshold issue that threatens the ability of the hearing to go forward as scheduled remains unresolved. First, Plaintiffs seek the exclusion of Ms. Roux, a proposed fact witness for Royal Philips who was only disclosed on May 12, 2023, and who was not listed in the initial disclosures, the Jurisdictional Motions, or the Reply brief of Royal Philips. Second, Plaintiffs request that the Court exclude "condensed spreadsheets" that Ms. Roux only created earlier this month and produced to Plaintiffs on May 12, 20023, long after the February 2, 2023 close of jurisdictional discovery. If the Court permits Ms. Roux to testify, then Plaintiffs will require follow-up discovery based on her proposed testimony and the newly-created and produced documents. Accordingly, Plaintiffs submit that resolution of these disputes prior to the evidentiary hearing is necessary to permit the evidentiary hearing to proceed on May 25th as scheduled.

1

Plaintiffs have advised counsel for Royal Philips of their intent to file this Motion.

WHEREFORE, for the reasons described in the accompanying Brief, Plaintiffs respectfully request that the Court enter the attached proposed Order.

Dated:  May 16, 2023                                              Respectfully submitted,

| | |
|---|---|
| */s/ Steven A. Schwartz* | */s/ Sandra L. Duggan* |
| Steven A. Schwartz | Sandra L. Duggan |
| (steveschwartz@chimicles.com) | (sduggan@lfsblaw.com) |
| **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH** | **LEVIN SEDRAN & BERMAN** |
| 361 Lancaster Avenue | 510 Walnut Street, Ste 500 |
| Haverford, PA 19401 | Philadelphia, PA 19106 |
| Telephone: (610) 642-8500 | Telephone: (215) 592-1500 |
| | |
| */s/ Christopher A. Seeger* | */s/ Kelly K. Iverson* |
| Christopher A. Seeger | Kelly K. Iverson |
| (cseeger@seegerweiss.com) | (kelly@lcllp.com) |
| **SEEGER WEISS LLP** | **LYNCH CARPENTER LLP** |
| 55 Challenger Road, 6th Floor | 1133 Penn Avenue, 5th Floor |
| Ridgefield Park, NJ 07660 | Pittsburgh, PA 15222 |
| Telephone: (212) 584-0700 | Telephone: (412) 322-9243 |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| D. Aaron Rihn, Esquire | Peter St. Tienne Wolff, Esquire |
| (arihn@peircelaw.com) | (psw@pietragallo.com) |
| **ROBERT PIERCE & ASSOCIATES, P.C.** | **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** |
| 707 Grant Street, Suite 125 | One Oxford Centre - 38th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 281-7229 (phone) | (412) 263-2000 (phone) |
| (412) 281-4229 (fax) | (412) 263-2001 (fax) |

*Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on May 16, 2023 and is available for download by all counsel of record.

*/s/ Steven A. Schwartz*
Steven A. Schwartz
(steveschwartz@chimicles.com)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH**
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500