# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to All Actions | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiffs' Expedited/Emergency Motion for Expedited Pre-Hearing Teleconference and to Exclude Testimony of Deborah Roux at the May 25th Evidentiary Hearing, it is HEREBY ORDERED that the Motion is GRANTED. A status conference is HEREBY scheduled for _____, to be held by _____.

IT IS FURTHER ORDERED that Deborah Roux is precluded from offering testimony in support of Royal Philips' jurisdiction motions, and the "condensed spreadsheets" that Ms. Roux recently created are excluded from evidence at the May 25th hearing and in connection with Royal Philips' jurisdiction motions.

IT IS HEREBY ORDERED.

Dated: _____, 2023

_____
HONORABLE JOY FLOWERS CONTI
*Senior United States District Judge*