# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This document relates to: All Actions | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

## JOINT MOTION TO ENTER PROPOSED STIPULATED SCHEDULE FOR MAY 25, 2023 HEARING REGARDING KONINKLIJKE PHILIPS N.V.'S MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiffs and Defendant Koninklijke Philips N.V. ("KPNV"), through their undersigned counsel, hereby jointly move the Court to enter the attached proposed stipulated schedule.

Dated: May 17, 2023

/s/ Steven A. Schwartz
Steven A. Schwartz
(steveschwartz@chimicles.com)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500

Sandra Duggan (sduggan@lfsblaw.com)
LEVIN SEDRAN & BERNAN
510 Walnut Street, Ste 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Kelly K. Iverson (kelly@lcllp.com)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Christopher A. Seeger
(cseeger@seegerweiss.com)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

Respectfully Submitted,

/s/ Michael H. Steinberg
Michael H. Steinberg
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600

Tracy Richelle High
(hight@sullcrom.com)
William B. Monahan
(monahanw@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Defendant Koninklijke Philips N.V.*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

/s/ *Michael H. Steinberg*
Michael H. Steinberg
