**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>*Economic Loss and Medical Monitoring Tracks* | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**SCHEDULING ORDER SETTING DISCOVERY AND CLASS CERTIFICATION
DEADLINES FOR THE ECONOMIC LOSS AND
MEDICAL MONITORING TRACKS**

Upon consideration of the parties' joint motion for entry of a scheduling order establishing agreed-upon discovery and class certification deadlines for the Economic Loss and Medical Monitoring tracks of this MDL, the following deadlines shall apply:

| Date | Economic Loss Class Action | Medical Monitoring Class Action |
|---|---|---|
| 6/15/2023 | | Deadline to confer with Settlement Mediator Welsh regarding process and general schedule for mediation of medical monitoring claims, including information exchange to facilitate mediation. |
| 8/31/2023 | Plaintiffs' and Defendants' document productions to be substantially completed by this date. | Plaintiffs' and Defendants' document productions to be substantially completed by this date. |
| 1/16/2024 | Plaintiffs' 26(a)(2) expert disclosures relevant to class certification. | |
| 2/28/2024 | Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions. | Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions. |
| 3/1/2024 | Defendants' 26(a)(2) expert disclosures relevant to class certification. | |

| Date | Economic Loss Class Action | Medical Monitoring Class Action |
|---|---|---|
| 3/15/2024 | | Plaintiffs' 26(a)(2) expert disclosures relevant to class certification. |
| 4/1/2024 | Plaintiffs' 26(a)(2) rebuttal disclosures relevant to class certification. | |
| 5/1/2024 | Deadline to complete expert depositions relevant to class certification. | Defendants' 26(a)(2) expert disclosures relevant to class certification. |
| 6/3/2024 | Plaintiffs file motion for class certification. | |
| 6/10/2024 | | Plaintiffs' 26(a)(2) rebuttal disclosures relevant to class certification. |
| 7/1/2024 | Defendants file class certification opposition. | |
| 7/15/2024 | | Deadline to complete expert depositions relevant to class certification. |
| 8/1/2024 | Plaintiffs file class certification reply. | |
| 8/15/2024 | | Plaintiffs file motion for class certification. |
| 8/21/2024 | Parties file Rule 702/Daubert motions on class certification issues. | |
| 9/20/2024 | Oppositions to Rule 702/Daubert motions on class certification issues. | |
| 10/1/2024 | | Defendants file class certification opposition. |
| 10/2024 or 11/2024 | *Potential hearing date on class certification and related Rule 702/Daubert issues (subject to Court's scheduling)* | |
| 11/1/2024 | | Plaintiffs file reply in support of class certification. |
| 12/6/2024 | | Parties file Rule 702/Daubert motions on class certification issues. |
| 1/6/2025 | | Parties file Rule 702/Daubert oppositions on class certification issues. |

| Date | Economic Loss Class Action | Medical Monitoring Class Action |
|------|----------------------------|----------------------------------|
| 2/2025 or 3/2025 | | *Potential hearing date for Rule 702/Daubert motions on class certification experts (subject to Court's scheduling)* |

**DONE** and **ORDERED** this 19th day of May, 2023.

s/Joy Flowers Conti
**HONORABLE JOY FLOWERS CONTI**
*Senior United States District Judge*