# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230 |
| This Document Relates To:<br>*All Actions* | MDL NO. 3014 |

## JOINT NOTICE OF UPDATED TIMELINE OF PERTINENT MDL DATES

The parties jointly submit this updated timeline of upcoming deadlines in *In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*s (MDL No. 3014).[1]

| Date | Event | ECF No. |
|---|---|---|
| 5/25/2023 | Argument on Emergency Motion to Exclude Witness Testimony of Deborah Roux | Text Order |
| 6/13/2023[2] | Hearing on Koninklijke Philips N.V.'s Motions to Dismiss for Lack of Personal Jurisdiction | Text Order |
| 6/15/2023 | Deadline to confer with Settlement Mediator Welsh regarding process and general schedule for mediation of medical monitoring claims, including information exchange to facilitate mediation. | 1911 |
| 7/10/2023 | Hearing on Motions to Dismiss pending before Special Master Vanaskie | 1855 |
| 7/11/2023 | Hearing on Motions to Dismiss pending before Special Master Vanaskie | 1855 |
| 8/31/2023 | Deadline for any Plaintiffs' motions to remand to state court | 1901 |
| 8/31/2023 | Plaintiffs' and Defendants' document productions to be substantially complete for Economic Loss and Medical Monitoring class actions | 1911 |

---

[1]  The Parties intend this notice to be a reference resource for the Court.  The Parties do not intend this notice and the summaries of the deadlines to supersede the terms in the Court's orders.

[2]  The Parties are currently discussing whether they will need to request that the June 13 evidentiary hearing be rescheduled on account of other commitments the parties previously scheduled related to this MDL.  The Parties intend to update the Court at the May 25, 2023 status conference.

| Date | Event | ECF No. |
|---|---|---|
| 10/31/2023 | Deadline to file Defendants' Responses to any motions to remand to State Court (or Consolidated Response, if determined to be more efficient and effective | 1901 |
| 11/30/2023 | Deadline to file Plaintiffs' Replies in support of any motions to remand to State Court | 1901 |
| 1/16/2024 | Plaintiffs' 26(a)(2) expert disclosures relevant to class certification, for Economic Loss class action | 1911 |
| 2/28/2024 | Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions, for both Economic Loss and Medical Monitoring class actions | 1911 |
| 3/1/2024 | Defendants' 26(a)(2) expert disclosures relevant to class certification, for Economic Loss class action | 1911 |
| 3/15/2024 | Plaintiffs' 26(a)(2) expert disclosures relevant to class certification, for Medical Monitoring class action | 1911 |
| 4/1/2024 | Plaintiffs' 26(a)(2) rebuttal disclosures relevant to class certification for Economic Loss class action | 1911 |
| 5/1/2024 | Deadline to complete expert depositions relevant to class certification for Economic Loss class action<br><br>Defendants' 26(a)(2) expert disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 6/3/2024 | Plaintiffs file motion for class certification for Economic Loss class action | 1911 |
| 6/10/2024 | Plaintiffs' 26(a)(2) rebuttal disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 7/1/2024 | Defendants file class certification opposition for Economic Loss class action | 1911 |
| 7/15/2024 | Deadline to complete expert depositions relevant to class certification for Medical Monitoring class action | 1911 |
| 8/1/2024 | Plaintiffs file class certification reply for Economic Loss class action | 1911 |
| 8/15/2024 | Plaintiffs file motion for class certification for Medical Monitoring Class Action | 1911 |

| Date | Event | ECF No. |
|---|---|---|
| 8/21/2024 | Parties file Rule 702/Daubert motions on class certification issues for Economic Loss class action | 1911 |
| 9/20/2024 | Oppositions to Rule 702/Daubert motions on class certification issues for Economic Loss class action | 1911 |
| 10/1/2024 | Defendants file class certification opposition for Medical Monitoring class action | 1911 |
| 10/2024 or 11/2024 | Potential hearing date on class certification and related Rule 702/Daubert issues for Economic Loss class action, subject to Court's scheduling | 1911 |
| 11/1/2024 | Plaintiffs file reply in support of class certification for Medical Monitoring class action | 1911 |
| 12/6/2024 | Parties file Rule 702/Daubert motions on class certification issues for Medical Monitoring class action | 1911 |
| 1/6/2025 | Parties file Rule 702/Daubert oppositions on class certification issues for Medical Monitoring class action | 1911 |
| 2/2025 or 3/2025 | Potential hearing date for Rule 702/Daubert motions on class certification experts for Medical Monitoring class action, subject to Court's scheduling | 1911 |

Pursuant to Pretrial Order #28 (ECF No. 783), the following procedures and deadlines apply to the Amended Master Personal Injury Complaint and Individual Short Form Personal Injury Complaints.

| Date | Event |
|---|---|
| Within sixty (60) days of the date on which the Court issues a ruling as to its motion to dismiss the Amended Master Personal Injury Complaint [3] | Deadline for Defendant to file a Master Answer to the Amended Master Personal Injury Complaint. |

---

[3] If a motion to dismiss the Amended Master Personal Injury Complaint does not result in the dismissal of the Amended Master Personal Injury Complaint in its entirety, and provided that the Court does not grant leave to amend the Amended Master Personal Injury Complaint.

| Date | Event |
|---|---|
| Within forty-five (45) days of the date on which the Court issues a ruling granting Plaintiffs' Co-Lead Counsel leave to amend the Amended Master Personal Injury Complaint | Deadline for Plaintiffs' Co-Lead Counsel to file a Second Amended Master Personal Injury Complaint |
| Within fourteen (14) days of filing a Short Form Complaint | Deadline for Personal Injury Plaintiffs to upload their Short Form Complaint to the online MDL Centrality System accessible at www.mdlcentrality.com/ pursuant to Pretrial Order # 27 |
| Within twenty-one (21) days after service of the Master Answers to the Amended Master Personal Injury Complaint by Defendants | Deadline for any Personal Injury Plaintiff, who has filed a Short Form Complaint, to amend the same for any reason |
| Within twenty-one (21) days after service of Short Form Complaint | Deadline for any Personal Injury Plaintiff, who files a Short Form Complaint after the filing of the Master Answers to the Amended Master Personal Injury Complaint, to amend the same for any reason |
| Within twenty-one (21) days after selection for inclusion in the pool from which bellwether cases are to be selected | Deadline for any Personal Injury Plaintiff, whose case is subsequently chosen for inclusion in the pool from which bellwether cases are to be selected, to amend his or her Short Form Complaint |

Date: May 23, 2023

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

Respectfully submitted,

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 152222
 (412) 322-9243 (phone)
kelly@lcllp.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**

4

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ Tracy Richelle High*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*


*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Ste. 502
Newark, DE 19711
302-594-9780
ethompson@fandpnet.com

*Attorney for Defendant Polymer Technologies, Inc. Elastomeric Solutions Division*

510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4633 (fax)
sduggan@lfsblaw.com

*/s/ Steve A. Schwartz*
Steve A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*


*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

5

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 23rd day of May 2023 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com