IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | * Master Docket: Misc. No. 21-mc-1230JFC <br> * <br> * MDL No. 3014 <br> * <br> * |
| This Document Relates to: | * VOLUNTARY DISMISSAL <br> * |
| *Parham v. Philips North America, LLC* <br> Case No. 2:22-cv-00323 | * |

### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Lelania Parham, who wishes to voluntarily dismiss, without prejudice, all claims or causes of action asserted against named defendant, Viemed Healthcare Staffing, LLC ("Viemed)", and who respectfully move this Court to issue an *Order of Voluntary Dismissal without Prejudice* so as to dismiss all of Plaintiff's claims or causes of action against named defendant, Viemed Healthcare Staffing, LLC ("Viemed)", insofar as Plaintiff no longer wishes to pursue the above entitled and numbered action.  Each party herein shall bear its own costs.

Respectfully submitted,

*/s/John D. Sileo*
John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 – Facsimile
jack@johnsileolaw.com
casey@johnsileolaw.com

2

service@johnsileolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this **21st day of April 2023**, served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic mail, facsimile, or by mailing the same by United States mail, properly addressed and first-class postage prepaid.

/s/John D. Sileo
JOHN D. SILEO
CASEY W. MOLL