IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION   :<br>:<br>:<br>:<br>:<br>This Document Relates to:   :<br>:<br>ROBERT G. WATKINS, JR. and RANEE WATKINS | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014<br><br>SHORT FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES, AND DEMAND FOR JURY TRIAL |

Plaintiff(s) incorporate(s) by reference the Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.   DEFENDANTS**

   1.   Plaintiff(s) name(s) the following Defendants in this action:

       ✓   Koninklijke Philips N.V.

       ✓   Philips North America LLC.

       ✓   Philips RS North America LLC.

1

_____ Philips Holding USA Inc.

_____ Philips RS North America Holding Corporation.

_____ Polymer Technologies, Inc.

_____ Polymer Molded Products LLC.

**II.    PLAINTIFF(S)**

2.    Name of Plaintiff(s):

> Robert G. Watkins, Jr.

3.    Name of spouse of Plaintiff (if loss of consortium claim is being made):

> Ranee Watkins

4.    Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

> N/A

5.    State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

> Washington

### III. DESIGNATED FORUM

6. Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> Western District of Washington / Tacoma

### IV. USE OF A RECALLED DEVICE

7. Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| ☐ E30 (Emergency Use Authorization) <br> ☐ DreamStation ASV <br> ☐ DreamStation ST, AVAPS <br> ☐ SystemOne ASV4 <br> ☐ C-Series ASV <br> ☐ C-Series S/T and AVAPS <br> ☐ OmniLab Advanced + <br> ☐ SystemOne (Q-Series) <br> ☒ DreamStation <br> ☐ DreamStation Go <br> ☐ Dorma 400 | ☐ Dorma 500 <br> ☐ REMstar SE Auto <br> ☐ Trilogy 100 <br> ☐ Trilogy 200 <br> ☐ Garbin Plus, Aeris, LifeVent <br> ☐ A-Series BiPAP Hybrid A30 (not marketed in U.S.) <br> ☐ A-Series BiPAP V30 Auto <br> ☐ A-Series BiPAP A40 <br> ☐ A-Series BiPAP A30 <br> ☐ Other Philips Respironics Device; if other, identify the model: _____ |

### V. INJURIES

8. Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

☒ COPD (new or worsening)

☒ Asthma (new or worsening)

☐ Pulmonary Fibrosis

☒ Other Pulmonary Damage/Inflammatory Response

☐ Cancer _____ (specify cancer)

3

☒ Kidney Damage

☒ Liver Damage

☒ Heart Damage

☐ Death

☒ Other (specify)  Neurological Injuries /Memory Issues

VI. **CAUSES OF ACTION/DAMAGES**

9. As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| ✓ | Count I: | Negligence |
| ✓ | Count II: | Strict Liability: Design Defect |
| | Count III: | Negligent Design |
| ✓ | Count IV: | Strict Liability: Failure to Warn |
| ✓ | Count V: | Negligent Failure to Warn |
| | Count VI: | Negligent Recall |
| | Count VII: | Battery |
| | Count VIII: | Strict Liability: Manufacturing Defect |
| ✓ | Count IX: | Negligent Manufacturing |
| ✓ | Count X: | Breach of Express Warranty |
| ✓ | Count XI: | Breach of the Implied Warranty of Merchantability |
| | Count XII: | Breach of the Implied Warranty of Usability |
| | Count XIII: | Fraud |
| | Count XIV: | Negligent Misrepresentation |
| | Count XV: | Negligence Per Se |

4

     _____    Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

     _____    Count XVII:   Unjust Enrichment

     ✓    Count XVIII:  Loss of Consortium

     _____    Count XIX:    Survivorship and Wrongful Death

     _____    Count XX:     Medical Monitoring

     ✓    Count XXI:    Punitive Damages

     _____    Count XXII:   Other [specify below]

> [blank text box]

10. As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

     ✓    Count I:       Negligence

     ✓    Count II:      Strict Liability: Design Defect

     _____    Count III:     Negligent Design

     ✓    Count IV:     Strict Liability: Failure to Warn

     ✓    Count V:      Negligent Failure to Warn

     _____    Count VI:     Negligent Recall

     _____    Count VII:    Battery

     _____    Count VIII:   Strict Liability: Manufacturing Defect

     ✓    Count IX:     Negligent Manufacturing

     ✓    Count X:      Breach of Express Warranty

     ✓    Count XI:     Breach of the Implied Warranty of Merchantability

    _____ Count XII: Breach of the Implied Warranty of Usability

    _____ Count XIII: Fraud

    _____ Count XIV: Negligent Misrepresentation

    _____ Count XV: Negligence Per Se

    _____ Count XVI: Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    _____ Count XVII: Unjust Enrichment

    ✓ Count XVIII: Loss of Consortium

    _____ Count XIX: Survivorship and Wrongful Death

    _____ Count XX: Medical Monitoring

    ✓ Count XXI: Punitive Damages

    _____ Count XXII: Other [specify below]

[                                                                          ]

11. As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    ✓ Count I: Negligence

    ✓ Count II: Strict Liability: Design Defect

    _____ Count III: Negligent Design

    ✓ Count IV: Strict Liability: Failure to Warn

    ✓ Count V: Negligent Failure to Warn

    _____ Count VI: Negligent Recall

    _____ Count VII: Battery

    _____ Count VIII:    Strict Liability: Manufacturing Defect

    \_\_✓\_\_ Count IX:    Negligent Manufacturing

    \_\_✓\_\_ Count X:    Breach of Express Warranty

    \_\_✓\_\_ Count XI:    Breach of the Implied Warranty of Merchantability

    _____ Count XII:    Breach of the Implied Warranty of Usability

    _____ Count XIII:    Fraud

    _____ Count XIV:    Negligent Misrepresentation

    _____ Count XV:    Negligence Per Se

    _____ Count XVI:    Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

    _____ Count XVII:    Unjust Enrichment

    \_\_✓\_\_ Count XVIII:    Loss of Consortium

    _____ Count XIX:    Survivorship and Wrongful Death

    _____ Count XX:    Medical Monitoring

    \_\_✓\_\_ Count XXI:    Punitive Damages

    _____ Count XXII:    Other [specify below]

```
┌─────────────────────────────────────────────┐
│                                             │
│                                             │
│                                             │
└─────────────────────────────────────────────┘
```

12.    As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    \_\_✓\_\_ Count I:    Negligence

    \_\_✓\_\_ Count II:    Strict Liability: Design Defect

    _____ Count III:    Negligent Design

| | | |
|---|---|---|
| ✓ | Count IV: | Strict Liability: Failure to Warn |
| ✓ | Count V: | Negligent Failure to Warn |
| ___ | Count VI: | Negligent Recall |
| ___ | Count VII: | Battery |
| ___ | Count VIII: | Strict Liability: Manufacturing Defect |
| ✓ | Count IX: | Negligent Manufacturing |
| ✓ | Count X: | Breach of Express Warranty |
| ✓ | Count XI: | Breach of the Implied Warranty of Merchantability |
| ___ | Count XII: | Breach of the Implied Warranty of Usability |
| ___ | Count XIII: | Fraud |
| ___ | Count XIV: | Negligent Misrepresentation |
| ___ | Count XV: | Negligence Per Se |
| ___ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| ___ | Count XVII: | Unjust Enrichment |
| ✓ | Count XVIII: | Loss of Consortium |
| ___ | Count XIX: | Survivorship and Wrongful Death |
| ___ | Count XX: | Medical Monitoring |
| ✓ | Count XXI: | Punitive Damages |
| ___ | Count XXII: | Other [specify below] |

13. As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries,

8

Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| ✓ | Count I: | Negligence |
| ✓ | Count II: | Strict Liability: Design Defect |
| ___ | Count III: | Negligent Design |
| ✓ | Count IV: | Strict Liability: Failure to Warn |
| ✓ | Count V: | Negligent Failure to Warn |
| ___ | Count VI: | Negligent Recall |
| ___ | Count VII: | Battery |
| ___ | Count VIII: | Strict Liability: Manufacturing Defect |
| ___ | Count IX: | Negligent Manufacturing |
| ✓ | Count X: | Breach of Express Warranty |
| ✓ | Count XI: | Breach of the Implied Warranty of Merchantability |
| ___ | Count XII: | Breach of the Implied Warranty of Usability |
| ___ | Count XIII: | Fraud |
| ___ | Count XIV: | Negligent Misrepresentation |
| ___ | Count XV: | Negligence Per Se |
| ___ | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |
| ___ | Count XVII: | Unjust Enrichment |
| ✓ | Count XVIII: | Loss of Consortium |
| ___ | Count XIX: | Survivorship and Wrongful Death |
| ___ | Count XX: | Medical Monitoring |
| ___ | Count XXI: | Punitive Damages |

    _____ Count XXII:  Other [specify below]

    [                                                                                 ]

13. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

    _____ Count I:       Negligence

    _____ Count II:      Strict Liability: Design Defect

    _____ Count III:     Negligent Design

    _____ Count IV:     Strict Liability: Failure to Warn

    _____ Count V:      Negligent Failure to Warn

    _____ Count VIII:   Strict Liability: Manufacturing Defect

    _____ Count IX:     Negligent Manufacturing

    _____ Count XIII:   Fraud

    _____ Count XIV:   Negligent Misrepresentation

    _____ Count XVII:  Unjust Enrichment

    _____ Count XVIII: Loss of Consortium

    _____ Count XIX:   Survivorship and Wrongful Death

    _____ Count XX:    Medical Monitoring

    _____ Count XXI:   Punitive Damages

    _____ Count XXII:  Other [specify below]

    [                                                                                 ]

14. As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| _____ | Count I: | Negligence |
| _____ | Count II: | Strict Liability: Design Defect |
| _____ | Count III: | Negligent Design |
| _____ | Count IV: | Strict Liability: Failure to Warn |
| _____ | Count V: | Negligent Failure to Warn |
| _____ | Count VIII: | Strict Liability: Manufacturing Defect |
| _____ | Count IX: | Negligent Manufacturing |
| _____ | Count XIII: | Fraud |
| _____ | Count XIV: | Negligent Misrepresentation |
| _____ | Count XVII: | Unjust Enrichment |
| _____ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| _____ | Count XX: | Medical Monitoring |
| _____ | Count XXI: | Punitive Damages |
| _____ | Count XXII: | Other [specify below] |

15. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

11

16. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

17. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 16 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date: June 21ˢᵗ, 2023              /s/ *Scott A. Campbell*

Scott A. Campbell
Washington Bar No. 19595
scott@graysharborattorney.com
CAMPBELL LAW FIRM, INC., P.S.
115 S. 1ˢᵗ Street
Montesano, WA 98563
Telephone: 360 249-8482

COUNSEL FOR PLAINTIFF

13