# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION**<br><br>**This Document Relates to:**<br><br>*Consolidated Second Amended Class Action Complaint for Medical Monitoring (ECF No. 815)*<br><br>*and*<br><br>*Amended Master Long Form Complaint for Personal Injuries and Damages, and Demand for Jury Trial (ECF No. 834)* | **Master Docket No. 2:21-MC-1230**<br><br>**MDL No. 3014**<br><br>**Judge Joy Flowers Conti** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

On June 27, 2023, the United States Supreme Court in *Mallory v. Norfolk S. Ry. Co.*, No. 21-1168, 2023 WL 4187749, at *1 (U.S. June 27, 2023), attached hereto as Exhibit 1, ruled on the question of whether the Due Process Clause of the Fourteenth Amendment prohibits a State from requiring an out-of-state corporation to consent to personal jurisdiction to do business there. In so doing, the Supreme Court reaffirmed basic principles regarding personal jurisdiction, some of which are relevant to the issue of specific jurisdiction. *See* Exhibit 1. The issue of specific jurisdiction is addressed on pages 8-14 of Plaintiffs' Brief in Opposition to Defendants Polymer Technologies Inc.'s and Polymer Molded Products, LLC's Motion to Dismiss Plaintiffs' Amended Master Long Form Complaint for Personal Injuries and Damages and Plaintiffs' Consolidated Second Amended Class Action Complaint for Medical Monitoring Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (ECF No. 1640).

Dated: July 10, 2023                                                          Respectfully submitted,

| | |
|---|---|
| */s/ Sandra L. Duggan*<br>Sandra L. Duggan, Esquire<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215)592-1500 (phone)<br>sduggan@lfsblaw.com | */s/ Steven A. Schwartz*<br>Steven A. Schwartz, Esquire<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>361 West Lancaster Avenue<br>One Haverford Centre<br>Haverford, PA 19041<br>(610) 642-8500 (phone)<br>steveschwartz@chimicles.com |
| */s/ Christopher A. Seeger*<br>Christopher A. Seeger, Esquire<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660<br>(973) 639-9100 (phone)<br>cseeger@seegerweiss.com | */s/ Kelly K. Iverson*<br>Kelly K. Iverson, Esquire<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>(412) 322-9243 (phone)<br>kelly@lcllp.com |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>(412) 281-7229 (phone)<br>(412) 281-4229 (fax)<br>arihn@peircelaw.com | */s/ Peter St. Tienne Wolff, Esquire*<br>Peter St. Tienne Wolff, Esquire<br>**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**<br>One Oxford Centre - 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 (phone)<br>(412) 263-2001 (fax)<br>psw@pietragallo.com |

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document with attached exhibits was filed via the Court's CM/ECF system on this 10th day of July 2023 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com