IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This document relates to: *All Actions* | ) ) ) ) ) ) ) ) ) ) ) Master Docket: No. 21-1230-JFC<br>MDL No. 3014 |

**JOINT MOTION TO HOLD JULY 20, 2023 STATUS CONFERENCE BY TELEPHONE OR VIDEOCONFERENCE**

After meeting and conferring, all parties believe that this month's status conference can be held via telephone or videoconference instead of in-person. Accordingly, the parties jointly request that the Court convert the July 20, 2023 status conference to telephone or videoconference.

Dated: July 12, 2023

/s/ Sandra Duggan
Sandra Duggan (sduggan@lfsblaw.com)
LEVIN SEDRAN & BERNAN
510 Walnut Street, Ste 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Kelly K. Iverson (kelly@lcllp.com)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Steven A. Schwartz
(steveschwartz@chimicles.com)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500

Christopher A. Seeger (cseeger@seegerweiss.com)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

/s/ Michael H. Steinberg
Michael H. Steinberg (steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600

Tracy Richelle High (hight@sullcrom.com)
William B. Monahan (monahanw@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc. and Philips RS North America Holding Corporation*

/s/ John P. Lavelle Jr.
John P. Lavelle Jr.
(john.lavelle@morganlewis.com)
Lisa C. Dykstra (lisa.dykstra@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

Wendy West Feinstein
(wendy.feinstein@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3300

*Counsel for Defendant Philips RS North America LLC*

-3-

*/s/ Eric Scott Thompson*
Eric Scott Thompson (ethompson@fandpnet.com)
FRANKLIN & PROKOPIK
500 Creek View Road, Ste. 502
Newark, DE  19711
Telephone:  (302) 594-9780

*Attorney for Defendant Polymer Technologies, Inc. and Polymer Molded Products LLC*

-4-

DATED:_____                                    IT IS SO ORDERED.


                                                                       _____
Joy Flowers Conti
Senior United States District Judge