IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: All Actions | |

## MOTION TO NOT ATTEND AUGUST 17, 2023 CASE MANAGEMENT CONFERENCE

Plaintiffs' co-liaison counsel D. Aaron Rihn respectfully requests permission to not attend the August 17, 2023 Status Conference due to travel. A Proposed Court Order is attached hereto for this Court's approval.

DATED: August 15, 2023

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA Bar No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: 412-281-7229
Facsimile: 412-281-4229
Email: arihn@peircelaw.com

*Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 15th day of August 2023 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn,
Esquire PA I.D.
No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com