IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230 |
| This Document Relates To:<br>*All Actions* | MDL No. 3014 |

**JOINT NOTICE OF UPDATED TIMELINE OF PERTINENT MDL DATES**

The parties jointly submit this updated timeline of upcoming deadlines in *In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*s (MDL No. 3014).[1]

| Date | Event | ECF No. |
|---|---|---|
| 8/22/2023 | Deadline for Plaintiffs' Amended Opposition to KPNV's Motions to Dismiss for Lack of Personal Jurisdiction, in which Plaintiffs will identify all exhibits[2] they intend to rely on at the evidentiary hearing as well as all witnesses they intend to call | Order at August 8, 2023 Conference |
| 8/31/2023 | Deadline for any Plaintiffs' motions to remand to state court | 1901 |
| 8/31/2023 | Plaintiffs' and Defendants' document productions to be substantially complete for Economic Loss and Medical Monitoring class actions | 1911 |
| 9/5/2023 | Deadline for KPNV's Amended Reply in Support of Its Motions to Dismiss for Lack of Personal Jurisdiction, in which KPNV will identify all exhibits it intends to rely on at the evidentiary hearing as well as all witnesses it intends to call | Order at August 8, 2023 Conference |

---

[1] The Parties intend this notice to be a reference resource for the Court. The Parties do not intend this notice and the summaries of the deadlines to supersede the terms in the Court's orders.

[2] Given that Plaintiffs have requested depositions for the evidentiary hearing that will not be completed by the August 22 deadline for Plaintiffs' Amended Opposition, KPNV has agreed not to contest the addition of these deposition transcripts (and the exhibits marked at the depositions) as exhibits at the evidentiary hearing on timing-related grounds.

| Date | Event | ECF No. |
|---|---|---|
| 9/12/2023 | Deadline for Plaintiffs' Pre-Hearing Submission for KPNV's personal jurisdiction motion | Order at August 8, 2023 Conference |
| 9/19/2023 | Deadline for KPNV's Pre-Hearing Submission for KPNV's personal jurisdiction motion | Order at August 8, 2023 Conference |
| 10/31/2023 | Deadline for Defendants' Responses to any motions to remand to state court (or Consolidated Response, if determined to be more efficient and effective) | 1901 |
| 11/30/2023 | Deadline for Plaintiffs' Replies in support of any motions to remand to state court | 1901 |
| 1/16/2024 | Plaintiffs' Rule 26(a)(2) expert disclosures relevant to class certification, for Economic Loss class action | 1911 |
| 2/28/2024 | Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions, for both Economic Loss and Medical Monitoring class actions | 1911 |
| 3/1/2024 | Defendants' Rule 26(a)(2) expert disclosures relevant to class certification, for Economic Loss class action | 1911 |
| 3/15/2024 | Plaintiffs' Rule 26(a)(2) expert disclosures relevant to class certification, for Medical Monitoring class action | 1911 |
| 4/1/2024 | Plaintiffs' Rule 26(a)(2) rebuttal disclosures relevant to class certification for Economic Loss class action | 1911 |
| 5/1/2024 | Deadline to complete expert depositions relevant to class certification for Economic Loss class action<br><br>Defendants' Rule 26(a)(2) expert disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 6/3/2024 | Plaintiffs file motion for class certification for Economic Loss class action | 1911 |
| 6/10/2024 | Plaintiffs' Rule 26(a)(2) rebuttal disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 7/1/2024 | Defendants file class certification opposition for Economic Loss class action | 1911 |

| Date | Event | ECF No. |
|---|---|---|
| 7/15/2024 | Deadline to complete expert depositions relevant to class certification for Medical Monitoring class action | 1911 |
| 8/1/2024 | Plaintiffs file class certification reply for Economic Loss class action | 1911 |
| 8/15/2024 | Plaintiffs file motion for class certification for Medical Monitoring Class Action | 1911 |
| 8/21/2024 | Parties file Rule 702/*Daubert* motions on class certification issues for Economic Loss class action | 1911 |
| 9/20/2024 | Oppositions to Rule 702/*Daubert* motions on class certification issues for Economic Loss class action | 1911 |
| 10/1/2024 | Defendants file class certification opposition for Medical Monitoring class action | 1911 |
| 10/2024 or 11/2024 | Potential hearing date on class certification and related Rule 702/Daubert issues for Economic Loss class action, subject to Court's scheduling | 1911 |
| 11/1/2024 | Plaintiffs file reply in support of class certification for Medical Monitoring class action | 1911 |
| 12/6/2024 | Parties file Rule 702/*Daubert* motions on class certification issues for Medical Monitoring class action | 1911 |
| 1/6/2025 | Parties file Rule 702/*Daubert* oppositions on class certification issues for Medical Monitoring class action | 1911 |
| 2/2025 or 3/2025 | Potential hearing date for Rule 702/*Daubert* motions on class certification experts for Medical Monitoring class action, subject to Court's scheduling | 1911 |

Pursuant to Pretrial Order #28 (ECF No. 783), the following procedures and deadlines apply to the Amended Master Personal Injury Complaint and Individual Short Form Personal Injury Complaints.

| Date | Event |
|---|---|
| Within sixty (60) days of the date on which the Court issues a ruling as to its motion to dismiss the | Deadline for Defendant to file a Master Answer to the Amended Master Personal Injury Complaint. |

3

| Date | Event |
|---|---|
| Amended Master Personal Injury Complaint [3] | |
| Within forty-five (45) days of the date on which the Court issues a ruling granting Plaintiffs' Co-Lead Counsel leave to amend the Amended Master Personal Injury Complaint | Deadline for Plaintiffs' Co-Lead Counsel to file a Second Amended Master Personal Injury Complaint |
| Within fourteen (14) days of filing a Short Form Complaint | Deadline for Personal Injury Plaintiffs to upload their Short Form Complaint to the online MDL Centrality System accessible at www.mdlcentrality.com/ pursuant to Pretrial Order # 27 |
| Within twenty-one (21) days after service of the Master Answers to the Amended Master Personal Injury Complaint by Defendants | Deadline for any Personal Injury Plaintiff, who has filed a Short Form Complaint, to amend the same for any reason |
| Within twenty-one (21) days after service of Short Form Complaint | Deadline for any Personal Injury Plaintiff, who files a Short Form Complaint after the filing of the Master Answers to the Amended Master Personal Injury Complaint, to amend the same for any reason |
| Within twenty-one (21) days after selection for inclusion in the pool from which bellwether cases are to be selected | Deadline for any Personal Injury Plaintiff, whose case is subsequently chosen for inclusion in the pool from which bellwether cases are to be selected, to amend his or her Short Form Complaint |

Date: August 15, 2023

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com


/s/ Wendy West Feinstein
Wendy West Feinstein

Respectfully submitted,

/s/ Kelly K. Iverson
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 152222
 (412) 322-9243 (phone)
kelly@lcllp.com

/s/ Christopher A. Seeger
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor

---

[3] If a motion to dismiss the Amended Master Personal Injury Complaint does not result in the dismissal of the Amended Master Personal Injury Complaint in its entirety, and provided that the Court does not grant leave to amend the Amended Master Personal Injury Complaint.

4

**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com


*/s/ Tracy Richelle High*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*


*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Ste. 502
Newark, DE 19711
302-594-9780
ethompson@fandpnet.com

*Attorney for Defendant Polymer Technologies, Inc. Elastomeric Solutions Division*

Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4633 (fax)
sduggan@lfsblaw.com

*/s/ Steve A. Schwartz*
Steve A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA  19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*


*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 15th day of August 2023 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No. 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com