**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, ) <br> BI-LEVEL PAP, AND MECHANICAL ) <br> VENTILATOR PRODUCTS ) <br> LITIGATION, ) <br> ) <br> This Document Relates to:  All Actions ) <br> Asserting Economic Loss Claims | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Settlement Class Representatives' Unopposed Motion for Extension of Page Limitations, it is HEREBY ORDERED that the Motion is GRANTED. The page limit for Settlement Class Representatives' Brief in Support of their Unopposed Motion for Preliminary Approval of Class Settlement Agreement and Release of Economic Loss Claims and to Direct Notice to the Proposed Settlement Class is extended to 50 pages.

IT IS HEREBY ORDERED.


Dated: _____, 2023            _____
                                                                      HONORABLE JOY FLOWERS CONTI
                                                                      *Senior United States District Judge*