# OPENBAAR MINISTERIE

Arrondissementsparket Den Haag

Postbus 20302, 2500 EH Den Haag

Crowe Foreign Ingalls
L. Celeste Ingalls
733 SW Vista Avenue
Portland, OR 97205
United States of America

Prins Clauslaan 60
2595 AJ Den Haag
T +31 88 699 13 00
www.om.nl

| | |
|---|---|
| Date | 17 augustus 2023 |
| Team | Sectie 4 / Internationale Rechtshulp |
| Our reference | **IR 923.132.2773** |
| Contact | J. Booister |
| Telephone extension | +31 70 381 3329 / fax +31 70 381 2160 |
| E-mail | DH.ADM.IR@om.nl |
| Your reference | nr. 22-CV-7529(JS)(JMW) |
| Attachment(s) | - |
| Subject | Request for assistance |

When replying, state the date, contact and our reference.

Dear sir / madam,

I hereby send you the requested documents. The request for assistance has been complied with.

In case of further correspondence, I kindly request you to use the aforementioned IR number as I cannot process any correspondence without the reference number.

Yours sincerely,
the Public Prosecutor's Office

*[signature]*

J. van Donk
Administrative assistant

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
que la demande a été exécutée*

| — the (date) / le (date): | 19 juli 2023 |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | Amsterdam, Amstelplein 2 |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) **in accordance with the following particular method*:**
selon la forme particulière suivante* :

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | M. Heerooms |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Employee |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

___

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| **Documents returned:**<br>Pièces renvoyées : | ___ |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | ___ |

* if appropriate / s'il y a lieu

| **Done at** / Fait à  Amsterdam,<br><br>**The** / le  30-7-2023 | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

Arrondissementsparket Amsterdam

Postbus 715   postcode 1000 AC

3S AAA00009033

Akte van uitreiking (R)

83

Akte van uitreiking van de gerechtelijke brief, genummerd als hieronder vermeld en bestemd voor:

Parketnummer 20230 24098

Koninklijke Philips N.
1096 BC Amsterdam
Amstelplein 2

*Adres na verhuisbericht*

De hierboven bedoelde brief heb ik, ondergetekende:

I  heden, 19 juli            20 23 , te 11:22    uur,
   te (straat, huisnr. en plaatsnaam) Amstelplein 2 Amsterdam

A  ☒ **uitgereikt aan**: M. Heoroons
   1 ☐ die verklaarde bestuurder van geadresseerde te zijn.
   2 ☒ die verklaarde in dienstbetrekking te zijn van geadresseerde en bereid te zijn de brief te bezorgen

B  ☐ ☐ **niet uitgereikt**, omdat:
   1 ☐ op het door mij ingevulde adres niemand werd aangetroffen, althans niemand die bereid of bevoegd was de brief in ontvangst te nemen.
   2 ☐ volgens mededeling van degene die zich op het door mij ingevulde adres bevond, de geadresseerde daar geen woonplaats of kantoor heeft
   3 ☐ het in de adressering aangegeven pand niet bestaat.

Deze akte heb ik terstond naar waarheid opgemaakt en ondertekend.

*Naam en voorletters* Pinas. S
*Functie + standplaats* koerier IPKD Wormerveer

*Handtekening*

INGEKOMEN

2 1 JULI 2023

SPOM

Gecontroleerd IPKD

De in deze akte bedoelde gerechtelijke brief is aan mij uitgereikt.
*Handtekening voor ontvangst:*

In te vullen door IPKD
Akkoord  20 JULI 2023
Naam

**Zittingsdatum:**

*Omschrijving en nr. legitimatiebewijs*

SL 2019  1/2 19 - 11B

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, OR 97205 USA<br>Email: lci@foreignservices.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>De Officier van Justitie<br>Postbus 20302<br>2500 EH The Hague<br>NETHERLANDS<br>Tel: 31-0-70-381-1580   Fax: 31-0-70-381-2160 |
|---|---|

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(Identity and address)**
(identité et adresse)
Koninklijke Philips N.V.
Philips Center, Amstelplein 2
1096 BC Amsterdam, Netherlands

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Hague "Summary" with WARNING Page
- Summons in a Civil Action, with Rider
- Order Lifting Stay of Conditional Transfer Order
- Short Form Complaint
- Case No. 22-CV-7529(JS)(JMV)

* if appropriate / s'il y a lieu

| Done at / Fait à Portland, OR, USA,<br>The / le 7/3/2023 | Signature and/or stamp<br>Signature et / ou cachet<br>*[signature: L Celeste Ingalls]* |
|---|---|

OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1021981
MY COMMISSION EXPIRES FEB. 21, 2026