IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, § <br> BI- LEVEL PAP, AND MECHANICAL § <br> VENTILATOR PRODUCTS LITIGATION § <br> § <br> § <br> This Document Relates to: § <br> *Douglas Dobbs and Mildred Gobert* § | Master Docket: No. 21-mc-1230-JFC <br><br> MDL No. 3014 |

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**

On _____, 2023, the Court considered Plaintiffs Douglass Dobbs' and Mildred Gobert's Motion to Remand. After considering the pleadings, the motions and arguments by counsel, if any, the Court **GRANTS** Plaintiffs Douglass Dobbs' and Mildred Gobert's Motion to Remand.

_____
HONORABLE JOY FLOWERS CONTI