**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | ) | |
| BI-LEVEL PAP, AND MECHANICAL | ) | Master Docket: Misc. No. 21-1230 |
| VENTILATOR PRODUCTS | ) | |
| LITIGATION, | ) | MDL No. 3014 |
| | ) | |
| This Document Relates to:  All Actions | ) | |
| Asserting Economic Loss Claims | ) | |

**NOTICE OF FILING OF SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF
UNOPPOSED MOTION OF PROPOSED SETTLEMENT CLASS REPRESENTATIVES
FOR PRELIMINARY APPROVAL OF CLASS  SETTLEMENT AGREEMENT AND
RELEASE OF ECONOMIC LOSS CLAIMS AND TO DIRECT NOTICE
TO THE PROPOSED SETTLEMENT CLASS**

Proposed Settlement Class Representatives, through Plaintiffs' Co-Lead Counsel and proposed Settlement Class Counsel, hereby file the attached Supplemental Brief in Further Support of their Unopposed Motion for Preliminary Approval of Class Settlement Agreement and Release of Economic Loss Claims and to Direct Notice to the Proposed Settlement Class (the "Preliminary Approval Motion") (ECF No. 2212).

On September 18, 2023, the Court held a hearing on the Preliminary Approval Motion (the "Hearing") and raised questions and issues with certain aspects of the Settlement Agreement and proposed class notices that it wanted addressed prior to preliminary approval being granted and notice being disseminated. The Supplemental Brief explains revisions that have been made by the Parties to the Agreement and related documents. In addition, attached to the Supplemental Brief is an amended Settlement Agreement with all accompanying Exhibits (some of which have been amended as set forth in the Supplemental Brief) and a Supplemental Declaration from the proposed Settlement Administrator in support of the Notice Plan.

Dated:  September 25, 2023                  Respectfully submitted,

*/s/ Sandra L. Duggan*                       */s/ Christopher A. Seeger*
Sandra L. Duggan, Esquire               Christopher A. Seeger, Esquire
**LEVIN SEDRAN & BERMAN LLP**      **SEEGER WEISS LLP**
510 Walnut Street, Suite 500              55 Challenger Road, 6th Floor
Philadelphia, PA 19106                      Ridgefield Park, NJ  07660
(215)592-1500 (phone)                       (973) 639-9100 (phone)
sduggan@lfsblaw.com                        cseeger@seegerweiss.com


*/s/ Steven A. Schwartz*                      */s/ Kelly K. Iverson*
Steven A. Schwartz, Esquire             Kelly K. Iverson, Esquire
**CHIMICLES SCHWARTZ KRINER &**    **LYNCH CARPENTER, LLP**
**DONALDSON-SMITH LLP**            1133 Penn Avenue, 5th Floor
361 West Lancaster Avenue              Pittsburgh, PA 15222
Haverford, PA 19041                        (412) 322-9243 (phone)
(610) 642-8500 (phone)                      kelly@lcllp.com
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel / Proposed Settlement Class Counsel*

Roberta D Liebenberg, Esquire (Chair)      Lisa Ann Gorshe, Esquire (Vice Chair)
**FINE, KAPLAN AND BLACK, R.P.C.**        **JOHNSON BECKER PLLC**
One South Broad Street, 23rd Floor              444 Cedar Street, Ste 1800
Philadelphia, PA 19107                             Saint Paul, MN 55101
(215) 567-6565 (phone)                            (612) 436-1852 (phone)
rliebenberg@finekaplan.com                      lgorshe@johnsonbecker.com

Arthur H. Stroyd, Jr., Esquire (Vice Chair)
**DEL SOLE CAVANAUGH STROYD LLC**
3 PPG Place, Suite 600
Pittsburgh, PA 15222
(412) 261-2172 (phone)
(412) 261-2110 (fax)
astroyd@dscslaw.com

*Settlement Committee / Proposed Settlement Class Counsel*

2

<u>/s/ D. Aaron Rihn</u>
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES,
P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com

Peter St. Tienne Wolff, Esquire
**PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document was filed via the

Court's CM/ECF system on this 25th day of September 2023, and will be served to Counsel for

Defendants via email.

<u>*/s/ D. Aaron Rihn*</u>
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com