IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

This order memorializes the rulings made, and more fully explained, on the record by the court on September 13, 2023:

1. Plaintiffs' objections (ECF No. 2109) to the special master's Report and Recommendation ("R&R") (ECF No. 2069) about a subpoena served on Exponent, Inc. were DENIED. The R&R was adopted as the opinion of the court, subject to the clarifications made on the record, and subject to the directive that counsel for Philips shall provide in writing to Plaintiffs and the special master details about the business consulting role and work performed by Exponent, Inc.

   All as more fully stated on the record.

So Ordered this 26th day of September, 2023.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge