IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR LITIGATION**<br><br>This Document Relates to:<br><br>*All Personal Injury Cases and Potential Claimants* | Master Docket No. 2:21-mc-1230<br><br>MDL No. 3014 |

**ORDER GRANTING JOINT MOTION TO MODIFY PRETRIAL ORDER NO. 26(a)
REGARDING FACT SHEET IMPLEMENTATION
AS PRETRIAL ORDER NO. 26(b)**

The Court, upon consideration of the Joint Motion by Plaintiffs and Defendants to Modify Pretrial Order No. 26(a) Regarding Fact Sheet Implementation as Pretrial Order No. 26(b), it is hereby ORDERED that the Motion is GRANTED.

The Court approves the parties' proposed modified Plaintiff Fact Sheet form. A Plaintiff who has already submitted a substantially complete Plaintiff Fact Sheet pursuant to Pretrial Order No. 26(a) need not serve a modified Plaintiff Fact Sheet. The Court also approves the parties' proposed modified Defendant Fact Sheet form. The Court further approves, and will enter separately on the docket, Pretrial Order No. 26(b), which includes the modified Plaintiff and Defendant Fact Sheets as Exhibits 1 and 2, respectively.

**IT IS SO ORDERED.**

DATED:   10/3/2023

                                                                          s/Joy Flowers Conti
                                                              The Honorable Joy Flowers Conti
                                                               Senior United State District Judge