# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: All Actions Asserting Economic Loss Claims | |

## NOTICE OF FILING OF AMENDMENT TO PROPOSED CLASS SETTLEMENT AGREEMENT OF ECONOMIC LOSS CLAIMS AND RELEASE

Proposed Settlement Class Representatives, through proposed Settlement Class Counsel, hereby file an amendment to the proposed Class Settlement Agreement of Economic Loss Claims and Release agreed to by the Parties (attached hereto as Exhibit "A"). The Settlement Agreement was filed as Ex. "A" to Proposed Settlement Class Representatives' Brief in support of their Motion for Preliminary Approval of same (ECF No. 2213), was amended on September 14, 2023 (ECF No. 2237-1), and was further amended on September 25, 2023 (ECF No. 2263-1 at pp. 98-267). The instant amendment reflects the Parties' agreement that Settlement Class Counsel will submit to the Court for approval, either as part of, or subsequent to, the Final Fairness Hearing, a motion for an award of attorneys' fees and reimbursement of costs and expenses in the aggregate amount of $95,000,000. The Philips Defendants have agreed not to oppose the motion. The Parties have agreed that upon approval by the Court, the awarded attorneys' fees, costs and expenses will be paid by, or on behalf of, the Philips Defendants in addition to the compensation provided to Settlement Class Members under this Settlement, and any award of attorneys' fees, costs and expenses shall not diminish the recovery of Settlement Class Members under the Settlement.

Dated:  October 5, 2023                               Respectfully submitted,

| | |
|---|---|
| */s/ Sandra L. Duggan* <br> Sandra L. Duggan, Esquire <br> **LEVIN SEDRAN & BERMAN LLP** <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106 <br> (215)592-1500 (phone) <br> sduggan@lfsblaw.com | */s/ Christopher A. Seeger* <br> Christopher A. Seeger, Esquire <br> **SEEGER WEISS LLP** <br> 55 Challenger Road, 6th Floor <br> Ridgefield Park, NJ  07660 <br> (973) 639-9100 (phone) <br> cseeger@seegerweiss.com |
| */s/ Steven A. Schwartz* <br> Steven A. Schwartz, Esquire <br> **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** <br> 361 West Lancaster Avenue <br> Haverford, PA 19041 <br> (610) 642-8500 (phone) <br> steveschwartz@chimicles.com | */s/ Kelly K. Iverson* <br> Kelly K. Iverson, Esquire <br> **LYNCH CARPENTER, LLP** <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA 15222 <br> (412) 322-9243 (phone) <br> kelly@lcllp.com |

*Plaintiffs' Co-Lead Counsel / Proposed Settlement Class Counsel*

| | |
|---|---|
| Roberta D Liebenberg, Esquire (Chair) <br> **FINE, KAPLAN AND BLACK, R.P.C.** <br> One South Broad Street, 23rd Floor <br> Philadelphia, PA 19107 <br> (215) 567-6565 (phone) <br> rliebenberg@finekaplan.com | Lisa Ann Gorshe, Esquire (Vice Chair) <br> **JOHNSON BECKER PLLC** <br> 444 Cedar Street, Ste 1800 <br> Saint Paul, MN 55101 <br> (612) 436-1852 (phone) <br> lgorshe@johnsonbecker.com |

Arthur H. Stroyd, Jr., Esquire (Vice Chair)
**DEL SOLE CAVANAUGH STROYD LLC**
3 PPG Place, Suite 600
Pittsburgh, PA 15222
(412) 261-2172 (phone)
(412) 261-2110 (fax)
astroyd@dscslaw.com

*Settlement Committee / Proposed Settlement Class Counsel*

| | |
|---|---|
| */s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>(412) 281-7229 (phone)<br>(412) 281-4229 (fax)<br>arihn@peircelaw.com | Peter St. Tienne Wolff, Esquire<br>**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**<br>One Oxford Centre - 38th Floor<br>Pittsburgh, PA 15219<br>(412) 263-2000 (phone)<br>(412) 263-2001 (fax)<br>psw@pietragallo.com |

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 5th day of October 2023, and will be served to Counsel for Defendants via email.

>	*/s/ D. Aaron Rihn*
>	D. Aaron Rihn, Esquire
>	PA I.D. No.: 85752
>	ROBERT PEIRCE & ASSOCIATES, P.C.
>	707 Grant Street
>	Suite 125
>	Pittsburgh, PA 15219
>	Tel: 412-281-7229
>	Fax: 412-281-4229
>	arihn@peircelaw.com