IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br>MICHAEL LAWRENCE,<br>Case No.: 2:22-cv-00412-JFC (WD-PA)<br>Transferred from Maryland (8:22-cv-390)<br>    *Plaintiff*,<br><br>    v.<br><br>PHILIPS NORTH AMERICA LLC, et. al.<br>    *Defendants*. | **Master Docket: Misc. No. 2:21-mc-01230-JFC**<br><br>**MDL No. 3014** |

## LINE

COMES NOW, Plaintiff, MICHAEL LAWRENCE ("Plaintiff" or "Plaintiff Lawrence"), by and through counsel, files this Line and says:

On June 26, 2022, Michael Lawrence passed away. As of October 17, 2023, the Estate of Michael Lawrence was opened and the Executed Last Will and Testament was admitted to probate. Will the Clerk of this Court please change the name of Plaintiff Lawrence from Michael Lawrence to the Estate of Michael Lawrence. See the Estate of Michael Lawrence Administrative Probate Order attached as Exhibit 1.

Respectfully submitted,

*/s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
MD Bar ID: 2010260002
**A. CLARKE LAW, PLLC**
163 Waterfront Street, Suite 440
NATIONAL HARBOR, MD 20745
T: 202.780.9144
E: aclarke@aclarkelaw.com
*Counsel for Michael Lawrence*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2023, a true copy of the foregoing was electronically filed via CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                              */s/ Andrew O. Clarke*
                                              Andrew O. Clarke, Esquire