IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

With respect to the Proposed Findings of Fact and Conclusions of Law about challenges to personal jurisdiction, the parties shall provide hyperlinks to the specific portions of the evidentiary record used to support their proposed findings of fact. Hyperlinking must comply with the protocol set forth in the [Court's Electronic Case Filing Policies and Procedures](). SO ORDERED this 25th day of October, 2023.

BY THE COURT:

/s/ Joy Flowers Conti
Hon. Joy Flowers Conti
Senior United States District Court Judge