# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: <br><br> *The Amended Master Long Form Complaint for Personal Injuries and Damages (ECF No. 834) and Consolidated Second Amended Class Action Complaint for Medical Monitoring (ECF 815)* | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

## JOINT NOTICE OF FILING OF TABLES OF CAUSES OF ACTION AND DEFENDANTS

At the October 17, 2023 status conference, the "Court requested a listing of all claims relating to each defendant from the master complaints." ECF No. 2300. Pursuant to the Court's request, the parties have prepared Tables of Causes of Action and Defendants for the Amended Master Long Form Complaint for Personal Injuries and Damages (ECF No. 834) and the Consolidated Second Amended Class Action Complaint for Medical Monitoring and Demand for Jury Trial (ECF No. 815), which are attached hereto as Exhibits "A" and "B," respectively.

Dated: October 27, 2023

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 152222
(412) 322-9243 (phone)
kelly@lcllp.com

| | |
|---|---|
| */s/ Wendy West Feinstein*<br>Wendy West Feinstein<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Oxford Center, 32nd Floor<br>Pittsburgh, PA 15219-6401<br>T 412.560.3300<br>wendy.feinstein@morganlewis.com<br><br>*Counsel for Defendant Philips RS North America, LLC*<br><br>*/s/ Michael H. Steinberg*<br>Michael H. Steinberg<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, CA 90067<br>T (310) 712-6670<br>steinbergm@sullcrom.com<br><br>*/s/ Tracy Richelle High*<br>Tracy Richelle High<br>William B. Monahan<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>T (212) 558-7375<br>hight@sullcrom.com<br>monahanw@sullcrom.com<br>*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*<br><br>*/s/ Eric Scott Thompson*<br>Eric Scott Thompson<br>**FRANKLIN & PROKOPIK**<br>500 Creek View Road, Ste. 502<br>Newark, DE 19711<br>302-594-9780<br>ethompson@fandpnet.com<br><br>*Attorney for Defendants Polymer Technologies, Inc. and Polymer Molded Products LLC* | */s/ Christopher A. Seeger*<br>Christopher A. Seeger, Esquire<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100 (phone)<br>cseeger@seegerweiss.com<br><br>*/s/ Sandra L. Duggan*<br>Sandra L. Duggan, Esquire<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215) 592-1500 (phone)<br>(215) 592-4633 (fax)<br>sduggan@lfsblaw.com<br><br>*/s/ Steve A. Schwartz*<br>Steve A. Schwartz<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>361 West Lancaster Avenue<br>One Haverford Centre<br>Haverford, PA 19041<br>(610) 642-8500 (phone)<br>steveschwartz@chimicles.com<br><br>*Plaintiffs' Co-Lead Counsel*<br><br>*/s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street<br>Suite 125<br>Pittsburgh, PA 15219<br>412-281-7229<br>412-281-4229 (fax)<br>arihn@peircelaw.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on October 27, 2023, and is available for download by all counsel of record.

                                                */s/ D. Aaron Rihn*
                                                D. Aaron Rihn
                                                PA I.D. No.: 85752
                                                ROBERT PEIRCE & ASSOCIATES, P.C.
                                                707 Grant Street
                                                Suite 125
                                                Pittsburgh, PA 15219
                                                Tel: 412-281-7229
                                                Fax: 412-281-4229
                                                arihn@peircelaw.com