IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION**<br><br>This document relates to: *All Actions* | )<br>)<br>)   Master Docket: No. 21-1230-JFC<br>)<br>)   MDL No. 3014<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO HOLD THE NOVEMBER 9, 2023 STATUS CONFERENCE
BY TELEPHONE OR VIDEOCONFERENCE**

After meeting and conferring, all parties believe that this month's status conference can be held via telephone or videoconference instead of in-person. Accordingly, the parties jointly request that the Court convert the November 9, 2023 status conference to telephone or videoconference.

Dated: November 2, 2023

| | |
|---|---|
| */s/ Sandra Duggan* | */s/ Michael H. Steinberg* |
| Sandra Duggan (sduggan@lfsblaw.com) | Michael H. Steinberg (steinbergm@sullcrom.com) |
| LEVIN SEDRAN & BERNAN | SULLIVAN & CROMWELL LLP |
| 510 Walnut Street, Ste 500 | 1888 Century Park East, Suite 2100 |
| Philadelphia, PA 19106 | Los Angeles, CA 90067 |
| Telephone:  (215) 592-1500 | Telephone:  (310) 712-6600 |
| | |
| Kelly K. Iverson (kelly@lcllp.com) | Tracy Richelle High (hight@sullcrom.com) |
| LYNCH CARPENTER LLP | William B. Monahan (monahanw@sullcrom.com) |
| 1133 Penn Avenue, 5th Floor | SULLIVAN & CROMWELL LLP |
| Pittsburgh, PA  15222 | 125 Broad Street |
| Telephone:  (412) 322-9243 | New York, NY  10004 |
| | Telephone: (212) 558-4000 |
| Steven A. Schwartz | |
| (steveschwartz@chimicles.com) | *Attorneys for Defendants Koninklijke Philips N.V.,* |
| CHIMICLES SCHWARTZ KRINER & | *Philips North America LLC, Philips Holding USA,* |
| DONALDSON-SMITH | *Inc. and Philips RS North America Holding* |
| 361 Lancaster Avenue | *Corporation* |
| Haverford, PA  19401 | |
| Telephone:  (610) 642-8500 | */s/ John P. Lavelle Jr.* |
| | John P. Lavelle Jr. |
| Christopher A. Seeger (cseeger@seegerweiss.com) | (john.lavelle@morganlewis.com) |
| SEEGER WEISS LLP | Lisa C. Dykstra (lisa.dykstra@morganlewis.com) |
| 55 Challenger Road, 6th Floor | MORGAN, LEWIS & BOCKIUS LLP |
| Ridgefield Park, NJ  07660 | 1701 Market Street |
| Telephone:  (212) 584-0700 | Philadelphia, PA  19103-2921 |
| | Telephone:  (215) 963-5000 |
| *Plaintiffs' Co-Lead Counsel* | |
| | Wendy West Feinstein |
| | (wendy.feinstein@morganlewis.com) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | One Oxford Center, 32nd Floor |
| | Pittsburgh, PA  15219-6401 |
| | Telephone: (412) 560-3300 |
| | |
| | *Counsel for Defendant Philips RS North America LLC* |

-3-

                                      */s/ Eric Scott Thompson*
Eric Scott Thompson (ethompson@fandpnet.com)
FRANKLIN & PROKOPIK
500 Creek View Road, Ste. 502
Newark, DE  19711
Telephone:  (302) 594-9780

*Attorney for Defendant Polymer Technologies, Inc. and Polymer Molded Products LLC*