# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION,<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## JOINT NOTICE

Pursuant to the Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the November 9, 2023 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Sandra Duggan (Levin, Sedran & Berman, LLP)
Kelly K. Iverson (Lynch Carpenter, LLP)
Steven Schwartz (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Christopher A. Seeger (Seeger Weiss, LLP)

**Co-Liaison Counsel:**
D. Aaron Rihn (Robert Peirce & Associates, PC)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Settlement Committee:**
Lisa Ann Gorshe (Johnson Becker, PLLC)
Roberta D. Liebenberg (Fine, Kaplan and Black, RPC)
Arthur H. Stroyd, Jr. (Del Sole Cavanaugh Stroyd LLC)

**Time & Expense Committee:**
Alyson L. Oliver (Oliver Law Group PC)

**Other Participants:**
David Buchanan (Seeger Weiss, LLP)
Kathryn L. Harrison (Campbell & Levine, LLC)
Shauna Itri (Seeger Weiss, LLP)
Alex M. Kashurba (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Beena McDonald (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Elizabeth Pollock-Avery (Lynch Carpenter, LLP)
Joyce Chambers Reichard (Kelly Ferraro, LLC)
Charles E. Schaffer (Levin, Sedran & Berman, LLP)

Caleb Seeley (Seeger Weiss, LLP)
Keith Verrier (Levin, Sedran & Berman, LLP)

**Speaking on behalf of Philips RS North America LLC:**
Caitlin Barrett (Morgan, Lewis & Bockius, LLP)
Lisa Dykstra (Morgan, Lewis & Bockius, LLP)
John P. Lavelle, Jr. (Morgan, Lewis & Bockius, LLP)
Laura McNally (Morgan, Lewis & Bockius, LLP)
Amanda Robinson (Morgan, Lewis & Bockius, LLP)
Wendy West Feinstein (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Other Philips Defendants:**
Michael H. Steinberg (Sullivan & Cromwell LLP)
Tracy Richelle High (Sullivan & Cromwell LLP)
William B. Monahan (Sullivan & Cromwell LLP)
Elizabeth N. Olsen (Sullivan & Cromwell LLP)

**Speaking on behalf of Polymer Technologies, Inc. and Polymer Molded Products, LLC:**
Eric Scott Thompson (Franklin & Prokopik, PC)


DATED: November 7, 2023                    Respectfully submitted,

                                           */s/ D. Aaron Rihn*
                                           D. Aaron Rihn, Esquire
                                           PA Bar No.: 85752
                                           **ROBERT PEIRCE & ASSOCIATES, P.C.**
                                           707 Grant Street, Suite 125
                                           Pittsburgh, PA 15219
                                           Telephone: 412-281-7229
                                           Fax: 412-281-4229
                                           arihn@peircelaw.com

                                           *Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 7th day of November 2023 and is available for download by all counsel of record.

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

*Co-Liaison Counsel*