**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | ) | |
| BI-LEVEL PAP, AND MECHANICAL | ) | Master Docket: Misc. No. 21-1230 |
| VENTILATOR PRODUCTS | ) | |
| LITIGATION, | ) | MDL No. 3014 |
| | ) | |
| This Document Relates to: All Actions | ) | |

**Joint Proposed Agenda for November 9, 2023 Status Conference: Philips MDL 3014**

1.  Discovery Update/Status of Proceedings with Special Master Katz;

2.  Proposed Deadlines for Personal Injury and Medical Monitoring Tracks;

3.  Motion to Extend Deadline for Objections to Reports and Recommendations on Motions to Dismiss;

4.  Deadline for Findings of Fact and Conclusions of Law (Dispute Regarding KPNV Personal Jurisdiction);

5.  Update on State Court Litigation;

6.  Update on Census Registry; and

7.  LDC Update.

Dated: November 7, 2023

Respectfully submitted,

*/s/ John P. Lavelle, Jr*
John P. Lavelle, Jr., Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson, Esquire
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T (412) 322-9243
kelly@lcllp.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
212-584-0700
cseeger@seegerweiss.com

*Counsel for Defendant Philips RS North America, LLC*

/s/ Michael H. Steinberg
Michael H. Steinberg, Esquire
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

/s/ Tracy Richelle High
Tracy Richelle High, Esquire
William B. Monahan, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T:  (212) 558-4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips
NV, Philips North America LLC, Philips
Holding USA Inc., and Philips RS North
America Holding Corporation*

/s/ Eric Scott Thompson
Eric Scott Thompson, Esquire
**FRANKLIN & PROKOPIK**
500 Creek View Road
Suite 502
Ste 1210
Newark, DE 19711
T (302) 594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and
Polymer Molded Products, LLC*

/s/ Sandra L. Duggan
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN**
510 Walnut Street
Ste 500
Philadelphia, PA 19106
215-592-1500
215-592-4663 (fax)
sduggan@lfsblaw.com

/s/ Steven A. Schwartz
Steven A. Schwartz, Esquire
**CHIMICLES SCHWARTZ
KRINER & DONALDSON-SMITH
LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES,
P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the

Court's CM/ECF system on this 7th day of November, 2023 and is available for download by all

counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com