IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230 |
| This Document Relates To:<br>*All Actions* | MDL No. 3014 |

**JOINT NOTICE OF UPDATED TIMELINE OF PERTINENT MDL DATES**

The parties jointly submit this updated timeline of upcoming deadlines in *In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*s (MDL No. 3014).[1]

| Date | Event | ECF No. |
|---|---|---|
| 11/9/2023 | Deadline for Defendants' response to objection by Graham to motion to adjourn the remand motion briefing schedule | 2300 |
| 11/23/2023 | Deadline for parties' responses to Objections to Special Master's Reports and Recommendations on Motions to Dismiss issued on September 28, 2023 | 2288 |
| 12/11/2023 | Economic Loss Class Action Settlement: Claims Period Begins | 2289 |
| 1/8/2024 | Economic Loss Class Action Settlement: Class Counsel's Motion for Attorneys' Fees and Expenses and Motion for Service Awards | 2289 |
| 2/7/2024 | Economic Loss Class Action Settlement: Opt Out and Objection Deadline | 2289 |
| 2/28/2024 | Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions, for Medical Monitoring class action | 1911 |
| 3/15/2024 | Plaintiffs' Rule 26(a)(2) expert disclosures relevant to class certification, for Medical Monitoring class action | 1911 |

---

[1] The Parties intend this notice to be a reference resource for the Court. The Parties do not intend this notice and the summaries of the deadlines to supersede the terms in the Court's orders.

| Date | Event | ECF No. |
|---|---|---|
| 3/21/2024 | Economic Loss Class Action Settlement: Motion for Final Approval | 2289 |
| 3/28/2024 | Economic Loss Class Action Settlement: Response to Objections to Settlement | 2289 |
| 4/11/2024 | Economic Loss Class Action Settlement: Final Fairness Hearing | 2289 |
| 5/1/2024 | Defendants' Rule 26(a)(2) expert disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 6/10/2024 | Plaintiffs' Rule 26(a)(2) rebuttal disclosures relevant to class certification for Medical Monitoring class action | 1911 |
| 7/15/2024 | Deadline to complete expert depositions relevant to class certification for Medical Monitoring class action | 1911 |
| 8/9/2024 | Economic Loss Class Action Settlement: Claims Period Deadline | 2289 |
| 8/15/2024 | Plaintiffs file motion for class certification for Medical Monitoring Class Action | 1911 |
| 10/1/2024 | Defendants file class certification opposition for Medical Monitoring class action | 1911 |
| 11/1/2024 | Plaintiffs file reply in support of class certification for Medical Monitoring class action | 1911 |
| 12/6/2024 | Parties file Rule 702/*Daubert* motions on class certification issues for Medical Monitoring class action | 1911 |
| 1/6/2025 | Parties file Rule 702/*Daubert* oppositions on class certification issues for Medical Monitoring class action | 1911 |
| 2/2025 or 3/2025 | Potential hearing date for Rule 702/*Daubert* motions on class certification experts for Medical Monitoring class action, subject to Court's scheduling | 1911 |

Pursuant to Pretrial Order #28 (ECF No. 783), the following procedures and deadlines apply to the Amended Master Personal Injury Complaint and Individual Short Form Personal Injury Complaints.

| Date | Event |
|---|---|
| Within sixty (60) days of the date on which the Court issues a ruling as to its motion to dismiss the Amended Master Personal Injury Complaint [2] | Deadline for Defendant to file a Master Answer to the Amended Master Personal Injury Complaint. |
| Within forty-five (45) days of the date on which the Court issues a ruling granting Plaintiffs' Co-Lead Counsel leave to amend the Amended Master Personal Injury Complaint | Deadline for Plaintiffs' Co-Lead Counsel to file a Second Amended Master Personal Injury Complaint |
| Within fourteen (14) days of filing a Short Form Complaint | Deadline for Personal Injury Plaintiffs to upload their Short Form Complaint to the online MDL Centrality System accessible at www.mdlcentrality.com/ pursuant to Pretrial Order # 27 |
| Within twenty-one (21) days after service of the Master Answers to the Amended Master Personal Injury Complaint by Defendants | Deadline for any Personal Injury Plaintiff, who has filed a Short Form Complaint, to amend the same for any reason |
| Within twenty-one (21) days after service of Short Form Complaint | Deadline for any Personal Injury Plaintiff, who files a Short Form Complaint after the filing of the Master Answers to the Amended Master Personal Injury Complaint, to amend the same for any reason |
| Within twenty-one (21) days after selection for inclusion in the pool from which bellwether cases are to be selected | Deadline for any Personal Injury Plaintiff, whose case is subsequently chosen for inclusion in the pool from which bellwether cases are to be selected, to amend his or her Short Form Complaint |

Date: November 7, 2023               Respectfully submitted,

*/s/ John P. Lavelle, Jr.*                  */s/ Kelly K. Iverson*
John P. Lavelle, Jr.                         Kelly K. Iverson
Lisa C. Dykstra                              **LYNCH CARPENTER, LLP**
**MORGAN, LEWIS & BOCKIUS LLP**    1133 Penn Avenue, 5th Floor
1701 Market Street                         Pittsburgh, PA 152222
Philadelphia, PA 19103-2921                (412) 322-9243 (phone)
T 215.963.5000                             kelly@lcllp.com
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com               */s/ Christopher A. Seeger*
                                           Christopher A. Seeger, Esquire
                                           **SEEGER WEISS LLP**

---

[2] If a motion to dismiss the Amended Master Personal Injury Complaint does not result in the dismissal of the Amended Master Personal Injury Complaint in its entirety, and provided that the Court does not grant leave to amend the Amended Master Personal Injury Complaint.

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ Tracy Richelle High*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Ste. 502
Newark, DE 19711
302-594-9780
ethompson@fandpnet.com

*Attorney for Defendant Polymer Technologies, Inc. Elastomeric Solutions Division*

55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4633 (fax)
sduggan@lfsblaw.com

*/s/ Steve A. Schwartz*
Steve A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 7th day of November 2023 and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
PA I.D. No. 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com