IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This document relates to: *All Actions* | Master Docket: No. 21-1230-JFC<br><br>MDL No. 3014 |

**ORDER TO HOLD THE NOVEMBER 9, 2023 STATUS CONFERENCE BY VIDEOCONFERENCE**

The Court has reviewed the Joint Motion to Hold the November 9, 2023 Status Conference by Telephone or Videoconference and hereby orders:

1. The November 9, 2023 Status Conference shall be held via remote Zoom videoconference.

2. The Court will provide details regarding the videoconference information to liaison counsel.

DATED:  November 7, 2023                                IT IS SO ORDERED.


                                                                            s/Joy Flowers Conti
                                                                            Hon. Joy Flowers Conti
                                                                            Senior United States District Judge