**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br><br>*All Personal Injury and Medical Monitoring Cases* | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER**
**SETTING AND/OR REVISING CERTAIN DEADLINES FOR**
**THE PERSONAL INJURY AND MEDICAL MONITORING TRACKS**

Plaintiffs and Defendants, through their undersigned counsel, jointly move the Court to enter the attached proposed scheduling order establishing the parties' revised, agreed-upon deadlines in the Personal Injury and Medical Monitoring tracks, and in support respectfully state as follows:

1. The parties have discussed and reached agreement on discovery and case management deadlines in the Personal Injury and Medical Monitoring tracks, as set forth in the attached proposed scheduling order.

2. With respect to the Personal Injury track, the parties were directed by the Court at prior Case Management Conferences to attempt to reach agreement on a proposed case management schedule incorporating directions from the Court. The parties engaged in extensive negotiations with the support and further direction of Special Master Katz. Accordingly, the parties propose the agreed-upon deadlines to complete general causation fact and expert discovery, and to file Rule 702 *Daubert* and dispositive motions on general causation, as set forth in the attached proposed order.

3. With respect to the Medical Monitoring track, the parties propose minor changes to the previously submitted and approved Scheduling Order (ECF No. 1911) to align with the proposed Personal Injury track deadlines.

Accordingly, the parties jointly request that the Court enter the attached proposed scheduling order setting certain agreed-upon deadlines in the Personal Injury and Medical Monitoring tracks.

Dated: November 7, 2023

Respectfully Submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH**
361 Lancaster Avenue
Haverford, PA 19401
Tel: 610.642.8500
steveschwartz@chimicles.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: 215.592.1500
sduggan@lfsblaw.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412.322.9243
kelly@lcllp.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: 310.712.6670
steinbergm@sullcrom.com

Tracy Richelle High
William B. Monahan

Tel: 212.584.0700
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Suite 502
Newark, DE 19711
Tel: 302.594.9780
ethompson@fandpnet.com

*Counsel for Defendants Polymer Technologies Inc. and Polymer Molded Products, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, the foregoing document was electronically filed with the Clerk of the Court on served upon counsel of record through the Court's ECF system.

>*/s/ John P. Lavelle, Jr.*
>John P. Lavelle, Jr.