**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## SECOND AMENDED PRETRIAL ORDER #12

## SCHEDULING MONTHLY STATUS CONFERENCES

**AND NOW**, this 9th day of November 2023, in order to promote the just, speedy, and inexpensive resolution of the cases that comprise the above-captioned multi-district litigation, the court **HEREBY** issues the following schedule for monthly status conferences in this case:

Thursday, January 25, 2024, at 11:00 a.m.;

Thursday, February 22, 2024, at 11:00 a.m.;

Thursday, March 21, 2024, at 11:00 a.m.;

Thursday, April 25, 2024, at 11:00 a.m.;

Thursday, May 16, 2024, at 11:00 a.m.;

Thursday, June 20, 2024, at 11:00 a.m.;

Thursday, July 18, 2024, at 11:00 a.m.;

Thursday, August 22, 2024, at 11:00 a.m.;

Thursday, September 26, 2024, at 11:00 a.m.;

Thursday, October 17, 2024, at 11:00 a.m.;

Thursday, November 21, 2024, at 11:00 a.m.; and

Thursday, December 12, 2024, at 11:00 a.m.;

**IT IS FURTHER ORDERED** that the foregoing schedule is subject to change at the discretion of the court, and any changes will be made on the court's docket at 21-mc-1230;

**IT IS FURTHER ORDERED** that, subject to any limitations imposed by reason of future COVID-19 restrictions, the above-scheduled status conferences shall be held in person at the Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania 15219;

**IT IS FURTHER ORDERED** that co-lead plaintiffs' counsel and counsel for defendants shall meet and confer, and, at least two business days prior to each status conference, file with the court an agreed-upon proposed agenda for the status conference; and

**IT IS FURTHER ORDERED** that if the agreed-upon proposed agenda for a status conference does not include substantive, complex, or disputed matters, two business days prior to the status conference, the parties may file a joint motion to request the status conference be conducted via telephone or videoconference.

**IT IS SO ORDERED.**

**/s/ JOY FLOWERS CONTI**
Joy Flowers Conti
Senior United States District Judge