IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>*All Personal Injury and Medical Monitoring Actions* | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

### ORDER SETTING DEADLINES FOR SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO THE OCTOBER 17, 2023 EVIDENTIARY HEARING

AND NOW, this 15th day of November, 2023, upon consideration of the parties' Joint Motion for Entry of A Stipulated Order Setting Deadlines for Submission Of Proposed Findings Of Fact And Conclusions Of Law With Respect To The October 17, 2023 Evidentiary Hearing, it is **ORDERED** that the Motion is **GRANTED**.

The deadline for the parties to file their Proposed Findings of Fact and Conclusions of Law shall be 9 PM Eastern Time on December 12, 2023. The filed submissions do not need to be hyperlinked to the evidentiary record.

The deadline for the parties to submit to the Court versions of their Proposed Findings of Fact and Conclusions of Law with hyperlinks to the evidentiary record shall be 9 PM Eastern Time on December 19, 2023.

                                                         s/Joy Flowers Conti
                                             **HONORABLE JOY FLOWERS CONTI**
                                             *Senior United States District Judge*