IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATION PRODUCTS LITIGATION** ) ) ) ) ) ) ) This Document Relates to: ) *Gayla Graham et al. v. Respironics, Inc. et al., 2:22-cv-00224-JFC* ) ) ) | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

\* \* \* \* \*

### PLAINTIFFS' SUR-REPLY TO DEFENDANTS' MOTION TO ADJOURN REMAND MOTION BRIEFING SCHEDULE

Come the Plaintiffs, by counsel, and for their Sur-Reply to Defendants' Motion to Adjourn Remand Motion Briefing Schedule (Doc. No. 2250), hereby state as follows:

For the reasons previously stated, Plaintiffs disagree another extension of the remand motion briefing schedule is warranted; however, as a practical matter, the mere filing of the subject Motion has essentially afforded the Defendants the relief they have requested.[1] Accordingly, in the interest of judicial economy, Plaintiffs do not object to the briefing schedule proffered by the Defendants. *See* Doc. No. 2334 at 7.

In the interest of fairness, Plaintiffs respectfully request this be the last extension given to the Defendants on the issue of remand. Plaintiffs have claims expressly permitted under Kentucky law against two non-diverse distributors which are being prejudiced by the delay associated with Defendants' unreasonable removal of this case. The record will reflect the lengths Plaintiffs have

---

[1] Pursuant to Court Order, remand briefing is currently scheduled to close on this date. *See* Doc. No. 1901.

gone over the last two and a half years to have their case returned to the appropriate forum. The time has come for this inequity to be cured.

                                    Respectfully submitted,

                                    */s/ Jordan A. Stanton*
                                    Tyler S. Thompson (KBA #81736)
                                    Jordan A. Stanton (KBA #96292)
                                    DOLT, THOMPSON, SHEPHERD & CONWAY, PSC
                                    13800 Lake Point Circle
                                    Louisville, KY 40223
                                    Telephone: (502) 244-7772
                                    tthompson@kytrial.com
                                    jstanton@kytrial.com
                                    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify on November 30, 2023 a copy of the foregoing was filed electronically through the CM/ECF system, and that a true and correct copy was automatically served via electronic mail, upon:

David V. Kramer
DRESSMAN BENZINGER LAVELLE, PSC
207 Thomas Moore Parkway
Crestview Hills, KY 41017
Telephone: (859) 341-1881
dkramer@dbllaw.com
*Counsel for Defendants, Respironics, Inc.*
*and Philips RS North America, LLC*

Andrew D. Pellino
DRESSMAN BENZINGER LAVELLE, PSC
321 West Main Street, Suite 2100
Louisville, KY 40202
Telephone: (502) 572-2500
apellino@dbllaw.com
*Counsel for Defendants, Respironics, Inc.*
*and Philips RS North America, LLC*

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
john.lavelle@morganlewis.com
*Counsel for Defendants, Respironics, Inc.*
*and Philips RS North America, LLC*

Christina Manfredi McKinley
Mark D. Shephard
BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA 15232
Telephone: (412) 394-5400
cmckinley@babstcalland.com
mshephard@babstcalland.com

*Counsel for Defendants, Gould's Discount
Medical, Inc. and Gould's Discount Medical, LLC*

          <u>*/s/ Jordan A. Stanton*</u>
          Tyler S. Thompson (KBA #81736)
          Jordan A. Stanton (KBA #96292)