IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br>All Actions Asserting Economic Loss Claims | : Master Docket: Misc. No. 21-mc-1230-JFC<br>:<br>: MDL No. 3014<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION OF SETTLEMENT CLASS COUNSEL AND THE PHILIPS DEFENDANTS TO PUBLISH THE ECONOMIC LOSS CLASS SETTLEMENT NOTICE ON THIS COURT'S WEBSITE**

Pursuant to this Court's order preliminarily approving the Amended Class Settlement Agreement and Release of Economic Loss Claims, the proposed Notice Plan and forms of Notice (ECF 2289) (the "Preliminary Approval Order"); Federal Rule of Civil Procedure 7(b)(1); United States District Court for the Western District of Pennsylvania Local Rule 23 H (requiring Court-approved class action settlement notices to be posted to the Court's website); and this Court's Rules for Pretrial and Trial Matters, Civil Cases Pretrial Procedure Rule 3(C), Settlement Class Counsel and Defendants Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation jointly request that the Court direct the Clerk of Court to publish the Economic Loss Class Settlement Notice attached hereto as Exhibit "A" on the Court's website at https://www.pawd.uscourts.gov/mdl-3014-re-philips-recalled-cpap-bi-level-pap-and-mechanical-ventilator-products-litigation.

The Settlement Notice is identical to the long-form notice approved by the Court (Exhibit 3(a) to the Settlement Agreement), except for formatting edits and necessary clarification of

deadlines in accordance with the Preliminary Approval Order. Specifically, the date of August 9, 2024 was inserted for the Claims Period Deadline placeholder, the date of February 7, 2024 was inserted for the Opt-Out/Objection Deadline placeholder, and April 11, 2024, at 10:30 a.m. was inserted for the Final Approval Hearing date and time.

WHEREFORE, pursuant to Local Rule 7(D), the Parties respectfully request that the Court enter the attached proposed Order.

DATED: December 7, 2023

Respectfully submitted,

PHILIPS RS NORTH AMERICA, LLC:
*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons
Andrew T. George
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

PLAINTIFFS' CO-LEAD COUNSEL:
*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4633 (fax)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, PHILIPS HOLDING USA INC., AND PHILIPS RS NORTH AMERICA HOLDING CORPORATION:

*/s/ William B. Monahan*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

Tracy Richelle High
William B. Monahan
Elizabeth N. Olsen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com
olsene@sullcrom.com

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PIERCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
Gary Lynch
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com
gary@lcllp.com

PLAINTIFFS' SETTLEMENT COMMITTEE:

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (Chair)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*/s/ Lisa Ann Gorshe*
Lisa Ann Gorshe (Vice Chair)
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(612) 436-1852 (phone)
lgorshe@johnsonbecker.com

*/s/ Arthur H. Stroyd, Jr.*
Arthur H. Stroyd, Jr. (Vice Chair)
**DEL SOLE CAVANAUGH STROYD LLC**
3 PPG Place, Suite 600
Pittsburgh, PA 15222
(412) 261-2172 (phone)
astroyd@dscslaw.com

Peter St. Tienne Wolff, Esquire
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 7th day of December 2023, and is available for download by all counsel of record.

                                      */s/ D. Aaron Rihn*
                                      D. Aaron Rihn, Esquire
                                      PA I.D. No.: 85752
                                      ROBERT PEIRCE & ASSOCIATES, P.C.
                                      707 Grant Street
                                      Suite 125
                                      Pittsburgh, PA 15219
                                      Tel: 412-281-7229
                                      Fax: 412-281-4229
                                      arihn@peircelaw.com