## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to:<br><br>*All Personal Injury and Medical Monitoring Actions* | |

## ORDER

AND NOW, this 12th day of December, 2023, upon consideration of Defendant Koninklijke Philips N.V.'s ("KPNV") Motion to Seal Its Proposed Findings of Fact and Conclusions of Law, it is **HEREBY ORDERED** that the Motion is **GRANTED**. KPNV is directed to file an unredacted copy of its Proposed Findings of Fact and Conclusions of Law under seal.

　　　　　　　　　　　　　　　　　　　　s/Joy Flowers Conti
　　　　　　　　　　　　　　　　　　　　**HONORABLE JOY FLOWERS CONTI**
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge