IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

## JOINT NOTICE

Pursuant to the Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the December 14, 2023 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Sandra Duggan (Levin, Sedran & Berman, LLP)
Kelly K. Iverson (Lynch Carpenter, LLP)
Steven Schwartz (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Christopher A. Seeger (Seeger Weiss, LLP)

**Co-Liaison Counsel:**
D. Aaron Rihn (Robert Peirce & Associates, PC)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Settlement Committee:**
Lisa Ann Gorshe (Johnson Becker, PLLC)
Arthur H. Stroyd, Jr. (Del Sole Cavanaugh Stroyd LLC)

**Time & Expense Committee:**
Alyson L. Oliver (Oliver Law Group PC)

**Other Participants:**
Miriam Fresco Agrait (Rubenstein Law, PA)
David Buchanan (Seeger Weiss, LLP)
Shauna Itri (Seeger Weiss, LLP)
Alex M. Kashurba (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Beena McDonald (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Elizabeth Pollock-Avery (Lynch Carpenter, LLP)
Joyce Chambers Reichard (Kelly Ferraro, LLC)
Caleb Seeley (Seeger Weiss, LLP)
Keith Verrier (Levin, Sedran & Berman, LLP)

**Speaking on behalf of Philips RS North America LLC:**
Lisa Dykstra (Morgan, Lewis & Bockius, LLP)
John P. Lavelle, Jr. (Morgan, Lewis & Bockius, LLP)
Laura McNally (Morgan, Lewis & Bockius, LLP)
Victoria Peng-Rue (Morgan, Lewis & Bockius, LLP)
Amanda Robinson (Morgan, Lewis & Bockius, LLP)
Wendy West Feinstein (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Other Philips Defendants:**
Michael H. Steinberg (Sullivan & Cromwell LLP)
Tracy Richelle High (Sullivan & Cromwell LLP)
William B. Monahan (Sullivan & Cromwell LLP)
Elizabeth N. Olsen (Sullivan & Cromwell LLP)
Bethany S. Labrinos (Sullivan & Cromwell LLP)

**Speaking on behalf of Polymer Technologies, Inc. and Polymer Molded Products, LLC:**
Eric Scott Thompson (Franklin & Prokopik, PC)


DATED: December 12, 2023                Respectfully submitted,

                                        */s/ D. Aaron Rihn*
                                        D. Aaron Rihn, Esquire
                                        PA Bar No.: 85752
                                        **ROBERT PEIRCE & ASSOCIATES, P.C.**
                                        707 Grant Street, Suite 125
                                        Pittsburgh, PA 15219
                                        Telephone: 412-281-7229
                                        Fax: 412-281-4229
                                        arihn@peircelaw.com

                                        *Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 12th day of December 2023 and is available for download by all counsel of record.

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

*Co-Liaison Counsel*