IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

**ORDER GRANTING MOTION TO ADJOURN REMAND MOTION BRIEFING**

Pending before the court is defendants' motion to extend the deadlines with respect to motions for remand (Misc. No. 21-1230, ECF No. 2250). The motion is now unopposed. Originally, one response in opposition was filed on October 9, 2023, by plaintiff Gayla Graham ("Graham") (Misc. No. 21-1230, ECF No. 2285; Civ. No. 22-224, ECF No. 74). A reply brief (ECF No. 2334) was filed by the defendants on November 9, 2023. The court ordered that any sur-reply was due by November 30, 2023 and scheduled a hearing on the motions for December 14, 2023. On November 30, 2023, Graham filed a sur-reply, withdrawing the objection and agreeing to the briefing schedule proposed by defendants (Misc. No. 21-1230, ECF No. 2366; Civ. No. 22-224, ECF No. 79).

In accordance with the foregoing, IT IS HEREBY ORDERED that the hearing scheduled for December 14, 2023, on the motion to adjourn remand motion briefing is cancelled and the motion is GRANTED.

IT IS FURTHER ORDERED that Pretrial Order No. 22 (ECF No. 1901) is modified as follows:

- Defendants shall file their responses to any remand motions by March 8, 2024 (30 days after the deadline to opt out of the Proposed Settlement).
- Plaintiffs shall file any replies by April 8, 2024 (30 days later).

**DONE** and **ORDERED** this 12th day of December 2023.

/s/ **JOY FLOWERS CONTI**
Joy Flowers Conti
Senior United States District Court Judge