# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC <br><br> MDL No. 3014 |
| This Document Relates to: | |
| *All Personal Injury and Medical Monitoring Actions* | |

## KONINKLIJKE PHILIPS N.V.'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 4 of the Court's Pretrial Procedure for Civil Cases, Defendant Koninklijke Philips N.V. ("KPNV") respectfully requests that this Court grant KPNV leave to file a short, 3-page reply (a copy of which is attached as Exhibit A) in response to Plaintiffs' Opposition to KPNV's Request for Judicial Notice (ECF No. 2405). The reason for KPNV's request is that Plaintiffs offer no proper legal basis to oppose KPNV's limited request for judicial notice and instead make a separate request to introduce additional deposition testimony into the already closed factual record. KPNV is requesting leave to submit this short reply to respond to Plaintiffs' improper request.

Dated: January 3, 2024

Respectfully submitted,

*/s/ Michael H. Steinberg*
Michael H. Steinberg
steinbergm@sullcrom.com
CA Bar. No. 134179
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: 310.712.6670

Tracy Richelle High
hight@sullcrom.com
NY Bar No. 3020096
William B. Monahan
monahanw@sullcrom.com
NY Bar No. 4229027
Elizabeth N. Olsen
olsene@sullcrom.com
NY Bar No. 5621628
Bethany S. Labrinos
labrinosb@sullcrom.com
NY Bar No. 5932538
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000

*Counsel for Defendant Koninklijke Philips N.V.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2024, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

                                      /s/ *Elizabeth N. Olsen*
                                      Elizabeth N. Olsen