IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : : : : : | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to:<br><br>*All Personal Injury and Medical Monitoring Actions* | : : : : : | |

**[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S
MOTION FOR LEAVE TO FILE REPLY**

AND NOW, this _____ day of _____, 2024, upon consideration of KPNV's Motion for Leave to File Reply in Further Support of Its Request for Judicial Notice (the "Motion"), it is **HEREBY ORDERED** that the Motion is **GRANTED**. KPNV is granted leave to file its Reply.

_____
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge