**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to: | |
| *All Personal Injury and Medical Monitoring Actions* | |

**ORDER GRANTING KONINKLIJKE PHILIPS N.V.'S**
**<u>MOTION FOR LEAVE TO FILE REPLY</u>**

AND NOW, this 4th day of January, 2024, upon consideration of KPNV's Motion for Leave to File Reply in Further Support of Its Request for Judicial Notice (the "Motion"), it is **HEREBY ORDERED** that the Motion is **GRANTED**.  KPNV is granted leave to file its Reply.


          <u>s/Joy Flowers Conti</u>
          **HONORABLE JOY FLOWERS CONTI**
          Senior United States District Judge