IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYVANIA
*Pittsburgh Division*

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, Bi-PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br><br>*King v. Koninklijke Philips N.V., et al.*<br>Case No. 2:23-cv-02040-JFC | Master Docket No. **2:21-mc-01230-JFC**<br><br>**MDL No. 3014**<br><br>Judge **JOY FLOWERS CONTI** |

**PLAINTIFF DERRICK MARTIN KING'S MOTION TO COMPEL DISCOVERY OR IN THE ALTERNATIVE MOTION TO REMOVE CASE FROM THE CLASS ACTION PROCEDDINGS AND REMAND CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, THE SUMMIT COUNTY (OHIO) COURT OF COMMON PLEAS, OR TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA IN CASE NO. 2:23-cv-02040 *KING vs. KONINKLIJKE PHILIPS N.V., et al.***

Now comes the *pro se* Plaintiff **DERRICK MARTIN KING** and he respectfully moves this Honorable Court for the entry of an Order which compels the Defendants to produce all of the discovery previously turned over to the other Plaintiffs. In the alternative, Plaintiff King asks this Court to formally exclude him from the class-action and remand the matter to one of the following jurisdictions:

- United States District Court for the Northern District of Ohio, Case No. 5:23-cv-02042-PAB (*King v. Koninklijke Philips N.V., et al.*);

1

- Summit County (Ohio) Court of Common Pleas, Case No. CV-2023-09-3075 (*King v. Philips North America LLC, et al.*); or

- United States District Court for the Western District of Pennsylvania, Case No. 2:23-cv-02040-JFC (*King v. Koninklijke Philips, N.V., et al.*).

A brief in support of Plaintiff King's motion is filed concurrently with this Motion.

Dated: January 3, 2024.                         Respectfully Submitted,

/s/ Derrick Martin King

**DERRICK MARTIN KING**
1445 Crestview Avenue
Akron, Ohio 44320-4049
Phone: (330) 867-3979
Email: dmking12370@hotmail.com

*Pro se Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was tendered for filing with the Clerk of the Court. Upon receipt and approval by the Clerk, the document will immediately be listed on the Court's electronic filing system and served upon the parties either through the CM/ECF filing system or through the MDL Centrality website.

Dated: January 3, 2024.

/s/ Derrick Martin King
**DERRICK MARTIN KING**
*Pro se Plaintiff*