IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION** | : : : : : | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| **This Document Relates to:**<br><br>Consolidated Second Amended Class Action Complaint for Medical Monitoring and Demand for Jury Trial (ECF No. 815) | : : : : : : | |

**[PROPOSED] ORDER GRANTING PHILIPS RS NORTH AMERICA LLC'S MOTION FOR LEAVE TO FILE REPLY**

AND NOW, this _____ day of _____, 2024, upon consideration of Philips RS North America LLC's Motion for Leave to File Reply in Support of its Objections to Special Discovery Master's Report and Recommendation and Proposed Order re: Discovery of Medical Monitoring Plaintiffs' Medical Histories and Previous Exposures to Hazardous Substances (the "Motion for Leave to File Reply"), it is **HEREBY ORDERED** that the Motion for Leave to File Reply is **GRANTED**.

_____
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge