# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | ) ) ) ) ) ) ) ) ) ) Master Docket: Misc. No. 21-mc-1230-JFC<br>MDL No. 3014 |
| This Document Relates to: All Actions Asserting Economic Loss Claims | |

### SETTLEMENT CLASS COUNSEL'S
### MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND EXPENSES AND FOR SERVICE AWARDS TO SETTLEMENT CLASS REPRESENTATIVES

The undersigned Settlement Class Counsel, on behalf of all Fee Applicants,[1] hereby respectfully move the Court for an Order approving: (1) a combined fee and cost award of $95 million ($94,428,625.62 in attorneys' fees and $571,374.38 in common benefit Held Cost reimbursements); and (2) service awards of $5,000 each to the five Settlement Class Representatives: Elizabeth Heilman; Ivy Creek of Tallapoosa LLC d/b/a Lake Martin Community Hospital; Peter Barrett; Julie Barrett; and ASEA/AFSCME Local 52 Health Benefits Trust.

In support of this Motion, Settlement Class Counsel submit their accompanying Brief.

Settlement Class Counsel respectfully request that their Motion be granted, and the Court enter the proposed Order attached hereto.

---

[1] Fee Applicants refers to Participating Counsel (as defined in PTO 13), that incurred and reported common benefit time during the relevant period—from inception through May 24, 2023, when the Economic Loss Class Settlement Term Sheet was executed, and time spent on the Settlement thereafter until July 31, 2023.

Dated: January 8, 2024                                         Respectfully submitted,

| | |
|---|---|
| /s/ Kelly K. Iverson<br>Kelly K. Iverson<br>**Lynch Carpenter, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>kelly@lcllp.com | /s/ Steven A. Schwartz<br>Steven A. Schwartz<br>**Chimicles Schwartz Kriner & Donaldson-Smith LLP**<br>361 West Lancaster Avenue One Haverford Centre Haverford, PA 1904<br>610-642-8500<br>steveschwartz@chimicles.com |
| /s/ Christopher A. Seeger<br>Christopher A. Seeger<br>**Seeger Weiss LLP**<br>55 Challenger Road 6th Floor<br>Ridgefield Park, NJ 07660<br>212-584-070<br>cseeger@seegerweiss.com | /s/ Sandra Duggan<br>Sandra Duggan<br>**Levin Sedran & Berman**<br>510 Walnut Street<br>Ste 500<br>Philadelphia, PA 19106<br>215-592-1500<br>sduggan@lfsblaw.com |

*Plaintiffs' Co-Lead Counsel / Settlement Class Counsel*

| | |
|---|---|
| /s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg (Chair)<br>**Fine, Kaplan and Black, R.P.C.**<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>(215) 567-6565 (phone)<br>rliebenberg@finekaplan.com | /s/ Lisa Ann Gorshe<br>Lisa Ann Gorshe (Vice Chair)<br>**Johnson Becker PLLC**<br>444 Cedar Street, Suite 1800<br>Saint Paul, MN 55101<br>(612) 436-1852 (phone)<br>lgorshe@johnsonbecker.com |
| | /s/ Arthur H. Stroyd, Jr.<br>Arthur H. Stroyd, Jr. (Vice Chair)<br>**Del Sole Cavanaugh Stroyd LLC**<br>3 PPG Place, Suite 600<br>Pittsburgh, PA 15222<br>(412) 261-2172 (phone)<br>astroyd@dscslaw.com |

*Settlement Committee / Settlement Class Counsel*

| | |
|---|---|
| /s/ D. Aaron Rihn<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street, Suite 125 | Peter St. Tienne Wolff, Esquire<br>**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**<br>One Oxford Centre - 38th Floor<br>Pittsburgh, PA 15219 |

Pittsburgh, PA 15219  
(412) 281-7229 (phone)  
(412) 281-4229 (fax)  
arihn@peircelaw.com

(412) 263-2000 (phone)  
(412) 263-2001 (fax)  
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 8th day of January 2024, and is available for download by all counsel of record.

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
PA I.D. No.: 85752
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street
Suite 125
Pittsburgh, PA 15219
Tel: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com