IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION** | : : : : : | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| **This Document Relates to:** | : : | |
| Consolidated Second Amended Class Action Complaint for Medical Monitoring and Demand for Jury Trial (ECF No. 815) | : : : : | |

### ORDER GRANTING PHILIPS RS NORTH AMERICA LLC'S MOTION FOR LEAVE TO FILE REPLY

AND NOW, this 11th day of January, 2024, upon consideration of Philips RS North America LLC's Motion for Leave to File Reply in Support of its Objections to Special Discovery Master's Report and Recommendation and Proposed Order re: Discovery of Medical Monitoring Plaintiffs' Medical Histories and Previous Exposures to Hazardous Substances (the "Motion for Leave to File Reply"), it is **HEREBY ORDERED** that the Motion for Leave to File Reply is **GRANTED**.

                                                s/Joy Flowers Conti
                                          **HONORABLE JOY FLOWERS CONTI**
                                          Senior United States District Judge