IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 |
| | MDL No. 3014 |
| This Document Relates to: Medical Monitoring Track | |

## ORDER GRANTING CONSENT MOTION COMPELLING DISCOVERY RESPONSES FROM MEDICAL MONITORING PLAINTIFFS HUGO BARRAGAN, DENNIS CALING, BRUCE GINSBERG, JILL LEAVENWORTH, PATRICIA RAGLAND, AND AARON TAYLOR

AND NOW, this __16th__ day of __January__, 2024, upon consideration of the Parties' Consent Motion For Order Compelling Discovery Responses from Medical Monitoring Plaintiffs Hugo Barragan, Dennis Caling, Bruce Ginsberg, Jill Leavenworth, Patricia Ragland, and Aaron Taylor, the Consent Motion is GRANTED. It is further ORDERED that:

Medical Monitoring Plaintiff Patricia Ragland shall provide the agreed-upon amended responses to Philips RS North America LLC's First Request for Production of Documents 1-7, 9-10, 11-13, 15, 16-30, 32-35, and 39-40 and amended responses to Interrogatory Nos. 1(e) and 2-9 of Philips RS North America LLC's First Interrogatories within thirty days of this Order. Failure to respond within thirty days will result in dismissal from this action.

Medical Monitoring Plaintiffs Bruce Ginsberg, Jill Leavenworth, and Aaron Taylor shall provide the agreed-upon amended responses to Interrogatory Nos. 1(e), 6, and 9 of Philips RS North America LLC's First Interrogatories within thirty days of this Order. Failure to respond within thirty days will result in dismissal from this action.

Medical Monitoring Plaintiffs Hugo Barragan and Dennis Caling shall provide the agreed-upon amended responses to Philips RS North America LLC's First Request for Production of

Documents 9-10, 21, and 23-25 within thirty days of this Order. Failure to respond within thirty days will result in dismissal from this action.

This Order does not affect or rule on any alleged objections or alleged deficiencies in Medical Monitoring Plaintiffs' responses to discovery requests, all of which the parties reserve, including the current objections to Special Discovery Master Katz's Report and Recommendation (ECF 2340), currently pending before this Court.

BY THE COURT:

 s/Joy Flowers Conti
Hon. Joy Flowers Conti,
Senior United States District Judge