IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | ) ) ) ) | Master Docket: Misc. No. 21-1230 MDL No. 3014 |
| This Document Relates to: All Actions | ) ) | |

**Joint Proposed Agenda for January 25, 2024 Status Conference: Philips MDL 3014**

1. Discovery Update/Status of Proceedings with Special Master Katz;

2. Update on Economic Loss Class Settlement Notice;

3. Philips Defendants' Motion to Dismiss for Failing to File PFSs (2432–33);

4. Update on Census Registry;

5. LDC Update; and

6. Argument on Objections to Report & Recommendation of Special Master Katz re: Medical Monitoring Discovery.

Dated: January 23, 2024                                             Respectfully submitted,

*/s/ John P. Lavelle, Jr*                                           */s/ Kelly K. Iverson*
John P. Lavelle, Jr., Esquire                                       Kelly K. Iverson, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**                                     **LYNCH CARPENTER, LLP**
1701 Market Street                                                  1133 Penn Avenue, 5th Floor
Philadelphia, PA 19103-2921                                         Pittsburgh, PA 15222
T 215.963.5000                                                      T (412) 322-9243
john.lavelle@morganlewis.com                                        kelly@lcllp.com

*/s/ Wendy West Feinstein*                                          */s/ Christopher A. Seeger*
Wendy West Feinstein, Esquire                                       Christopher A. Seeger, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**                                     **SEEGER WEISS LLP**
One Oxford Center, 32nd Floor                                       55 Challenger Road, 6th Floor
Pittsburgh, PA 15219-6401                                           Ridgefield Park, NJ 07660
T 412.560.3300                                                      212-584-0700
wendy.feinstein@morganlewis.com                                     cseeger@seegerweiss.com

*/s/ Erik T. Koons*                                                 */s/ Sandra L. Duggan*
Erik T. Koons, Esquire                                              Sandra L. Duggan, Esquire
Andrew T. George, Esquire                                           **LEVIN SEDRAN & BERMAN**
**BAKER BOTTS LLP**                                                 510 Walnut Street

700 K St. NW
Washington, DC 20001
T 202.639.7973
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg, Esquire
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ Tracy Richelle High*
Tracy Richelle High, Esquire
William B. Monahan, Esquire
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T:  (212) 558-4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson, Esquire
**FRANKLIN & PROKOPIK**
500 Creek View Road
Suite 502
Ste 1210
Newark, DE 19711
T (302) 594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and Polymer Molded Products, LLC*

Ste 500
Philadelphia, PA 19106
215-592-1500
215-592-4663 (fax)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz, Esquire
**CHIMICLES SCHWARTZ KRINER &DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre Haverford,
PA 19041
(610) 642-8500
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*