IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230 |
| This Document Relates To:<br>*All Actions* | MDL No. 3014 |

# JOINT NOTICE OF UPDATED TIMELINE OF PERTINENT MDL DATES

The parties jointly submit this updated timeline of upcoming deadlines in *In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*s (MDL No. 3014).[1]

| Date | Event | ECF No. |
|---|---|---|
| 2/7/2024 | Economic Loss Class Action Settlement: Opt Out and Objection Deadline | 2289 |
| 2/16/2024 | Settlement Mediator Welsh report to Court on status of mediations of personal injury and medical monitoring claims. | 2355 |
| 3/8/2024 | Defendants to File Responses to Any Remand Motions | 2386 |
| 3/21/2024 | Economic Loss Class Action Settlement: Motion for Final Approval | 2289 |
| 3/28/2024 | Economic Loss Class Action Settlement: Response to Objections to Settlement | 2289 |
| 4/8/2024 | Plaintiffs to File Replies in Support of Remand Motions | 2386 |
| 4/11/2024 | Economic Loss Class Action Settlement: Final Fairness Hearing | 2289 |

---

[1] The Parties intend this notice to be a reference resource for the Court. The Parties do not intend this notice and the summaries of the deadlines to supersede the terms in the Court's orders.

| Date | Event | ECF No. |
|---|---|---|
| 4/30/2024 | Personal Injury Claims: Conclusion of general causation fact discovery.<br><br>Medical Monitoring Class Action: Conclusion of all fact discovery related to class certification, including Party and non-party fact depositions. | 2355 |
| 5/30/2024 | Personal Injury Claims: Plaintiff's Rule 26(a)(2) expert disclosures on general causation.<br><br>Medical Monitoring Class Action: Plaintiffs' Rule 26(a)(2) expert disclosures relevant to class certification. | 2355 |
| 7/30/2024 | Personal Injury Claims: Defendants' Rule 26(a)(2) expert disclosures on general causation.<br><br>Conclusion of generally-applicable fact discovery, including Defendant and non-party depositions (this deadline does not include case-specific fact discovery).<br><br>Medical Monitoring Class Action: Defendants' Rule 26(a)(2) expert disclosures relevant to class certification. | 2355 |
| 8/9/2024 | Economic Loss Class Action Settlement: Claims Period Deadline | 2289 |
| 8/30/2024 | Parties to submit stipulated or completing proposals for selection of individual bellwether personal injury cases.<br><br>Plaintiffs' Rule 26(a)(2) rebuttal expert disclosures on general causation.<br><br>Medical Monitoring Class Action: Plaintiffs' Rule 26(a)(2) rebuttal disclosures relevant to class certification. | 2355 |
| 10/30/2024 | Personal Injury Claims: Deadline to complete expert depositions on general causation.<br><br>Medical Monitoring Class Action: Deadline to complete expert depositions relevant to class certification. | 2355 |
| 12/2/2024 | Personal Injury Claims: Deadline to file Rule 702/*Daubert* motions on general causation experts.<br><br>Medical Monitoring Class Action: Deadline to file Rule 702/*Daubert* motions on class certification issues. | 2355 |

| Date | Event | ECF No. |
|---|---|---|
| 1/17/2025 | Personal Injury Claims: Deadline for Parties to file oppositions to Rule 702/*Daubert* motions on general causation experts.<br><br>Medical Monitoring Class Action: Deadline to file Rule 702/*Daubert* oppositions on class certification issues. | 2355 |
| 2/18/2025 | Personal Injury Claims: Deadline for reply briefs on Rule 702/*Daubert* Motions on general causation.<br><br>Medical Monitoring Class Action: Deadline to file reply briefs on Rule 702/*Daubert* motions on class certification issues. | 2355 |
| 3/2025 or 4/2025 | Personal Injury Claims: Potential hearing date on Rule 702/*Daubert* motions on general causation, subject to Court's scheduling<br><br>Medical Monitoring Class Action: Potential hearing date for Rule 702/*Daubert* motions on class certification experts, subject to Court's scheduling | 2355 |

Pursuant to Pretrial Order #28 (ECF No. 783), the following procedures and deadlines apply to the Amended Master Personal Injury Complaint and Individual Short Form Personal Injury Complaints.

| Date | Event |
|---|---|
| Within sixty (60) days of the date on which the Court issues a ruling as to its motion to dismiss the Amended Master Personal Injury Complaint [2] | Deadline for Defendant to file a Master Answer to the Amended Master Personal Injury Complaint. |

---

[2] If a motion to dismiss the Amended Master Personal Injury Complaint does not result in the dismissal of the Amended Master Personal Injury Complaint in its entirety, and provided that the Court does not grant leave to amend the Amended Master Personal Injury Complaint.

| Date | Event |
|---|---|
| Within forty-five (45) days of the date on which the Court issues a ruling granting Plaintiffs' Co-Lead Counsel leave to amend the Amended Master Personal Injury Complaint | Deadline for Plaintiffs' Co-Lead Counsel to file a Second Amended Master Personal Injury Complaint |
| Within fourteen (14) days of filing a Short Form Complaint | Deadline for Personal Injury Plaintiffs to upload their Short Form Complaint to the online MDL Centrality System accessible at www.mdlcentrality.com/ pursuant to Pretrial Order # 27 |
| Within twenty-one (21) days after service of the Master Answers to the Amended Master Personal Injury Complaint by Defendants | Deadline for any Personal Injury Plaintiff, who has filed a Short Form Complaint, to amend the same for any reason |
| Within twenty-one (21) days after service of Short Form Complaint | Deadline for any Personal Injury Plaintiff, who files a Short Form Complaint after the filing of the Master Answers to the Amended Master Personal Injury Complaint, to amend the same for any reason |
| Within twenty-one (21) days after selection for inclusion in the pool from which bellwether cases are to be selected | Deadline for any Personal Injury Plaintiff, whose case is subsequently chosen for inclusion in the pool from which bellwether cases are to be selected, to amend his or her Short Form Complaint |

Date: January 23, 2024

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 152222
(412) 322-9243 (phone)
kelly@lcllp.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ Tracy Richelle High*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Ste. 502
Newark, DE 19711
302-594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and Polymer Molded Products, LLC*

Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4633 (fax)
sduggan@lfsblaw.com

*/s/ Steve A. Schwartz*
Steve A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA  19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*