# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 30th day of January, 2024, as more fully set forth in open court on January 25, 2024 (*see* Transcript, ECF No. 2481), it is hereby ORDERED that the special master's report and recommendation on medical monitoring discovery (ECF No. 2340), is adopted as the opinion and order of the court, as clarified and supplemented on the record: (1) the motion to compel is granted with respect to RFP #2; (2) responses to RFP #22 must include past and current conditions; and (3) with respect to RFP #27, plaintiffs must produce documents, but not expert analysis, relating to subcellular injuries, and the same two-step process outlined by the special master will apply with respect to all other injuries.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge