**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## <u>ORDER OF COURT</u>

AND NOW this 1st day of February 2024, having reviewed the special master's report and recommendation (ECF No. 2272), to which no objections were filed, it is hereby ORDERED that the report and recommendation is adopted as the opinion of the court.  It is further ORDERED that the motion to dismiss filed by Polymer Technologies and Polymer Molded Products, LLC (ECF No. 1341) is DENIED.

BY THE COURT:


<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
Senior United States District Court Judge