**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION**<br><br>This Document Relates to:<br><br>The Personal Injury Track | Master Docket No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**ORDER CLARIFYING DEADLINE FOR AMENDMENT OF**
**MASTER PERSONAL INJURY COMPLAINT AND EXTENDING**
**DEADLINES TO RESPOND TO AMENDED COMPLAINT**

AND NOW, this 6th day of February, 2024, upon consideration of the parties' Joint Motion to Clarify Deadline for Amendment of Master Personal Injury Complaint and to Extend Deadlines to Respond to Amended Complaint, it is **ORDERED** that the Motion is **GRANTED**.

The deadline for Plaintiffs to file an amended master long form complaint for personal injuries ("Amended PI Complaint") is February 12, 2024. The deadline for Philips RS North America LLC ("Respironics") to respond to the Amended PI Complaint is March 11, 2024. In the event that Respironics moves to dismiss the Amended PI Complaint, the deadline for Plaintiffs to respond to any such motion is April 10, 2024, and any reply in further support of Respironics' motion is due on April 24, 2024.

Respironics' obligation to file an answer in response to the Amended PI Complaint is hereby stayed pending further order of this Court following its ruling on Respironics' motion to dismiss the Amended PI Complaint.

s/Joy Flowers Conti
**HONORABLE JOY FLOWERS CONTI**
*Senior United States District Judge*