IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION,<br><br>This Document Relates to: All Actions Asserting Medical Monitoring Claims | Master Docket: Misc. No. 21-mc-1230-JFC<br>MDL No. 3014 |

**NOTICE OF COMPLIANCE**

Plaintiffs' Counsel files this Notice to make the Court aware of Medical Monitoring Plaintiffs' compliance with the January 16, 2024, Order granting the parties' Consent Motion to Compel Discovery Responses, ECF 2441.

Specifically, Plaintiff Patricia Ragland has provided her amended responses to Defendant's First Request for Production of Documents 1-7, 9-10, 11-13, 15, 16-30, 32-35, and 39-40, and her amended responses to interrogatory Nos. 1(e) and 2-9 of Philips RS North America LLC's First Interrogatories.

Plaintiffs Bruce Ginsberg, Jill Leavenworth, and Aaron Taylor have provided their amended responses to Philips RS North America LLC's Interrogatory Nos. 1(e), 6, and 9.

Plaintiffs Hugo Barragan and Dennis Caling have provided their amended responses to Philips RS North America LLC's First Request for Production of Documents 9-10, 21, and 23-25.

Dated: February 8, 2024

Respectfully submitted,

<u>/s/ Kelly K. Iverson</u>
Kelly K. Iverson
**Lynch Carpenter, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
kelly@lcllp.com

<u>/s/ Steven A. Schwartz</u>
Steven A. Schwartz
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 West Lancaster Avenue One Haverford Centre Haverford, PA 1904
610-642-8500
steveschwartz@chimicles.com

<u>/s/ Christopher A. Seeger</u>
Christopher A. Seeger
**Seeger Weiss LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
212-584-070
cseeger@seegerweiss.com

<u>/s/ Sandra Duggan</u>
Sandra Duggan
**Levin Sedran & Berman**
510 Walnut Street
Ste 500
Philadelphia, PA 19106
215-592-1500
sduggan@lfsblaw.com

*Plaintiffs' Co-Lead Counsel / Settlement Class Counsel*

<u>/s/ D. Aaron Rihn</u>
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com

Peter St. Tienne Wolff, Esquire
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*