IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilators Product Liability Litigation | Master Docket No. 2:21-MC-1230 |
| | MDL No. 3014 |
| This Document Relates to: *Consolidated Second Amended Class Action Complaint for Medical Monitoring* | Judge Joy Flowers Conti |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff and putative class representative Boniface J. Mills has developed cancer and hereby withdraws as a putative class representative and dismisses his claims asserted in the Consolidated Second Amended Class Action Complaint for Medical Monitoring (ECF No. 815) and in his underlying case, Case No. 2:21-cv-1214 (W.D. Pa.) against all defendants without prejudice. Plaintiff Christopher Glaub will continue to serve as a putative class representative for the state of Nebraska in the Consolidated Second Amended Class Action Complaint for Medical Monitoring.

DATED: February 9, 2024                              Respectfully submitted,

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215)592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor

*/s/ Steven A. Schwartz*
Steven A. Schwartz, Esquire
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson, Esquire
**LYNCH CARPENTER, LLP**

1

Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*Plaintiffs' Co-Lead Counsel*

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com

Peter St. Tienne Wolff, Esquire
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Christopher A. Seeger
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*Counsel for Boniface J. Mills*