IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 14th day of February, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the special master's report and recommendation (ECF No. 2273), is not adopted.  This matter is remanded for the Special Master to issue a revised report and recommendation consistent with the guidance set forth in the accompanying memorandum opinion.  Respironics' motion to dismiss the Med Mon Master complaint (ECF No. 1345) is taken under advisement pending the remand and issuance of a revised report and recommendation.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge