IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Misc. No. 21-1230<br><br>MDL No. 3014 |

# SPECIAL MASTER ORDER RE: CONFERNCE CALL ON MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT FOR MEDICAL MONITORING

**Now, this 16th day of February, 2024, IT IS HEREBY ORDERED**

**THAT** a conference call shall be held on February 26, 2024 at 11:00 a.m., Eastern Time, to establish a schedule for the submission of briefs on the matters remanded to the Special Master in the Court's February 14, 2024 Memorandum Opinion (ECF No. 2521) and accompanying Order (ECF No. 2522). Counsel for Plaintiffs shall be responsible for making the arrangements for the call and to have a Court Reporter present for the call.

| | |
|---|---|
| <u>February 16, 2024</u><br>Date | <u>/s/ Thomas I. Vanaskie</u><br>Hon. Thomas I. Vanaskie (Ret.)<br>Special Master |

1