IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket No. 2:21-MC-1230<br><br>MDL No. 3014 |
| This Document Relates to:<br>*All Personal Injury Cases* | Judge Joy Flowers Conti |

## JOINT MOTION TO ENTER PRESERVATION ORDER APPLICABLE TO OTHER RECALLED DEVICES

Plaintiffs' Co-Lead Counsel, Defendants Philips RS North America LLC f/k/a Respironics, Inc., Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation (collectively, the "Parties"), jointly submit this [Proposed] Preservation Order Applicable to Other Recalled Devices for approval and entry by the Court.

WHEREFORE, the Parties respectfully request that the Court enter the attached Order.

Dated: February 22, 2024

Respectfully submitted,

/s/ *John P. Lavelle, Jr*
John P. Lavelle, Jr.
**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T (215) 963-5000
john.lavelle@morganlewis.com

/s/ *Wendy West Feinstein*
Wendy West Feinstein
**Morgan, Lewis & Bockius LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T (412) 560-3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

/s/ *Michael H. Steinberg*
Michael H. Steinberg
**Sullivan & Cromwell LLP**
1888 Century Park East

/s/ *Kelly K. Iverson*
Kelly K. Iverson
**Lynch Carpenter, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 152222
T (412) 322-9243
kelly@lcllp.com

/s/ *Christopher A. Seeger*
Christopher A. Seeger
**Seeger Weiss LLP**
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
T (212) 584-0700
cseeger@seegerweiss.com

/s/ *Sandra L. Duggan*
Sandra L. Duggan
**Levin Sedran & Berman LLP**
510 Walnut Street
Ste 500
Philadelphia, PA 19106
T (215) 592-1500

Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ William B. Monahan*
William B. Monahan
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

F (215) 592-4663
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**Chimicles Schwartz Kriner & Donaldson-Smith LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
T (610) 642-8500
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*


*/s/ D. Aaron Rihn*
D. Aaron Rihn
**Robert Peirce & Associates, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
T (412) 281-7229
F (412) 281-4229
arihn@peircelaw.com

*/s/ Peter St. Tienne Wolff*
Peter St. Tienne Wolff
**Pietragallo Gordon Alfano Bosick & Raspanti, LLP**
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
T (412) 263-2000
F (412) 263-2001
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*