**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: 2:21-MC-1230 |
| | MDL No. 3014 |
| This document relates to: All Personal Injury Cases | Judge Joy Flowers Conti |

### JOINT MOTION TO ENTER PRETIAL ORDER #31

Defendants Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation (the "Philips Defendants"), along with Plaintiffs' Co-Lead Counsel, jointly request entry of the attached proposed Order setting forth procedures for the Philips Defendants' filing of a Master Third-Party Complaint against SoClean, Inc. and DW Management Services, LLC.

Dated: March 15, 2024

Respectfully Submitted,

/s/ Sandra Duggan

Steven A. Schwartz
(steveschwartz@chimicles.com)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH
361 Lancaster Avenue
Haverford, PA 19401
Telephone: (610) 642-8500

Sandra Duggan (sduggan@lfsblaw.com)
LEVIN SEDRAN & BERNAN
510 Walnut Street, Ste 500
Philadelphia, PA 19106
Telephone: (215) 592-1500

Kelly K. Iverson (kelly@lcllp.com)
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243

Christopher A. Seeger
(cseeger@seegerweiss.com)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700

*Plaintiffs' Co-Lead Counsel*

/s/ William B. Monahan

Michael H. Steinberg
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600

Tracy Richelle High
(hight@sullcrom.com)
William B. Monahan
(monahanw@sullcrom.com)
Shane M. Palmer
(palmersh@sullcrom.com)
Alexandra Bodo
(Bodoa@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Defendants Koninklijke Philips*
*N.V., Philips North America LLC, Philips*
*Holding USA, Inc. and Philips RS North*
*America Holding, Inc.*

/s/ Erik Koons

Erik Koons
(erik.koons@bakerbotts.com)
Andrew George
(andrew.george@bakerbotts.com)
BAKER BOTTS LLP
700 K St NW
Washington, D.C. 20001
Telephone: (202) 639-7700

*Attorneys for Defendant Philip RS North*
*America LLC*

-2-

-3-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 15, 2024, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

/s/ *William B. Monahan*
William  B. Monahan