## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br>*All Actions Asserting Economic Loss Claims* | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

### NOTICE OF FILING OF OBJECTIONS TO THE PROPOSED CLASS ACTION SETTLEMENT AND RELEASE OF ECONOMIC LOSS CLAIMS

Pursuant to the Order Preliminarily Approving the Proposed Class Settlement Agreement and Release of Economic Loss Claims (ECF No. 2289) (the "Preliminary Approval Order"), Settlement Class Counsel attach hereto as Exhibits "1" through "78" the Objections to the proposed Settlement received by the Settlement Administrator:

| Exhibit No. | Objector | Request to Appear? |
|---|---|---|
| 1 | Adams, Daniel R. | No. |
| 2 | Angob, Cristito M. | No. |
| 3 | Avila, James | No. |
| 4 | Bayuk, Ruth Gonnion | No. |
| 5 | Bellugi, Dino Guiduccio (objection states that he has retained Peter Fredman, Esq. to represent him) | Yes. Objector would like to appear with his counsel, but only if they can both do so remotely. |
| 6 | Bennett, Gregory A. | No. |
| 7 | Boomershine, Philip | No. |
| 8 | Brewer, Ron | No. |
| 9 | Brown, David D. | No. |
| 10 | Burford, Derrick | No. |

| Exhibit No. | Objector | Request to Appear? |
|---|---|---|
| 11 | Cantore, Deborah E. | No. |
| 12 | Charley, Alan | No. |
| 13 | Chun, Alex – ***Untimely Objection***[1] | No. |
| 14 | Colhson, Richard | No. |
| 15 | Cornez, Robert M. by his attorney Heather J. Manolakas, Esq. | No. Neither the Objector nor his attorney requested to appear. |
| 16 | Crissman, George | No. |
| 17 | Daleo, Diane M. | No. |
| 18 | Day, Christopher | No. |
| 19 | Debellotte, Vanessa | Only if her attendance is required, which it is not. |
| 20 | Dees, Jason L. | No. |
| 21 | Dyer, Joyce Jane (deceased) by her husband, James W. Dyer | No. |
| 22 | Edwards, Michael | No. |
| 23 | Elliott, Nickoy | Objector is uncertain as to whether he will be able to attend. |
| 24 | Engling, Timothy | No. |
| 25 | Feist, Greg | No. |
| 26 | Fischer, Michael | Objector "reserve[s] the right to attend" and plans on attending if his work will allow it. |
| 27 | Gardiner, James E. | No. |
| 28 | Goodwin, Steven | No. |
| 29 | Gregory, Leonard | Yes. |
| 30 | Griffin, Tony Barron & Theroux, Claire Jeanne | No. |
| 31 | Halverson, Naomi | No. |
| 32 | Hawkins, Wendell Gale | No. |

---

[1] Alex Chun's objection was postmarked February 8, 2024, after the objection deadline (*see* Ex. 13 at p.2), but Class Counsel nonetheless address this Objection in their Brief in support of Final Approval.

| Exhibit No. | Objector | Request to Appear? |
|---|---|---|
| 33 | Hayes, Robert M. | No. |
| 34 | Hoge, Perry | Objector said he will appear with counsel "if necessary." He did not disclose his counsel's name. |
| 35 | Hooper, James M. | No. |
| 36 | Iyer, Hariharan | No. |
| 37 | Jenkins, Deidre | No. |
| 38 | Jumper, Daniel | No. |
| 39 | Kane, Carlos | No. |
| 40 | Kelley, Shannon Easter | No. |
| 41 | Lachman, Harlan | No. |
| 42 | Laswell, Joseph S. | No. |
| 43 | Lichtenberg, Rose Alexandra | No. |
| 44 | Lowrance, Rita G. | No. |
| 45 | Lynn, Steven | Yes, if Philips covers the cost which it has not agreed to do. |
| 46 | Martens, Donna C. | No. |
| 47 | McCabe, John J. | No. |
| 48 | Mears, Ted | No. |
| 49 | Michaud, Denise M. | No. |
| 50 | Mierswa, Mark | No. |
| 51 | Miller, Tammy Jo | No. |
| 52 | Moffatt, Larry | No. |
| 53 | Mosteika, Christine, by her husband, Paul Mosteika | No. |
| 54 | Naquin, Kenneth | No. |
| 55 | O'Neill, Colleen M. | Yes, but only if she can do so remotely. |
| 56 | Pitts, Loyd Glen | No. |
| 57 | Pitts, Wanda | No. |
| 58 | Risser, Susan R. | No. |
| 59 | Robinson, Verlin | No. |

| Exhibit No. | Objector | Request to Appear? |
|---|---|---|
| 60 | Rosenberg, Michael | No. |
| 61 | Savage, Yancy | No. |
| 62 | Schultz, Adeline | No. |
| 63 | Smith, Bill | No. |
| 64 | Stewart, Carl W. | No. |
| 65 | Susman, John K. | No. |
| 66 | Suter, Kassie Gale | No. |
| 67 | Sutton, Gwynn (deceased), by his wife, Synneva Sutton | No. |
| 68 | Tanasovich, Cheryl | No. |
| 69 | Thompson, Ronald (deceased), by his spouse, Donna Thompson | No. |
| 70 | Tipton, Anthony R. (objection states that he has retained Ogborn Mihm LLP to represent him) | No. Neither the Objector nor his attorney requested to appear. |
| 71 | Toms, Rosalind L. | No. |
| 72 | Vandiver, Debra | No. |
| 73 | Webb, Jerry | No. |
| 74 | White, Donald J. & White, Sharon S. | No. |
| 75 | Zeal, Marie | No. |
| 76 | Zeman, Gary | No. |
| 77 | Zimmermann, Scott | Yes, but only if he can do so remotely. |
| 78 | Harrison, Jeffrey B. [also requested to opt out; deadline to make opt-out/objection election is March 21, 2024] | No. |

Dated:  March 21, 2024                              Respectfully submitted,


 /s/ Christopher A. Seeger                           /s/ Sandra L. Duggan
Christopher A. Seeger, Esquire                      Sandra L. Duggan, Esquire
SEEGER WEISS LLP                                    LEVIN SEDRAN & BERMAN LLP
55 Challenger Rd., 6th Floor                        510 Walnut Street, Suite 500
Ridgefield Park, NJ 07660                           Philadelphia, PA 19106
(973) 639-9100 (phone)                              (215) 592-1500 (phone)
cseeger@seegerweiss.com                             sduggan@lfsblaw.com


 /s/ Steven Schwartz                                 /s/ Kelly K. Iverson
Steven Schwartz, Esquire                            Kelly K. Iverson, Esquire
CHIMICLES SCHWARTZ KRINER & DONALDSON-              LYNCH CARPENTER, LLP
SMITH LLP                                           1133 Penn Avenue, 5th Floor
361 West Lancaster Avenue                           Pittsburgh, PA 15222
Haverford, PA 19041                                 (412) 322-9243 (phone)
(610) 642-8500 (phone)                              kelly@lcllp.com
steveschwartz@chimicles.com


Roberta D. Liebenberg, Esquire                      Lisa Ann Gorshe, Esquire
FINE, KAPLAN AND BLACK, R.P.C.                      JOHNSON BECKER PLLC
One South Broad Street, Suite 2300                  444 Cedar Street, Suite 1800
Philadelphia, PA  19107                             Saint Paul, MN 55101
 (215) 567-6565 (phone)                             (612) 436-1852 (phone)
rliebenberg@finekaplan.com                          lgorshe@johnsonbecker.com


Arthur H. Stroyd, Jr., Esquire
DELSOLE CAVANAUGH STROYD LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
412-261-2172 (phone)
astroyd@dscslaw.com

*Settlement Class Counsel*


/s/ D. Aaron Rihn                                   Peter St. Tienne Wolff, Esquire
D. Aaron Rihn, Esquire                              PIETRAGALLO GORDON ALFANO BOSICK &
ROBERT PEIRCE & ASSOCIATES, P.C.                    RASPANTI, LLP
707 Grant Street, Suite 125                         One Oxford Centre - 38th Floor
Pittsburgh, PA 15219                                Pittsburgh, PA 15219
(412) 281-7229 (phone)                              (412) 263-2000 (phone)
(412) 281-4229 (fax)                                (412) 263-2001 (fax)
arihn@peircelaw.com                                 psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*