IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions Asserting Economic Loss Claims | : Master Docket: Misc. No. 21-mc-1230-JFC<br>:<br>: MDL No. 3014<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF FILING REGARDING COMPLIANCE WITH THE PROVISIONS OF THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715(b)

In its October 10, 2023 Order Preliminarily Approving Proposed Class Settlement Agreement and Release of Economic Loss Claims (ECF 2289) (the "Preliminary Approval Order"), the Court ordered that: "At least 21 days prior to the Final Fairness Hearing, the Philips Defendants shall file with the Court proof of their compliance with the provisions of the Class Action Fairness Act, 28 U.S.C. § 1715(b)." ECF 2289 at ¶28. Therefore, in accordance with the Preliminary Approval Order, attached as Exhibit "1" hereto is the Declaration of Shannon Baraff of Settlement Administrator Angeion Group, LLC regarding Compliance with the Provisions of the Class Action Fairness Act, 28 U.S.C. § 1715(b).

Dated:  March 21, 2024                                Respectfully Submitted,

    *John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA54279)
john.lavelle@morganlewis.com
Lisa C. Dykstra (PA67271)
lisa.dykstra@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel: 215.963.5000

Wendy West Feinstein (PA86698)
wendy.feinstein@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300

*/s/ Erik T. Koons*
Erik T. Koons (admitted pro hac vice)
Andrew T. George (PA Bar No. 208618)
**BAKER BOTTS L.L.P.**
700 K Street, NW
Washington, DC 20001
Tel.: 202-639-7700
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ William B. Monahan*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T (212) 558-4000
hight@sullcrom.com
monahanw@sullcrom.com

Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067

2

T (310) 712-6670
steinbergm@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 21st day of March 2024, and is available for download by all counsel of record.

                                       *John P. Lavelle, Jr.*
                                       John P. Lavelle, Jr. (PA54279)