## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI- LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS, LITIGATION )<br>)<br>)<br>)<br>) | |
| **This Document Relates to the following Plaintiffs:** )<br>)<br>) | Master Docket No. 21-mc-1230-JFC<br>MDL No. 3014 |

| Case No. | Plaintiff Name |
|---|---|
| 2:22-cv-00032 | Sandra Gavidia |

## ORDER

AND NOW, this 27th day of March, 2024, it is hereby **ORDERED** that plaintiff's claims are **dismissed without prejudice** for failure to prosecute their claims and failure to comply with an express Court order after repeated opportunities to do so.

It is further **ORDERED** that, if Plaintiff Gavidia chooses to refile a complaint against Defendants, then she shall serve a substantially complete Plaintiff Fact Sheet via MDL Centrality within fourteen (14) days of filing a complaint commencing a new action, or else be subject to dismissal with prejudice. Immediately upon expiration of the foregoing fourteen-day Plaintiff Fact Sheet deadline, Defendants may file a motion to dismiss, or in the alternative, to show cause why the case should not be dismissed with prejudice.

                                                              s/Joy Flowers Conti
                                                              Hon. Joy Flowers Conti
                                                              Senior U.S. District Court Judge