IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 9th day of April, 2024, upon review of the brief in support of economic loss settlement and the difficulty in locating specific responses to objections to the proposed economic loss class settlement (ECF No. 2660), it is hereby ORDERED:

1. On or before April 10, 2024 at noon, counsel shall file an "objections and response" chart setting forth the following:

    a. The number the plaintiffs assigned to the objection and the name of the relevant objector;

    b. A short description of the objection;[1]

    c. A short description of the response to the objection;[2] and

---

[1] For example: "payment not enough"; "fails to include consideration of personal injuries and/or medical monitoring"; etc.

[2] For example: "conclusory allegations about insufficiency of payment"; "settlement does not release personal injury or medical monitoring claims"; etc.

    d.  The page number of plaintiffs' brief at which the more detailed response can be found.

2. Counsel shall individually notify each objector about the chart and that the response to the objection is included in plaintiffs' brief, which may be found on the settlement website, https://angeion-public.s3.amazonaws.com/www.RespironicsCPAP-ELSettlement.com/docs/Brief%20in%20Support%20of%20Motion%20for%20Final%20Approval%20of%20Settlement%20and%20Exhibits.pdf.

                                                                                     BY THE COURT:

                                                                                     /s/ Joy Flowers Conti
                                                                                     Joy Flowers Conti
                                                                                     Senior United States District Court Judge