IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| **This Document Relates to:** | (Oral Argument Requested) |
| *Second Amended Master Long Form Complaint for Personal Injuries and Damages, and Demand for Jury Trial (ECF No. 2505 / 2511 (under seal))* | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO PHILIPS RS NORTH AMERICA LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Plaintiffs hereby file this Response in Opposition to Philips RS North America LLC's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (ECF 2573), for the reasons set forth in the accompanying Brief in Opposition.

DATED: April 10, 2023

Respectfully submitted,

*/s/ Sandra L. Duggan*
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215)592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger, Esquire
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz, Esquire
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson, Esquire
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/ D. Aaron Rihn* <br> D. Aaron Rihn, Esquire <br> **ROBERT PEIRCE & ASSOCIATES, P.C.** <br> 707 Grant Street, Suite 125 <br> Pittsburgh, PA 15219 <br> (412) 281-7229 (phone) <br> (412) 281-4229 (fax) <br> arihn@peircelaw.com | Peter St. Tienne Wolff, Esquire <br> **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** <br> One Oxford Centre - 38th Floor <br> Pittsburgh, PA 15219 <br> (412) 263-2000 (phone) <br> (412) 263-2001 (fax) <br> psw@pietragallo.com |

*Plaintiffs' Co-Liaison Counsel*