IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions Asserting Economic Loss Claims | : Master Docket: Misc. No. 21-mc-1230-JFC<br>:<br>: MDL No. 3014<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF FILING OF THE
"OBJECTIONS AND RESPONSE" CHART REQUESTED BY THE COURT**

On April 9, 2024, the Court issued an Order directing counsel to file an "objections and response" chart that described each objection, the corresponding response, and reference to where a more detailed response can be found in Plaintiffs' brief. ECF 2709 at ¶1. Therefore, in accordance with the Order, attached as Exhibit "A" hereto is Plaintiffs' Objections and Response Chart.

In addition, Counsel will individually serve each objector with the Objections and Response Chart and inform the objector that the responses to the objection are included in Plaintiffs' brief, which may be found on the settlement website, https://angeion-public.s3.amazonaws.com/www.RespironicsCPAPELSettlement.com/docs/Brief%20in%20Support%20of%20Motion%20for%20Final%20Approval%20of%20Settlement%20and%20Exhibits.pdf. *Id*. at ¶2.

| | |
|---|---|
| Dated: April 10, 2024 | Respectfully submitted, |
| /s/ *Christopher A. Seeger* | /s/ *Sandra L. Duggan* |
| Christopher A. Seeger, Esquire | Sandra L. Duggan, Esquire |
| SEEGER WEISS LLP | LEVIN SEDRAN & BERMAN LLP |
| 55 Challenger Rd., 6th Floor | 510 Walnut Street, Suite 500 |
| Ridgefield Park, NJ 07660 | Philadelphia, PA 19106 |
| (973) 639-9100 (phone) | (215) 592-1500 (phone) |
| cseeger@seegerweiss.com | sduggan@lfsblaw.com |

<div style="columns:2">

/s/ Steven Schwartz
Steven Schwartz, Esquire
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

Roberta D. Liebenberg, Esquire
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
 (215) 567-6565 (phone)
rliebenberg@finekaplan.com

Arthur H. Stroyd, Jr., Esquire
DELSOLE CAVANAUGH STROYD LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
412-261-2172 (phone)
astroyd@dscslaw.com

/s/ Kelly K. Iverson
Kelly K. Iverson, Esquire
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

Lisa Ann Gorshe, Esquire
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(612) 436-1852 (phone)
lgorshe@johnsonbecker.com

</div>

*Settlement Class Counsel*

/s/ D. Aaron Rihn
D. Aaron Rihn, Esquire
ROBERT PEIRCE & ASSOCIATES, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
(412) 281-4229 (fax)
arihn@peircelaw.com

Peter St. Tienne Wolff, Esquire
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*