# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions Asserting Economic Loss Claims | : Master Docket: Misc. No. 21-mc-1230-JFC<br>:<br>: MDL No. 3014<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF FILING OF REVISED FINAL APPROVAL ORDER

Pursuant to instructions from the Court at the Final Fairness Hearing on April 11, 2024, Settlement Class Counsel has revised the Proposed Final Approval Order, attached hereto as Exhibit "A," in support of the Motion for Final Approval of the Economic Loss Class Settlement.

Dated: April 11, 2024

Respectfully submitted,

 /s/ Christopher A. Seeger
Christopher A. Seeger, Esquire
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

 /s/ Steven Schwartz
Steven Schwartz, Esquire
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

Roberta D. Liebenberg, Esquire
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

 /s/ Sandra L. Duggan
Sandra L. Duggan, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

 /s/ Kelly K. Iverson
Kelly K. Iverson, Esquire
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

Lisa Ann Gorshe, Esquire
JOHNSON BECKER PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(612) 436-1852 (phone)
lgorshe@johnsonbecker.com

Arthur H. Stroyd, Jr., Esquire
DELSOLE CAVANAUGH STROYD LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
412-261-2172 (phone)
astroyd@dscslaw.com

*Settlement Class Counsel*


/s/ D. Aaron Rihn                               Peter St. Tienne Wolff, Esquire
D. Aaron Rihn, Esquire                          PIETRAGALLO GORDON ALFANO BOSICK &
ROBERT PEIRCE & ASSOCIATES, P.C.                RASPANTI, LLP
707 Grant Street, Suite 125                     One Oxford Centre - 38th Floor
Pittsburgh, PA 15219                            Pittsburgh, PA 15219
(412) 281-7229 (phone)                          (412) 263-2000 (phone)
(412) 281-4229 (fax)                            (412) 263-2001 (fax)
arihn@peircelaw.com                             psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*