IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Personal Injury and Medical Monitoring Cases* | Master Docket: No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER
REVISING CERTAIN DEADLINES FOR
THE PERSONAL INJURY AND MEDICAL MONITORING TRACKS**

Plaintiffs and Defendants, through their undersigned counsel, jointly move the Court to enter the attached proposed scheduling order extending the remaining deadlines for the personal injury and medical monitoring tracks (*see* ECF No. 2355) by 60 days. To date, the Parties have taken more than 40 depositions (including of third parties), over 2 million documents have been produced, and discovery is very far along. However, a number of additional depositions need to take place prior to the existing April 30, 2024 close of general causation fact discovery—including, in particular, depositions of more than 35 medical monitoring plaintiffs. In addition, a number of additional depositions, and potentially additional document productions, need to happen prior to the July 30, 2024 close of all fact discovery. The Parties are continuing to meet and confer cooperatively to schedule these depositions and resolve any outstanding issues, but a brief extension of 60 days should allow the remaining discovery to take place while minimizing the risk of escalating unnecessary discovery disputes to Special Master Katz and even potentially the Court. Finally, in light of Special Master Katz's recent Report and Recommendation (ECF No.

2708), and assuming the Court adopts it, the proposed amended deadlines would afford additional time for SoClean and DWHP to participate in discovery proceedings in this MDL.

For these reasons, the Parties respectfully submit that good cause exists for a modest extension to the existing deadlines, and respectfully request that the Court enter the proposed amended scheduling order.

Dated: April 12, 2024

Respectfully Submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH**
361 Lancaster Avenue
Haverford, PA 19401
Tel: 610.642.8500
steveschwartz@chimicles.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: 215.592.1500
sduggan@lfsblaw.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412.322.9243
kelly@lcllp.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 212.584.0700
cseeger@seegerweiss.com

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons (admitted pro hac vice)
Andrew T. George (PA Bar No. 208618)
**BAKER BOTTS L.L.P.**
700 K Street, NW
Washington, DC 20001
Tel.: 202-639-7700
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg

*Plaintiffs' Co-Lead Counsel*

**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
Tel: 310.712.6670
steinbergm@sullcrom.com

Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road, Suite 502
Newark, DE 19711
Tel: 302.594.9780
ethompson@fandpnet.com

*Counsel for Defendants Polymer Technologies Inc. and Polymer Molded Products, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, the foregoing document was electronically filed with the Clerk of the Court on served upon counsel of record through the Court's ECF system.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
