## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION,<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## JOINT NOTICE

Pursuant to the Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the April 25, 2024 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Sandra Duggan (Levin, Sedran & Berman, LLP)
Kelly K. Iverson (Lynch Carpenter, LLP)
Christopher A. Seeger (Seeger Weiss, LLP)

**Co-Liaison Counsel:**
D. Aaron Rihn (Robert Peirce & Associates, PC)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Settlement Committee:**
Lisa Ann Gorshe (Johnson Becker, PLLC)
Roberta Liebenberg (Fine, Kaplan & Black, RPC)
Arthur H. Stroyd, Jr. (Del Sole Cavanaugh Stroyd LLC)

**Time & Expense Committee:**
Alyson L. Oliver (Oliver Law Group PC)

**Other Participants:**
Syreeta DeFrance-Poindexter (Babin Law, LLC)
Joyce Chambers Reichard (Kelly Ferraro, LLC)
Alex M. Kashurba (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Caleb Seeley (Seeger Weiss, LLP)

**Speaking on behalf of Philips RS North America LLC:**
Lisa Dykstra (Morgan, Lewis & Bockius, LLP)
John Lavelle (Morgan, Lewis & Bockius, LLP)
Wendy West Feinstein (Morgan, Lewis & Bockius, LLP)

Amanda B. Robinson (Morgan, Lewis & Bockius, LLP)
Laura McNally (Morgan, Lewis & Bockius, LLP)
Emily Booth (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Other Philips Defendants:**
Michael H. Steinberg (Sullivan & Cromwell LLP)
Tracy Richelle High (Sullivan & Cromwell LLP)
William B. Monahan (Sullivan & Cromwell LLP)
Alexandra Bodo (Sullivan & Cromwell LLP)
Nina M. Labovich (Sullivan & Cromwell LLP)

**Speaking on behalf of Polymer Technologies, Inc. and Polymer Molded Products, LLC:**
Eric Scott Thompson (Franklin & Prokopik, PC)

DATED: April 23, 2024                    Respectfully submitted,

                                         */s/ D. Aaron Rihn*
                                         D. Aaron Rihn, Esquire
                                         PA Bar No.: 85752
                                         **ROBERT PEIRCE & ASSOCIATES, P.C.**
                                         707 Grant Street, Suite 125
                                         Pittsburgh, PA 15219
                                         Telephone: 412-281-7229
                                         Fax: 412-281-4229
                                         arihn@peircelaw.com

                                         *Co-Liaison Counsel*