**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |
| This Document Relates to: | |
| *Personal Injury Claimants and Potential Claimants* | |

**JOINT MOTION REGARDING APPOINTMENT OF SETTLEMENT ADMINISTRATOR, ALLOCATION SPECIAL MASTER, AND SETTLEMENT SPECIAL MASTER**

On May 9, 2024, Plaintiffs' Negotiating Counsel and the Philips Defendants entered into a Personal Injury Master Settlement Agreement intended to resolve all personal injury claims of all Eligible Claimants. In accordance with the Settlement Agreement, the Parties jointly request the appointment of a Settlement Administrator, Allocation Special Master, and Settlement Special Master.

The Parties request that BrownGreer PLC be appointed as Settlement Administrator. BrownGreer was previously appointed to serve as the online platform for data management in this MDL, and has extensive experience providing settlement administration and claims resolution services in large, personal-injury MDLs.

The Parties request that Mr. Matt Garretson be appointed as Allocation Special Master. Mr. Garretson has extensive prior professional experience as a Special Master and Administrator of settlement funds and crisis response programs throughout the country in environmental disaster, product liability, civil rights, and other cases and has substantial firsthand experience with the design, oversight and/or administration of hundreds of class action and mass tort resolution programs.

The Parties request that Judge Diane Welsh (ret.), who served as the mediator for this matter, be appointed as the Settlement Special Master.

WHEREFORE, for the foregoing reasons, the Parties jointly request the entry of the attached proposed Order appointing a Settlement Administrator, Allocation Special Master, and Settlement Special Master.

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000 (phone)
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*/s/ Andrew T. George*
Andrew T. George
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

*/s/ William B. Monahan*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (Chair)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Plaintiffs' Negotiating Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*