**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to: All Actions Asserting Claims for Medical Monitoring Economic | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**NOTICE OF FILING OF DOCUMENTS IN FURTHER SUPPORT**
**OF THE MOTION FOR PRELIMINARY APPROVAL OF**
**<u>SETTLEMENT OF THE MEDICAL MONITORING CLAIMS</u>**

Based upon the discussion at the May 9, 2024 Status Conference, Proposed Settlement Class Representatives, through Plaintiffs' Co-Lead Counsel and proposed Settlement Class Counsel, hereby file two documents in further support of their Unopposed Motion for Preliminary Approval of Class Settlement Agreement and Release of Medical Monitoring Claims and to Direct Notice to the Proposed Settlement Class (ECF 2766): (1) an amended proposed Notice which would replace the Notice attached as Exhibit 4 to the Settlement Agreement (ECF 2767-1) and attached as Exhibit 3 to the Declaration of Orran L. Brown Sr. of BrownGreer PLC on Proposed Notice Plan (ECF 2767-3); and (2) a Declaration of Jason Wolf of Wolf Global Compliance re: Medical Advancement Program who is proposed as the Settlement Administrator.

Dated: May 10, 2024                                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Sandra L. Duggan*<br>Sandra L. Duggan, Esquire<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215)592-1500 (phone)<br>sduggan@lfsblaw.com | */s/ Christopher A. Seeger*<br>Christopher A. Seeger, Esquire<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(973) 639-9100 (phone)<br>cseeger@seegerweiss.com |

| | |
|---|---|
| */s/ Steven A. Schwartz* <br> Steven A. Schwartz, Esquire <br> **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** <br> 361 West Lancaster Avenue <br> Haverford, PA 19041 <br> (610) 642-8500 (phone) <br> steveschwartz@chimicles.com | */s/ Kelly K. Iverson* <br> Kelly K. Iverson, Esquire <br> **LYNCH CARPENTER, LLP** <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA 15222 <br> (412) 322-9243 (phone) <br> kelly@lcllp.com |

*Plaintiffs' Co-Lead Counsel / Proposed Settlement Class Counsel*

*/s/Roberta D. Liebenberg*
Roberta D Liebenberg, Esquire
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Chair Settlement Committee / Proposed Settlement Class Counsel*

| | |
|---|---|
| */s/ D. Aaron Rihn* <br> D. Aaron Rihn, Esquire <br> **ROBERT PEIRCE & ASSOCIATES, P.C.** <br> 707 Grant Street, Suite 125 <br> Pittsburgh, PA 15219 <br> (412) 281-7229 (phone) <br> (412) 281-4229 (fax) <br> arihn@peircelaw.com | Peter St. Tienne Wolff, Esquire <br> **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** <br> One Oxford Centre - 38th Floor <br> Pittsburgh, PA 15219 <br> (412) 263-2000 (phone) <br> (412) 263-2001 (fax) <br> psw@pietragallo.com |

*Plaintiffs' Co-Liaison Counsel*