# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION, | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |
| This Document Relates to: | |
| *Personal Injury Claimants and Potential Claimants* | |

## JOINT MOTION TO AMEND THE IDENTIFICATION ORDER DEADLINE

In accordance with the terms of the Master Settlement Agreement ("MSA"), on May 9, 2024, the Court entered an Identification Order, ECF No. 2770, and set an Identification Order Deadline of June 10, 2024. The Massachusetts Court subsequently entered an Identification Order that set an Identification Order Deadline of June 21, 2024. To harmonize the two deadlines, the Parties to the MSA have agreed to accept all Identification Order submissions from counsel for Eligible Claimants submitted on or before June 21, 2024.

Accordingly, the Parties jointly request the entry of the attached proposed Order amending the Identification Order. The only change is to the Identification Order Deadline. The proposed amended Identification Order is attached, and a redline showing the proposed changes is attached as Exhibit A.

Dated: June 3, 2024                                    Respectfully submitted,

*/s/ John P. Lavelle, Jr.*                             */s/ Christopher A. Seeger*
John P. Lavelle, Jr.                                   Christopher A. Seeger
Lisa C. Dykstra                                        **SEEGER WEISS LLP**
**MORGAN, LEWIS & BOCKIUS LLP**                        55 Challenger Road, 6th Floor
2222 Market Street                                     Ridgefield Park, NJ  07660
Philadelphia, PA 19103-3007                            (973) 639-9100 (phone)
(215) 963-5000 (phone)                                 cseeger@seegerweiss.com
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

/s/ Wendy West Feinstein
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

/s/ Erik T. Koons
Erik T. Koons
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

/s/ Andrew T. George
Andrew T. George
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America, LLC*

/s/ Michael H. Steinberg
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

/s/ William B. Monahan
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

/s/ Sandra L. Duggan
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

/s/ Steven A. Schwartz
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

/s/ Kelly K. Iverson
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg (Chair)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Plaintiffs' Negotiating Counsel*

/s/ D. Aaron Rihn
D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
(412) 281-7229 (phone)
arihn@peircelaw.com

*Plaintiff's Co-Liaison Counsel*

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*