UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION,**<br><br>This Case Refers to:<br><br>*King v. Koninklijke Philips N.V., et al.*<br>Case No. 2:23-cv-02040 | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014<br><br>Judge **JOY FLOWERS CONTI** |

## *PRO SE* PLAINTIFF DERRICK MARTIN KING'S RESPONSE IN OPPOSITION TO THE JOINT MOTION TO AMEND THE IDENTIFICATION ORDER DEADLINE

Plaintiff Derrick Martin King (hereinafter "Plaintiff King"), appearing *pro se*, submits his opposition to the joint motion to amend the identification order deadline (ECF No. 2810) until such a time as the Court has ruled upon Plaintiff King's omnibus motion (ECF No. 2796, ECF No. 2797); his objections to the Master Settlement Agreement (ECF No. 2805); and his motion to convert the June 20, 2024 status hearing to a remote videoconference with all parties who wish to participate (ECF No. 2805). This Court should deny the motion and put the identification order in abeyance until such a time as it rules on the motions filed by Plaintiff King and the other Plaintiffs who have filed motions.[1]

For the reasons stated herein, Plaintiff King prays this Court deny the joint motion.

---

[1] There are also motions pending by Plaintiffs Edwin Fuentes Vazquez and Brenda Hernaiz Trinadad (ECF No. 2780) and Plaintiff Mary Ann Spiekermeier (ECF No. 2804) that lodge objections to the proposed master settlement agreement.

1

| | |
|---|---|
| Dated: *June 3, 2024.* | Respectfully Submitted, |
| | */s/ Derrick Martin King* |

**DERRICK MARTIN KING**
1445 Crestview Avenue
Akron, Ohio 44320-4049
Phone: (330) 867-3979
Email: dmking12370@hotmail.com

*Pro se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system. Parties and all counsel of record may access and download the filing via the CM/ECF system or via MDL Centrality.

Dated: *June 3, 2024.*    */s/ Derrick Martin King*

**DERRICK MARTIN KING**
*Pro se Plaintiff*