UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS, LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket No. 2:21-mc-1230-JFC<br><br>MDL No. 3014 |

**SPECIAL DISCOVERY MASTER'S REPORT AND RECOMMENDATION
AND PROPOSED ORDER RE: PSN TESTING DATA DISPUTE**

PSN Labs, LLC ("PSN") conducted testing on certain Philips RS devices and device components pursuant to a contract. In response to a subpoena served on PSN by the Philips Defendants, PSN produced certain material, including raw testing data, and designated that data as Confidential, making it Protected Information under the Amended Stipulated Protective Order ("Protective Order") (Docket No. 765). A dispute arose between the Philips Defendants and PSN as to which entity owns the raw testing data and, relatedly, whether Philips has the right to re-designate the data under the Protective Order and to use/disclose that data. After meeting and conferring, PSN and the Philips Defendants resolved their dispute.

The Special Master has been requested to submit this Report and Recommendation and Proposed Order incorporating the PSN/Philips agreement. PSN and the Philips Defendants consent to the entry of the attached Proposed Order.

Date: June 14, 2024

Respectfully submitted by:

*/s/ Carole Katz*
_____
Carole Katz (PA Id. No. 43911)
Special Discovery Master
Carole Katz, LLC
6448 Melissa Street
Pittsburgh, PA 15206
(412) 916-4874
carole@carolekatz.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS, LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket No. 2:21-mc-1230-JFC<br><br>MDL No. 3014 |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2024, in connection with the dispute between third party PSN Labs, LLC ("PSN") and the Philips Defendants regarding raw testing data produced by PSN pursuant to a subpoena, and pursuant to the agreement between PSN and the Philips Defendants resolving that dispute, it is hereby **ORDERED** that:

1. PSN does not concede Defendants' ownership of the testing data in question.

2. PSN agrees that Defendants may use the testing data in providing information to regulatory agencies both in the United States and outside the United States in accordance with the Amended Stipulated Protective Order.

3. PSN agrees that Defendants may disclose the testing data to the public.

4. In its disclosure to regulatory agencies or the public, Defendants may provide their interpretation of the testing data.

5. In any disclosure of the testing data, Philips shall not disparage PSN.

_____
Joy Flowers Conti, Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2024, I electronically filed the foregoing Special Discovery Master's Report and Recommendation and Proposed Order re: PSN Testing Data Dispute, using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
Carole Katz, Special Discovery Master