IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS, LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket No. 2:21-mc-1230-JFC<br><br>MDL No. 3014 |

**ORDER**

AND NOW, this 20th day of June, 2024, in connection with the dispute between third party PSN Labs, LLC ("PSN") and the Philips Defendants regarding raw testing data produced by PSN pursuant to a subpoena, and pursuant to the agreement between PSN and the Philips Defendants resolving that dispute, it is hereby **ORDERED** that:

1. PSN does not concede Defendants' ownership of the testing data in question.

2. PSN agrees that Defendants may use the testing data in providing information to regulatory agencies both in the United States and outside the United States in accordance with the Amended Stipulated Protective Order.

3. PSN agrees that Defendants may disclose the testing data to the public.

4. In its disclosure to regulatory agencies or the public, Defendants may provide their interpretation of the testing data.

5. In any disclosure of the testing data, Philips shall not disparage PSN.

s/Joy Flowers Conti
Hon. Joy Flowers Conti
Senior U.S. District Court Judge