IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:  All Actions Asserting Claims for Medical Monitoring | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |

**NOTICE OF FILING OF DOCUMENTS IN FURTHER SUPPORT OF UNOPPOSED MOTION OF PROPOSED SETTLEMENT CLASS REPRESENTATIVES FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND RELEASE OF MEDICAL MONITORING CLAIMS**

During the June 18, 2024 hearing on the Motion for Preliminary Approval of Class Settlement Agreement and Release of Medical Monitoring Claims and to Direct Notice to the Proposed Settlement Class (ECF 2766), the Parties represented that they were making changes to the Settlement Agreement and related documents to address questions and comments provided by the Court and would provide the amended documents to the Court. *See* ECF 2850. Pursuant to that representation, proposed Settlement Class Representatives, through Plaintiffs' Co-Lead Counsel and proposed Settlement Class Counsel, hereby file an Amended Settlement Agreement and Release of Medical Monitoring Claims with attached Exhibit 1 (amended), Exhibit 2 (amended), Exhibit 3 (amended), Exhibit 4 (amended), and Exhibit 4(a).

Dated:  June 24, 2024                                      Respectfully submitted,

| | |
|---|---|
| */s/ Sandra L. Duggan*<br>Sandra L. Duggan, Esquire<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>(215)592-1500 (phone)<br>sduggan@lfsblaw.com | */s/ Christopher A. Seeger*<br>Christopher A. Seeger, Esquire<br>**SEEGER WEISS LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660<br>(973) 639-9100 (phone)<br>cseeger@seegerweiss.com |

| | |
|---|---|
| */s/ Steven A. Schwartz* <br> Steven A. Schwartz, Esquire <br> **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** <br> 361 West Lancaster Avenue <br> Haverford, PA 19041 <br> (610) 642-8500 (phone) <br> steveschwartz@chimicles.com | */s/ Kelly K. Iverson* <br> Kelly K. Iverson, Esquire <br> **LYNCH CARPENTER, LLP** <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA 15222 <br> (412) 322-9243 (phone) <br> kelly@lcllp.com |

*Plaintiffs' Co-Lead Counsel / Proposed Settlement Class Counsel*

*/s/Roberta D. Liebenberg*
Roberta D Liebenberg, Esquire
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Chair Settlement Committee / Proposed Settlement Class Counsel*

| | |
|---|---|
| */s/ D. Aaron Rihn* <br> D. Aaron Rihn, Esquire <br> **ROBERT PEIRCE & ASSOCIATES, P.C.** <br> 707 Grant Street, Suite 125 <br> Pittsburgh, PA 15219 <br> (412) 281-7229 (phone) <br> (412) 281-4229 (fax) <br> arihn@peircelaw.com | Peter St. Tienne Wolff, Esquire <br> **PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP** <br> One Oxford Centre - 38th Floor <br> Pittsburgh, PA 15219 <br> (412) 263-2000 (phone) <br> (412) 263-2001 (fax) <br> psw@pietragallo.com |

*Plaintiffs' Co-Liaison Counsel*