UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-1230 |
| This Document Relates to: | MDL No. 3014 |
| *Donald Kyle Robinson v. Koninklijke Philips N.V., et al.*<br>Case No. 2:22-cv-01331-JFC | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Donald Kyle Robinson pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby dismisses his claims against all Defendants without prejudice, with each side bearing its own attorneys fees and costs.

Dated: June 25, 2024

Respectfully submitted,

BOULWARE LAW LLC

*/s/ Brandon J.B. Boulware*
Brandon J.B. Boulware, *pro hac vice*
Jeremy M. Suhr, *pro hac vice*
1600 Genessee, Suite 956A
Kansas City, MO 64102
Tele/Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

***Attorneys for Plaintiff***
***Donald Kyle Robinson***

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of June 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

      /s/ Brandon J.B. Boulware
      ***Counsel for Plaintiff***
      ***Donald Kyle Robinson***