# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | : : : : : | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>MDL No. 3014 |
| This Document Relates to:<br>All Actions Asserting Claims for Medical Monitoring | : : | |

## ORDER

AND NOW, this 16th day of July, 2024, upon consideration of the Parties' Joint Motion to Publish the Medical Monitoring Class Settlement Notice on this Court's Website, it is HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to publish the Medical Monitoring Class Settlement Notice attached hereto as Exhibit "A" on the Court's website at https://www.pawd.uscourts.gov/mdl-3014-re-philips-recalled-cpap-bi-level-pap-and-mechanical-ventilator-products-litigation.

                                                                        s/Joy Flowers Conti
                                                  Honorable Joy Flowers Conti
                                                  Senior United States District Judge

Dated: July 16, 2024