IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>Fuentes v. Philips RS North Amer. LLC, 2:22-cv-00130,<br><br>King v. Koninklijke Philips N.V., 2:23-cv-02040, and<br><br>Spiekermier v. Koninklijke Philips N.V., 2:22-cv-01406. | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 17th day of July, 2024, for the reasons set forth in the foregoing memorandum opinion, it is hereby ORDERED:

1. Fuentes' motion (ECF No. 2780) is denied;

2. King's omnibus motion (ECF No. 2796) is denied as moot; and

3. Spiekermeier's objection (ECF No. 2804) is overruled.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge