IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

# JOINT NOTICE

Pursuant to the Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the July 24, 2024 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Sandra Duggan (Levin, Sedran & Berman, LLP)
Kelly K. Iverson (Lynch Carpenter, LLP)
Steven Schwartz (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Christopher A. Seeger (Seeger Weiss, LLP)

**Co-Liaison Counsel:**
D. Aaron Rihn (Robert Peirce & Associates, PC)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Settlement Committee:**
Lisa Ann Gorshe (Johnson Becker, PLLC)
Roberta Liebenberg (Fine, Kaplan & Black, RPC)
Arthur H. Stroyd, Jr. (Del Sole Cavanaugh Stroyd LLC)

**Time & Expense Committee:**
Alyson L. Oliver (Oliver Law Group PC)

**Other Participants:**
David Buchanan (Seeger Weiss, LLP)
Caleb Seeley (Seeger Weiss, LLP)
Ian Sloss (Silver, Golub & Teitell)
Keith Verrier (Levin, Sedran & Berman, LLP)

**Speaking on behalf of Philips RS North America LLC:**
Lisa C. Dykstra (Morgan, Lewis & Bockius, LLP)
Steven N. Hunchuck (Morgan, Lewis & Bockius, LLP)

John P. Lavelle, Jr. (Morgan, Lewis & Bockius, LLP)
Wendy West Feinstein (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Other Philips Defendants:**
Michael H. Steinberg (Sullivan & Cromwell LLP)
Tracy Richelle High (Sullivan & Cromwell LLP)
William B. Monahan (Sullivan & Cromwell LLP)

**Speaking on behalf of Polymer Technologies, Inc. and Polymer Molded Products, LLC:**
Brianna D. O'Donnell (Franklin & Prokopik, PC)

**Speaking as the Settlement Administrator for the Private Personal Injury Settlement:**
Orran L. Brown, Sr. (BrownGreer)
David Smith (BrownGreer)

**Speaking as the Allocation Special Master for the Private Personal Injury Settlement:**
Matthew L. Garretson

**Speaking as the Lien Administrator for the Private Personal Injury Settlement:**
Jason Wolf (Wolf Global Compliance)

DATED:  July 22, 2024

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA Bar No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

*Co-Liaison Counsel*