IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, ) <br> BI-LEVEL PAP, AND MECHANICAL ) <br> VENTILATOR PRODUCTS ) <br> LIABILITY LITIGATION, ) <br> ) <br> This Document Relates to: ) <br> Donna Carney, Scott Gainar, Richard ) <br> Gaiaer, Maria Ramos, Joseph Mark ) <br> Dongohue and the Estate of Rosemarie ) <br> Ransom by Exeuctor Barbara Forhsa *v.* <br> *Koninklijke Philips N.V. et al.* <br> Case No. 2:221-cv-1230 | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of the Plaintiffs in the above captioned case are hereby dismissed with prejudice against all Defendants, each party to bear its own costs.

Respectfully submitted,

/s/ James T. Carney
James T. Carney
845 Northridge Dr.
Pittsburgh, Pa. 15216

PA I.D. 00232

*Counsel for Plaintiffs*

Dated August 6, 2024

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)

(215) 963-5000 (phone)
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*/s/ Andrew T. George*
Andrew T. George
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America, LLC*

*Holding USA Inc., and Philips RS North America Holding Corporation*

steinbergm@sullcrom.com

*/s/ William B. Monahan*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024 the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

<u>*/s/ James T. Carney*</u>
.