# Exhibit A

# Delaware

Page 1

### The First State

*CERTIFICATE*

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ABOVE AND FOREGOING ARE THE TRUE AND CORRECT COPIES OF ALL FINANCING STATEMENTS, LAPSED FINANCING STATEMENTS AND/OR ANY UCC3'S FILED IN THE OFFICE OF UNIFORM COMMERCIAL CODE WITH DEBTOR "SOCLEAN, INC.      ".*





20257108189-UCCXP　　　　　　　　　　　　　　　　　Authentication: 203601367
SR# 20242683178　　　　　　　　　　　　　　　　　　　　　　Date: 05-31-24
You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

F-2701300
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: DE
Secretary Of State

Delaware Department of State
U.C.C. Filing Section
Filed: 11:16 AM 11/19/2021
U.C.C. Initial Filing No: 2019 1200133
Amendment No: 2021 9407884
Service Request No: 20213849600

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2019 1200133 2/20/2019

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME: **SoClean, Inc.**

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
Any and all commercial tort claims in connection with and arising from the following cases: (i) SoClean, Inc. v. Sunset Healthcare Solutions, Inc., Case No. 1:20-cv-10351-IT (D. Mass.); (ii) SoClean, Inc. v. Sunset Healthcare Solutions, Inc., Case No. 1:21-cv-10131-IT (D. Mass.); (iii) SoClean, Inc. v. Does 1-394, Case No. 1:21-cv-03954 (N.D. Ill.); (iv) SoClean, Inc. v. RespLabs Medical USA, Inc. et al., Case No. 1:21-cv-03422 (N.D. Ill.); (v) 3B Medical, Inc. v. SoClean, Inc., Case No.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME: **White Oak Healthcare Finance, LLC, as Agent**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA: **Delaware Secretary of State - SoClean, Inc.**
2071526.007

258253-1

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
2019 1200133 2/20/2019

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME: White Oak Healthcare Finance, LLC, as Agent

12b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME:
13b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**
1:19-cv-03545-VM (S.D.N.Y.); and (vi) Konkinklijke Philips N.V. et al., Case No. 1:21-cv-11662-NMG (D. Mass.), and all proceeds thereof.

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**16.** Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

**17.** Description of real estate:

**18. MISCELLANEOUS:**
SoClean, Inc.       2071526.0007

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFILING@CSCGLOBAL.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CSC
801 ADLAI STEVENSON DRI
SPRINGFIELD, IL 62703
US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:12 PM 06/16/2022
U.C.C. Initial Filing No: 2019 1200133
Amendment No: 2022 5087119
Service Request No: 20222751270

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20191200133

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address ☐ ADD name ☐ DELETE name

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX:

**7. CHANGED OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME:
7b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S): SUFFIX:
7c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY:

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☒ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
All assets of the debtor, now owned or hereafter acquired, wherever located, including any and all commercial tort claims in connection with or arising from the following cases (as the same may be transferred, removed, consolidated or appealed): (i) SoClean, Inc. v. Sunset Healthcare Solutions, Inc., Case No. 1:20-cv-10351-IT (D. Mass.); (ii) SoClean, Inc. v. Sunset Healthcare Solutions, Inc., Case No. 1:21-cv-10131-IT (D. Mass.); (iii) SoClean, Inc. v. RespLabs Medical USA, Inc. et al., Case No. 1:21-cv-03422 (N.D. Ill.); (iv) SoClean, Inc. v. Does 1-394, Case No. 1:21-cv-03954 (N.D. Ill.); (v) SoClean, Inc. v. Koninklijke Philips N.V. et al., Case No.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME:
WHITE OAK HEALTHCARE FINANCE, LLC, AS AGENT
9b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX:

**10. OPTIONAL FILER REFERENCE DATA:**
DEBTOR: SOCLEAN, INC.:748720-1

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
20191200133

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
**WHITE OAK HEALTHCARE FINANCE, LLC, AS AGENT**

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**
1:21-cv-11662-NBG (D. Mass.); SoClean, Inc. v. Koninklijke Philips N.V. et al., Case No. 2:22-cv-00542-JFC (W.D.Pa.); (vi) 3B Medical, Inc. v. SoClean, Inc., Case No. 1:19-cv-03545-VM (S.D.N.Y.) (with respect to any counterclaims asserted as commercial tort claims); (vii) In re: SoClean, Inc., Marketing, Sales Practices & Products Liability Litigation, Case No. 1:22-mc-00152-JFC (W.D. Pa.) and Multidistrict Litigation Case No. MDL 3021 (with respect to any claims asserted as commercial tort claims), and all proceeds thereof.

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**16.** Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

**17.** Description of real estate:

**18. MISCELLANEOUS:**

International Association of Commercial Administrator
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)