# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC<br>MDL No. 3014 |
| PHILIPS RS NORTH AMERICA LLC and PHILIPS NORTH AMERICA LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>PSN LABS, LLC,<br><br>*Defendant*. | No. 2:24-cv-01077 |

## PLAINTIFFS' MOTION FOR CONSOLIDATION INTO MDL

Plaintiffs Philips RS North America LLC ("Philips RS") and Philips North America LLC ("Philips NA"), through their undersigned counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 42(a) and Paragraph 2 of Pre-Trial Order #1, for an order consolidating the above-captioned action into the above-captioned MDL, *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014.

Dated: August 19, 2024

Respectfully submitted,

*/s/ Erik T. Koons*
Erik T. Koons (NY Bar No. 2941102)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
Tel: (202) 639-7973
Fax: (202) 585-1086

-2-

/s/  Monica H. Smith
Monica H. Smith (Tex. Bar. No. 24087768)
Monica.Smith@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
Tel:  (214) 953-6929
Fax:  (214) 661-4929

*Counsel for Philips RS North America LLC*


/s/  Michael H. Steinberg
Michael H. Steinberg (CA Bar No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Tel:  (310) 712-6670
Fax:  (310) 712-8800

/s/  Tracy Richelle High
Tracy Richelle High (NY Bar No. 3020096)
hight@sullcrom.com
William B. Monahan (NY Bar No. 4229027)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Philips North America LLC*

-3-

## CERTIFICATE OF SERVICE

I certify that on August 19, 2024, the foregoing Motion was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system.

*/s/ Erik T. Koons*
Erik T. Koons