# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All Actions Involving SoClean | Master Docket Nos. 21-mc-1230 and 22-mc-152<br><br>MDL Nos. 3014 and 3021 |

### THE PHILIPS PARTIES' MOTION TO TREAT THE DOCUMENTS PRODUCED IN MDL NO. 3021 AS PRODUCED IN MDL NO. 3014

Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corp. respectfully move for an order deeming all documents produced in MDL No. 3021 as produced in MDL No. 3014.

Dated: August 29, 2024

Respectfully submitted,

*/s/ Michael H. Steinberg*
Michael H. Steinberg (CA Bar No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Tel:  (310) 712-6670
Fax:  (310) 712-8800

        */s/  Tracy Richelle High*
Tracy Richelle High (NY Bar No. 3020096)
hight@sullcrom.com
William B. Monahan (NY Bar No. 4229027)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corp.*

*/s/  Erik T. Koons*
Erik T. Koons (NY Bar No. 2941102)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C.  20001
Tel:  (202) 639-7973
Fax:  (202) 585-1086

*/s/  Andrew T. George*
Andrew T. George (PA Bar No. 208618)
andrew.george@bgblawyers.com
BOURELLY, GEORGE & BRODEY LLP
1050 30th Street, NW
Washington, DC  20007
Tel:  (202) 753-5012
Fax:  (703) 465-8104

*Counsel for Philips RS North America LLC*