# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:  All Actions Involving SoClean | Master Docket Nos. 21-mc-1230 and 22-mc-152<br><br>MDL Nos. 3014 and 3021 |

## [PROPOSED] ORDER GRANTING THE PHILIPS PARTIES' MOTION TO TREAT THE DOCUMENTS PRODUCED IN MDL NO. 3021 AS PRODUCED IN MDL NO. 3014

AND NOW, on this _____ day of _____, 2024, upon consideration of the Philips parties' Motion to Treat the Documents Produced in MDL No. 3021 as Produced in MDL No. 3014, it is **HEREBY ORDERED** that the Motion is **GRANTED**.  All documents produced in MDL No. 3021 are deemed produced in and subject to the Protective Order of MDL No. 3014.


_____
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge