# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This documentation relates to:<br><br>SCOTT DAVID DORFMAN, an Individual,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>PREFERRED HOMECARE, a Foreign Limited Liability Company, and DOES I through X, and ROE CORPORATIONS I through XX, inclusive,<br><br>　　　　　　　　　　Defendants. | Master Docket: Misc. No. 21-mc-1230-JFC<br><br>This document relates to: MDL No. 3014<br><br>Nevada Case No.: 2:23-cv-01745-CDS-NJK<br><br><br>**DEFENDANT PREFERRED HOMECARE'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |

Defendant Preferred Homecare, ("Preferred,") by its undersigned counsel, pursuant to this Court's Order dated August 15, 2024 (Docket No. 2926), hereby responds to Plaintiff's Motion to Remand this matter, filed August 12, 2024 (Docket No. 2919).

Preferred denies the "facts" set forth in Plaintiff's Motion and denies that it is in any way liable to Plaintiff, but does not oppose the relief requested by Plaintiff of remanding the action to the District of Nevada for further proceedings.

-2-

WHEREFORE, Defendant Preferred Homecare does not oppose remand of this matter for further proceedings.

Date:  September 4, 2024

                                         Respectfully submitted,

                                         /s/ *Jeremy D. Mishkin*

                                         Jeremy D. Mishkin
                                         Montgomery, McCracken, Walker & Rhoads, LLP
                                         1735 Market Street
                                         Philadelphia, PA  19103
                                         (215) 772-1500
                                         jmishkin@mmwr.com

                                         Counsel for Defendant Preferred Homecare