# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>IN RE: SOCLEAN, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: All Actions Involving SoClean | Master Docket Nos. 21-mc-1230 and 22-mc-152<br><br>MDL Nos. 3014 and 3021 |

## ORDER GRANTING THE PHILIPS PARTIES' MOTION TO TREAT THE DOCUMENTS PRODUCED IN MDL NO. 3021 AS PRODUCED IN MDL NO. 3014

AND NOW, on this 6th day of September, 2024, upon consideration of the Philips parties' Motion to Treat the Documents Produced in MDL No. 3021 as Produced in MDL No. 3014, and So Clean and DWHP indicating at the conference on August 22, 2024 that they would not oppose this motion, it is **HEREBY ORDERED** that the Motion is **GRANTED**. All documents produced in MDL No. 3021 are deemed produced in and subject to the Protective Order of MDL No. 3014 and the Protective Order of MDL No. 3021.

s/Joy Flowers Conti
**HONORABLE JOY FLOWERS CONTI**
Senior United States District Judge