# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC<br>MDL No. 3014 |
| PHILIPS RS NORTH AMERICA LLC and PHILIPS NORTH AMERICA LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>PSN LABS, LLC,<br><br>*Defendant*. | No. 2:24-cv-01077 |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S CLARIFICATIONS REGARDING MOTION FOR CONSOLIDATION INTO MDL

Plaintiffs Philips RS North America LLC and Philips North America LLC write in response to the Court's Order (ECF No. 2973) to advise the Court of any objections to the clarifications set forth in paragraph four of Defendant PSN Labs, LLC's ("PSN") Response to Plaintiffs' Motion for Consolidation into MDL (ECF No. 2962). In that paragraph, PSN requested that the "Court's Order of Consolidation expressly state: i) that consolidation is for pretrial purposes only; ii) that PSN Labs, LLC will be permitted to obtain copies all [sic] prior discovery in the Philips MDL; and iii) that PSN Labs LLC will be permitted to participate in all Discovery Master and Court scheduled conferences in the Philips MDL." (*Id.*) Plaintiffs do not object to any of these three requests, but would clarify with respect to point ii) that while Plaintiffs will produce to PSN all the documents they have produced in the Philips MDL, Plaintiffs are not authorized to, and therefore will not, produce documents that were produced in the Philips MDL by others.

Plaintiffs do not understand PSN to be asking Plaintiffs to produce documents that were produced by others, and so Plaintiffs are making this clarification only in an abundance of caution.

A proposed order is attached for the Court's consideration.

Dated: September 23, 2024    Respectfully submitted,

*/s/ Erik T. Koons*
Erik T. Koons (NY Bar No. 2941102)
erik.koons@bakerbotts.com
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001
Tel: (202) 639-7973
Fax: (202) 585-1086

*/s/ Monica H. Smith*
Monica H. Smith (Tex. Bar. No. 24087768)
Monica.Smith@bakerbotts.com
BAKER BOTTS LLP
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Tel: (214) 953-6929
Fax: (214) 661-4929

*Counsel for Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg (CA Bar No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6670
Fax: (310) 712-8800

        <u>*/s/  William B. Monahan*</u>
William B. Monahan (NY Bar No. 4229027)
monahanw@sullcrom.com
Tracy Richelle High (NY Bar No. 3020096)
hight@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Philips North America LLC*

-4-

## **CERTIFICATE OF SERVICE**

I certify that on September 23, 2024, the foregoing Response was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system.

*/s/ Michael H. Steinberg*
Michael H. Steinberg