# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230-JFC<br>MDL No. 3014 |
| PHILIPS RS NORTH AMERICA LLC and PHILIPS NORTH AMERICA LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>PSN LABS, LLC,<br><br>*Defendant*. | No. 2:24-cv-01077 |

## ORDER CONSOLIDATING
## THE PSN ACTION INTO THE PHILIPS MDL

AND NOW, on this 24th day of September, 2024, upon consideration of Plaintiffs' Motion To Consolidate the above-captioned action (the "PSN Action") into *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation*, MDL No. 3014 (W.D. Pa.), it is **HEREBY ORDERED** that the Motion is **GRANTED**. The PSN Action is hereby consolidated into MDL 3014 for all pre-trial purposes. The parties to the PSN Action are hereby subject to all pre-trial orders applying to all actions in MDL 3014, including the Protective Order. Plaintiffs will produce to PSN all the documents they have produced in the Philips MDL. PSN will be permitted to participate in all Discovery Master and Court scheduled conferences in the Philips MDL.

                                                    s/Joy Flowers Conti
                                       **HONORABLE JOY FLOWERS CONTI**
                                       Senior United States District Judge