IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br>*Dorfman v. Preferred Homecare, et al.,*<br>*Civ. No. 23-1745-CDS-NJK (D. Nev.)* | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

**ORDER**

AND NOW, this 2nd day of October, 2024, no party having objected (*see* ECF Nos. 2960, 2986), IT IS HEREBY ORDERED that Plaintiff Scott Dorfman's Motion to Remand (ECF No. 2919) is GRANTED. The civil action captioned *Dorfman v. Preferred Homecare, et al.*, Civ. No. 23-1745-CDS-NJK (D. Nev.), shall be remanded forthwith to the United States District Court for the District of Nevada.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge