**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION**<br><br>This Document Relates to: All Actions | ) ) ) ) ) ) ) ) ) ) ) ) | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

| | | |
|---|---|---|
| **IN RE: SOCLEAN, INC., MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to: All Actions | ) ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 22-mc-152<br><br>MDL No. 3021 |

**ORDER OF COURT**

AND NOW this 18th day of December, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that:

(1) the amended third-party complaint in the Philips MDL (Misc. No. 21-1230, ECF No. 2922) will be severed forthwith and the Clerk of Court is instructed to place it in a new civil action, which will be marked as related to the Philips MDL;

(2) The pending motion to strike/dismiss the third-party complaint filed by SoClean, as defined in the accompanying opinion (Misc. No. 21-1230, ECF Nos. 2995, 2997) is

granted in part, to the extent the third-party complaint is severed and shall proceed as a separate civil action.  That motion to dismiss shall also be placed in the new civil action;

(3) the new "class action complaint" filed in the SoClean MDL (Misc. No. 22-152, ECF No. 660) is hereby DISMISSED without prejudice to Philips, as defined in the accompanying opinion, being able to refile the complaint in a new civil action in accordance with the case management deadlines set forth below:

(a) If Philips chooses to refile its class action complaint in this court, it shall do so on or before January 7, 2025, at a new civil action;

(b) SoClean shall file any motion to dismiss the refiled class action complaint on or before January 28, 2025;

(c) Philips shall file its response to any motion to dismiss by February 11, 2025;

(d) The court will be prepared to hear argument on the motions to dismiss in the new civil actions, if necessary, on or after February 18, 2025, at a date and time convenient to the court and counsel.

SoClean's motion to strike/dismiss the class action complaint (Misc. No. 22-152, ECF No. 737) is DENIED without prejudice to reassert if Philips refiles the class action complaint in a new civil action.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge

2