IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230 |
| This Document Relates To: | MDL No. 3014 |
| *Personal Injury Claimants and Potential Claimants* | |

**JOINT NOTICE—PERSONAL INJURY SETTLEMENT UPDATE**

As the Court is aware, on May 9, 2024, the Philips Defendants and Plaintiffs' Negotiating Committee ("PNC") signed a Master Settlement Agreement establishing a private process for resolving the personal injury claims of claimants with a Qualifying Injury. After the Identification Order process was completed on June 21, 2024, the registration period for Eligible Claimants began. To date, the registration process has been an overwhelming success, with tremendous interest in registration. To accommodate the significant interest in claimant registration and participation in the Settlement Program pursuant to the Master Settlement Agreement, the PNC and the Philips Defendants, by written agreement, extended the Registration Deadline for all Eligible Claimants until January 31, 2025.[1] The extension affects all deadlines that run from the Registration Deadline, including, for example, the deadlines set forth in the Docket Management Order for Litigating Plaintiffs, ECF No. 2769.[2]

---

[1] The Settlement Administrator notified all counsel and pro se claimants, identified through the Identification Order process, of the extension.

[2] Because the Docket Management Order deadlines run from the agreed-upon Registration Deadline, no amendment to the Docket Management Order is needed.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000 (phone)
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com

*/s/ Andrew T. George*
Andrew T. George
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

*/s/ William B. Monahan*

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (Chair)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Plaintiffs' Negotiating Counsel*

| | |
|---|---|
| Tracy Richelle High<br>William B. Monahan<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000 (phone)<br>hight@sullcrom.com<br>monahanw@sullcrom.com<br><br>*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation* | */s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street<br>Suite 125<br>Pittsburgh, PA 15219<br>412-281-7229<br>412-281-4229 (fax)<br>arihn@peircelaw.com<br><br>*Plaintiffs' Co-Liaison Counsel* |