IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

**Joint Proposed Agenda for February 25, 2025 Status Conference: Philips MDL 3014**

1. Update on Personal Injury Settlement and Next Steps;

   a. Participation Level and Payment Timeline

   b. Filing of Stipulation of Dismissal

   c. Next Steps for Cases Remaining in Suit

   d. Pending Motions

      i. Motions to Remand

      ii. Motions for Appointment of Counsel

      iii. Motion for Stay of Settlement Pending Mandamus Petition

2. Update on Medical Monitoring Settlement/Medical Advancement Program; and

3. Philips Personal Injury Contribution Claims against SoClean, Inc. and DW Management Services, LLC.

   a. Argument on Motion to Dismiss

   b. Rule 16(f) Conference.

Dated: February 21, 2025                                Respectfully submitted,

*/s/ John P. Lavelle, Jr.*                              */s/ Christopher A. Seeger*
John P. Lavelle, Jr. (PA 54279)                         Christopher A. Seeger (NJ 042631990)
Lisa C. Dykstra (PA 67271)                              **SEEGER WEISS LLP**
**MORGAN, LEWIS & BOCKIUS LLP**                         55 Challenger Road, 6th Floor
2222 Market Street                                      Ridgefield Park, NJ  07660
Philadelphia, PA 19103-3007                             (973) 639-9100 (phone)
(215) 963-5000 (phone)                                  cseeger@seegerweiss.com

john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons (DC 468289)
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com

*/s/ Andrew T. George*
Andrew T. George (PA 208618)
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ William B. Monahan*
Tracy Richelle High (NY 3020096)
William B. Monahan (NY 4229027)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

Michael H. Steinberg (of counsel)
(CA 134179)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan (PA 56420)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz (PA 50579)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson (PA 307175)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn (PA 85752)
**ROBERT PEIRCE & ASSOCIATES, P.C.**
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
(412) 281-7229
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson (PA 92666)
**FRANKLIN & PROKOPIK**
500 Creek View Road
Suite 502
Ste 1210
Newark, DE 19711
(302) 594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and Polymers Molded Products, LLC*

*/s/ Ashley N. Rodgers*
Michelle R. Gilboe (MN 0260411)
Ashley N. Rodgers (PA 314017)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 752-7254
Michelle.Gilboe@lewisbrisbois.com
Ashley.Rodgers@lewisbrisbois.com

*Counsel for Defendants SoClean, Inc. and DW Management Services, Inc.*