# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: No. 21-mc-1230<br><br>MDL No. 3014 |
| KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, PHILIPS HOLDING USA, INC., PHILIPS RS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA HOLDING CORPORATION,<br><br>    Defendants / Third-Party Plaintiffs,<br><br> v.<br><br>SOCLEAN, INC. and DW MANAGEMENT SERVICES, LLC,<br><br>    Third-Party Defendants. | |

## ORDER GRANTING THE PHILIPS PARTIES' MOTION FOR LEAVE TO FILE RESPONSE TO SOCLEAN'S POST-REPLY SUPPLEMENTAL MEMORANDUM AND THE COURT'S MINUTE ORDER

AND NOW, this 24th day of February, 2025, upon consideration of the Philips Parties' Motion for Leave to File Response to SoClean's Post-Reply Supplemental Memorandum, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

               s/Joy Flowers Conti
               **HONORABLE JOY FLOWERS CONTI**
               Senior United States District Judge