## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: *Patricia Yost*, 2:21-mc-01230 | |

### NOTICE OF UPCOMING DEADLINES
### UNDER DOCKET MANAGEMENT ORDER
### FOR LITIGATING PLAINTIFFS

Pursuant to the Court's instructions at the case management conference held on February 25, 2025, please take notice that the following deadlines established by the Court in the Docket Management Order entered on May 9, 2024 (ECF 2769) apply to all personal injury cases filed by Litigating Plaintiffs pending as of January 31, 2025, including this case:

1. **BY MARCH 3, 2025**:

    a. Service of Preservation Notices concerning records relating to the Litigating Plaintiff's claims (Docket Management Order, ¶ 12);

2. **BY APRIL 1, 2025**:

    a. Production to Defendants required by Docket Management Order, ¶ 15(a), including:

    i. All disclosures required by Fed. R. Civ. P. 26(a)(1);

    ii. Completed Litigating Plaintiff Fact Sheet;

    iii. Medical Records;

    iv. Autopsy Reports and Death Certificates;

    v.  Records Relating to Use of the Recalled Device and any Replacement Device;

    vi.  Record Collection Production; and

    vii.  Declaration Under Penalty of Perjury.

  b.  Proof of Injury required by Docket Management Order, ¶ 16.

3.  **BY MAY 1, 2025**:

  a.  Expert reports required by Docket Management Order, ¶ 17.

Please take notice that the claims of any Litigating Plaintiff who fails to comply fully with these deadlines are subject to dismissal with prejudice. (Docket Management Order, ¶ 20).

Dated: February 28, 2025

*/s/ John P. Lavelle, Jr*
John P. Lavelle, Jr. (PA54279)
Lisa C. Dykstra (PA67271)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein (PA86698)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T (412) 322-9243
kelly@lcllp.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
212-584-0700
cseeger@seegerweiss.com

-3-

*/s/ Michael H. Steinberg*
Michael H. Steinberg
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

*/s/ Tracy Richelle High*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
T:  (212) 558-4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*


*/s/ Eric Scott Thompson*
Eric Scott Thompson
**FRANKLIN & PROKOPIK**
500 Creek View Road
Suite 502
Ste 1210
Newark, DE 19711
T (302) 594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and Polymer Molded Products, LLC*

*/s/ Sandra L. Duggan*
Sandra L. Duggan
**LEVIN SEDRAN & BERMAN**
510 Walnut Street
Ste 500
Philadelphia, PA 19106
215-592-1500
215-592-4663 (fax)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
(610) 642-8500
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street
Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
arihn@peircelaw.com

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF system.

                                                     */s/ John P. Lavelle, Jr.*
                                                     John P. Lavelle, Jr.