IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATION PRODUCTS LITIGATION | ) ) ) ) ) Master Docket: Misc. No. 21-1230-JFC ) ) MDL No. 3014 |
| This Document Relates to: *King v. Cornerstone Medical Services—Midwest LLC, et al.* Case No. 2:24-CV-1693-JFC | ) ) ) ) ) |

**THE PHILIPS DEFENDANTS' NOTICE OF**
**<u>SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO STAY</u>**

On February 12, 2025, Plaintiff Derrick King filed a Motion to Stay Implementation of the Private Master Settlement Agreement for Personal Injury Claims while his Petition for Writ of Mandamus ("Mandamus Petition") remains pending before the U.S. Court of Appeals for the Third Circuit, ECF No. 3139. On March 3, 2025, the U.S. Court of Appeals for the Third Circuit issued the Per Curiam Opinion and Order attached hereto as **Exhibit A** denying King's Mandamus Petition in its entirety.

1

Dated:  March 4, 2025	Respectfully submitted,

                                                                           */s/ John P. Lavelle, Jr.*

John P. Lavelle, Jr.
Lisa C. Dykstra
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:  215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel:  412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Philips RS North America LLC*


*/s/ William B. Monahan*

Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004
Tel:  212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendant Philips RS North America Holding Corporation*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr