IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATION PRODUCTS LITIGATION<br><br>This Document Relates to:<br>*Dale Joseph Burke v. Philips RS North America LLC, et al.*, 2:24-CV-654 | )<br>)<br>) Master Docket: Misc. No. 21-1230<br>)<br>)<br>) MDL No. 3014<br>)<br>)<br>) |

* * * * *

**RESPONSE OF THE PHILIPS DEFENDANTS[1]
TO DALE JOSEPH BURKE'S OBJECTION TO UPCOMING DEADLINES AND
DOCKET MANAGEMENT ORDER**

The Philips Defendants submit this response to the Objection to Upcoming Deadlines and Docket Management Order filed by Plaintiff Dale Joseph Burke (No. 2:24-CV-00654-JFC, ECF No. 16; the Objection).

Plaintiff Dale Joseph Burke has sought relief from the orders governing this MDL, including specifically his deadline to produce his medical records under the Docket Management Order, ECF No. 2769 ("Docket Management Order").[2] The deadlines set forth in the Docket Management Order were carefully negotiated approximately one year ago and were entered by the Court to manage in a coordinated fashion the claims of all Litigating Plaintiffs, including Plaintiff Burke, "for the purpose of ensuring that further pretrial litigation against the Defendants in this mature MDL will progress as smoothly and efficiently as possible." Docket Management Order at

---

[1] The Philips Defendants are defined as Koninklijke Philips N.V., Philips North America LLC, and Philips RS North America LLC ("Philips RS").

[2] Notably, he does not propose any alternative schedule that would apply to him should his motion be allowed.

1

p. 12, ¶ 20.  The Philips Defendants served Plaintiff Burke with a Notice of his obligations and deadlines under the Docket Management Order on February 28, 2025 via first class mail.  Notice of Upcoming Deadlines Under Docket Management Order for Litigating Plaintiffs, 2:24-CV-00654-JFC, ECF No. 15.

The Court has previously denied requests for exceptions to the deadlines set forth in the Docket Management Order. *See* Mem. Opinion, ECF No. 3249 (denying motion for relief from Docket Management Order by *Graham* plaintiffs for failure to show good cause and acknowledging that "[c]reating individual exceptions and separate timelines could quickly become unmanageable").

The Philips Defendants deny that they "violated" any of Plaintiff Burke's constitutional rights, Opposition at ¶¶ 5, 11, in seeking establishment of the deadlines provided by the Docket Management Order, providing notice thereof to Plaintiff, or otherwise.  The Philips Defendants take no position on whether Plaintiff Burke—an incarcerated individual—has demonstrated good cause for the Court to provide him additional time to comply with the requirements of the Docket Management Order, ECF No. 2769.

Dated: April 10, 2025						Respectfully submitted,

/s/ John P. Lavelle, Jr.

John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel: 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Philips RS North America LLC*

/s/ William B. Monahan

Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V. and Philips North America LLC*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

*s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
