## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: *Daniel Sizemore v. Koninklijke Philips N.V.*, Case No.: 2:21-mc-01230-JFC | **MOTION FOR VOLUNTARY DISMISSAL** |

Now comes Plaintiff Daniel Sizemore, by and through undersigned counsel, and hereby moves this Court for a Voluntary Dismissal without prejudice against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2). For cause, Plaintiff no longer wishes to proceed with litigation in this matter at this time.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant a Voluntary Dismissal without prejudice against all Defendants, each party to bear its own costs.

Respectfully submitted,

*/s/ Leslie O. Murray*
Leslie O. Murray (0081496)
Leslie@lesliemurraylaw.com
**LESLIE MURRAY LAW LLC**
316 E. Water St.
Sandusky, OH 44870
Phone: (419) 502-1024
Fax: (419) 502-0290

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon the Defendants' attorneys via electronic mail at the addresses listed below.

| | |
|---|---|
| John P. Lavelle, Jr.<br>Lisa C. Dykstra<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>(215) 963-5000 (phone)<br>john.lavelle@morganlewis.com<br>lisa.dykstra@morganlewis.com | Michael H. Steinberg<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, CA 90067<br>(310) 712-6670 (phone)<br>steinbergm@sullcrom.com |
| Wendy West Feinstein<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Oxford Center, 32nd Floor<br>Pittsburgh, PA 15219-6401<br>(412) 560-3300 (phone)<br>wendy.feinstein@morganlewis.com | Tracy Richelle High<br>William B. Monahan<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-4000 (phone)<br>hight@sullcrom.com<br>monahanw@sullcrom.com |
| | *Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips* |
| Erik T. Koons<br>**BAKER BOTTS LLP**<br>700 K. St. NW<br>Washington, DC 20001<br>(202) 639-7973 (phone)<br>erik.koons@bakerbotts.com<br>andrew.george@bakerbotts.com | |
| Andrew T. George<br>**BOURELLY, GEORGE + BRODEY LLP**<br>1050 30th Street, NW<br>Washington, DC 20007<br>(202) 753-5012 (phone)<br>andrew.george@bgblawyers.com | |

*Counsel for Defendant Philips RS North America, LLC*

*Holding USA Inc., and Philips RS North America Holding Corporation*