IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION,<br><br>This Document Relates to: All Actions | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

**Joint Proposed Agenda for May 6, 2025 Status Conference: Philips MDL 3014**

1. Update on the Personal Injury Settlement Progress and Presentation from Matt Garretson;
2. Remaining Personal Injury Cases;
3. Preservation Registry and Orders;
4. Plaintiffs' Counsel Quarterly Time and Expense Submissions;
5. LDC update; and
6. Motions to Remand.

Dated: May 2, 2025

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000 (phone)
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

*/s/ Erik T. Koons*
Erik T. Koons (DC 468289)
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com

*/s/ Andrew T. George*

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger (NJ 042631990)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

*/s/ Sandra L. Duggan*
Sandra L. Duggan (PA 56420)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

*/s/ Steven A. Schwartz*
Steven A. Schwartz (PA 50579)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

*/s/ Kelly K. Iverson*
Kelly K. Iverson (PA 307175)

1

Andrew T. George (PA 208618)
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America LLC*

*/s/ William B. Monahan*
Tracy Richelle High (NY 3020096)
William B. Monahan (NY 4229027)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

Michael H. Steinberg (of counsel)
(CA 134179)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

*/s/ Eric Scott Thompson*
Eric Scott Thompson (PA 92666)
**FRANKLIN & PROKOPIK**
500 Creek View Road
Suite 502
Ste 1210
Newark, DE 19711
(302) 594-9780
ethompson@fandpnet.com

*Counsel for Polymer Technologies, Inc. and Polymers Molded Products, LLC*

*/s/ Ashley N. Rodgers*
Michelle R. Gilboe (MN 0260411)
Ashley N. Rodgers (PA 314017)
**LEWIS BRISBOIS BISGAARD & SMITH**

**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

*Plaintiffs' Co-Lead Counsel*

*/s/ D. Aaron Rihn*
D. Aaron Rihn (PA 85752)
**ROBERT PEIRCE & ASSOCIATES, P.C.**
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
(412) 281-7229
arihn@peircelaw.com

Peter St. Tienne Wolff (PA 208433)
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*

**LLP**
One PPG Place, 28th Floor
Pittsburgh, PA 15222
(412) 752-7254
Michelle.Gilboe@lewisbrisbois.com
Ashley.Rodgers@lewisbrisbois.com

*Counsel for Defendants SoClean, Inc. and DW Management Services, Inc.*