# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | ) ) ) ) Master Docket: Misc. No. 21-1230 |
| | ) |
| | ) MDL No. 3014 |
| This Document Relates to: | ) |
| (1) Carter v. Koninklijke Philips N.V., et al., 2:22-cv-00383 | ) ) |
| (2) Dobbs v. Aerocare Home Medical, Inc., et al., 2:22-cv-01469 | ) ) |
| (3) Graham v. Respironics, Inc., et al., 2:22-cv-00224 | ) ) |
| (4) King v. Philips RS North America LLC, et al., 2:24-cv-01693 | ) ) |
| (5) Murray v. Koninklijke Philips, N.V., et al., 2:23-cv-00627 | ) ) |
| (6) Papsun v. B. Braun Medical, Inc., et al., 2:23-cv-1211 | ) ) |
| (7) Roberts v. Philips Respironics Inc., et al., 2:23-cv-1027 | ) ) |
| (8) Traversa v. Koninklijke Philips, N.V., et al., 2:22-cv-00652 | ) ) |
| (9) Vazquez v. Respironics, Inc., et al., 2:22-cv-00130 | ) ) |

## JOINT PROPOSED SCHEDULE FOR MAY 6, 2025
## ORAL ARGUMENT ON PENDING REMAND MOTIONS

Pursuant to the Court's March 21, 2025 Opinion (ECF No. 3249), the parties jointly submit this proposed schedule for the May 6, 2025 oral argument on pending remand motions. The parties currently expect that remand motions in the five below-listed cases will be argued and have presented the cases in the order that they propose they be heard, starting with the motion that will be argued remotely (*Vazquez*), followed by the three motions that involve application of the fraudulent joinder doctrine (*Graham*, *Traversa*, and *Murray*), and ending with the motion that involves, among other issues, whether the amount-in-controversy requirement is met (*King*):

1. *Vazquez v. Respironics, Inc., et al.*, Case No. 2:22-cv-00130;

2. *Graham v. Respironics, Inc., et al.*, Case No. 2:22-cv-00224;

3. *Traversa v. Koninklijke Philips, N.V., et al.*, Case No. 2:22-cv-00652;

4. *Murray v. Koninklijke Philips, N.V., et al.*, Case No. 2:23-cv-00627; and

5. *King v. Philips RS North America LLC, et al.*, Case No. 2:24-cv-01693.

Based on communications with plaintiffs' counsel, counsel for the Philips Defendants understand that the remand motions filed in *Papsun* and *Roberts* will be decided on the papers without oral argument, and that plaintiffs in *Carter* and *Dobbs* have agreed to dismiss their claims.[1]  Counsel for the Philips Defendants have attempted to contact counsel for the plaintiff in *Murray* regarding whether his motion will be argued or decided on the papers.  Because they have been unable to reach Mr. Murray's counsel, the parties have included Mr. Murray's motion in the proposed schedule out of an abundance of caution.

Dated:  May 2, 2025

/s/ Jordan A. Stanton
Tyler S. Thompson
Jordan A. Stanton
DOLT, THOMPSON, SHEPHERD &
CONWAY, PSC
13800 Lake Point Circle
Louisville, KY  40223
Tel:  502.244.7772
tthompson@kytrial.com
jstanton@kytrial.com

*Counsel for Plaintiffs Gayla and Robert Graham*

Respectfully submitted,

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:  215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor

---

[1] We also understand that the plaintiff in *McNiffe* is participating in the master personal injury settlement and the plaintiff in *Trueblood* has voluntarily dismissed his claims (*see* Case No. 2:23-cv-1304, ECF No. 18).  Thus, these plaintiffs' remand motions are moot.

2

*/s/ Derrick Martin King*
Derrick Martin King
1445 Crestview Ave.
Akron, OH  44320
Tel:  330.867.3979
dmking12370@hotmail.com

*Pro se plaintiff*

*/s/ Charles Thomas, Jr.*
Charles Thomas, Jr.
280 N. Providence Rd., Suite 4
Media, PA  19063
Tel:  610.504.2318
charles@cthomasesq.com

*Counsel for Plaintiff Roger Traversa*

*/s/ Julio E. Gil de Lamadrid*
Julio E. Gil de Lamadrid
J.E. Gil de Lamadrid PSC
A-11 Granada St.
Reparto Alhambra
Bayamon, PR  00957
Tel:  787.786.7805
jgil@gildelamadrid-psc.com

*Counsel for Plaintiffs Edwin Fuentes
Vazquez and Brenda Hernaiz*

Pittsburgh, PA 15219-6401
Tel:  412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Philips RS North America LLC*

*/s/ William B. Monahan*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY  10004
Tel:  212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips
N.V., Philips North America LLC, Philips
Holdings USA, Inc. and Philips RS North
America Holding Corporation*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, the foregoing document was electronically filed with

the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.


*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr