IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>*King v. Cornerstone, et al.*, #24-1693 | ) ) ) ) ) ) ) ) ) ) ) ) | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 14th day of May, 2025, for the reasons set forth in the related opinion and on the record in open court on May 6, 2025, it is hereby ORDERED that the pro se omnibus motion to remand and for sanctions filed by plaintiff Derrick Martin King ("King") (Civ. No. 24-1693, ECF No. 4), and King's renewed motion to remand for lack of subject-matter jurisdiction filed at the master Philips MDL docket on March 21, 2025 (Misc. No. 21-1230, ECF No. 3252), are DENIED, without prejudice to King's ability to later seek remand if the status of pretrial proceedings in the Philips MDL warrant remand.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge