IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION <br><br> This Document Relates to: <br><br> *Murray v. Philips, et al.*, #23-627 | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

## ORDER OF COURT

AND NOW this 15th day of May, 2025, for the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the motion to remand this case to the state court (ECF No. 2) is GRANTED. Civil Action No. 23-627 shall be remanded FORTHWITH to the Santa Barbara, California Superior Court, Cook Division.

Philips must pay Murray the actual expenses he incurred, including counsel fees, pursuant to 28 U.S.C. § 1447(c); the appropriate amount will be determined after Murray files a detailed application for the payment of the actual expenses he incurred as a result of the improper removal. Murray's request for payment must be filed no later than May 30, 2025 and Philips may file any objections to the request no later than June 13, 2025.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge