**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: 2:21-mc-01230-JFC |
| | MDL No. 3014 |
| THIS DOCUMENT RELATES TO: | Honorable Joy Flowers Conti |
| See Proposed Order Exhibits A and B | |

**MOTION OF THE PHILIPS DEFENDANTS FOR SUPPLEMENTAL RELIEF**
**WITH RESPECT TO THE DOCKET MANAGEMENT ORDER**

Defendants Philips RS North America LLC, Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation (collectively, "Philips Defendants"), through their undersigned counsel, respectfully submit this Motion for Supplemental Relief with Respect to the Docket Management Order, pursuant to this Court's May 9, 2024 Docket Management Order, ECF No. 2769. In support of their Motion, the Philips Defendants rely upon and incorporate by reference their Memorandum of Law filed simultaneously with this Motion.

Dated: June 25, 2025

Respectfully submitted,

*<u>/s/ John P. Lavelle, Jr.</u>*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel: 215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel: 412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Philips RS North America LLC*

*<u>/s/ William B. Monahan</u>*
William B. Monahan
Tracy Richelle High
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: 212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA, Inc., and Philips RS North America Holding Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr