# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: Misc. No. 21-1230 |
| This Document Relates to: | MDL No. 3014 |
| *Yu v. Philips, et al.*, #21-1428 | |

## ORDER OF COURT

AND NOW this 31st day of July, 2025, in accordance with the memorandum opinion, it is hereby ORDERED that the motion to extend time (ECF No. 53) filed on behalf of plaintiff San San Yu is DENIED.  This case is hereby dismissed with prejudice.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge