## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION** )<br><br>This Document Relates to:<br><br>*Yu v. Philips, et al.*, #21-1428 | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## <u>SHOW CAUSE ORDER</u>

On July 31, 2025, the court issued an opinion and order (Misc. No. 21-1230, ECF Nos. 3465, 3466, crossfiled at Civ. No. 21-1428, ECF Nos. 56, 57) dismissing Civil Action No. 21-1428 with prejudice for failures to comply with the court's Docket Management Order ("DMO") dated May 9, 2024 (Misc. No. 21-1230, ECF No. 2769), and the court's "show cause order" dated June 13, 2025 (Civ. No. 21-1428, ECF No. 51). The case is closed.

On August 14, 2024, the court issued an opinion and order denying numerous post-closure motions filed by counsel Raymond Yu on behalf of plaintiff San San Yu ("Yu") (Misc. No. 21-1230, ECF Nos. 3478, 3479; crossfiled at Civ. No. 21-1428, ECF Nos. 62, 63).[1] The court placed Raymond Yu on notice that his numerous post-closure filings are entirely without merit and under the All Writs Act, 28 U.S.C. § 1651, a district court can impose a filing injunction on litigants who have "engaged in abusive, groundless, and vexatious litigation." *Yoder v. Wells Fargo Bank, N.A.*, 765 Fed. Appx. 822, 824 (3d Cir. 2019); *see In re Packer Ave.*

---

[1] Raymond Yu also sent inappropriate emails to a member of the judge's staff.

*Assocs.*, 884 F.2d 745, 747-48 (3d Cir. 1989).   Raymond Yu was "placed on notice that should he file another meritless and repetitive motion in this closed case, an Order to Show Cause may be issued as to why he should not be deemed a vexatious litigant."  *Id.*

On August 22, 2025, despite the "vexatious litigant" notice, Raymond Yu filed a document entitled "Motion for extension of time to prepare amended complaint alleging medical malpractice, litigating plaintiff fact sheet, medical records, amendment to original complaint based on newly-discovered evidence and joinder of additional defendants."  (Misc. No. 21-1230, ECF No. 3494).  The motion appears meritless, repetitive, vexatious and in violation of the court's orders.


AND NOW this 26th day of August, 2025, it is hereby ORDERED that Raymond Yu shall show cause on or before September 8, 2025, why a "vexatious litigant" order should not be issued.  Entry of a vexatious litigant order would require Raymond Yu to obtain permission from the court before filing documents with the court.


SO ORDERED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge