**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | ) ) ) ) ) ) Master Docket: 2:21-mc-01230-JFC <br><br> MDL No. 3014 |
| THIS DOCUMENT RELATES TO: | ) ) ) Honorable Joy Flowers Conti |
| *Peggy Ibarra*, Case No. 2:25-cv-01264 | ) ) |

**NOTICE OF UPCOMING DEADLINES**
**UNDER DOCKET MANAGEMENT ORDER**
**FOR LITIGATING PLAINTIFFS**

Pursuant to the Court's July 3, 2025 Order Granting Supplemental Relief with Respect to the Docket Management Order, Dkt. 21-mc-1230, ECF No. 3421, please take notice that the following deadlines established by the Court in the Docket Management Order entered on May 9, 2024, Dkt. 21-mc-1230, ECF No. 2769, apply to this case, which was transferred into this MDL on August 19, 2025:

1. **BY SEPTEMBER 18, 2025**:

    a. Production to Defendants of Preservation Notices (and associated documents) concerning records relating to the Litigating Plaintiff's claims. Docket Management Order, ¶¶ 12-14.

2. **BY OCTOBER 20, 2025**:

    a. Production to Defendants of the materials required by Docket Management Order, ¶ 15(a), including:

        i. All disclosures required by Fed. R. Civ. P. 26(a)(1);

        ii. Completed Litigating Plaintiff Fact Sheet;

    iii.  Medical Records;

    iv.  Autopsy Reports and Death Certificates;

    v.  Records Relating to Use of the Recalled Device and any Replacement Device;

    vi.  Record Collection Production; and

    vii.  Declaration Under Penalty of Perjury.

b.  Production to Defendants of Proof of Injury required by Docket Management Order, ¶ 16.

1.  **<u>BY NOVEMBER 17, 2025</u>**:

c.  Production to Defendants of Expert Reports required by Docket Management Order, ¶ 17.

Please take notice that the claims of any Litigating Plaintiff who fails to comply fully with these deadlines are subject to dismissal with prejudice.  Docket Management Order, ¶¶ 20-21.

Dated:  August 29, 2025

Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:  215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel:  412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Philips RS North America LLC*

*/s/ William B. Monahan*
William B. Monahan
Tracy Richelle High
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel:  212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke*
*Philips N.V., Philips North America LLC,*
*Philips Holding USA, Inc., and Philips RS North*
*America Holding Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, the foregoing document was electronically filed

with the Clerk of Court and served upon counsel of record through the Court's ECF filing system.

> */s/ John P. Lavelle, Jr.*
> John P. Lavelle, Jr