**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>See Exhibit B | ) ) ) ) ) Master Docket: 2:21-mc-01230-JFC ) ) ) MDL No. 3014 ) ) ) Honorable Joy Flowers Conti ) ) ) ) ) |

## DECLARATION OF JOHN P. LAVELLE, JR., IN SUPPORT OF
## THE PHILIPS DEFENDANTS' MOTION TO DISMISS

I, John P. Lavelle, Jr., hereby declare as follows:

1. I am a Partner in the law firm Morgan, Lewis & Bockius LLP and counsel of record for Philips RS North America, LLC in the multi-district litigation proceedings pending in the United States District Court for the Western District of Pennsylvania styled *In Re: Philips Recalled Cpap, Bi-Level Pap, And Mechanical Ventilation Products Litigation* (the "Philips MDL"), 2:21-mc-01230-JFC.

2. I supervised the preparation of the Litigating Plaintiffs Deficiencies Chart, which follows this Declaration as Exhibit B, and which I incorporate into this Declaration.

3. The Litigating Plaintiffs Deficiencies Chart was prepared based on information received from Litigating Plaintiffs and reports information known to the Philips Defendants regarding their compliance status, as of the date of the execution of this Declaration. The Chart identifies those Litigating Plaintiffs who were subject to the Court's June 13, 2025 Order to Show

2

Cause but who have done nothing to comply with the Docket Management Order since it was entered or to show good cause for their failure to so comply.

* * *

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2025

John P. Lavelle, Jr.