**Exhibit B**

**IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATION PRODUCTS LITIGATION, MDL 3014 (Case No. 21-mc-01230)**

Litigating Plaintiffs Subject to the Order to Show Cause and Who Have Done Nothing to Comply or Show Good Cause for their Failure to Comply as of September 2, 2025

|     | Matter Title | Claimant | Dkt. # |
|-----|--------------|----------|--------|
| 1.  | Aguillard, Harry Kent | Aguillard, Harry Kent | 2:23-cv-01525 |
| 2.  | Ampere, Kwame | Ampere, Kwame | 2:24-cv-00362 |
| 3.  | Avila, Rudy | Avila, Rudy | 2:23-cv-01373 |
| 4.  | Azul, Gil | Azul, Gil | 2:23-cv-01077 |
| 5.  | Beck, Leta | Beck, Leta | 2:23-cv-01354 |
| 6.  | Bird, Treva Edna | Bird, Treva Edna | 2:24-cv-00650 |
| 7.  | Bohanan, Felicia | Morris, Deborah | 2:23-cv-01089 |
| 8.  | Brady, Todd | Brady, Todd | 2:22-cv-01384 |
| 9.  | Braswell, Levon Sr | Braswell, Levon Sr | 2:23-cv-00925 |
| 10. | Brumbaugh, Timothy N. | Brumbaugh, Timothy N. | 2:22-cv-01844 |
| 11. | Carigaba, Noel | Carigaba, Noel | 2:24-cv-00917 |
| 12. | Crandell, Brian | Crandell, Brian | 2:22-cv-00344 |
| 13. | Crowne, Dennis | Crowne, Dennis | 2:23-cv-01083 |
| 14. | DeMorales, Kathy | Anaya, Salvador Jr | 2:23-cv-01547 |
| 15. | Douglas, Michael S. | Douglas, Michael S. | 2:23-cv-00702 |
| 16. | Dow, Andrew | Dow, Andrew | 2:23-cv-01398 |
| 17. | Edmiston, Clyde | Edmiston, Clyde R. | 2:22-cv-01135 |
| 18. | Eid, Mohammad | Eid, Mohammad | 2:22-cv-01683 |
| 19. | Flannery, James | Flannery, James | 2:22-cv-01253 |
| 20. | Fontenot, Harold | Fontenot, Harold | 2:23-cv-01522 |
| 21. | Goins, Timothy (#2) | Goins, Timothy | 2:24-cv-00398 |
| 22. | Graham, Brenda | Bellamy, Thomas | 2:24-cv-00918 |
| 23. | Gravlee, Macon III | Gravlee, Macon W. III | 2:22-cv-00448 |
| 24. | Greene, Irving G. | Greene, Susan | 2:22-cv-00446 |
| 25. | Handley, Darryl | Handley, Darryl | 2:22-cv-00481 |
| 26. | Hansen, William ("Bill") | Hansen, William ("Bill") L. | 2:24-cv-01266 |
| 27. | Harkins, Randall A. | Harkins, Randall A. | 2:22-cv-01104 |
| 28. | Hatzell, Timothy | Hatzell, Jodi | 2:24-cv-00533 |
| 29. | Hawkins, Shane | Hawkins, Shane | 2:23-cv-00638 |
| 30. | Hood, Jeffrey | Hood, Jeffrey | 2:22-cv-00756 |
| 31. | Hunt, Kevin | Burgess, Beth | 2:23-cv-00665 |
| 32. | Hunter, John | Hunter, John | 2:23-cv-01355 |
| 33. | Hurley, Donna | Hurley, Donna | 2:22-cv-01655 |
| 34. | Kaminski, Sidnee | Kaminski, Sidnee | 2:22-cv-01849 |
| 35. | Kramer, Kimberly | Langford, Reginald | 2:23-cv-00540 |

|     | **Matter Title** | **Claimant** | **Dkt. #** |
| --- | --- | --- | --- |
| 36. | Lancaster, Rhonda | Lancaster, David | 2:23-cv-00963 |
| 37. | Lawrence, Michael | Lawrence, Michael | 2:22-cv-00412 |
| 38. | Lenig, Robert | Lenig, Robert | 2:23-cv-01328 |
| 39. | Luckey, Linda | Luckey, Patrick | 2:23-cv-01288 |
| 40. | Mavrakis, Maria Yanez | Mavrakis, Nicholas P. | 2:23-cv-00133 |
| 41. | McClendon, Donald | McClendon, Donald | 2:22-cv-00033 |
| 42. | McCoy, Eric Joel | McCoy, Eric Joel | 2:23-cv-01697 |
| 43. | McLaurin, Lamont | McLaurin, Lamont | 2:24-cv-01270 |
| 44. | Morey, Richard L. | Morey, Richard L. | 2:23-cv-01592 |
| 45. | Olive, Mary Ann | Olive, Mary Ann | 2:22-cv-00084 |
| 46. | Paesano, Frank J. | Paesano, Frank J. | 2:23-cv-00543 |
| 47. | Papsun, Sherri | Papsun, Darrell G. | 2:23-cv-01211 |
| 48. | Peete, Ellen | Peete, Ellen | 2:23-cv-01067 |
| 49. | Petersen, Charles | Petersen, Charles | 2:21-cv-01490 |
| 50. | Petti, Paul A | Petti, Paul A. | 2:23-cv-01085 |
| 51. | Russell, Ansel | Russell, Ansel | 2:22-cv-01808 |
| 52. | Shearer, Hugh | Shearer, Hugh | 2:23-cv-00272 |
| 53. | Slaughter, Leonard | Slaughter, Leonard | 2:24-cv-01090 |
| 54. | Spadavecchia, Frank | Spadavecchia, Frank | 2:24-cv-00481 |
| 55. | Spear, John | Spear, John | 2:22-cv-01389 |
| 56. | Speller, Harry | Speller, Harry | 2:22-cv-00083 |
| 57. | Storti, Robert | Storti, Robert | 2:24-cv-00358 |
| 58. | Summer, Robert M. | Summer, Robert M. | 2:21-cv-01547 |
| 59. | Summers, Andrea | Summers, Andrea | 2:22-cv-00601 |
| 60. | Van Ginkel, Jeffrey | Van Ginkel, Jeffrey | 2:22-cv-01435 |
| 61. | Vandellos, Michael | Vandellos, Michael | 2:23-cv-01283 |
| 62. | Ward, Steven | Ward, Steven | 2:22-cv-00760 |
| 63. | Wilder, Hendley (1) | Wilder (Active), Jaye | 2:22-cv-00120 |
| 64. | Wilder, Hendley (2) | Wilder (Active), Jaye | 2:22-cv-01353 |
| 65. | Wiseman, Thomas E (2) | Wiseman, Thomas E. | 2:24-cv-00429 |
| 66. | Wiseman, Thomas E. (1) | Wiseman, Thomas E. | 2:24-cv-00122 |
| 67. | Corrigan, Theresa | Corrigan, Theresa | 2:22-cv-00078 |
| 68. | Garcia, Christopher | Garcia, Christopher | 2:22-cv-00006 |
| 69. | Hamilton, Thomas Richard Jr | Hamilton, Thomas Richard Jr | 2:22-cv-01842 |
| 70. | Holmes, Angela | Holmes (Active), Angela | 2:21-cv-01455 |
| 71. | Luce, Elton Jr | Luce, Elton Jr | 2:23-cv-00933 |
| 72. | Meitl, Teresa Marie | Meitl, Teresa Marie | 2:23-cv-00934 |
| 73. | Murray, Robert | Murray, Robert | 2:22-cv-01733; 2:23-cv-00627 |
| 74. | Ortiz, Denis | Ortiz, Denis | 2:23-cv-00947 |
| 75. | Palmer, Cornell | Palmer, Cornell | 2:23-cv-00949 |
| 76. | Ream, Cloyd R. | Ream, Cloyd R. | 2:22-cv-00330 |
| 77. | Rios, Ralph | Rios, Ralph | 2:24-cv-000981 |

|     | **Matter Title**    | **Claimant**         | **Dkt. #**      |
|-----|---------------------|----------------------|-----------------|
| 78. | Spree, Robert T.    | Spree, Robert T.     | 2:22-cv-01777   |
| 79. | Trosclair, Roy Jr   | Trosclair, Roy J. Jr | 2:22-cv-00388   |
| 80. | Wolf, Andrew R.     | Wolf, Andrew R.      | 2:23-cv-01043   |
| 81. | Wood, William       | Wood, William        | 2:22-cv-00086   |