IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>*Yu v. Philips, et al.*, #21-1428 | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 9th day of September, 2025, upon consideration of:

(1) the court's July 31, 2025, opinion and order (Misc. No. 21-1230, ECF Nos. 3465, 3466, crossfiled at Civ. No. 21-1428, ECF Nos. 56, 57) dismissing Civil Action No. 21-1428 with prejudice for failures to comply with the court's Docket Management Order ("DMO") dated May 9, 2024 (Misc. No. 21-1230, ECF No. 2769), and the court's "show cause order" dated June 13, 2025 (Civ. No. 21-1428, ECF No. 51);

(2) the court's August 14, 2024, opinion and order denying numerous post-closure motions filed by counsel Raymond Yu on behalf of plaintiff San San Yu (Misc. No. 21-1230, ECF Nos. 3478, 3479; crossfiled at Civ. No. 21-1428, ECF Nos. 62, 63), in which Raymond Yu was "placed on notice that should he file another meritless and repetitive motion in this closed case, an Order to Show Cause may be issued as to why he should not be deemed a vexatious litigant;[1]

---

[1] Raymond Yu also sent inappropriate emails to a member of the judge's staff.

(3) on August 22, 2025, despite the "vexatious litigant" notice, Raymond Yu filed another meritless, repetitive and vexatious motion in violation of the court's orders (Misc. No. 21-1230, ECF No. 3494);

(4) the court's show cause order dated August 26, 2025 (Civ. No. 21-1428, ECF No. 65), which ordered Raymond Yu to show cause on or before September 8, 2025, why a "vexatious litigant" order should not be issued; and

(5) Raymond Yu's response to the August 26, 2025 show cause order (Civ. No. 21-1428, ECF No. 66), which recited a litany of events involving litigation in other jurisdictions, referenced a two-pound handwritten response sent to "Judge Hardee," and suggested that other persons are making filings under his name;

It is hereby ORDERED that Raymond Yu is found to be a vexatious litigant and is required to obtain permission from the court before filing documents with the court.

It is further ORDERED that the Court will deactivate Raymond Yu's e-filing access forthwith and require him to submit future filings by mailing them to the Clerk's Office.

SO ORDERED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge