**Exhibit A to September 15, 2025 Status Report**
**Pending Personal Injury Cases**

|    | Matter Title | Claimant | Case # |
|----|---|---|---|
| 1  | Abdou, Ali | Abdou, Ali | 2:23-cv-00900 |
| 2  | Able, Garland | Able, Garland | 2:23-cv-01002 |
| 3  | Adams, Lionel | Adams, Lionel | 2:22-cv-00539 |
| 4  | Adeniyi, Michael | Adeniyi, Michael | 2:22-cv-01192 |
| 5  | Aguillard, Harry Kent | Aguillard, Harry Kent | 2:23-cv-01525 |
| 6  | Akins, Brian | Akins, Brian | 2:23-cv-00309 |
| 7  | Aldamen, Omar Abdulraham | Aldamen, Omar Abdulraham | 2:23-cv-00472 |
| 8  | Allred, Brent Douglas | Allred, Brent | 2:23-cv-00911 |
| 9  | Alston, Diane Lynn | Alston, Diane Lynn | 2:23-cv-00119 |
| 10 | Ampere, Kwame | Ampere, Kwame | 2:24-cv-00362 |
| 11 | Andrews, Jaime | Andrews, Jaime | 2:24-cv-00614 |
| 12 | Angelle, Frank | Angelle, Frank | 2:22-cv-00828 |
| 13 | Arabie, Denise | Arabie, Gary Joseph | 2:23-cv-00442 |
| 14 | Armour, David Michael | Armour, David Michael | 2:23-cv-01022 |
| 15 | Arnold, William | Arnold, William | 2:24-cv-00342 |
| 16 | Ashford, Ronald Wiley | Ashford, Ronald Wiley | 2:22-cv-01861 |
| 17 | Ashley, Angela | Ashley, Angela | 2:24-cv-00322 |
| 18 | August, Willie L. Jr | August, Willie L. Jr | 2:23-cv-00918 |
| 19 | Avila, Rudy | Avila, Rudy | 2:23-cv-01373 |
| 20 | Ayala, Ignacio | Ayala, Ignacio | 2:23-cv-00488 |
| 21 | Ayo, Robert | Ayo, Robert | 2:23-cv-00492 |
| 22 | Azul, Gil | Azul, Gil | 2:23-cv-01077 |
| 23 | Bagley, Gregory | Bagley, Gregory | 2:23-cv-00385 |
| 24 | Baker, Donald | Baker, Donald | 2:23-cv-00619 |
| 25 | Baker, Everett | Baker, Everett | 2:23-cv-01042 |
| 26 | Bales, George | Bales, George C. | 2:22-cv-00916 |
| 27 | Barnes, Eddie Sr | Barnes, Eddie Sr | 2:22-cv-00385 |
| 28 | Barnes, Mark Bradley | Barnes, Mark Bradley | 2:22-cv-00662 |
| 29 | Barrette, Michael | Barrette, Michael | 2:25-cv-01108 |
| 30 | Baughns, Christine | Baughns, Christine | 2:23-cv-01103 |
| 31 | Beatty, Patrick | Beatty, Patrick | 2:24-cv-00252 |
| 32 | Beck, Leta | Beck, Leta | 2:23-cv-01354 |
| 33 | Begley, Kenneth R. | Begley, Kenneth R. | 2:23-cv-00349 |
| 34 | Benson, Elaine | Benson, Elaine | 2:22-cv-01186 |
| 35 | Berkebile, Chad | Berkebile, Chad | 2:23-cv-00969 |
| 36 | Berkowitz, Bernard | Berkowitz, Bernard | 2:23-cv-00773 |
| 37 | Bermond, Nancy | Bermond, Nancy J. | 2:22-cv-01102 |
| 38 | Besig, David | Besig, David | 2:21-cv-01667 |
| 39 | Billings, Tracey | Billings, Tracey | 2:23-cv-00762 |
| 40 | Bird, Treva Edna | Bird, Treva Edna | 2:24-cv-00650 |
| 41 | Bjork, Matthew | Bjork, Matthew | 2:23-cv-00129 |
| 42 | Bleeker, Shirley Jean | Bleeker, Shirley Jean | 2:23-cv-01526 |
| 43 | Blevins, Delbert | Blevins, Delbert | 2:21-cv-01910 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 44 | Bobo, Darren | Bobo, Darren | 2:23-cv-00239 |
| 45 | Bohanan, Felicia | Morris, Deborah | 2:23-cv-01089 |
| 46 | Bolg, Mary Louise | Bolg, Mary Louise | 2:24-cv-01092 |
| 47 | Boots, Roger | Boots, Christopher | 2:23-cv-01178 |
| 48 | Bosse, Timothy | Bosse, Timothy | 2:23-cv-00005 |
| 49 | Bothman, Margaret | Bothman, Margaret | 2:22-cv-01814 |
| 50 | Brady, Todd | Brady, Todd | 2:22-cv-01384 |
| 51 | Brady, William | Brady, William | 2:23-cv-00841 |
| 52 | Braswell, Levon Sr | Braswell, Levon Sr | 2:23-cv-00925 |
| 53 | Braud, Penny | Braud, Penny | 2:22-cv-00661 |
| 54 | Braverman, Lawrence (Cohen) | Braverman, Lawrence | 2:23-cv-00078 |
| 55 | Briske, Deborah | Briske, Deborah | 2:21-cv-01893 |
| 56 | Brown, Alden | Brown, Alden | 2:23-cv-01999 |
| 57 | Brown, Anna Rosato | Brown, Anna Rosato | 2:23-cv-01032 |
| 58 | Brown, Levelle D. | Brown, Levelle D. | 2:21-cv-01453 |
| 59 | Brown, Lillian | Brown, Lillian | 2:23-cv-00703 |
| 60 | Brumbaugh, Timothy N. | Brumbaugh, Timothy N. | 2:22-cv-01844 |
| 61 | Bunjan, Samuel Scott | Bunjan, Samuel Scott | 2:23-cv-00214 |
| 62 | Buonaiuto, Valentine | Buonaiuto, Valentine | 2:24-cv-00652 |
| 63 | Burke, Dale Joseph | Burke, Dale Joseph | 2:24-CV-00654 |
| 64 | Burke, Patrick | Burke, Patrick | 2:25-cv-00514 |
| 65 | Bush, Michael | Bush, Michael | 2:24-cv-01091 |
| 66 | Buzzanga, Patricia | Buzzanga, James R. | 2:25-cv-00059 |
| 67 | Cables, Gary Richard | Cables, Gary Richard | 2:22-cv-00116 |
| 68 | Campa, Roy | Campa, Roy | 2:23-cv-00383 |
| 69 | Campbell, Arthur C. | Campbell, Arthur C. | 2:24-cv-00651 |
| 70 | Canada, Sandra | Cline, Kathleen | 2:23-cv-01498 |
| 71 | Canale, Marcy | Canale, Marcy | 2:23-cv-00065 |
| 72 | Cannata, Jo | Cannata, Jo | 2:21-cv-01448 |
| 73 | Canning, Patricia | Canning, Patricia | 2:24-cv-00689 |
| 74 | Cantrell, George Randall | Cantrell, George Randall | 2:23-cv-00120 |
| 75 | Carbajal, Joel | Carbajal, Joel | 2:23-cv-00623 |
| 76 | Carigaba, Noel | Carigaba, Noel | 2:24-cv-00917 |
| 77 | Carter, Nathaniel | Carter, Nathaniel | 2:23-cv-00373 |
| 78 | Carvalho, Manuel | Carvalho, Manuel | 2:22-cv-00830 |
| 79 | Castillo, Christina | Castillo, Christina | 2:22-cv-01172 |
| 80 | Caudill, Aaron II | Caudill, Aaron | 2:23-cv-01033 |
| 81 | Cavanaugh, Daniel | Cavanaugh, Daniel | 2:24-cv-00841 |
| 82 | Cellini, Kathleen | Cellini, Mark | 2:23-cv-00186 |
| 83 | Chambers, Vicki L. | Chambers, Vicki L. | 2:23-cv-00556 |
| 84 | Chance, David Robert | Chance, David Robert | 2:23-cv-00457 |
| 85 | Chance, Joseph | Chance, Joseph | 2:25-cv-00809 |
| 86 | Chapman, David A | Chapman, David A. | 2:23-cv-00489 |
| 87 | Chapman, Wilfred Jr | Chapman, Wilfred Jr | 2:23-cv-00350 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | <u>Matter Title</u> | <u>Claimant</u> | <u>Case #</u> |
| 88 | Chavez, Luz Elena | Chavez, Luz Elena | 2:21-cv-01456 |
| 89 | Chofey, Richard Jr | Chofey, Richard Jr | 2:22-cv-01553 |
| 90 | Clampit, Jack | Clampit, Jack | 2:21-cv-01728 |
| 91 | Clark, Brett | Clark, Brett | 2:24-cv-00364 |
| 92 | Clark-Stevens, Kathy | Stevens, William | 2:24-cv-00667 |
| 93 | Clements, Charles Craig | Clements, Charles Craig | 2:25-cv-00951 |
| 94 | Clements, Percy W. Jr | Clements, Percy W. Jr | 2:22-cv-01824 |
| 95 | Cochran, Dale | Cochran, Dale | 2:21-cv-01465 |
| 96 | Coffee, McKinley | Coffee, McKinley | 2:24-cv-00374 |
| 97 | Coffey, Deborah | Coffey, Deborah | 2:22-cv-00619 |
| 98 | Columbus, Edward Jr | Columbus, Edward Jr | 2:21-cv-01491 |
| 99 | Combs, Larry | Combs, Larry | 2:23-cv-00422 |
| 100 | Compton, Bobby | Compton, Bobby | 2:24-cv-00375 |
| 101 | Condra, Jr., Edward | Condra, Edward Jr | 2:24-cv-00376 |
| 102 | Connolly, Charlene | Connolly, Charlene | 2:21-cv-01526 |
| 103 | Contreras, Francisco | Contreras, Francisco | 2:21-cv-01308 |
| 104 | Cook, Everett | Cook, Everett | 2:23-cv-01034 |
| 105 | Cornell, Leon T | Cornell, Leon T. | 2:22-cv-01859 |
| 106 | Corning, Dan | Corning, Dan | 2:23-cv-00617 |
| 107 | Corrigan, Theresa | Corrigan, Theresa | 2:22-cv-00078 |
| 108 | Coukoulis, William Jr | Coukoulis, William Jr | 2:23-cv-00594 |
| 109 | Crain, Timothy R. | Crain, Timothy R. | 2:24-cv-01560 |
| 110 | Crandell, Brian | Crandell, Brian | 2:22-cv-00344 |
| 111 | Crawford, David | Crawford, David | 2:24-cv-00378 |
| 112 | Crawley, Steven | Crawley, Steven | 2:23-cv-00719 |
| 113 | Crenshaw, Celeste | Crenshaw, Celeste | 2:23-cv-00055 |
| 114 | Cross, Marlene | Cross, Marlene | 2:23-cv-01156 |
| 115 | Crouthers, Harry | Crouthers, Harry | 2:23-cv-00016 |
| 116 | Crowne, Dennis | Crowne, Dennis | 2:23-cv-01083 |
| 117 | Cundiff, George | Cundiff, George | 2:22-cv-01860 |
| 118 | Curry, Thomas | Curry, Thomas | 2:22-CV-00466 |
| 119 | Daddario, Colleen | Daddario, Colleen | 2:23-cv-00316 |
| 120 | Dadey, Nancy T. | Dadey, Nancy T. | 2:23-cv-01049 |
| 121 | Damelio, Robert | Damelio, Robert | 2:22-cv-00697 |
| 122 | Daniels, Lana | Daniels, Lana | 2:23-cv-01497 |
| 123 | Daniels, Michele | Daniels, Michele | 2:23-cv-00557 |
| 124 | Danner, Craig Scott | Danner, Craig Scott | 2:23-cv-00291 |
| 125 | Davis, Cecil | Davis, Cecil | 2:21-cv-01871 |
| 126 | Davis, Cecil | Davis, Cecil | 2:21-cv-01871 |
| 127 | Davis, Scott | Davis, Scott | 2:22-cv-01714 |
| 128 | DeCroo, Randy | DeCroo, Randy | 2:23-cv-00774 |
| 129 | Demiantchuk, Olga | Demiantchuk, Olga | 2:23-cv-00957 |
| 130 | DeMorales, Kathy | Anaya, Salvador Jr | 2:23-cv-01547 |
| 131 | Dennis, David | Dennis, David | 2:23-cv-01546 |

**Exhibit A to September 15, 2025 Status Report**
**Pending Personal Injury Cases**

|  | Matter Title | Claimant | Case # |
|---|---|---|---|
| 132 | Dennis, James | Dennis, James | 2:21-cv-01847 |
| 133 | Dettor, Joe | Dettor, Joe | 2:22-cv-01810 |
| 134 | Diaz, Lorenzo | Diaz, Lorenzo | 2:23-cv-00792 |
| 135 | Dix, Robert | Dix, Robert | 2:22-cv-00755 |
| 136 | Donchenko, Jurij | Donchenko, Jurij | 2:23-cv-00978 |
| 137 | Douglas, Michael S. | Douglas, Michael S. | 2:23-cv-00702 |
| 138 | Dow, Andrew | Dow, Andrew | 2:23-CV-01398 |
| 139 | Drake, Jamison | Drake, Jamison | 2:23-cv-00318 |
| 140 | Dryden, Carol Jean | Dryden, Carol Jean | 2:23-cv-00907 |
| 141 | Dryden, Mary | Harvan, Richard | 2:23-cv-01759 |
| 142 | Dubrava, Gerald | Dubrava, Gerald | 2:23-cv-00423 |
| 143 | Dudley, Eric | Dudley, Eric | 2:25-cv-00269 |
| 144 | Duhon, Barbara | Duhon, Barbara | 2:21-cv-01898 |
| 145 | Dulaney, Charles | Dulaney, Charles | 2:23-cv-01523 |
| 146 | Duncan, James | Duncan, James | 2:22-cv-01878 |
| 147 | Duncan, Jerry | Duncan, Jerry | 2:23-cv-00190 |
| 148 | Dyson, William Larry | Dyson, William Larry | 2:21-cv-01597 |
| 149 | Eaton, James | Eaton, James | 2:23-cv-00399 |
| 150 | Edmiston, Clyde | Edmiston, Clyde R. | 2:22-cv-01135 |
| 151 | Edwards, James | Edwards, James | 2:23-cv-00387 |
| 152 | Edwards, Mark | Edwards, Mark | 2:21-cv-01698 |
| 153 | Eid, Mohammad | Eid, Mohammad | 2:22-cv-01683 |
| 154 | Eidell, Nina | Eidell, Ronald George | 2:23-cv-01173 |
| 155 | Elman, Susan | Elman, Susan | 2:23-cv-00608 |
| 156 | Emmino, Francine | Emmino, Francine | 2:21-cv-01379 |
| 157 | Esber, Thomas Allan | Esber, Thomas Allan | 2:23-cv-00852 |
| 158 | Evans, Martha | Evans, William D. | 2:24-cv-00668 |
| 159 | Fairchild, Edward L | Fairchild, Edward L. | 2:22-cv-01847 |
| 160 | Fannin, Paul | Fannin, Linda | 2:23-cv-01495 |
| 161 | Farlinger, David | Farlinger, David | 2:22-cv-00862 |
| 162 | Fatir, Amir | Fatir, Amir | 2:24-cv-00580 |
| 163 | Favours, Shelley | Favours, Shelley | 2:21-cv-01902 |
| 164 | Firkey, Bruce | Firkey, Bruce | 2:22-cv-01753 |
| 165 | Firtel, Douglas | Firtel, Wendy Schlossman | 2:23-cv-00561 |
| 166 | Fitzgibbons, Beatrice Klingman | Fitzgibbons, Timothy | 2:23-cv-01879 |
| 167 | Flannery, James | Flannery, James | 2:22-cv-01253 |
| 168 | Flemister, Rosa B. | Flemister, Rosa B. | 2:23-cv-01350 |
| 169 | Fletcher, Gregory | Fletcher, Gregory S. | 2:23-cv-02077 |
| 170 | Flores-Cruz, Sally Lanette | Flores-Cruz, Sally Lanette | 2:23-cv-01065 |
| 171 | Flowers, Gwendolyn | Flowers, Gwendolyn | 2:24-cv-00346 |
| 172 | Flynn, Mary Ann | Flynn, Terrence | 2:22-cv-00244 |
| 173 | Fontaine, Andra | Fontaine, Andra | 2:23-cv-01640 |
| 174 | Fontenot, Harold | Fontenot, Harold | 2:23-cv-01522 |
| 175 | Fortney, Etta Gay | Fortney, Etta Gay | 2:21-cv-01897 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 176 | Frank, Daryn | Frank, Daryn | 2:23-cv-00980 |
| 177 | Frank, Michael Wayne | Frank, Michael Wayne | 2:23-cv-01387 |
| 178 | Frankmore, Gino | Frankmore, Gino | 2:23-cv-00904 |
| 179 | Frazier, Anthony | Frazier, Anthony | 2:23-cv-00237 |
| 180 | French, Cynthia E. | French, Cynthia E. | 2:23-cv-00053 |
| 181 | Fullam, Raymond | Fullam, Raymond | 2:22-cv-01748 |
| 182 | Gafford, Virginia | Gafford, Virginia | 2:23-cv-01661 |
| 183 | Gallaher, John | Gallaher, John | 2:22-cv-01815 |
| 184 | Gann, June | Gann, June | 2:22-cv-00829 |
| 185 | Garcia, Christopher | Garcia, Christopher | 2:22-cv-00006 |
| 186 | Garcia, Marta | Garcia, Jose | 2:23-cv-00913 |
| 187 | Gardner, Wilma E | Gardner, Wilima E. | 2:23-cv-00242 |
| 188 | Garlock, James | Garlock, James | 2:23-cv-00618 |
| 189 | Garwood, Lynette | Garwood, Lynette | 2:23-cv-01756 |
| 190 | Gayten, Terrance | Gayten, Terrance | 2:21-cv-01876 |
| 191 | Genau, Richard | Genau, Richard | 2:22-cv-00292 |
| 192 | Gevas, David C. | Gevas, David C. | 2:24-cv-01264 |
| 193 | Gill, Christopher | Gill, Christopher | 2:22-cv-01848 |
| 194 | Gillio, Mario | Gillio, Mario | 2:23-cv-00317 |
| 195 | Gloss, Karen | Gloss, Karen | 2:23-cv-01731 |
| 196 | Gobert, Mildred | Gobert, Mildred | 2:22-cv-01469 |
| 197 | Goins, Timothy | Goins, Timothy | 2:24-cv-00398 |
| 198 | Golden, Amy | Golden, Amy | 2:23-cv-00179 |
| 199 | Goode, Mary | Goode, Mary | 2:23-cv-00668 |
| 200 | Goodman, Jane | Goodman, Mary Jane | 2:23-cv-01251 |
| 201 | Gorr, Michael | Gorr, Michael | 2:22-cv-00585 |
| 202 | Goss, Dennis | Goss, Dennis | 2:23-cv-00914 |
| 203 | Graham, Brenda | Bellamy, Thomas | 2:24-cv-00918 |
| 204 | Graham, Gayla | Graham, Gayla | 2:22-cv-00224 |
| 205 | Grahl, Jerry W. | Grahl, Jerry W. | 2:22-cv-01137 |
| 206 | Gravlee, Macon III | Gravlee, Macon W. III | 2:22-cv-00448 |
| 207 | Greene, Irving G. | Greene, Susan | 2:22-cv-00446 |
| 208 | Greene, Mary | Greene, John Sr | 2:23-cv-00223 |
| 209 | Griffith Gills, Jacqueline | Griffith Gills, Jacqueline | 2:22-cv-01087 |
| 210 | Gudmundsen, Lynn | Gudmundsen, Lynn | 2:23-cv-00601 |
| 211 | Guidry, Darrell | Guidry, Darrell | 2:23-cv-00908 |
| 212 | Gutleben, Timothy | Gutleben, Timothy | 2:23-cv-00753 |
| 213 | Hall, Lee | Hall, Lee | 2:23-cv-00935 |
| 214 | Hamilton, Eddie D. | Hamilton, Eddie (Edward) | 2:25-cv-00599 |
| 215 | Hamilton, Thomas Richard Jr | Hamilton, Thomas Richard Jr | 2:22-cv-01842 |
| 216 | Hampton, Ronald | Hampton, Ronald | 2:23-cv-01035 |
| 217 | Handley, Darryl | Handley, Darryl | 2:22-cv-00481 |
| 218 | Hansen, William ("Bill") | Hansen, William ("Bill") L. | 2:24-cv-01266 |
| 219 | Hardaway, Kecia | Hardaway, Kecia | 2:23-cv-00666 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | <u>Matter Title</u> | <u>Claimant</u> | <u>Case #</u> |
| 220 | Harkins, Randall A. | Harkins, Randall A. | 2:22-cv-01104 |
| 221 | Harper, Daryl | Harper, Daryl | 2:24-cv-01269 |
| 222 | Harris, Jon | Harris, Jon | 2:23-cv-00121 |
| 223 | Harris, Lamont | Harris, Lamont | 2:24-cv-00732 |
| 224 | Hatsfelt, Michael | Hatsfelt, Michael | 2:24-cv-00251 |
| 225 | Hatzell, Timothy | Hatzell, Timothy | 2:24-cv-00533 |
| 226 | Hause, Margaret | Hause, Margaret | 2:23-cv-00932 |
| 227 | Hawkins, James Barrett | Hawkins, James Barrett | 2:24-cv-01131 |
| 228 | Hawkins, Shane | Hawkins, Shane | 2:23-cv-00638 |
| 229 | Hayes, Regina | Hayes, Regina | 2:22-cv-01456 |
| 230 | Hayhurst, Jeremiah | Hayhurst, Jeremiah | 2:24-cv-00471 |
| 231 | Haynes, Thomas Lee | Haynes, Thomas Lee | 2:24-cv-00430 |
| 232 | Hazlett, Edward J. Sr | Hazlett, Edward J. Sr | 2:22-cv-00331 |
| 233 | Hebert, Sandy | Hebert, Sandy | 2:23-cv-00066 |
| 234 | Helfand, Eugene | Helfand, Eugene | 2:23-cv-00615 |
| 235 | Heller, Frederick | Heller, Frederick | 2:21-cv-01372 |
| 236 | Helton, David | Helton, Bobby | 2:23-cv-01543 |
| 237 | Hendrickson, Richard | Hendrickson, Richard | 2:23-cv-00023 |
| 238 | Henley, Vikki | Henley, Vikki | 2:23-cv-01036 |
| 239 | Henry, Keith | Henry, Keith | 2:23-cv-01142 |
| 240 | Hernandez, David | Hernandez, David | 2:23-cv-00667 |
| 241 | Herron, Cole | Herron, Cole | 2:23-cv-01041 |
| 242 | Heuer, Margaret | Heuer, Margaret | 2:23-cv-00050 |
| 243 | Hiett, Beverly | Hiett, Beverly | 2:22-cv-01809 |
| 244 | Hill, John Clayton | Hill, John Clayton | 2:21-cv-01869 |
| 245 | Hill, Linda S. | Hill, Linda S. | 2:22-cv-00333 |
| 246 | Hill, Sandrea | Hill, Sandrea K. | 2:23-cv-00090 |
| 247 | Hinrichs, Steven | Hinrichs, Steve | 2:23-cv-00279 |
| 248 | Hoberman, Sharlene | Hoberman, Peter | 2:22-cv-01807 |
| 249 | Hogan, Claudia | Hogan, Claudia | 2:21-cv-01595 |
| 250 | Holder, David Jonathan | Holder, David Jonathan | 2:23-CV-01881 |
| 251 | Holladay, Thomas | Holladay, Thomas | 2:23-cv-01250 |
| 252 | Holmes, Angela | Holmes, Angela | 2:21-cv-01455 |
| 253 | Holmes, Deidra Jackson | Holmes, Deidra Jackson | 2:23-cv-00795 |
| 254 | Hood, Jeffrey | Hood, Jeffrey | 2:22-cv-00756 |
| 255 | Horn, Doris | Horn, Doris | 2:23-cv-01081 |
| 256 | Howard, George | Howard, George | 2:23-cv-01037 |
| 257 | Howard, Jack Wayne | Howard, Jake Wayne | 2:22-cv-00188 |
| 258 | Howard, Jeffrey | Howard, Jeffrey | 2:24-cv-00653 |
| 259 | Hubbard, Ronald | Hubbard, Ronald | 2:24-cv-00403 |
| 260 | Humm, Walter Jr | Humm, Walter Jr | 2:24-cv-00688 |
| 261 | Hunt, John | Hunt, John | 2:23-cv-01000 |
| 262 | Hunt, Kevin | Burgess, Beth | 2:23-cv-00665 |
| 263 | Hunter, John | Hunter, John | 2:23-cv-01355 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | <u>Matter Title</u> | <u>Claimant</u> | <u>Case #</u> |
| 264 | Hurley, Donna | Hurley, Donna | 2:22-cv-01655 |
| 265 | Hurt-Freeman, Stephanie | Hurt-Freeman, Stephanie L. | 2:23-CV-01349 |
| 266 | Hutchins, Melissa | Hutchins, Thomas Gregory | 2:23-cv-01799 |
| 267 | Ieyoub, Richard P | Ieyoub, Richard P. | 2:21-cv-01510 |
| 268 | Itskos, Evanthia | Itskos, Evanthia | 2:23-cv-00968 |
| 269 | Jackson, Frank | Jackson, Frank | 2:23-cv-01051 |
| 270 | Jackson, Tanisha | Jackson, Tanisha | 2:21-cv-01830 |
| 271 | Jaen, Edi | Jaen, Edi | 2:21-cv-01500 |
| 272 | Jaghab, Danny | Jaghab, Danny | 2:23-cv-00905 |
| 273 | James, Connie Chaney | James, Andrew Sr | 2:22-cv-01383 |
| 274 | Janes, Peter | Janes, Peter | 2:21-cv-01877 |
| 275 | Janus, David Sr | Janus, David Sr | 2:23-cv-00217 |
| 276 | Jaquette, Jason | Jaquette, Jason | 2:21-cv-01498 |
| 277 | Jenkins, William Cary | Jenkins, William Cary | 2:25-cv-00520 |
| 278 | Jensen, Glen | Jensen, Glen | 2:22-cv-00713 |
| 279 | Johnson, Barbara | Johnson, Barbara | 2:23-cv-01053 |
| 280 | Johnson, Danny | Johnson, Danny | 2:22-cv-00039 |
| 281 | Johnson, Gerard | Johnson, Gerard | 2:21-cv-01798 |
| 282 | Johnson, Scott | Johnson, Scott | 2:24-cv-00384 |
| 283 | Jolley. Robert | Jolley, Robert | 2:23-cv-01310 |
| 284 | Jones, Betty Thomas | Jones, Betty Thomas | 2:21-cv-01886 |
| 285 | Jones, Janice | Jones, Janice | 2:23-cv-01255 |
| 286 | Jones, Rebecca | Jones, Rebecca | 2:23-cv-00930 |
| 287 | Just, James | Just, James | 2:23-cv-00080 |
| 288 | Kaczkowski, Christine | Kaczkowski, Christine | 2:24-cv-00076 |
| 289 | Kaminski, Sidnee | Kaminski, Sidnee | 2:22-cv-01849 |
| 290 | Kane, Franklin | Kane, Franklin | 2:23-cv-00525 |
| 291 | Karol, Edward | Karol, Patricia | 2:23-cv-00087 |
| 292 | Kasman, Susan | Smith, Doris J. | 2:23-cv-01095 |
| 293 | Kastner, Scott | Kastner, Scott | 2:24-cv-00669 |
| 294 | Kelley, Colen | Kelley, Colen | 2:23-cv-00616 |
| 295 | Kezdy, Heather | Kezdy, Pierre G. | 2:22-cv-01709 |
| 296 | King, Charlotte | King, Charlotte | 2:23-cv-01054 |
| 297 | King, Derrick Martin | King, Derrick M. | 2:24-cv-01693 |
| 298 | King, Michael Ray | King, Michael Ray | 2:21-cv-01461 |
| 299 | Kinsman, Willard | Kinsman, Willard | 2:24-cv-01119 |
| 300 | Kitchens, James | Kitchens, James | 2:23-cv-00312 |
| 301 | Koenig, Craig | Koenig , Craig | 2:24-cv-00253 |
| 302 | Kolec, John | Kolec, John | 2:22-cv-01479 |
| 303 | Kramer, Kimberly | Kramer, Kimberly | 2:23-cv-00540 |
| 304 | Kramer, Kimberly | Quintana, Angelica | 2:23-cv-00540 |
| 305 | Kramer, Kimberly | Langford, Reginald | 2:23-cv-00540 |
| 306 | Krish, Donald | Krish, Donald | 2:22-cv-01884 |
| 307 | Kuntz, Kelvin | Kuntz, Kelvin | 2:22-cv-01097 |

| | Exhibit A to September 15, 2025 Status Report <br> Pending Personal Injury Cases | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 308 | LaDow, Kevin J | LaDow, Kevin J. | 2:23-cv-00689 |
| 309 | Lancaster, Rhonda | Lancaster, David | 2:23-cv-00963 |
| 310 | Lane, Judi | Lane, Judi | 2:22-cv-01820 |
| 311 | Langford, Matthew W. | Langford, Matthew W. | 2:23-cv-01736 |
| 312 | LaPointe, Andrew | LaPointe, Andrew | 2:24-cv-00839 |
| 313 | Lawrence, Michael | Lawrence, Michael | 2:22-cv-00412 |
| 314 | Lawson, Quivandra | Lawson, Quivandra | 2:21-cv-01501 |
| 315 | Lenig, Robert | Lenig, Robert | 2:23-cv-01328 |
| 316 | Leonardi, Anthony | Leonardi, Anthony | 2:23-cv-01157 |
| 317 | Levey, Elaine W. | Levey, Elaine W. | 2:23-cv-00688 |
| 318 | Liferidge-Pinckney, Camilla | Liferidge-Pinckney, Camilla | 2:23-cv-01023 |
| 319 | Lilley, Randall | Lilley, Randall | 2:23-cv-00424 |
| 320 | Lindsay, Starlene | Lindsay, Starlene | 2:23-cv-01254 |
| 321 | Ling, James W III | Ling, James W. III | 2:23-cv-01359 |
| 322 | Lint, Denise | Lint, Denise | 2:21-cv-01477 |
| 323 | London, Gary W. | London, Gary Wayne | 2:23-cv-01280 |
| 324 | Long, Laura | Long, Laura | 2:22-cv-00895 |
| 325 | Long, Tracy | Long, Tracy | 2:23-cv-00218 |
| 326 | LoPipero, Patrick | LoPipero, Patrick | 2:24-cv-00736 |
| 327 | Love, Kim | Love, Kim | 2:23-cv-00297 |
| 328 | Loveless, Harry Alfred III | Loveless, Harry Alfred III | 2:23-cv-01343 |
| 329 | Lowe, Jarrid | Lowe, Jackie Reuben | 2:23-cv-00482 |
| 330 | Lowry, Judy | Lowry, Judy | 2:21-cv-01438 |
| 331 | Luce, Elton Jr | Luce, Elton Jr | 2:23-cv-00933 |
| 332 | Luckey, Linda | Luckey, Patrick | 2:23-cv-01288 |
| 333 | Luttner, Pamela | Luttner, Pamela | 2:22-cv-00156 |
| 334 | Lyons, Dena | Lyons, Dena | 2:23-cv-00280 |
| 335 | MacGillivray, Janice | MacGillivray, Janice | 2:23-cv-00470 |
| 336 | MacPhee, Gloria Rose | MacPhee, Gloria Rose | 2:23-cv-00777 |
| 337 | Madura, Cheryl | Madura, Cheryl | 2:22-cv-01835 |
| 338 | Magnenat, Mary Jane | Magnenat, Mary Jane | 2:24-cv-00663 |
| 339 | Maiorana, James | Maiorana, James | 2:22-cv-01885 |
| 340 | Mannion, Helen | Mannion, Helen Lesch | 2:23-cv-01200 |
| 341 | Marin, Manuel Ortiz Jr | Marin, Manuel Ortiz Jr | 2:23-cv-00240 |
| 342 | Markham, Carrie | Markham, Carrie | 2:23-cv-00067 |
| 343 | Marsden, Leslie | Marsden, Leslie | 2:23-cv-00114 |
| 344 | Marshall, Sherry | Marshall, Sherry | 2:22-cv-00123 |
| 345 | Martin, Diamond R. | Martin, Antonio W. | 2:25-cv-01152 |
| 346 | Martin, Tony | Martin, Tony | 2:22-cv-01561 |
| 347 | Martinez, Elizandro | Martinez, Elizandro | 2:22-cv-00186 |
| 348 | Martinez, Thomas | Martinez, Thomas | 2:24-cv-00758 |
| 349 | Massey, Wayne | Massey, Wayne | 2:23-cv-00695 |
| 350 | Masucci, Louis | Masucci, Louis | 2:24-cv-00971 |
| 351 | Matthews, Christopher | Matthews, Christopher | 2:22-cv-01728 |

**Exhibit A to September 15, 2025 Status Report**
**Pending Personal Injury Cases**

|  | Matter Title | Claimant | Case # |
|---|---|---|---|
| 352 | Matthews, Desi | Matthews, Desi | 2:21-cv-01848 |
| 353 | Mattox, Mark S. | Mattox, Mark S. | 2:23-cv-01505 |
| 354 | Matz, Richard | Matz, Richard | 2:23-cv-00117 |
| 355 | Mauerman, Brian | Mauerman, Brian | 2:23-cv-00620 |
| 356 | Mavrakis, Maria Yanez | Mavrakis, Nicholas P. | 2:23-cv-00133 |
| 357 | McAnulla, Clarence | McAnulla, Clarence | 2:22-cv-00252 |
| 358 | McCabe, Calvert | McCabe, Calvert | 2:23-cv-01150 |
| 359 | McCain, Helen | McCain, Helen C. | 2:23-cv-01253 |
| 360 | McClendon, Donald | McClendon, Donald | 2:22-cv-00033 |
| 361 | McConico, Tora | McConico, Tora | 2:23-cv-01055 |
| 362 | McCormick, Yvonnda | McCormick, Yvonnda | 2:23-cv-01662 |
| 363 | McCoy, Eric Joel | McCoy, Eric Joel | 2:23-CV-01697 |
| 364 | McCraw, Fred | McCraw, Fred | 2:24-cv-0611 |
| 365 | McGee, James | McGee, James | 2:24-cv-00421 |
| 366 | McGee, Thomas | McGee, Thomas | 2:21-cv-01908 |
| 367 | McLaurin, Lamont | McLaurin, Lamont | 2:24-cv-01270 |
| 368 | McLick, Jennifer | McLick, Jennifer | 2:23-cv-00225 |
| 369 | McNiffe, Anna | McNiffe, Anna | 2:23-cv-02048 |
| 370 | Meili, Fritz | Meili, Fritz | 2:25-cv-00585 |
| 371 | Meitl, Teresa Marie | Meitl, Teresa Marie | 2:23-cv-00934 |
| 372 | Meyer, Marsha | Meyer, Marlon | 2:23-cv-00802 |
| 373 | Mierzwa, Paul | Mierzwa, Paul | 2:23-cv-00983 |
| 374 | Milanes, Victor | Milanes, Victor | 2:22-cv-01225 |
| 375 | Miles, Michael | Miles, Michael | 2:23-cv-00799 |
| 376 | Miller, Joseph S. | Miller, Joseph S. | 2:23-cv-00701 |
| 377 | Miller, Julia | Miller, Julia G. | 2:22-cv-01345 |
| 378 | Mills, Theresa | Mills, Theresa | 2:23-cv-00150 |
| 379 | Mkrtchyan, Samvel | Mkrtchyan, Samvel | 2:24-cv-00690 |
| 380 | Monaco, Virginia Lee | Monaco, Virginia Lee | 2:23-cv-01504 |
| 381 | Montgomery, Evelyn | Montgomery, Evelyn | 2:24-cv-00389 |
| 382 | Moore, James | Moore, James | 2:23-cv-00400 |
| 383 | Moore, Mary | Moore, Mary | 2:23-cv-00091 |
| 384 | Moran, James M | Moran, James M. | 2:22-cv-01869 |
| 385 | Moravec, Charlotte Ann | Moravec, Charles R. | 2:23-cv-01699 |
| 386 | Morey, Richard L. | Morey, Richard L. | 2:23-cv-01592 |
| 387 | Morgan, Anita | Morgan, Anita | 2:23-cv-00234 |
| 388 | Morgan, Joseph P. | Morgan, Joseph P. | 2:24-cv-00467 |
| 389 | Morgan, Larry | Morgan, Larry | 2:23-cv-00161 |
| 390 | Mullins, Carvel | Mullins, Carvel | 2:23-cv-01700 |
| 391 | Murphy, Kenneth | Murphy, Kenneth | 2:23-cv-00948 |
| 392 | Murray, Robert | Murray, Robert | 2:22-cv-01733 |
| 393 | Murray, Robert (# 2) | Murray, Robert | 2:23-cv-00627 |
| 394 | Myers, Myrna | Myers, Myrna | 2:22-cv-00543 |
| 395 | Nguyen, Christina | Guy, Lawrence | 2:23-cv-01090 |

| | Exhibit A to September 15, 2025 Status Report <br> Pending Personal Injury Cases | | |
|---|---|---|---|
| | <u>Matter Title</u> | <u>Claimant</u> | <u>Case #</u> |
| 396 | Nickell, Edwin Dwayne | Nickell, Edwin Dwayne | 2:24-cv-00390 |
| 397 | Nicolicchia, Kenneth | Nicolicchia, Kenneth | 2:24-cv-00391 |
| 398 | Norred, Bobbie | Norred, Bobbie | 2:23-cv-00471 |
| 399 | Notestine, Michael Anthony | Notestine, Michael Anthony | 2:23-cv-00894 |
| 400 | Obert, Richard | Obert, Richard | 2:22-cv-01691 |
| 401 | O'Connor, Nancy | O'Connor, Nancy | 2:22-cv-01552 |
| 402 | O'Donoghue, Leslie | O'Donoghue, Leslie | 2:23-cv-00182 |
| 403 | Ogbaa, Maria | Ogbaa, Maria | 2:23-cv-00219 |
| 404 | Oliva, Teresa | Oliva, Teresa | 2:23-cv-00967 |
| 405 | Olivares, Mario | Olivares, Mario | 2:22-cv-00877 |
| 406 | Olive, Mary Ann | Olive, Mary Ann | 2:22-cv-00084 |
| 407 | Ollick, Wayne T. | Ollick, Wayne T. | 2:23-cv-01087 |
| 408 | O'Mara, Timothy | O'Mara, Timothy | 2:23-cv-00763 |
| 409 | Ortiz, Denis | Ortiz, Denis | 2:23-cv-00947 |
| 410 | Osterhout, David | Osterhout, David | 2:23-cv-00943 |
| 411 | Ostir, Margaret | Ostir, Margaret | 2:23-cv-00220 |
| 412 | Padilla, Sergio | Padilla, Sergio | 2:23-cv-01337 |
| 413 | Paesano, Frank J. | Paesano, Frank J. | 2:23-cv-00543 |
| 414 | Pahota, Melissa | Pahota, William | 2:23-cv-00870 |
| 415 | Palmer, Cornell | Palmer, Cornell | 2:23-cv-00949 |
| 416 | Papsun, Sherri | Papsun, Darrell G. | 2:23-cv-01211 |
| 417 | Paquette, Kevin | Paquette, Kevin | 2:23-cv-01342 |
| 418 | Parker, David D. | Parker, David D. | 2:21-cv-01901 |
| 419 | Parrigin, Linda | Parrigin, Linda | 2:22-cv-00022 |
| 420 | Pasakarnis, Laurie A | Pasakarnis, Laurie A. | 2:22-cv-01870 |
| 421 | Patterson, Ray | Patterson, Ray | 2:22-cv-01827 |
| 422 | Paulk, Jessie | Paulk, Jessie | 2:21-cv-01802 |
| 423 | Paushter, David | Paushter, David | 2:23-cv-00910 |
| 424 | Pazdell, Marilyn | Pazdell, Marilyn | 2:23-cv-00951 |
| 425 | Peete, Ellen | Peete, Ellen | 2:23-cv-01067 |
| 426 | Pennington, Sharon | Pennington, Sharon | 2:22-cv-00835 |
| 427 | Petersen, Charles | Petersen, Charles | 2:21-cv-01490 |
| 428 | Petrevitch, Matthew | Petrevitch, Matthew | 2:22-cv-00759 |
| 429 | Petti, Paul A | Petti, Paul A. | 2:23-cv-01085 |
| 430 | Phillips, Dennis | Phillips, Dennis | 2:22-cv-01880 |
| 431 | Phillips, Helen Jean | Phillips, Helen Jean | 2:23-CV-01672 |
| 432 | Pierscionek, Art | Pierscionek, Art | 2:23-cv-00995 |
| 433 | Pierson, Janette Steelman | Pierson, Gary | 2:23-cv-01946 |
| 434 | Pierson, Janette Steelman (#2) | Pierson, Gary | 2:24-cv-00106 |
| 435 | Piha, Wendy | Piha, Thomas | 2:24-cv-00118 |
| 436 | Pittman, Robert | Pittman, Robert | 2:22-cv-00450 |
| 437 | Podzinski, Nina | Podzinski, Christopher | 2:22-cv-01785 |
| 438 | Polidore, Lionel Jr | Polidore, Lionel Jr | 2:21-cv-01527 |
| 439 | Porter, Deborah | Porter, Deborah | 2:23-cv-00952 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | <u>Matter Title</u> | <u>Claimant</u> | <u>Case #</u> |
| 440 | Portis, Donald | Portis, Donald | 2:21-cv-01889 |
| 441 | Poss, Rickey D. | Poss, Rickey D. | 2:22-cv-01792 |
| 442 | Potts, Eric | Potts, Eric | 2:24-cv-00865 |
| 443 | Price, Gail | Price, Gail | 2:23-cv-00405 |
| 444 | Proctor, Samantha | Proctor, Samantha | 2:24-cv-00734 |
| 445 | Pyles, David | Pyles, David | 2:24-cv-00737 |
| 446 | Radtke, Thomas Lee | Radtke, Thomas Lee | 2:23-cv-02070 |
| 447 | Rae, Robert | Rae, Robert | 2:23-cv-00037 |
| 448 | Rahija, Gertrude | Rahija, Gertrude | 2:23-cv-00113 |
| 449 | Ramey, James III | Ramey, James III | 2:22-cv-01739 |
| 450 | Ramos, Leonaldo | Ramos, Leonaldo | 2:23-cv-02034 |
| 451 | Ream, Cloyd R. | Ream, Cloyd R. | 2:22-cv-00330 |
| 452 | Reese, Lola | Reese, Lola | 2:22-cv-00002 |
| 453 | Reiter, Frank Joseph | Reiter, Frank Joseph | 2:23-cv-00624 |
| 454 | Reynolds, Jessie | Reynolds, Jessie | 2:24-cv-00393 |
| 455 | Rezvanian, Hamid | Rezvanian, Hamid | 2:23-cv-00406 |
| 456 | Rhea, Katherine | Rhea, Katherine | 2:21-cv-01885 |
| 457 | Riedl, Frank | Riedl, Frank | 2:22-cv-00328 |
| 458 | Rigney, Caryn | Rigney, Caryn | 2:23-cv-00401 |
| 459 | Rios, Ralph | Rios, Ralph | 2:24-cv-000981 |
| 460 | Robicheaux, Ronald | Robicheaux, Ronald | 2:23-cv-00275 |
| 461 | Rodgers, Roy Jr | Rodgers, Roy Jr | 2:23-cv-00730 |
| 462 | Rogers, Bob | Rogers, Bob | 2:24-cv-00394 |
| 463 | Rogers, Paula | Rogers, Paula | 2:23-cv-01698 |
| 464 | Rompala, John | Rompala, John | 2:22-cv-01875 |
| 465 | Rosenblum, Frida | Rosenblum, Frida | 2:22-cv-00327 |
| 466 | Rosner, Theresa | Rosner, Theresa | 2:21-cv-01496 |
| 467 | Rubinstein, Richard | Rubinstein, Richard | 2:22-cv-01298 |
| 468 | Ruiz, Adriana | Ruiz, Adriana | 2:25-cv-00314 |
| 469 | Rusk, Dain | Rusk, Dain | 2:23-cv-01905 |
| 470 | Russell, Ansel | Russell, Ansel | 2:22-CV-01808 |
| 471 | Santana, Salomon | Santana, Salomon | 2:23-cv-00262 |
| 472 | Saunders, Michael Paul | Saunders, Michael Paul | 2:21-cv-01427 |
| 473 | Savage, Valerie D. | Bradley, George D. | 2:24-cv-00670 |
| 474 | Saxton, Michael | Saxton, Michael | 2:22-cv-01601 |
| 475 | Schadewald, Stephen | Schadewald, Stephen | 2:24-cv-00735 |
| 476 | Schiff, Mary Lee | Schiff, Mary Lee | 2:23-cv-00502 |
| 477 | Schiro, Michael | Schiro, Michael | 2:23-cv-00288 |
| 478 | Schurig, Edward R. | Schurig, Edward R. | 2:23-cv-00238 |
| 479 | Schwenker, Richard | Schwenker, Richard | 2:23-cv-01075 |
| 480 | Scott, Marilyn Faye | Scott, Clara Faye | 2:23-cv-01527 |
| 481 | Sharp, Eugene | Sharp, Eugene | 2:22-cv-00567 |
| 482 | Shearer, Hugh | Shearer, Hugh | 2:23-cv-00272 |
| 483 | Shearer, Kevin Arthur | Shearer, Kevin Arthur | 2:23-cv-00720 |

| | Exhibit A to September 15, 2025 Status Report <br> Pending Personal Injury Cases | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 484 | Sheftick, Mark | Sheftick, Mark | 2:24-cv-00419 |
| 485 | Sherman, Eric | Sherman, Eric | 2:23-cv-01057 |
| 486 | Shiffler, Doug | Shiffler, Joleen | 2:22-cv-00623 |
| 487 | Silva, Sandra | Silva, Sandra | 2:21-cv-01812 |
| 488 | Simone, Donald | Simone, Donald | 2:23-cv-00779 |
| 489 | Sims, Fannie | Sims, Fannie | 2:22-cv-01829 |
| 490 | Skebba, Jamie | Skebba, Jamie | 2:23-cv-00669 |
| 491 | Slaughter, Leonard | Slaughter, Leonard | 2:24-cv-01090 |
| 492 | Slotwinski, Robert | Slotwinski, Robert | 2:23-cv-00780 |
| 493 | Smalley, Layla E. | Smalley, Layla E. | 2:22-cv-00384 |
| 494 | Smallwood, Barbara E. | Webster, Robert T. | 2:23-cv-00693 |
| 495 | Smith, David | Smith, David | 2:21-cv-01701 |
| 496 | Smith, David | Smith, David | 2:21-cv-01701 |
| 497 | Smith, Mary Martha | Smith, Mary Martha | 2:23-cv-00637 |
| 498 | Sneen, Connie Maloney | Sneen, Gary | 2:24-cv-00254 |
| 499 | Snow, Dallis | Snow, Dallis | 2:23-cv-01058 |
| 500 | Sofer, Oren | Sofer, Nathan | 2:23-cv-01079 |
| 501 | Somerville, Walter | Somerville, Walter Jr | 2:22-cv-01828 |
| 502 | Soucy, Linda | Soucy, Linda | 2:24-cv-00613 |
| 503 | Sousa, Jean | Sousa, Jean | 2:23-cv-01137 |
| 504 | Spadavecchia, Frank | Spadavecchia, Frank | 2:24-cv-00481 |
| 505 | Spatola, Anthony | Spatola, Anthony | 2:23-cv-00860 |
| 506 | Spear, John | Spear, John | 2:22-cv-01389 |
| 507 | Speegle, Bonnie | Speegle, Bonnie | 2:23-cv-01059 |
| 508 | Speller, Harry | Speller, Harry | 2:22-cv-00083 |
| 509 | Spencer, Patsy Ann | Spencer, Patsy Ann | 2:24-cv-00255 |
| 510 | Spicola, Anthony | Spicola, Anthony | 2:22-cv-00308 |
| 511 | Spillman, Gary | Spillman, Gary | 2:22-cv-01803 |
| 512 | Sprecher, Bryan | Sprecher, Bryan | 2:24-cv-00687 |
| 513 | Spree, Robert T. | Spree, Robert T. | 2:22-cv-01777 |
| 514 | Stamoutsos, Teresa | Stamoutsos, Efthimios | 2:23-cv-01024 |
| 515 | Starr, Tracy | Starr, Sally | 2:23-cv-00528 |
| 516 | Steenbergen, Jolena | Steenbergen, Jolena | 2:22-cv-01630 |
| 517 | Stevens, John | Stevens, John | 2:23-cv-00222 |
| 518 | Stewart, Glenda Faye | Stewart, Glenda Faye | 2:23-cv-01060 |
| 519 | Stidham, Russell | Stidham, Russell | 2:24-cv-00416 |
| 520 | Storti, Robert | Storti, Robert | 2:24-cv-00358 |
| 521 | Sturgis, James | Sturgis, James | 2:23-cv-00790 |
| 522 | Summer, Robert M. | Summer, Robert M. | 2:21-cv-01547 |
| 523 | Summers, Andrea | Summers, Andrea | 2:22-cv-00601 |
| 524 | Swartwood, Michael | Swartwood, Michael Edward | 2:24-cv-01737 |
| 525 | Swartwood, Michael | Swartwood, Michael Edward | 2:24-cv-01737 |
| 526 | Syck, David | Syck, David | 2:23-cv-01496 |
| 527 | Tanner, Charley | Tanner, Charley | 2:24-cv-00756 |

| | Exhibit A to September 15, 2025 Status Report<br>Pending Personal Injury Cases | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 528 | Tate, Freddy | Tate, Freddy | 2:23-cv-01760 |
| 529 | Tatters, Edward | Tatters, Edward T. | 2:22-cv-01113 |
| 530 | Taulbee, Douglas | Taulbee, Douglas | 2:22-cv-01767 |
| 531 | Taylor, Alfred N | Taylor, Alfred N. | 2:22-cv-01850 |
| 532 | Taylor, Andrew | Taylor, Andrew | 2:23-cv-00112 |
| 533 | Taylor, Ollie | Taylor, Ollie | 2:22-cv-01788 |
| 534 | Taylor, Valerie | Taylor, Valerie | 2:24-cv-00400 |
| 535 | Teagarden-Hard, Kimberly | Hard, John Jeffrey | 2:23-cv-00168 |
| 536 | Temme, Anne | Temme, Anne | 2:23-cv-00146 |
| 537 | Templet, Lanita | Templet, Lanita | 2:21-cv-01660 |
| 538 | Thatcher, James | Thatcher, James | 2:24-cv-00995 |
| 539 | Thomas, Shawne | Thomas, Rodney | 2:23-cv-00736 |
| 540 | Thompson, Randy E | Thompson, Randy E. | 2:23-cv-00054 |
| 541 | Tilley, Regina | Tilley, Regina | 2:23-cv-00750 |
| 542 | Tobin, Michael | Tobin, Michael | 2:21-cv-01503 |
| 543 | Towe, Jason | Towe, Jason | 2:22-cv-01768 |
| 544 | Towles, Stephanie | Towles, Stephanie | 2:24-cv-00066 |
| 545 | Traversa, Roger | Traversa, Roger | 2:22-cv-00652 |
| 546 | Trojanowski, Helen M. | Trojanowski, Helen M. | 2:24-cv-01157 |
| 547 | Trosclair, Roy Jr | Trosclair, Roy J. Jr | 2:22-cv-00388 |
| 548 | Tucker, David | Tucker, David | 2:22-cv-01098 |
| 549 | Tumlinsons, Stacey | Tumlinsons, Stacey | 2:21-cv-01881 |
| 550 | Turner, Danial | Turner, Danial | 2:23-cv-00404 |
| 551 | Turner, Karen | Turner, Gary | 2:24-cv-00415 |
| 552 | Tweve, Emmanual | Tweve, Emmanual | 2:21-cv-01899 |
| 553 | Underwood, Troy | Underwood, Troy | 2:23-cv-00490 |
| 554 | Urbain, Mark | Urbain, Mark | 2:24-cv-00842 |
| 555 | Van Ginkel, Jeffrey | Van Ginkel, Jeffrey | 2:22-cv-01435 |
| 556 | Vandellos, Michael | Vandellos, Michael | 2:23-cv-01283 |
| 557 | Varney, Patricia | Varney, Patricia | 2:24-cv-00408 |
| 558 | Vasey, Mark | Vasey, Mark | 2:23-cv-000956 |
| 559 | Vazquez, Edwin Fuentes | Vazquez, Edwin Fuentes | 2:22-cv-00130 |
| 560 | Velasquez, Dudy | Velasquez, Dudy | 2:24-cv-01775 |
| 561 | Velazquez-Torres, Alexander | Velazquez-Torres, Alexander | 2:23-cv-00621 |
| 562 | Viales, Marcus | Viales, Marcus | 2:24-cv-00338 |
| 563 | Vincent, Matthew | Vincent, Matthew | 2:24-CV-00345 |
| 564 | Wagner, Andrew | Wagner, Andrew | 2:23-cv-00831 |
| 565 | Wagner, John | Wagner, John | 2:22-cv-00663 |
| 566 | Wagner, Timothy | Wagner, Timothy | 2:23-cv-00289 |
| 567 | Wahba, Helen | Wahba, Helen | 2:22-cv-01101 |
| 568 | Waldman, Cynthia | Waldman, William Jr | 2:25-cv-00013 |
| 569 | Walker, Clenton | Walker, Clenton | 2:23-cv-00902 |
| 570 | Walker, Joyce Elaine | Walker, Joyce Elaine | 2:23-cv-00721 |
| 571 | Walker, Philip Eugene | Walker, Philip Eugene | 2:21-cv-01588 |

| | **Exhibit A to September 15, 2025 Status Report** <br> **Pending Personal Injury Cases** | | |
|---|---|---|---|
| | Matter Title | Claimant | Case # |
| 572 | Walsh, John | Walsh, John | 2:24-cv-00843 |
| 573 | Walton, Hilda | Walton, Hilda | 2:21-cv-01845 |
| 574 | Ward, Jeffrey | Ward, Jeffrey | 2:24-cv-00409 |
| 575 | Ward, Steven | Ward, Steven | 2:22-cv-00760 |
| 576 | Watson, Carl | Watson, Carl | 2:22-cv-01818 |
| 577 | Watson, Rebecca | Watson, Rebecca | 2:21-cv-01615 |
| 578 | Weatherford, Sumer | Weatherford, Sumer | 2:24-cv-00410 |
| 579 | Wells, Jason | Wells, Jason | 2:22-cv-00356 |
| 580 | Whinston, Eric | Whinston, Eric | 2:22-cv-01354 |
| 581 | White, Helene Frances | White, Helene Frances | 2:23-cv-01158 |
| 582 | Whiteman, Kristina | Whiteman, Kristina | 2:24-cv-00047 |
| 583 | Whitescarver, James E. | Whitescarver, James E. | 2:22-cv-01089 |
| 584 | Whittaker, Thomas Henry | Whittaker, Thomas Henry | 2:23-cv-01159 |
| 585 | Whittington, Richard | Whittington, Richard | 2:23-cv-01810 |
| 586 | Widerhorn, Josef | Widerhorn, Josef | 2:23-cv-01260 |
| 587 | Wilder, Hendley | Wilder, Jaye | 2:22-cv-00120 |
| 588 | Wilder, Hendley (# 2) | Wilder, Jaye | 2:22-cv-01353 |
| 589 | Wilkerson, Darryl | Wilkerson, Stephanie | 2:22-cv-01095 |
| 590 | Williams, Cierra | Williams, Cierra | 2:23-cv-01758 |
| 591 | Williams, Shelia | Williams, Shelia | 2:23-cv-01524 |
| 592 | Wilson, Jessie Jr | Wilson, Jessie Jr | 2:23-cv-00178 |
| 593 | Wilson, Ronald | Wilson, Ronald | 2:23-cv-00989 |
| 594 | Wiseman, Thomas E (#2) | Wiseman, Thomas E. | 2:24-cv-00429 |
| 595 | Wiseman, Thomas E. | Wiseman, Thomas E. | 2:24-cv-00122 |
| 596 | Wolf, Andrew R. | Wolf, Andrew R. | 2:23-cv-01043 |
| 597 | Wood, William | Wood, William | 2:22-cv-00086 |
| 598 | Wright, Carol | Wright, Carol | 2:23-cv-00915 |
| 599 | Yarbrough, Michelle Lee | Sigler, Marilyn | 2:23-cv-00215 |
| 600 | Ybarra, Peggy | Ybarra, Peggy | 2:25-cv-01264 |
| 601 | Yost, Gary | Yost, Gary | 2:22-cv-00014 |
| 602 | Yost, Patricia | Yost, Patricia | 2:24-cv-01267 |
| 603 | Young, Samuel | Young, Samuel | 2:25-cv-00657 |
| 604 | Zachary, Cindy Lou | Zachary, Kenneth Donald Jr | 2:22-cv-01796 |
| 605 | Zuber, Nick | Zuber, Nick | 2:24-cv-01405 |