IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dale Joseph Burke v. Philips RS North America LLC, et al*, 2:24-cv-00654-JFC | )<br>)<br>)<br>) Master Docket: 2:21-mc-01230-JFC<br>)<br>) MDL No. 3014<br>)<br>) Honorable Joy Flowers Conti<br>)<br>)<br>) |

## ORDER SETTING DEADLINES

**THIS MATTER** having come before the Court upon the Motion of Defendants Philips RS North America, LLC, Koninklijke Philips N.V., Philips North America LLC (collectively, "Philips Defendants"), for entry of an Order setting deadlines for Plaintiff Dale Joseph Burke pursuant to this Court's Docket Management Order, ECF No. 2769, and for good and sufficient cause having been shown,

**IT IS** on this 7th day of October, 2025, **HEREBY ORDERED** that Plaintiff Dale Joseph Burke shall serve the notices, documents, and/or information described in Sections III and IV, paragraphs 12–18, of this Court's Docket Management Order, ECF No. 2769, upon counsel for Philips Defendants.  Service must be made by the following deadlines:

1. Forty-five (45) days from the date this Order is entered:

    a. Service of Preservation Notices concerning records relating to Plaintiff Burke's claims (Docket Management Order, ¶ 12).

2. Seventy-five (75) days from the date this Order is entered:

    a. Production to Defendants required by Docket Management Order, ¶ 15(a), including:

        i. All disclosures required by Fed. R. Civ. P. 26(a)(1);

        ii. Completed Litigating Plaintiff Fact Sheet;

        iii. Additional Medical Records, if any;

        iv. Records Relating to Use of the Recalled Device and any Replacement Device;

        v. Record Collection Production; and

        vi. Declaration Under Penalty of Perjury.

    b. Proof of Injury required by Docket Management Order, ¶ 16.

3. One hundred and twenty (120) days from the date this Order is entered:

    a. Expert reports required by Docket Management Order, ¶ 17.

Dated: October 7, 2025

                                            s/Joy Flowers Conti
                                            Honorable Joy Flowers Conti
                                            Senior United States District Judge