# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | Master Docket: 2:21-mc-01230-JFC <br><br> MDL No. 3014 |
| THIS DOCUMENT RELATES TO: | Honorable Joy Flowers Conti |
| *Donald Charles Steinsiek*, <br> Case No. 2:25-cv-01478 | |

### NOTICE OF UPCOMING DEADLINES
### UNDER DOCKET MANAGEMENT ORDER
### FOR LITIGATING PLAINTIFFS

Pursuant to the Court's July 3, 2025 Order Granting Supplemental Relief with Respect to the Docket Management Order, Dkt. 21-mc-1230, ECF No. 3421, please take notice that the following deadlines established by the Court in the Docket Management Order entered on May 9, 2024, Dkt. 21-mc-1230, ECF No. 2769, apply to this case, which was filed on September 23, 2025:

1. **BY OCTOBER 23, 2025**:

    a. Production to Defendants of Preservation Notices (and associated documents) concerning records relating to the Litigating Plaintiff's claims. Docket Management Order, ¶¶ 12-14.

2. **BY NOVEMBER 24, 2025**:

    a. Production to Defendants of the materials required by Docket Management Order, ¶ 15(a), including:

        i. All disclosures required by Fed. R. Civ. P. 26(a)(1);

        ii. Completed Litigating Plaintiff Fact Sheet;

        iii. Medical Records;

      iv. Autopsy Reports and Death Certificates;

      v. Records Relating to Use of the Recalled Device and any Replacement Device;

      vi. Record Collection Production; and

      vii. Declaration Under Penalty of Perjury.

  b. Production to Defendants of Proof of Injury required by Docket Management Order, ¶ 16.

1. **BY DECEMBER 22, 2025**:

  c. Production to Defendants of Expert Reports required by Docket Management Order, ¶ 17.

Please take notice that the claims of any Litigating Plaintiff who fails to comply fully with these deadlines are subject to dismissal with prejudice. Docket Management Order, ¶¶ 20-21.

Dated:  October 7, 2025												Respectfully submitted,

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:  215.963.5000
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
Tel:  412.560.3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Philips RS North America LLC*

/s/ William B. Monahan
William B. Monahan
Tracy Richelle High
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel:  212.558.4000
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke*
*Philips N.V., Philips North America LLC,*
*Philips Holding USA, Inc., and Philips RS North*
*America Holding Corporation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, the foregoing document was electronically filed with the Clerk of Court and served upon counsel of record through the Court's ECF filing system.

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr

4