# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION, <br><br> This Document Relates to: All Actions | ) ) ) ) ) ) ) Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |

## JOINT NOTICE

Pursuant to the Court's Text Order of April 27, 2022, below please find a list of counsel speaking on behalf of the Plaintiffs and Defendants for the January 20, 2026 Status Conference.

**Speaking on behalf of Plaintiffs:**

**Co-Lead Counsel:**
Kelly K. Iverson (Lynch Carpenter, LLP)
Steven Schwartz (Chimicles, Schwartz, Kriner & Donaldson-Smith, LLP)
Christopher A. Seeger (Seeger Weiss, LLP)

**Co-Liaison Counsel:**
D. Aaron Rihn (Robert Peirce & Associates, PC)
Peter St. Tienne Wolff (Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP)

**Other Participants:**
David Buchanan (Seeger Weiss, LLP)
Caleb Seeley (Seeger Weiss, LLP)
Keith Verrier (Levin, Sedran & Berman, LLP)

**Speaking on behalf of Philips RS North America LLC:**
Lisa C. Dykstra (Morgan, Lewis & Bockius, LLP)
John P. Lavelle, Jr. (Morgan, Lewis & Bockius, LLP)
Amanda B. Robinson (Morgan, Lewis & Bockius, LLP)

**Speaking on behalf of Other Philips Defendants:**
William B. Monahan (Sullivan & Cromwell LLP)

**Speaking on behalf of Polymer Technologies, Inc. and Polymer Molded Products, LLC:**
Eric Scott Thompson (Marshall Dennehey, PC)

DATED: January 18, 2026                    Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA Bar No.: 85752
**ROBERT PEIRCE & ASSOCIATES, P.C.**
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
Telephone: 412-281-7229
Fax: 412-281-4229
arihn@peircelaw.com

Peter St. Tienne Wolff (PA 208433)
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*