# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br>*King v. Cornerstone, et al.*, #24-1693 | Master Docket: Misc. No. 21-1230<br><br>MDL No. 3014 |

## ORDER OF COURT

AND NOW this 24th day of March, 2026, for the reasons set forth in the related opinion, it is hereby ORDERED that Philips' motion to dismiss this case (ECF No. 72) is GRANTED. Civil Action No. 24-1693 is dismissed with prejudice. The omnibus motion (ECF No. 76) filed by Derrick Martin King (ECF No. 76); Paramount's motion to dismiss (Misc. No. 21-1230, ECF No. 4155); and King's motion to strike Paramount's motion to dismiss (ECF No. 80), are DENIED AS MOOT. The court shall mark Civil No. 24-1693 closed.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge