# EXHIBIT "A"

# STATUS REPORT BY THE SETTLEMENT ADMINISTRATOR (AS OF 4/17/26)

# PHILIPS RESPIRONICS PERSONAL INJURY SETTLEMENT PROGRAM
## MDL 3014



## STATUS REPORT BY THE SETTLEMENT ADMINISTRATOR

1.      BrownGreer PLC serves in the roles of Settlement Administrator and QSF Administrator to administer the Personal Injury Master Settlement Agreement ("MSA") to resolve claims arising from *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Prods. Litig.* (MDL No. 3014) (the "CPAP Settlement Program") and works closely with the appointed Allocation Special Master, Lien Administrator, the Plaintiffs' Negotiating Counsel ("PNC"), and defense counsel for the Defendants to process all timely submitted claims under the provisions of the Allocation Methodology and to adhere to the terms within the MSA.

2.      This status report updates the Claims Administrator's recent milestones in the CPAP Settlement Program since our last report to the Court on October 29, 2025, and focuses on the current status of payments to eligible Claimants and remaining payment impediments.

**Funding and Payments to Qualifying FEP Claimants**

3.      On December 11, 2025, we completed all reviews of Claimants who registered for the Full Evaluation Program ("FEP").

4.      On December 15, 2025, we posted a detailed Alert titled "Calculation of Point Dollar Value for FEP Claimants" on the CPAP Portals and announced the FEP Point-Dollar Value at $82.38 dollars per Point.

5.      We began issuing payments to eligible FEP Claimants on December 18, 2025.

**Extraordinary Injury Fund Claims Processing and Payments**

6.      In addition to the EPP and FEP payments, the Settlement Program and Settlement Allocation Methodology allocated $137,500,000 for certain qualifying injuries and treatments allowed under the Extraordinary Injury Fund ("EIF").  Claimants submitted 4,389 timely EIF Applications and the Allocation Special Master completed all processing of them on April 9, 2026. There were 3,944 Claimants who were eligible for EIF compensation under the Extraordinary Injury Fund Methodology.

562180





7. We began issuing payments to eligible EIF Claimants on April 17, 2026.

**Status of Payments to Eligible Claimants and Payment Impediments**

8. As of April 14, 2026, the Settlement Program has paid 95.33% of EPP Claimants and 91.64% of FEP Claimants. We anticipate paying 82.5% of eligible EIF Claimants when those payments begin on April 17, 2026.

9. The only reason preventing the payment of eligible FEP and EPP Claimants is the existence of an impediment such as a pending bankruptcy, probate, capacity, or minor Claimant issue that must be resolved. As for all of these potential impediments, we have issued detailed Procedures with instructions how to resolve the specific issue and these policies are prominently posted on each law firm or Claimant's Settlement Program Portal.

10. We are working actively, and with the help of Claimants' counsel, to resolve any outstanding impediments. The progress and outstanding impediments are as follows:

a. **Bankruptcy**: There are 466 remaining claims with a bankruptcy impediment. We have resolved 1,287 bankruptcy impediments since the last status report to the Court.

b. **Deceased Claimants/Probate Issues**: There are 1,347 remaining claims with a probate impediment for deceased Claimants that require appropriate state probate court orders or signature from the proper legal representative. We have resolved 2,317 probate impediments since our last report to the Court.

c. **Incapacitated Claimants**: There are 36 remaining claims with a capacity impediment. We have resolved 62 of capacity impediments since our last report to the Court.

d. **Minor Claimants**: There are 24 remaining claims with a minor claimant impediment. We have resolved 10 of these impediments since our last report to the Court.

11. As we hope the numbers above make clear, over the past few months, we have made significant progress resolving impediments to payment and distributing settlement payments. The payments of EIF awards should allow counsel for Claimants with remaining

3





impediments to accelerate resolution of these impediments now that the entirety of a Claimant's total award under the Settlement Program is known.

### Conclusion and Next Steps

12.     We are pleased to report progress on all fronts for this Settlement Program and will continue to work with Claimants and their counsel to resolve and remove any payment impediments such that we can disburse all settlement funds in a timely manner.

_David E. Smith_
DAVID E. SMITH

4

562180

