# EXHIBIT "B"

# STATUS REPORT BY THE LIEN ADMINISTRATOR (AS OF 4/17/26)

# STATUS REPORT BY THE LIEN ADMINISTRATOR

1.      Wolf Global Compliance, LLC serves in the role of Lien Administrator in the Personal Injury Master Settlement Agreement ("MSA") to identify and resolve medical lien obligations arising from *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Prods. Litig.* (MDL No. 3014) (the "CPAP Settlement Program") and works closely with the appointed Allocation Special Master, Claims Administrator, Plaintiffs' Negotiating Counsel ("PNC"), and defense counsel for Defendants to satisfy known medical lien obligations and adhere to the terms under the MSA.

2.      This status report updates the Lien Administrator's recent milestones in the CPAP Settlement Program since our last report to the Court and focuses on both the status of finalized lien obligations for eligible Claimants and any remaining lien obligations.

### CPAP Settlement Program Medical Lien Compliance Standard

3.      The compliance program administered for each eligible claimant consists of 11 lien gates.  Ten lien gates are for Category 1, which encompasses those insurers the Lien Administrator affirmatively identifies and resolves, including Medicare A/B, Medicaid (state of claimant residence), Veterans Affairs, TRICARE, and six private lien resolution program ("PLRP") recovery contractors.  The remaining Category 2 lien gate addresses any lien obligations self-reported by claimants on the CPAP Lien Disclosure Form.

### Expedited Payment Program Lien Processing

4.      As of April 14, 2026, the Lien Administrator has finalized 99% of Expedited Payment Program ("EPP") Category 1 and Category 2 lien gates.  All lien gates have been satisfied on behalf of 94% of eligible EPP claimants.  The Lien Administrator is working diligently with the associated health insurers to finalize the pending lien gates.

### Full Evaluation Program Lien Processing

5.      As of April 14, 2026, the Lien Administrator has finalized 95% of the Full Evaluation Program ("FEP") Category 1 and Category 2 lien gates.  All lien gates have been satisfied on behalf of 60% of FEP claimants.  The pending lien gates are primarily attributable to PLRP recovery contractors.  The pending PLRP gates are fully developed, as the Lien Administrator has secured the claims from the private plans, audited them for relatedness, and submitted the audit results to the PLRP contractors for approval.  The Lien Administrator has been

securing PLRP audit responses (approval or reconsideration) on a rolling basis and expects to have the majority of pending PLRP obligations satisfied within the next 30 days.

**Extraordinary Injury Fund ("EIF") Lien Processing**

6.      The Lien Administrator has coordinated with the Allocation Special Master and Claims Administrator throughout the EIF review and determination process to align healthcare compliance requirements with the EIF basis of qualification and compensation.  These efforts have resulted in a systematic process synchronized with the Claims Administrator's initial EIF disbursement, planned for April 17, 2026.  Eligible EIF claimants whose compensable EIF injury and timeframe match the base award will have expedited finalization of Category 1 and Category 2 lien obligations arising from their EIF award.  Eligible EIF claimants compensated for an injury or timeframe different from their base award will be subject to additional lien review associated with the EIF injury, involving Category 1 and Category 2 insurers previously identified through the Lien Administrator's verification of entitlement efforts.

**Conclusion**

7.      The Lien Administrator is pleased to report on delivery of the rigorous compliance program and the progress in resolving known lien obligations.  We will continue to work with the insurers to resolve the pending EPP and FEP obligations and the obligations associated with recently determined EIF awards.

JASON A. WOLF

3