| | Exhibit A to April 17, 2026  Status Report Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 1 | Able, Garland | Pro Se | 2:23-cv-01002 | No |
| 2 | Adams, Lionel | William J. Macke<br>Macke Law Offices LLC<br>2455 NW Marshall Street, Unit 6<br>Portland, OR 97210<br>503.282.0863<br>Fax: 503.886.8918 | 2:22-cv-00539 | Yes |
| 3 | Adeniyi, Michael | Douglas D. Small<br>Foley & Small LLP<br>1002 E. Jefferson Blvd.<br>South Bend, IN 46617<br>574.288.7676<br>Fax: 574.288.4939<br>Email: dsmall@foleyandsmall.com | 2:22-cv-01192 | Yes |
| 4 | Alston, Diane Lynn | Caleb A. Seeley<br>Christopher A. Seeger<br>David  R. Buchanan<br>Humaira Safdar<br>Jeffrey S. Grand<br>Seeger Weiss LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>973.639.9100<br>Email: cseeley@seegerweiss.com<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: hsafdar@seegerweiss.com<br>Email: jgrand@seegerweiss.com | 2:23-cv-00119 | Yes |
| 5 | Angelle, Frank | Pro Se | 2:22-cv-00828 | No |
| 6 | Arabie, Denise | Joseph S. Piacun<br>Piacun Law Firm LLC<br>1340 Poydras Street, Suite 2100<br>New Orleans, LA 70112<br>504.867.4542<br>Fax: 504.599.8570<br>Email: jpiacun@piacunlaw.com | 2:23-cv-00442 | Yes |

| Exhibit A to April 17, 2026  Status Report Pending Personal Injury Cases | | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 7 | Armour, David Michael | Caleb A. Seeley Christopher A. Seeger David  R. Buchanan Humaira Safdar Jeffrey S. Grand Seeger Weiss LLP 55 Challenger Road Ridgefield Park, NJ 07660 973.639.9100 Email: cseeley@seegerweiss.com Email: cseeger@seegerweiss.com Email: dbuchanan@seegerweiss.com Email: hsafdar@seegerweiss.com Email: jgrand@seegerweiss.com | 2:23-cv-01022 | Yes |
| 8 | Babcock, Benjamin | William H. Ogle Ogle Law, L.L.C. 444 Seabreeze Boulevard Suite 800 Daytona Beach, FL 32118 386-253-2500 Fax: 386-248-8578 Email: miranda@oglelawfirm.com | 2:25-cv-01542 | No |
| 9 | Barnes, Eddie Sr | William J. Guste, III Guste, Barnett, Schlesinger, Henderson & Alpaugh LLC 639 Loyola Avenue, Suite 2500 New Orleans, LA 70113 504.529.4141 Email: wguste@gbsnola.com  Joseph S. Piacun Piacun Law Firm LLC 1340 Poydras Street, Suite 2100 New Orleans, LA 70112 504.867.4542 Fax: 504.599.8570 Email: jpiacun@piacunlaw.com | 2:22-cv-00385 | No |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026  Status Report** **Pending Personal Injury Cases** | | | |
| 10 | Baughns, Christine | Rita T. Williams Williams & Associates Law Firm PC 220 Church Street Decatur, GA 30030 404.370.3783 Email: rtwilliams@williamsandassoc.com | 2:23-cv-01103 | No |
| 11 | Berkebile, Chad | Pro Se | 2:23-cv-00969 | No |
| 12 | Billings, Tracey | Pro Se | 2:23-cv-00762 | No |
| 13 | Blevins, Delbert | Caleb A. Seeley Christopher A. Seeger David  R. Buchanan Humaira Safdar Jeffrey S. Grand Seeger Weiss LLP 55 Challenger Road Ridgefield Park, NJ 07660 973.639.9100 Email: cseeley@seegerweiss.com Email: cseeger@seegerweiss.com Email: dbuchanan@seegerweiss.com Email: hsafdar@seegerweiss.com Email: jgrand@seegerweiss.com | 2:21-cv-01910 | Yes |
| 14 | Bower, Roger | William H. Ogle Ogle Law, L.L.C. 444 Seabreeze Boulevard Suite 800 Daytona Beach, FL 32118 386-253-2500 Fax: 386-248-8578 Email: miranda@oglelawfirm.com | 2:25-cv-01545 | No |
| 15 | Burke, Dale Joseph | Pro Se | 2:24-CV-00654 | No |
| 16 | Bush, Michael | Alexander G. Cabeceiras Derek Smith Law Group PLLC One Penn Plaza, Suite 4905 New York, NY 10119 332.910.5631 Fax: 212.587.4169 Email: alexc@dereksmithlaw.com | 2:24-cv-01091 | No |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026 Status Report** **Pending Personal Injury Cases** | | | |
| 17 | Buzzanga, Patricia | Timothy J. Gallagher The Gallagher Law Firm PLLC 2333 South Hanley Road St. Louis, MO 63144 314.725.1780 Fax: 314.725.0101 Email: tim@timgallagherlaw.com | 2:25-cv-00059 | Yes |
| 18 | Cannata, Jo | Betsy Barnes Paul H. Villalobos Richard L. Root Morris Bart LLC 601 Poydras Street, Floor 24th New Orleans, LA 70130 504.525.8000 Fax: 833.277.4214 Email: bbarnes@morrisbart.com Email: pvillalobos@morrisbart.com Email: rroot@morrisbart.com | 2:21-cv-01448 | No |
| 19 | Cantrell, George Randall | Brooke Rebarchak James M. Terrell Methvin, Terrell, Yancey, Stephens & Miller PC 2201 Arlington Avenue South Birmingham, AL 35205 800.210.7476 Email: brebarchak@mtattorneys.com Email: jterrell@mtattorneys.com | 2:23-cv-00120 | No |
| 20 | Carvalho, Manuel | Blake G. Goldfarb Harris, Keenan & Goldfarb The Woolworth Building 233 Broadway, Suite 900 New York, NY 10279 212.393.1000 Fax: 212.267.2110 Email: bgoldfarb@burnsharris.com | 2:22-cv-00830 | Yes |
| 21 | Castillo, Christina | Sindhu S. Daniel Steven A. Medina Grant & Eisenhofer PA 123 S. Justison Street, Floor 7th Wilmington, DE 19801 302.622.7000 Fax: 302.622.7100 Email: sdaniel@gelaw.com Email: smedina@gelaw.com | 2:22-cv-01172 | Yes |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026 Status Report** **Pending Personal Injury Cases** | | | |
| 22 | Cavanaugh, Daniel | Blake G. Goldfarb Harris, Keenan & Goldfarb The Woolworth Building 233 Broadway, Suite 900 New York, NY 10279 212.393.1000 Fax: 212.267.2110 Email: bgoldfarb@burnsharris.com | 2:24-cv-00841 | No |
| 23 | Chavez, Luz Elena | Kelsey L. Stokes Fleming, Nolen & Jez LLP 2800 Post Oak Blvd, Suite 4000 Houston, TX 77056-6109 713.621.7944 Fax: 713.621.9638 Email: kelsey_stokes@fleming-law.com | 2:21-cv-01456 | Yes |
| 24 | Clark-Stevens, Kathy | D. Nicole Gunter Douglass A. Kreis Aylostock Witkin Kreis & Overholtz PLLC 17 East Main Street, Suite 200 Pensacola, FL 32502 850.202.1010 Email: ngunter@awkolaw.com Email: dkreis@awkolaw.com | 2:24-cv-00667 | Yes |
| 25 | Clements, Charles Craig | Pro Se | 2:25-cv-00951 | No |
| 26 | Contreras, Francisco | Christopher LoPaolo NS PR Law Services LLC 1302 Avenida Ponce de Leon Santurce, PR 00907 787.493.5088 Fax: 646.843.7603 Email: clopalo@nsprlaw.com | 2:21-cv-01308 | Yes |
| 27 | Cote, Molly | Alexander G. Cabeceiras Derek Smith Law Group PLLC One Penn Plaza, Suite 4905 New York, NY 10119 332.910.5631 Fax: 212.587.4169 Email: alexc@dereksmithlaw.com | 2:24-cv-01267 | No |
| 28 | Crain, Timothy R. | Pro Se | 2:24-cv-01560 | Yes |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026  Status Report** | | | |
| | **Pending Personal Injury Cases** | | | |
| 29 | Davis, Cecil | Caleb A. Seeley<br>Christopher A. Seeger<br>David  R. Buchanan<br>Humaira Safdar<br>Jeffrey S. Grand<br>Seeger Weiss LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>973.639.9100<br>Email: cseeley@seegerweiss.com<br>Email: cseeger@seegerweiss.com<br>Email: dbuchanan@seegerweiss.com<br>Email: hsafdar@seegerweiss.com<br>Email: jgrand@seegerweiss.com | 2:21-cv-01871 | Yes |
| 30 | Diaz, Lorenzo | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:23-cv-00792 | Yes |
| 31 | Dix, Robert | Brad Kuhlman<br>Jamie Rodriguez<br>Kuhlman & Lucas LLC<br>4700 Belleview Avenue, Suite 300<br>Kansas City, MO 64112<br>816.799.0330<br>Fax: 816.799.0336<br>Email: brad@kuhlmanlucas.com<br>Email: jamie@kuhlmanlucas.com | 2:22-cv-00755 | Yes |
| 32 | Donahue, Deborah | William H. Ogle<br>Ogle Law, L.L.C.<br>444 Seabreeze Boulevard<br>Suite 800<br>Daytona Beach, FL 32118<br>386-253-2500<br>Fax: 386-248-8578<br>Email: miranda@oglelawfirm.com | 2:25-cv-01546 | No |
| 33 | Dudley, Eric | Pro Se | 2:25-cv-00269 | No |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026 Status Report**<br>**Pending Personal Injury Cases** | | | |
| 34 | Dyson, William Larry | Casey L. Lott<br>Thomas O. Cooley<br>Langston & Lott PLLC<br>100 South Main Street<br>Booneville, MS 38829<br>662.728.9733<br>Fax: 662.728.1922<br>Email: clott@langstonlott.com<br>Email: tcooley@langstonlott.com | 2:21-cv-01597 | No |
| 35 | Engelkes, Kenneth Michael | Phillip Allen, Phillip Allen Law | 22-CV-01134 | Yes |
| 36 | Evans, Martha | D. Nicole Gunter<br>Douglass A. Kreis<br>Aylostock Witkin Kreis & Overholtz PLLC<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>850.202.1010<br>Email: ngunter@awkolaw.com<br>Email: dkreis@awkolaw.com | 2:24-cv-00668 | Yes |
| 37 | Farlinger, David | Pro Se | 2:22-cv-00862 | No |
| 38 | Firtel, Douglas | Pro Se | 2:23-cv-00561 | Yes |
| 39 | Flemister, Rosa B. | Rita T. Williams<br>Williams & Associates Law Firm PC<br>220 Church Street<br>Decatur, GA 30030<br>404.370.3783<br>Email:<br>rtwilliams@williamsandassoc.com | 2:23-cv-01350 | Yes |
| 40 | Frank, Michael Wayne | Peter A. Sandberg<br>Ingaldson Fitzgerald, P.C.<br>813 West Third Avenue<br>Anchorage, AK 99501<br>907.258.8750<br>Email: peter@impc-law.com | 2:23-cv-01387 | Yes |
| 41 | Frankmore, Gino | Pro Se | 2:23-cv-00904 | No |
| 42 | Frazier, Anthony | Jeffrey A. Bowersox<br>Bowersox Law Firm PC<br>385 1st Street, Suite 215<br>Lake Oswego, OR 97034<br>503.452.5858<br>Email: jeffrey@bowersoxlaw.com | 2:23-cv-00237 | No |

| Exhibit A to April 17, 2026 Status Report<br>Pending Personal Injury Cases | | | | |
|---|---|---|---|---|
| | Matter Title | Counsel | Case # | Resolved (Y/N) |
| 43 | Fullam, Raymond | Virginia Buchanan<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: vbuchanan@levinlaw.com<br><br>Brian J. Devine<br>Seeger Devine LLP<br>4040 Civic Center Drive, Suite 200<br>San Rafael, CA 94903<br>415.981.9260<br>Email: bdevine@seegerdevine.com | 2:22-cv-01748 | Yes |
| 44 | Gabhart, Warren Timothy | Pro Se | 26-CV-00318 | No |
| 45 | Gevas, David C. | Pendley, Baudin & Coffin<br>24110 Eden Street<br>Post Office Drawer 71<br>Plaquemine, LA 70764<br>225-687-6396<br>Fax: 225-687-6398<br>Email: pwpendley@pbclawfirm.com<br><br>John Deakle<br>Deakle-Johnson Law Firm<br>PO Box 2072<br>Hattiesburg, MS 39403<br>601-544-0631<br>Fax: 601-544-0666<br>Email: jmdeakle@djlawms.com<br><br>Richard Lajaunie<br>Deakle-Johnson Law Firm<br>PO Box 2072<br>Hattiesburg, MS 39403<br>601-544-0631<br>Fax: 601-544-0666<br>Email: rjlajaunie@deaklejohnsonlaw.com<br><br>Russell Lamar Johnson | 2:24-cv-01264 | No; Plaintiff MTD Pending |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026  Status Report**<br>**Pending Personal Injury Cases** | | | |
| 46 | Gloss, Karen | G. Davis Varner<br>Shelnutt & Varner Law Firm<br>113 Rainbow Industrial Blvd.<br>Rainbow City, AL 35906<br>256.547.4988<br>Fax: 256.547.4544<br>Email:<br>dvarner@shelnuttlawfirm.com | 2:23-cv-01731 | No |
| 47 | Goode, Mary | Pro Se | 2:23-cv-00668 | No |
| 48 | Goolsby, Oscar | EUGENE FELTON , JR<br>SEAY FELTON LLC - ATLANTA GA<br>260 PEACHTREE STREET NW<br>SUITE 1001<br>ATLANTA, GA 30303<br>404-902-6444<br>Fax: 404-637-0241<br>Email: ataylor@sftriallawyers.com<br>ATTORNEY TO BE NOTICED<br><br>DARYL PARKS<br>PARKS LAW LLC - TALLAHASSEE<br>FL<br>540 GORE AVENUE<br>TALLAHASSEE, FL 32310<br>850-222-3333<br>Email: dparks@darylparks.com | 26-CV-550 | No |
| 49 | Grahl, Jerry W. | Douglas D. Small<br>Foley & Small LLP<br>1002 E. Jefferson Blvd.<br>South Bend, IN 46617<br>574.288.7676<br>Fax: 574.288.4939<br>Email: dsmall@foleyandsmall.com | 2:22-cv-01137 | Yes |
| 50 | Gravelyn, Gary | Law Offices of Sunita Kapoor<br>4115 Blackhawk Plaza Circle, Suite 100<br>Danville, CA 94506<br>925.351.6789<br>skapoorlaw@gmail.com | 26-CV-578 | No |

| | | | | |
|---|---|---|---|---|
| Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | | | |
| | Matter Title | Counsel | Case # | Resolved (Y/N) |
| 51 | Griffith Gills, Jacqueline | Casey W. Moll<br>John D. Sileo<br>Law Offices of John D. Sileo<br>320 N. Carrollton Avenue, Suite 101<br>New Orleans, LA 70119<br>504.486.4343<br>Fax: 504.297.1249<br>Email: casey@johnsileolaw.com<br>Email: jack@johnsileolaw.com | 2:22-cv-01087 | No |
| 52 | Hall, Elbert | Blake Garrett Goldfarb<br>Harris, Keenan & Goldfarb PLLC<br>Harris, Keenan & Goldfarb PLLC<br>233 Broadway, 9th Floor<br>Suite 900<br>10279<br>New York, NY 10279<br>212-393-1000<br>Fax: 212-267-2110<br>Email: bgoldfarb@hkglaw.com | 2:23-cv-00935 | No |
| 53 | Hardaway, Kecia | Pro Se | 2:23-cv-00666 | No |
| 54 | Hause, Margaret | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:23-cv-00932 | Yes |
| 55 | Hawkins, James Barrett | Pro Se | 2:24-cv-01131 | No |
| 56 | Hayhurst, Jeremiah | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:24-cv-00471 | No |
| 57 | Hazlett, Edward J. Sr | Paul D. Rheingold<br>Paul D. Rheingold PC<br>5 Manursing Way<br>Rye, NY 10580<br>914.967.2215<br>Email: slevin@rheingoldlaw.com | 2:22-cv-00331 | No |

| | Exhibit A to April 17, 2026 Status Report | | | |
|---|---|---|---|---|
| | Pending Personal Injury Cases | | | |
| | Matter Title | Counsel | Case # | Resolved (Y/N) |
| 58 | Helton, David | Jeffrey C. Shipp<br>JSB Attorneys, PLLC<br>334 Beechwood Road, Suite 303<br>Ft. Mitchell, KY 41017<br>859.578.5410<br>Fax: 859.331.5337<br>Email: jshipp@jsbattorneys.com | 2:23-cv-01543 | No |
| 59 | Hernandez, David | Pro Se | 2:23-cv-00667 | No |
| 60 | Hurt-Freeman, Stephanie | Rita T. Williams<br>Williams & Associates Law Firm PC<br>220 Church Street<br>Decatur, GA 30030<br>404.370.3783<br>Email:<br>rtwilliams@williamsandassoc.com | 2:23-CV-01349 | No |
| 61 | Hutchins, Melissa | Hoch Law Firm, P.C.<br>5616 Malvey Avenue<br>Fort Worth, Texas 76107<br>817.731.9703<br>Fax: 817.731.9706 | 2:23-cv-01799 | Yes |
| 62 | Itskos, Evanthia | Pro Se | 2:23-cv-00968 | No |
| 63 | Jenkins, William Cary | Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: pwpendley@pbclawfirm.com | 2:25-cv-00520 | No |
| 64 | Kasman, Susan | Lance D. Brown<br>Lance Brown & Associates LLC<br>1898 Route 33<br>Hamilton, NJ 08690<br>609.587.5100<br>Email: lance@lancebrownlaw.com | 2:23-cv-01095 | Yes |

| | Exhibit A to April 17, 2026 Status Report<br>Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 65 | King, Michael Ray | Jeffrey M. Kuntz<br>Wagstaff & Cartmell LLP<br>4740 Grand, Suite 300<br>Kansas City, MO 64112<br>816.701.1100<br>Fax: 816.531.2372<br>Email: jkuntz@wcllp.com | 2:21-cv-01461 | Yes |
| 66 | Kuntz, Kelvin | Lee J. Rohn<br>Lee J. Rohn & Associates LLC<br>1108 King Street, Suite 3<br>Christiansted, St. Croix, VI<br>340.778.8855<br>Email: lee@rohnlaw.com | 2:22-cv-01097 | No |
| 67 | Landers, Steve | Thrash Law Firm<br>1101 Garland Street<br>Little Rock, AR 72201<br>501-374-1058<br>Fax: 501-374-2222<br>Email:<br>tomthrash@thrashlawfirmpa.com | 2:21-cv-01463 | No |
| 68 | Langford, Matthew W. | Will League<br>Timberlake & League, P.C.<br>125 Holmes Avenue NW, PO Box 2767<br>Huntsville, AL 35804<br>256.536.0770<br>Fax: 256.539.0540<br>Email: league@law-injury.com | 2:23-cv-01736 | No |
| 69 | LaPointe, Andrew | Pro Se | 2:24-cv-00839 | No |
| 70 | LoPipero, Patrick | Jay J. Massaro<br>Dell & Dean PLLC<br>1225 Franklin Avenue, Suite 450<br>Garden City, NY 11530<br>516.880.9700 | 2:24-cv-00736 | No |
| 71 | Love, Kim | Pro Se | 2:23-cv-00927 | No |
| 72 | Magnenat, Mary Jane | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:24-cv-00663 | Yes |

| | Exhibit A to April 17, 2026  Status Report Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 73 | Markert, William | William H. Ogle Ogle Law, L.L.C. 444 Seabreeze Boulevard Suite 800 Daytona Beach, FL 32118 386-253-2500 Fax: 386-248-8578 Email: miranda@oglelawfirm.com | 3:25-cv-01075 | No |
| 74 | Marsden, Leslie | Rebecca Timmons Virginia Buchanan Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey PA 316 South Baylen Street, Suite 600 Pensacola, FL 32502 850.435.7000 Email: btimmons@levinlaw.com Email: vbuchanan@levinlaw.com | 2:23-cv-00114 | Yes |
| 75 | Martin, Diamond R. | Roland M. Cercone Roland M. Cercone, PLLC 484 Delaware Avenue Buffalo, NY 14202 716.883.3300 Email: cerconelaw@outlook.com | 2:25-cv-01152 | No |
| 76 | Martinez, Thomas | Darren Wolf Law Office of Darren Wolf, P.C. 1701 N. Market Street, Suite 210 Dallas, TX 75202 214.346.5355 Fax: 214.346.5909 Email: darren@darrenwolf.com | 2:24-cv-00758 | Yes |
| 77 | Mauerman, Brian | Pro Se | 2:23-cv-00620 | No |
| 78 | McKlenshaw, Irvin | Bruce B. Paller, Law Offices of Bruce B. Paller | 22-cv-00809 | Yes |
| 79 | Meili, Fritz | Matthew Malone Embry Merritt Womack Nance, PLLC 201 E. Main Street, Suite 1402 Lexington, KY 40507 859.543.0453 Email: matt.malone@emwnlaw.com | 2:25-cv-00585 | Yes |

| | Exhibit A to April 17, 2026 Status Report<br>Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 80 | Miller, Robin | William H. Ogle<br>Ogle Law, L.L.C.<br>444 Seabreeze Boulevard<br>Suite 800<br>Daytona Beach, FL 32118<br>386-253-2500<br>Fax: 386-248-8578<br>Email: miranda@oglelawfirm.com | 2:25-cv-01547 | No |
| 81 | Murphy, Kenneth | Pro Se | 2:23-cv-00948 | No |
| 82 | Oliva, Teresa | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:23-cv-00967 | Yes |
| 83 | Olivares, Mario | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:22-cv-00877 | No |
| 84 | O'Mara, Timothy | Pro Se | 2:23-cv-00763 | Yes |
| 85 | Parker, David D. | Paul D. Rheingold<br>Paul D. Rheingold PC<br>5 Manursing Way<br>Rye, NY 10580<br>914.967.2215<br>Email: slevin@rheingoldlaw.com | 2:21-cv-01901 | Yes |
| 86 | Phillips, Dennis | James P. Barth<br>Peter D. Hamann<br>Ryan G. Milligan<br>Pfeifer, Morgan & Stesiak<br>53600 North Ironwood Drive<br>South Bend, IN 46635<br>574.272.2870<br>Fax: 574.271.4329<br>Email: jbarth@pilawyers.com<br>Email: phamann@pilawyers.com<br>Email: rmilligan@pilawyers.com | 2:22-cv-01880 | No |

| | | Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 87 | Piha, Wendy | Donald R. McGarrah<br>NcNabola Law Group, P.C.<br>55 W. Wacker Drive, Floor 9th<br>Chicago, IL 60601<br>312.629.2900<br>Email: don@mcnabolalaw.com | 2:24-cv-00118 | Yes |
| 88 | Pike, Melissa | Pro Se | 26-CV-627 | No |
| 89 | Pineda-Lam, Fatima | Nikolaus W. Reed<br>Law Office of Nikolasu W. Reed<br>Pier 40, Suite 7<br>San Francisco, CA 94107<br>415.940.7766<br>Email: nik@nwrlaw.com | 25-cv-01644 | No |
| 90 | Poss, Rickey D. | K. Rick Alvis<br>Rennie S. Moody<br>Holt, Musselman, Morgan & Alvis<br>216 W. Dr. Hicks Blvd.<br>Florence, AL 35630<br>256.740.3978<br>Email: rick@alvislaw.com<br>Email: rennie@alvislaw.com | 2:22-cv-01792 | No |
| 91 | Rae, Robert | Virginia Buchanan<br>Levin, Papantonio, Rafferty, Proctor,<br>Buchanan, O'Brien, Barr & Mougey<br>PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: vbuchanan@levinlaw.com | 2:23-cv-00037 | Yes |
| 92 | Rahija, Gertrude | Rebecca Timmons<br>Virginia Buchanan<br>Levin, Papantonio, Rafferty, Proctor,<br>Buchanan, O'Brien, Barr & Mougey<br>PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: btimmons@levinlaw.com<br>Email: vbuchanan@levinlaw.com | 2:23-cv-00113 | Yes |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026  Status Report**<br>**Pending Personal Injury Cases** | | | |
| 93 | Roderick, Katherine | Branum Law Firm, PLLC<br>John Branum<br>Jessica S. Ladd<br>9600 South May Avenue<br>Oklahoma City, OK 73159<br>all@branumlawfirm.com | 26-CV-00113 | No |
| 94 | Rosenblum, Frida | Jonathan Goidel<br>Goidel & Siegel LLP<br>56 West 45th Street, 3rd Floor<br>New York, NY 10036<br>212.840.3737<br>Email: jgoidel@goidelandsiegel.com | 2:22-cv-00327 | No |
| 95 | Rossow, Robert | William H. Ogle<br>Ogle Law, L.L.C.<br>444 Seabreeze Boulevard<br>Suite 800<br>Daytona Beach, FL 32118<br>386-253-2500<br>Fax: 386-248-8578<br>Email: miranda@oglelawfirm.com | 25-CV-01544 | No |
| 96 | Rubinstein, Richard | Alan S. Ripka<br>Alan Ripka & Associates LLP<br>400 Madison Avenue, Suite 12D<br>New York, NY 10017<br>212.557.4777<br>Fax: 646.793.4777 | 2:22-cv-01298 | No |
| 97 | Sexton, Sharon | Nikolaus W. Reed<br>Law Office of Nikolasu W. Reed<br>Pier 40, Suite 7<br>San Francisco, CA 94107<br>415.940.7766<br>Email: nik@nwrlaw.com | 26-cv-00239 | No |
| 98 | Sims, Fannie | W. Bryan Smith<br>Bryan Smith & Associates<br>2670 Union Avenue Ext., Suite 701<br>Memphis, TN 38112<br>901.450-4990<br>Fax: 901.450-4898<br>Email: bryan@bluffcitylawyers.com | 2:22-cv-01829 | No |

| | Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 99 | Smalley, Layla | John M. Deakle<br>Deakle-Johnson Law Firm PLLC<br>802 N. Main Street, P.O. Box 2072<br>Hattiesburg, MS 39403<br>601.544.0631<br>Fax: 601.544.0699<br>Email: jmd@deaklelawfirm.com<br><br>Patrick W. Pendley<br>Pendley, Baudin & Coffin<br>24110 Eden Street, P.O. Drawer 71<br>Plaquemine, LA 70765<br>888.725.2477<br>Fax: 225.687.6398<br>Email: pwpendley@pbclawfirm.com | 2:22-cv-00384 | No; Plaintiff MTD Pending |
| 100 | Sofer, Oren | Lance D. Brown<br>Lance Brown & Associates LLC<br>1898 Route 33<br>Hamilton, NJ 08690<br>609.587.5100<br>Email: lance@lancebrownlaw.com | 2:23-cv-01079 | Yes |
| 101 | Solares, Juan Adolfo | Vahan Torosian<br>Toros Law Firm P.C.<br>24307 Magic Mountain Pkway #421<br>Valencia CA 91355<br>info@torospc.com | 26-CV-00062 | No |
| 102 | Starr, Tracy | James H. Cook<br>Dutton, Daniels, Hines, Kalkhoff,<br>Cook & Swanson PLC<br>3151 Brockway Road<br>Waterloo, IA 50701<br>319.234.4471<br>Email: jcook@duttonfirm.com | 2:23-cv-00528 | No |
| 103 | Steinsiek, Donald | Alexander G. Cabeceiras<br>Derek Smith Law Group PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>332.910.5631<br>Fax: 212.587.4169<br>Email: alexc@dereksmithlaw.co | 25-cv-01478 | No |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
|  | **Exhibit A to April 17, 2026  Status Report** **Pending Personal Injury Cases** | | | |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| 104 | Sturgis, James | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:23-cv-00790 | Yes |
| 105 | Taft, Steven | William H. Ogle<br>Ogle Law, L.L.C.<br>444 Seabreeze Boulevard<br>Suite 800<br>Daytona Beach, FL 32118<br>386-253-2500<br>Fax: 386-248-8578<br>Email: miranda@oglelawfirm.com | 2:25-cv-01543 | No |
| 106 | Tanner, Charley | Darren Wolf<br>Law Office of Darren Wolf, P.C.<br>1701 N. Market Street, Suite 210<br>Dallas, TX 75202<br>214.346.5355<br>Fax: 214.346.5909<br>Email: darren@darrenwolf.com | 2:24-cv-00756 | Yes |
| 107 | Tate, Freddy | Ron A. Austin<br>Ron Austin Law LLC<br>400 Manhattan Boulevard<br>Harvey, LA 70058<br>504.227.8100<br>Fax: 504.227.8122<br>Email: raustin@ronaustinlaw.com | 2:23-cv-01760 | No |
| 108 | Taylor, Andrew | Rebecca Timmons<br>Virginia Buchanan<br>Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey PA<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>850.435.7000<br>Email: btimmons@levinlaw.com<br>Email: vbuchanan@levinlaw.com | 2:23-cv-00112 | Yes |

| | | Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 109 | Thomas, Shawne | Kenneth R. Behrend<br>Behrend Law Group LLC<br>Fort Pitt Commons Building<br>455 Fort Pitt Boulevard, Suite 220<br>Pittsburgh, PA 15219<br>412.391.4460<br>Fax: 412.391.5073<br>Email:<br>krbehrend@behrendlawgroup.com<br><br>Jason Giles<br>John Love Norris<br>The King Firm LLC<br>2912 Canal Street<br>New Orleans, LA 70119<br>504-909-5464<br>Fax: 800-901-6470<br>Email: jgiles@kinginjuryfirm.com<br>Email: jnorris@kinginjuryfirm.com | 2:23-cv-00736 | No |
| 110 | Tobin, Michael | Jacob P. Berman<br>Marin D. McLean<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 200<br>Seattle, WA 98101<br>203.623.7292<br>Fax: 203.623.0594<br>Email: jakeb@hbsslaw.com<br>Email: martym@hbsslaw.com<br>Email: steve@hbsslaw.com<br><br>Marion M Reilly<br>Robert C Hilliard<br>Whitney J. Butcher<br>Hilliard Martinez Gonzales LLP<br>719 S. Shoreline Blvd<br>Corpus Christi, TX 78401<br>361.882.1612<br>Fax: 361.882.3015<br>Email: marion@hmglawfirm.com<br>Email: bobh@hmglawfirm.com<br>Email: wbutcher@hmglawfirm.com | 2:21-cv-01503 | Yes |

| | Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 111 | Towe, Jason | Matt McGill<br>Lowder & McGill PLLC<br>537 E. 10th Avenue, PO Box 900<br>Bowling Green, KY 42102<br>270.842.3924<br>Fax: 270.679.0225<br>Email: matt@lowdermcgill.com | 2:22-cv-01768 | No |
| 112 | Trojanowski, Helen M. | Pro Se | 2:24-cv-01157 | No |
| 113 | Tweve, Emmanual | John S. Lopatto, III<br>John S. Lopatto III<br>1776 K Street, N.W., Suite 700<br>Washington, DC 20006<br>202.861.5800<br>Fax: 202.315.3850<br>Email: jlopatto3@gmail.com | 2:21-cv-01899 | No |
| 114 | Urbain, Mark | Pro Se | 2:24-cv-00842 | No |
| 115 | Vazquez, Edwin Fuentes | Garry M. Jones Martinez<br>Abogado de la Parte Demandante<br>Bo. Barahona 250 Calle Giullermo<br>Alicea<br>Morovis, PR 00687<br>914.704.8103<br>Email: joneslaw09@yahoo.com | 2:22-cv-00130 | No |
| 116 | Viales, Marcus | Macke Law Offices LLC<br>2455 NW Marshall Street, Unit 6<br>Portland, Oregon 97210<br>503.282.0863<br>Fax: 503.886.8918 | 2:24-cv-00338 | Yes |
| 117 | Wagner, Deborah | Thomas K. Neill<br>Gray Ritter Graham<br>701 Market Street, Suite 800<br>St. Louis, MO 63101<br>314.241.5620<br>Fax: 314.241.4140<br>Email: tneill@grgpc.com | 2:22-cv-00663 | Yes |
| 118 | Wagner, Terry Ray | Pro Se | 2:24-cv-01249 | No |
| 119 | Waldman, Cynthia | Thomas Rockett, III<br>Law Offices of Thomas E. Rockett III<br>999 Corporate Drive, Suite 100,<br>#0011<br>Ladera Ranch, CA 92694<br>714.494.2470<br>Fax: 714.706.3767<br>Email: tom@rocketlaw.com | 2:25-cv-00013 | Yes |

| | Matter Title | Counsel | Case # | Resolved (Y/N) |
|---|---|---|---|---|
| | **Exhibit A to April 17, 2026  Status Report**<br>**Pending Personal Injury Cases** | | | |
| 120 | Walker, Clenton | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:23-cv-00902 | Yes |
| 121 | Walsh, John | Blake G. Goldfarb<br>Harris, Keenan & Goldfarb<br>The Woolworth Building<br>233 Broadway, Suite 900<br>New York, NY 10279<br>212.393.1000<br>Fax: 212.267.2110<br>Email: bgoldfarb@burnsharris.com | 2:24-cv-00843 | Yes |
| 122 | Walton, Hilda | Alberto Silva<br>Catherine Hilton<br>Ron A. Austin<br>Ron Austin Law LLC<br>400 Manhattan Boulevard<br>Harvey, LA 70058<br>504.227.8100<br>Fax: 504.227.8122<br>Email: asilva@ronaustin.law<br>Email: chilton@ronaustinlaw.com<br>Email: raustin@ronaustinlaw.com | 2:21-cv-01845 | Yes |
| 123 | Wells, Jason | Brigham M. Anderson<br>Justin Blume<br>Anderson & Anderson Co. LPA<br>408 Park Avenue<br>Ironton, OH 45638<br>740.532.7779<br>Fax: 740.532.7785<br>Email:<br>andersonlawoffice@hotmail.com | 2:22-cv-00356 | No |
| 124 | Whinston, Eric | Mary S. Bailey<br>Burg, Simpson, Eldredge, Hersh &<br>Jardine PC<br>201 E. Fifth Street, Suite 1340<br>Cincinnati, OH 45202<br>513.852.5600<br>Fax: 513.852.5611<br>Email: mbailey@burgsimpson.com | 2:22-cv-01354 | Yes |

| | Exhibit A to April 17, 2026  Status Report<br>Pending Personal Injury Cases | | | |
|---|---|---|---|---|
| | **Matter Title** | **Counsel** | **Case #** | **Resolved (Y/N)** |
| 125 | Whiteman, Kristina | Joseph Saunders<br>Saunders & Walker PA<br>3491 Gandy Blvd., Suite 200<br>Pinellas Park, FL 33781<br>727.579.4500<br>Email: joe@saunderslawyers.com | 2:24-cv-00047 | Yes |
| 126 | Whittington, Richard | Pro Se | 2:23-cv-01810 | Yes |
| 127 | Williams, Cierra | Ron A. Austin<br>Ron Austin Law LLC<br>400 Manhattan Boulevard<br>Harvey, LA 70058<br>504.227.8100<br>Fax: 504.227.8122<br>Email: raustin@ronaustinlaw.com | 2:23-cv-01758 | No |
| 128 | Yarborough, Don | Alexander G. Cabeceiras<br>Derek Smith Law Group PLLC<br>One Penn Plaza, Suite 4905<br>New York, NY 10119<br>332.910.5631<br>Fax: 212.587.4169<br>Email: alexc@dereksmithlaw.co | 24-CV-00999 | No |
| 129 | Ybarra, Peggy | John Girardi<br>Law Offices of John A. Girardi, APC<br>29900 Hawthorne Blvd.<br>Rancho Palos Verdes, CA 90274<br>310.265.5787<br>Email: john@johngirardilaw.com | 2:25-cv-01264 | No |