**Exhibit B:  Litigating Plaintiffs with Claims Against KPNV**

| Case Details | | | Claims |
|---|---|---|---|
| **Plaintiff** | **Case #** | **Originating Court** | |
| Bush, Michael | 2:24-cv-01091 | D. Me. | Consumer fraud and/or unfair and deceptive practices under state law<br>Negligence<br>Strict Liability: Design Defect<br>Negligent Design<br>Strict Liability: Failure to Warn<br>Negligent Failure to Warn<br>Negligent Recall<br>Battery<br>Strict Liability: Manufacturing Defect<br>Negligent Manufacturing<br>Breach of Express Warranty<br>Breach of the Implied Warranty of Merchantability<br>Breach of the Implied Warranty of Usability<br>Fraud<br>Negligent Misrepresentation<br>Negligence Per Se<br>Unjust Enrichment<br>Medical Monitoring<br>Punitive Damages |
| Cote, Molly | 2:24-cv-01267 | D. Haw. | Consumer fraud and/or unfair and decetive practices under state law<br>Negligence<br>Strict Liability: Design Defect<br>Negligent Design<br>Strict Liability: Failure to Warn<br>Negligent Failure to Warn<br>Negligent Recall<br>Battery<br>Strict Liability: Manufacturing Defect<br>Negligent Manufacturing<br>Breach of Express Warranty<br>Breach of the Implied Warranty of Merchantability<br>Breach of the Implied Warranty of Usability<br>Fraud<br>Negligent Misrepresentation<br>Negligence Per Se<br>Unjust Enrichment<br>Loss of Consortium<br>Medical Monitoring<br>Punitive Damages |
| Hawkins, James Barrett | 2:24-cv-01131 | M.D. Tenn. | Strict Products Liability - Failure to Warn<br>Negligent Misrepresentation<br>Breach of Express Warranty<br>Breach of Implied Warranties of Merchantability and For a Particular Purpose<br>Breach of Implied Warranty of Fitness for a Particular Purpose<br>Violation of Unfair Trade Practices and Consumer Protection Laws<br>Fraud<br>Punitive Damages<br>Loss of Services |
| Jenkins, William Cary | 2:25-cv-00520 | M.D. La. | Louisiana Unfair Trade Practices and Consumer Protection Law, L.R.S.51:1401 et seq.<br>Breach of Express Warranty<br>Breach of Implied Warranty of Merchantability<br>Fraudulent Misrepresentation<br>Fraud by Omission<br>Negligent Misrepresentation<br>Unjust Enrichment<br>Medical Monitoring |

## Exhibit B:  Litigating Plaintiffs with Claims Against KPNV

| Case Details | | | Claims |
|---|---|---|---|
| **Plaintiff** | **Case #** | **Originating Court** | |
| Solares, Juan Adolfo | 2:26-cv-00062 | C.D. Cal. | Strict Products Liability: Design Defect<br>Strict Products Liability: Manufacturing Defect<br>Strict Products Liability: Failure to Warn<br>Negligence<br>Negligent Recall<br>Breach of Implied Warranty of Merchantability<br>Breach of Express Warranty<br>Fraudulent Concealment<br>Punitive Damages – Civil Code § 3294 |
| Steinsiek, Donald | 2:25-cv-01478 | E.D. Cal. | Consumer fraud and/or unfair and decetive practices under state law; All other available remedies under California law<br>Negligence<br>Strict Liability: Design Defect<br>Negligent Design<br>Strict Liability: Failure to Warn<br>Negligent Failure to Warn<br>Negligent Recall<br>Battery<br>Strict Liability: Manufacturing Defect<br>Negligent Manufacturing<br>Breach of Express Warranty<br>Breach of the Implied Warranty of Merchantability<br>Breach of the Implied Warranty of Usability<br>Fraud<br>Negligent Misrepresentation<br>Negligence Per Se<br>Unjust Enrichment<br>Loss of Consortium<br>Medical Monitoring<br>Punitive Damages |
| Thomas, Shawne | 2:23-cv-00736 | W.D. Pa. | Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. Ann. §§ 201-1, et seq.<br>Breach of Express Warranty<br>Breach of Implied Warranty of Merchantability<br>Fraudulent Misrepresentation<br>Fraud by Omission<br>Negligent Misrepresentation<br>Unjust Enrichment<br>Medical Monitoring<br>Wrongful Death |
| Vazquez, Edwin Fuentes | 2:22-cv-00130 | D.P.R. | Negligence<br>Strict Liability: Design Defect<br>Negligent Design<br>Strict Liability: Failure to Warn<br>Negligent Failure to Warn<br>Negligent Failure to Recall / Negligent Recall<br>Battery<br>Breach of the Implied Warranty of Usability<br>Fraud<br>Negligent Misrepresentation<br>Negligence Per Se<br>Medical Monitoring<br>Other: Bodily Injury, loss of major bodily organ (i.e. Left kidney) due to cancer casing agents, loss of function in major bodily organ |
| Ybarra, Peggy | 2:25-cv-01264 | S.D. Cal. | Negligence: Design Defect<br>Negligence: Manufacturing Defect<br>Duty to Warn<br>Strict Products Liability |

**Exhibit B: Litigating Plaintiffs with Claims Against KPNV**

| Case Details | | | Claims |
|---|---|---|---|
| **Plaintiff** | **Case #** | **Originating Court** | |
| Yarborough, Don | 2:24-cv-00999 | E.D. Tex. | Consumer fraud and/or unfair and decetive practices under state law<br>Negligence<br>Strict Liability: Design Defect<br>Negligent Design<br>Strict Liability: Failure to Warn<br>Negligent Failure to Warn<br>Negligent Recall<br>Battery<br>Strict Liability: Manufacturing Defect<br>Negligent Manufacturing<br>Breach of Express Warranty<br>Breach of the Implied Warranty of Merchantability<br>Breach of the Implied Warranty of Usability<br>Fraud<br>Negligent Misrepresentation<br>Negligence Per Se<br>Unjust Enrichment<br>Loss of Consortium<br>Medical Monitoring<br>Punitive Damages |

`