**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | ) | |
| BI-LEVEL PAP, AND MECHANICAL | ) | Master Docket: Misc. No. 21-1230 |
| VENTILATOR PRODUCTS | ) | |
| LITIGATION, | ) | MDL No. 3014 |
| | ) | |
| This Document Relates to: All Actions | ) | |

## Joint Notice of Filing

Pursuant to the Court's request for quarterly update reports from the Medical Monitoring Settlement Administrator, ECF No. 3176, the parties hereby jointly submit as Exhibit A the Settlement Administrator's April 10, 2026 Quarterly Status Report.

Dated: April 18, 2026

Respectfully submitted,

/s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (PA 54279)
Lisa C. Dykstra (PA 67271)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000 (phone)
john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

/s/ Wendy West Feinstein
Wendy West Feinstein (PA 86698)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com

/s/ Erik T. Koons
Erik T. Koons (DC 468289)
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com

/s/ Christopher A. Seeger
Christopher A. Seeger (NJ 042631990)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
(973) 639-9100 (phone)
cseeger@seegerweiss.com

/s/ Sandra L. Duggan
Sandra L. Duggan (PA 56420)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
sduggan@lfsblaw.com

/s/ Steven A. Schwartz
Steven A. Schwartz (PA 50579)
**CHIMICLES SCHWARTZ KRINER &**
**DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500 (phone)
steveschwartz@chimicles.com

1

/s/ Andrew T. George
Andrew T. George (PA 208618)
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America LLC*

/s/ William B. Monahan
Tracy Richelle High (NY 3020096)
William B. Monahan (NY 4229027)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

Michael H. Steinberg (of counsel)
(CA 134179)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6670 (phone)
steinbergm@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

/s/ Kelly K. Iverson
Kelly K. Iverson (PA 307175)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (phone)
kelly@lcllp.com

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg (PA 31738)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565 (phone)
rliebenberg@finekaplan.com

*Settlement Class Counsel*

/s/ D. Aaron Rihn
D. Aaron Rihn (PA 85752)
**ROBERT PEIRCE & ASSOCIATES, P.C.**
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
(412) 281-7229
arihn@peircelaw.com

Peter St. Tienne Wolff (PA 208433)
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre - 38th Floor
Pittsburgh, PA 15219
(412) 263-2000 (phone)
(412) 263-2001 (fax)
psw@pietragallo.com

*Plaintiffs' Co-Liaison Counsel*

2