**Medical Advancement Program Settlement Administrator**

**Quarterly Status Report – April 10, 2026**

Wolf Global Compliance (WGC) is submitting to the Parties the attached Status Report of the Medical Advancement Program (MAP), regarding the administration of the MAP settlement program.

Each quarter, WGC will highlight progress on the MAP program, including:

- Research Grants

- Resource Center

- Registry

- Alerts

- Priorities for the upcoming quarter

**RESEARCH GRANTS**

WGC's focus during the first quarter of 2026 was on the contracts for the research grants, and the review and adoption of the terms of the contracts with the respective research institutions. Following the formal submission of a portfolio of 7 MAP research projects in November 2025 and the subsequent approval of those research grants by the Court in December 2025, in January 2026, WGC drafted contracts to govern the disbursement of funds and their effective deployment(s) in alignment with the MAP mission.

These 7 contracts were forwarded to the approved research partner institutions in February 2026. As of April 10, 2026, the following contracts for Court-approved MAP Research have been fully executed, and initial funding disbursement has begun:

- ADVANCEMENT IN RESEARCH AND PATIENT CARE IN INTERSTITIAL LUNG DISEASES, INCLUDING PULMONARY FIBROSIS, Dr. Daniel Tschumperlin, Principal Investigator, Mayo Clinic (Research Administration, Pulmonary and Cancer Departments) – Rochester, MN

1



- IDENTIFICATION OF BIOMARKERS FOR ASTHMA, COPD, AND ASTHMA-COPD OVERLAP SYNDROME TO IMPROVE CLASSIFICATION OF DISEASE ENDOTYPES AS THE BASIS FOR PERSONALIZATION OF THERAPEUTIC PATHWAYS, Dr. Victor Ortega Principal Investigator, Mayo Clinic Arizona.

- ENHANCING EARLY DIAGNOSIS OF LUNG CANCER: VALIDATING IMAGING AND METHYLATION BIOMARKERS FOR PREDICTING NODULE MALIGNANCYUCLA (Medical & Imaging Informatics) –Drs. William Hsu and Ashley Prosper, Co-Investigators, UCLA,  Los Angeles, CA

- IDENTIFYING INDIVIDUALS AT RISK FOR LOSS TO FOLLOW-UP AT LUNG CANCER SCREENING, Drs. Alex Bui, William Hsu, and Ashley Prosper, Co-Investigators, UCLA, Los Angeles, CA

WGC continues to negotiate mutually agreeable contracts for the following Court-approved MAP Research projects:

- OPTIMIZING MOLECULAR BIOMARKER ACCURACY FOR EARLY LUNG CANCER DETECTION WITH QUANTUM MACHINE LEARNING ALGORITHMS, Dr. Peter Mazzone, Principal Investigator, Cleveland Clinic (Pulmonary Medicine) – Cleveland, OH

- INPATIENT TO HOME: AIRWAY AND LUNG EVALUATION (INHALE) COHORT STUDY: DEFINING STRUCTURAL AND PHYSIOLOGIC DETERMINANTS OF ASTHMA AND COPD, Dr. Meredith McCormack, Principal Investigator, Johns Hopkins University School of Medicine (Pulmonary and Critical Care Medicine) – Baltimore, MD

- THE IDENTIFICATION OF BIOMARKERS AND NEW TREATMENT TARGETS FOR PULMONARY HYPERTENSION IN CHRONIC OBSTRUCTIVE PULMONARY DISEASE, Dr. Irina Petrache, Principal Investigaror, National Jewish Health – Denver, CO

Each research institution has agreed to provide 6-month interim progress reports and annual reports. An update on the status of research grant contracting and funding for the MAP website is in process and will be included in the April alert.

**RESOURCE CENTER**

2

The Resource Center remains a centralized, publicly accessible repository designed to provide authoritative and up-to-date information related to the Recalled Devices and MAP-funded research.

Philips Respironics is sharing scientific information gathered from the testing of CPAP devices involved in its 2021 recall. Some of the information was gathered by Respironics prior to the recall and analyzed by independent laboratories and third-party experts; post-recall testing was done by independent laboratories and analyzed by third-party experts. All information has also been provided to the Food and Drug Administration (FDA).

During the first quarter of 2026, a summary of the Philips-generated report "Investigation of Potential Health Effects from System One Volatile Organic Compound Emission," was added to the resource page, accompanied by a link to the full document. This approach strikes a balance in providing settlement class members who do not have a medical or scientific background with a concise and understandable summary, while giving access to the full document to those who desire more information.

WGC will incorporate research updates, interim learnings, and key findings into the Resource Center as they become available. The WGC clinical writing team is currently in the process of creating brief plain-language summaries of additional Philips-generated reports.

Further context regarding the recalled devices can be accessed via the link on the Settlement Website to "Information from the U.S. Food and Drug Administration (FDA) regarding Recalled Devices." This structure enhances usability while ensuring clear source attribution and separation of independently published research, manufacturer-provided materials, and regulatory information.

The Settlement Website platform continues to leverage searchable and filterable tables to facilitate efficient access to information. WGC will continue to curate and expand the Resource Center as new information becomes available, with notifications issued to Class Members and medical providers who have requested updates.

## REGISTRY AND ALERTS

Over the last quarter, the MAP Registry has increased by 300, to now include 1,465 individuals.  The MAP Alert distribution now numbers 27,835 recipients, which includes 36 medical providers. MAP Alerts continue to be used to

communicate material updates to the MAP website, including enhancements to the Resource Center and the publication of new information. A MAP alert to highlight the recent additions to the resource page and updated status of the research grant milestones is in process for April. MAP Alerts will continue to be issued as new Resource Center content, research updates, and program milestones are reached.

## QUARTER 2 2026 PRIORITIES

**Research Grants**

WGC will continue to work with the partner research institutions to finalize and execute the three outstanding MAP Research contracts.

WGC will maintain communication with the 5 research institutions. WGC will prepare templates to guide grant reconciliation based on deliverables according to timeline. Based on the execution date of each contract, a 6-month interim report will be obtained, beginning around October 1.  Additional funding will not be issued until after the annual reports are submitted, on or around April, 2027.

**Continue Expansion and Maintenance of the MAP Resource Center**

In the second quarter of  2026, WGC will complete a plain language summary of "Investigation of Potential Health Effects from DreamStation Go Volatile Organic Compound Emission," to be posted on the MAP resource page along with the recalled Dream Station 1 and System Go summaries, again with a link to the full 54-page Philips-generated report. Additional summaries will be drafted as received, and will be shared with, reviewed and approved by the parties in preparation for posting.

WGC will continue to add and curate content within the MAP Resource Center, including newly available scientific materials, regulatory updates, and, as appropriate, research updates from MAP-funded projects. This ongoing effort will ensure the Resource Center remains current, transparent, and responsive, reflecting the active research phase.

**Maintain Ongoing Stakeholder Communication**

WGC will continue to issue MAP Alerts as appropriate to inform Class Members, healthcare providers, and other stakeholders of material program updates, including Resource Center enhancements and research milestones, supporting continued transparency and engagement.

**Exploration of Complementary Strategies**

WGC is in the preliminary stages of exploring strategies to complement MAP research initiatives that have potential to contribute to the advancement of public knowledge and education with respect to the injuries alleged to be associated with the recalled devices. These include healthcare professional (physicians and advanced practice providers in the primary care setting) education and public education.

## APPENDIX AND REFERENCE MATERIALS

**Website:** https://www.respironicsmedicaladvancementprogram.com/